APPEAL,CLOSED

# U.S. District Court
## District of Columbia (Washington, DC)
## CIVIL DOCKET FOR CASE #: 1:77−cv−02019−APM

| | |
|---|---|
| HARTMAN, et al v. ALBRIGHT, et al | Date Filed: 11/25/1977 |
| Assigned to: Judge Amit P. Mehta | Date Terminated: 03/31/2023 |
| Demand: $0 | Jury Demand: None |
| Cause: 42:2000 Job Discrimination (Sex) | Nature of Suit: 442 Civil Rights: Jobs |
| | Jurisdiction: U.S. Government Defendant |

**Special Master**

**STEPHEN A. SALTZBURG**

**Plaintiff**

**CAROLEE BRADY HARTMAN**    represented by   **Bruce Allan Fredrickson**
WEBSTER & FREDRICKSON, PLLC
1101 Connecticut Avenye, NW
Suite 402
Washington, DC 20036
202−659−8510
Fax: 202−659−4082
Email: bfredrickson@websterfredrickson.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Louis Rose**
ROSE ADVOCATE FOR CIVIL RIGHTS
4611 Norwood Drive
Chevy Chase, MD 20815
(202) 769−5860
Fax: (202) 331−0996
Email: annkerose@verizon.net
*TERMINATED: 08/31/2020*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey E. Fallon**
U.S. MERT SYSTEMS PROTECTION
BOARD
1615 M Street, NW
Washington, DC 20419
(202) 254−4445
Fax: (202) 653−2260
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan C. Puth**
CORREIA & PUTH, PLLC
1400 16th Street, NW

Suite 450
Washington, DC 20036
(202) 602−6500
Fax: (202) 602−6501
Email: jputh@correiaputh.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kimberly K. Hartwell**
U.S. DEPARTMENT OF COMMERCE
Office of the General Counsel
14th & Constitution Avenue, NW
Room 5717
Washington, DC 20230
(202) 482−0587
Email: hartwell3@hotmail.com
*TERMINATED: 08/31/2020*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lindsey Bishop Lang , I**
STEPTOE & JOHNSON LLP
1330 Connecticut Ave., NW
1330 Connecticut Avenue NW
Washington, DC 20036
202−429−6497
Fax: 202−261−0569
Email: llang@steptoe.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Roger E. Warin**
STEPTOE & JOHNSON LLP
1330 Connecticutt Avenue, NW
Washington, DC 20036
(202) 429−6280
Fax: (202) 429−3902
Email: rwarin@steptoe.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Douglas B. Huron**
HELLER, HURON, CHERTKOF &
SALZMAN, PLLC
1730 M Street, NW
Suite 412
Washington, DC 20036
(202) 293−8090
Fax: (202) 293−7110
Email: dbh@hellerhuron.com
*ATTORNEY TO BE NOTICED*

**Mindy Kaiden Levenson**
FEDERAL BUREAU OF
INVESTIGATION
935 Pennsylvania Avenue, NW
Room PA−400−N
Washington, DC 20535
(202) 220−9324
Email: mindy.kaiden@ic.fbi.gov
*TERMINATED: 05/18/1998*

**Peter H. Doyle**
ARTER & HADDEN, L.L.P.
1801 K Street, NW
Suite 400K
Washington, DC 20006−1301
(202) 775−7117
*TERMINATED: 01/21/1999*

**Tracy Lyle Hilmer**
CONSUMER FINANCIAL
PROTECTION BUREAU
Office of General Counsel
1700 G Street, N.W.
Washington, DC 20552
(202) 435−7459
Email: tracy.hilmer@cfpb.gov
*TERMINATED: 09/21/1999*

**Plaintiff**

**ALL OTHER PLAINTIFFS**
*Approx. 50 additional plaintiffs*

represented by **Geoffrey H. Simpson**
WEBSTER & FREDRICKSON
1101 Connecticut Avenue
Suite 402
Washington, DC 20036
(202) 659−8510
Fax: (202) 659−4082
Email: gsimpson@websterfredrickson.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey E. Fallon**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan C. Puth**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kimberly K. Hartwell**
(See above for address)

*TERMINATED: 08/31/2020*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lindsey Bishop Lang , I**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Roger E. Warin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Douglas B. Huron**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mindy Kaiden Levenson**
(See above for address)
*TERMINATED: 05/18/1998*

**Peter H. Doyle**
(See above for address)
*TERMINATED: 01/21/1999*

**Tracy Lyle Hilmer**
(See above for address)
*TERMINATED: 09/21/1999*

V.

**Intervenor Plaintiff**

**ZUZANNA J. DILLON**                    represented by   **John F. Karl , Jr.**
*Dr.*                                                     MCDONALD & KARL
                                                          1025 Connecticut Ave NW
                                                          Suite 615
                                                          Washington, DC 20036−4129
                                                          202−293−3200
                                                          Fax: 202−969−8224
                                                          Email: jfklaw@igc.org
                                                          *TERMINATED: 08/31/2020*
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Intervenor Plaintiff**

**ELIN−KAITOONA GOTTSCHALK**             represented by   **John F. Karl , Jr.**
                                                          (See above for address)
                                                          *TERMINATED: 08/31/2020*
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Jodi Therese Tuer**
MCDONALD & KARL
The Farragut Building
900 17th Street
Suite 1250
Washington, DC 20006−2501
(202) 293−3200
Fax: 202−429−1851
*TERMINATED: 08/29/2000*

**Intervenor Plaintiff**

**PERVIZ CHOKHANI**                    represented by   **John F. Karl , Jr.**
(See above for address)
*TERMINATED: 08/31/2020*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Intervenor Plaintiff**

**JOYCE WHITEN**                    represented by   **Elmer Douglas Ellis**
ELLIS LAW OFFICE
5011 First Street, NW
Suite 7
Washington, DC 20011
(202) 904−8106
Email: elmerellislaw@gmail.com
*TERMINATED: 08/31/2020*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**CHARLES Z. WICK**                    represented by   **Douglas A. Wickham**
*TERMINATED: 07/09/1992*                               U.S. ATTORNEY'S OFFICE
Judiciary Center Building
555 Fourth Street, NW
Room 4834
Washington, DC 20530
(202) 514−7168
*TERMINATED: 01/21/1999*

**Robert Lawrence Shapiro**
SHAPIRO LAW PLLC
1701 Pennsylvania Avenue NW
Suite 200
Washington, DC 20006
202−796−7900
Email: RShapiro@duanemorris.com
*TERMINATED: 01/21/1999*

**Defendant**

| | | |
|---|---|---|
| **ALL OTHER DEFENDANTS**<br>*one additional defendant* | represented by | **Daniel Franklin Van Horn**<br>U.S. ATTORNEY'S OFFICE FOR THE<br>DISTRICT OF COLUMBIA<br>555 Fourth Street, NW<br>Washington, DC 20530<br>(202) 252−2506<br>Fax: (202) 252−2599<br>Email: daniel.vanhorn@usdoj.gov<br>*TERMINATED: 01/14/2021*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Peter C. Pfaffenroth**<br>U.S. ATTORNEY'S OFFICE for D.C.<br>Civil Division<br>555 Fourth Street, NW<br>Washington, DC 20530<br>(202) 252−2513<br>Fax: (202) 252−2599<br>Email: peter.pfaffenroth@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **BRUCE E. GELB**<br>*TERMINATED: 10/14/1998* | represented by | **Daniel Franklin Van Horn**<br>(See above for address)<br>*TERMINATED: 01/14/2021*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Julian Abele Cook , III**<br>U.S. ATTORNEY'S OFFICE<br>Judiciary Center Building<br>555 Fourth Street, NW<br>Room 10−120<br>Washington, DC 20530<br>*TERMINATED: 01/21/1999*<br><br>**Robert Lawrence Shapiro**<br>(See above for address)<br>*TERMINATED: 01/21/1999* |

**Defendant**

| | | |
|---|---|---|
| **JOSEPH DUFFEY**<br>*Director, U.S. Information Agency*<br>*TERMINATED: 03/16/1999* | represented by | **Jerri Ulrica Dunston**<br>U.S. ATTORNEY'S OFFICE<br>Judiciary Center Building<br>555 Fourth Street, NW<br>10th Floor<br>Washington, DC 20530 |

(202) 307−0821
*TERMINATED: 01/21/1999*

**Robert Lawrence Shapiro**
(See above for address)
*TERMINATED: 01/21/1999*

**Stefania M. Porcelli**
U.S. ATTORNEY'S OFFICE
Judiciary Center Building
555 Fourth Street, NW
10th Floor
Washington, DC 20530
(202) 514−7192
*TERMINATED: 01/21/1999*

**Defendant**

**PENN KEMBLE**                     represented by   **Daniel Franklin Van Horn**
*Acting Director, United States*                     (See above for address)
*Information Agency*                                 *TERMINATED: 01/14/2021*
*TERMINATED: 10/08/1999*                             *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Scott Sutherland Harris**
                                                     U.S. SUPREME COURT
                                                     1 First Street, NE
                                                     Washington, DC 20540
                                                     (202) 479−3282
                                                     Email: scott.harris@usdoj.gov
                                                     *TERMINATED: 01/14/2021*
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

**Defendant**

**MADELEINE K. ALBRIGHT**           represented by   **Daniel Franklin Van Horn**
*Secretary of State*                                 (See above for address)
                                                     *TERMINATED: 01/14/2021*
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Peter C. Pfaffenroth**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

**Defendant**

**MARC B. NATHANSON**               represented by   **MARC B. NATHANSON**
*Broadcasting Board of Governors*                    PRO SE

                                                     **Daniel Franklin Van Horn**
                                                     (See above for address)

*TERMINATED: 01/14/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Claimant**

**DILARA HASHEM**                      represented by   **Douglas B. Huron**
*TERMINATED: 08/22/2000*                                (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

**Claimant**

**JUDITH AMBROSE**                     represented by   **Bruce Allan Fredrickson**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Laurel Pyke Malson**
                                                        CROWELL & MORING LLP
                                                        1001 Pennsylvania Avenue, NW
                                                        Suite 1100
                                                        Washington, DC 20004−2595
                                                        (202) 624−2576
                                                        Fax: (202) 628−5116
                                                        Email: lmalson@crowell.com
                                                        *TERMINATED: 08/31/2020*
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Douglas B. Huron**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

**Claimant**

**CECILIA LARKIN**                     represented by   **Linda Marie Correia**
                                                        CORREIA & PUTH, PLLC
                                                        1400 16th Street, NW
                                                        Suite 450
                                                        Washington, DC 20036
                                                        (202) 602−6500
                                                        Fax: (202) 602−6501
                                                        Email: lcorreia@correiaputh.com
                                                        *TERMINATED: 08/31/2020*
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Terence Francis Flynn**
                                                        NATIONAL LABOR RELATIONS
                                                        BOARD
                                                        1099 14th Street, NW
                                                        Suite 11404
                                                        Washington, DC 20570
                                                        (202) 273−1040

Fax: (202) 273−4276
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Claimant**

**MEILA BALKUS**                    represented by   **Laurel Pyke Malson**
                                                     (See above for address)
                                                     *TERMINATED: 08/31/2020*
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Susan Lee Brackshaw**
                                                     WEBSTER, FREDRICKSON &
                                                     BRACKSHAW
                                                     1775 K Street, NW
                                                     Suite 300
                                                     Washington, DC 20006
                                                     (202) 659−8510
                                                     Fax: 202−659−4082
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

**Claimant**

**ELIN KAITOONA GOTSCHALK**         represented by   **ELIN KAITOONA GOTSCHALK**
                                                     PRO SE

                                                     **John F. Karl , Jr.**
                                                     (See above for address)
                                                     *TERMINATED: 08/31/2020*
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

**Movant**

**WASHINGTON LAWYERS'**             represented by   **Avis E. Buchanan**
**COMMITTEE FOR CIVIL RIGHTS**                       D.C. PUBLIC DEFENDER SERVICE
**AND URBAN AFFAIRS**                                633 Indiana Avenue, NW
                                                     Suite 555
                                                     Washington, DC 20004
                                                     (202) 628−1200
                                                     Email: abuchanan@pdsdc.org
                                                     *TERMINATED: 01/21/1999*

**Movant**

**NAJMA QURESHI**                   represented by   **NAJMA QURESHI**
                                                     (NO LONGER A VALID ADDRESS)
                                                     4600 Duke Street
                                                     Apartment 1429
                                                     Alexandria, VA 22304−2512
                                                     (703) 823−3286
                                                     PRO SE

| Date Filed | # | Docket Text |
|---|---|---|
| 11/25/1977 | | ALL DOCKET ENTRIES PRIOR TO 04/03/92 CAN BE FOUND ON THE PAPER DOCKET (adc) (Entered: 04/15/1992) |
| 04/03/1992 | | STATUS HEARING before Judge Charles R. Richey: Held reporter: Frank Rangus (lpp) (Entered: 04/15/1992) |
| 04/03/1992 | 1 | ORDER by Judge Charles R. Richey : directing by 4/24/92, by 4:00 p.m. defendants to conduct any inspection of the response cards received by plaintiff's counsel with respect to the notices mailed by the IRS; directing by 4/17/92 by 4:00 p.m. the defendants to provide all information pertaining to the class members respective test scores ranking the class, participation in the Palmer remedy and the dates on which each individual class member participated in the examination process; directing by 4:30−92 by 4:00 p.m. counsel shall evaluate the data provided by defendants and provide the Court with a reasonable estimate as the how many of the 900 responding class members are likely to participate in the revaluation process for foreign service officers; directing the parties to present to the court by 4−30−92 by 4:00 p.m. a notice to the class members advising each class member of the schedule and procedures to be followed in the foreign service officer revaluation process, as well as the individual class members' test scores and ranking within the classl (N) (lpp) (Entered: 04/15/1992) |
| 04/10/1992 | 2 | TRANSCRIPT filed for Status Call, on 4/3/92, before Judge Richey reporter: Frank J. Rangus (lpp) Modified on 07/14/1999 (Entered: 04/15/1992) |
| 04/17/1992 | 3 | MOTION filed by defendant CHARLES Z. WICK to extend time to 5/1/92, to produce to plaintiffs information regarding the participants in the Palmer ase (lpp) (Entered: 04/22/1992) |
| 04/28/1992 | 5 | TRANSCRIPT filed for status call before Judge Richey on 7/22/91 reporter: Frank J. Rangus (lpp) (Entered: 04/30/1992) |
| 04/28/1992 | 6 | TRANSCRIPT filed for status call before Judge Richey on 7/9/92 reporter: Frank J. Rangus (lpp) (Entered: 04/30/1992) |
| 04/28/1992 | 7 | ATTORNEY APPEARANCE for defendant by Robert L. Shapiro (lpp) (Entered: 04/30/1992) |
| 04/29/1992 | 4 | ORDER by Judge Charles R. Richey : granting motion to extend time to 5/1/92, to produce to plaintiffs information regarding the participants in the Palmer ase [3−1] by CHARLES Z. WICK (N) (jeb) (Entered: 04/29/1992) |
| 04/30/1992 | 8 | MEMORANDUM by defendant's pursuant to the court's 4/3/92 order and motion for enlargement of time (dmb) (Entered: 05/05/1992) |
| 05/01/1992 | 11 | TRANSCRIPT filed for status call before Judge Richey, on 5/5/92, reporter: Frank J. Rangus (lpp) (Entered: 05/15/1992) |
| 05/05/1992 | | STATUS HEARING before Judge Charles R. Richey : reporter: Frank Rangus (jeb) (Entered: 05/05/1992) |
| 05/07/1992 | 9 | ORDER by Judge Charles R. Richey :granting in part defendants' motion for an extension of time; directing that by 5/8/92 by 4:00 PM, the defendants shall provide to the plaintiffs, in an easily accessible format, all data necessary to determine |

| | | |
|---|---|---|
| | | whether those 9000 individuals who sent in their response cards would be eligible to participate in the reevaluation process for foreign service officers; directing parties to address certain issues to the Special Master and the Special Master to issue a report and recommendation by 6/12/92 by 4:00 PM; directing the parties and the Special Master be advised that the invitations to participate in the reevaluation process shall be extended to eligible class members by 7/15/92 by 4:00 PM and that the oral examinations be administered within 60 days thereafter. (N) (jeb) (Entered: 05/07/1992) |
| 05/07/1992 | 10 | ORDER by Judge Charles R. Richey :approving the Special Master's request for reimbursement in the amount of $10,047.00, representing 43.8 hours of work at the rate of $225.00 per hour, plus expenses of $192.00. (N) (jeb) (Entered: 05/07/1992) |
| 05/13/1992 | 12 | TRANSCRIPT filed Status Conference before Special Master Stephen A. Saltzberg, on 4/29/92, Reporter: Lorraine Strobel (lpp) (Entered: 05/15/1992) |
| 05/15/1992 | 13 | ORDER by Judge Charles R. Richey :regarding Special Master's Order Regarding Damages Experts' Visits to USIA or VOA. (N) (gew) (Entered: 05/19/1992) |
| 05/27/1992 | 14 | MOTION filed by defendant CHARLES Z. WICK to extend time to 5/28/92 within which to serve his briefs and materials (dmb) (Entered: 06/01/1992) |
| 05/27/1992 | 15 | MOTION filed by defendant CHARLES Z. WICK to extend time to 5/27/92 within which to serve his briefs and materials (dmb) (Entered: 06/01/1992) |
| 06/01/1992 | 16 | ORDER by Judge Charles R. Richey : granting motion to extend time to 5/27/92 within which to serve his briefs and materials [15−1] by CHARLES Z. WICK (N) (jeb) (Entered: 06/01/1992) |
| 06/01/1992 | 17 | ORDER by Judge Charles R. Richey : granting motion to extend time to 5/28/92 within which to serve his briefs and materials [14−1] by CHARLES Z. WICK (N) (jeb) (Entered: 06/01/1992) |
| 06/08/1992 | 18 | REPORT AND RECOMMENDATION of Special Master Saltzburg concerning Foreign Service Officers, Exhibits (3) (lpp) (Entered: 06/09/1992) |
| 06/09/1992 | 19 | OBJECTIONS by defendant CHARLES Z. WICK to report & recommendation [18−1] (lpp) (Entered: 06/10/1992) |
| 06/10/1992 | 20 | ORDER by Judge Charles R. Richey setting forth instructions to the parties. : (N) (bjl) (Entered: 06/11/1992) |
| 06/10/1992 | 21 | ORDER by Judge Charles R. Richey directing that any appeal by either party from any recommendation made by the Special Master in his June 8, l992 report shall be filed with the Court, together with all supporting memoranda, no later than 4:00 P.M. on June l2, l992. : (N) (bjl) (Entered: 06/11/1992) |
| 06/12/1992 | 22 | MOTION filed by defendant CHARLES Z. WICK for reconsideration of the Court's 6/10/92 Order (lpp) (Entered: 06/15/1992) |
| 06/12/1992 | 23 | OBJECTIONS by plaintiffs to report & recommendation [18−1] (lpp) (Entered: 06/15/1992) |
| 06/12/1992 | 24 | NOTICE OF FILING by plaintiffs estimate of the number of class members likely to be eligible to participate in remedial relief (lpp) (Entered: 06/15/1992) |
| 06/12/1992 | 25 | |

| | | |
|---|---|---|
| | | MEMORANDUM by plaintiffs of points and authorities on the issue of whether the December l984 entry level foreign service officer applicants are members of the Hartman Class for the purposes of relief Exhibit (3) (lpp) Modified on 06/15/1992 (Entered: 06/15/1992) |
| 06/12/1992 | 26 | MOTION filed by plaintiff(s) to strike defendant's supplemental memorandum of Points and Authorities regarding the scope of relief to be ordered for foreign service class members (lpp) (Entered: 06/15/1992) |
| 06/12/1992 | 27 | MEMORANDUM by plaintiffs of points and authdorities on the issue of the aprropriate ranking process for entry level Foreign service applicants from 1978 through 1984, Exhibit: (1) (lpp) Modified on 06/15/1992 (Entered: 06/15/1992) |
| 06/16/1992 | 28 | TRANSCRIPT filed for status conference on 6/2/92, reporter: Charles Kera (lpp) (Entered: 06/17/1992) |
| 06/18/1992 | 29 | ORDER by Judge Charles R. Richey: vacating the order entered approving the Special Master's 6/8/92 Report and Recommendation. (N) (pob) (Entered: 06/18/1992) |
| 06/18/1992 | 30 | ORDER by Judge Charles R. Richey: granting motion for reconsideration of the Court's 6/10/92 Order [22−1] by CHARLES Z. WICK; parties shall file any objections to the Special Master's Report and Recommendation by 4:00 p.m. on 6/18/92. (N) (pob) (Entered: 06/18/1992) |
| 06/18/1992 | 31 | MEMORANDUM by defendant in support of his objections to the special Master's Recommendatons regarding relief for foreign service class members (lpp) (Entered: 06/19/1992) |
| 07/02/1992 | 32 | ATTORNEY APPEARANCE for defendant CHARLES Z. WICK by Douglas A. Wickham, 555 4th Street, N.W. Washington, D.C. 20001, Room 4217, 202/514−7131 (lpp) (Entered: 07/08/1992) |
| 07/09/1992 | 33 | MEMORANDUM OPINION AND ORDER by Judge Charles R. Richey : (jeb) (Entered: 07/09/1992) |
| 07/09/1992 | 34 | ORDER by Judge Charles R. Richey : adopting in part and rejecting in part the Special Master's Report and Recommendation; granting the defendant's motion to exclude those women who took only the December 1984 foreign service examination from the pool of candidates eligible to participate in the foreign service officer Palmer reevaluation process; denying the plaintiffs' motion to reserve either 216 or alternatively 75 foreign service officer positions for the class;denying the defendant's motion to reserve zero foreign service officer positions; directing the parties to mail invitations to participate in the FSO reevaluation process to the appropriate class members by 7/15/92 by 4:00 PM (N) (jeb) (Entered: 07/09/1992) |
| 07/09/1992 | 35 | REQUEST by defendant to substitute the name of the current head of the United State Information Agency Bruce E. Gelb, defendant (lpp) (Entered: 07/10/1992) |
| 07/10/1992 | 36 | ORDER by Judge Charles R. Richey : denying motion to strike defendant's supplemental memorandum of Points and Authorities regarding the scope of relief to be ordered for foreign service class members [26−1] by CAROLEE BRADY HARTMAN (N) (jeb) (Entered: 07/10/1992) |
| 07/15/1992 | 37 | NOTICE OF FILING by defendant of his service on class counsel of copies of additional declarations responding to the individual claims (pob) (Entered: |

| | | |
|---|---|---|
| | | 07/17/1992) |
| 07/29/1992 | 39 | AFFIDAVIT OF SERVICE of additional declarations responding to the individual claims on 7/1/92 (lpp) (Entered: 08/03/1992) |
| 07/30/1992 | 38 | TRANSCRIPT filed for date(s) of 7/17/92 reporter: Miller Reporting Co. (dmb) (Entered: 07/31/1992) |
| 08/04/1992 | 40 | ORDER by Judge Charles R. Richey : approving Special Master's request for reimbursement in the amount of $19,753.50, representing 84.7 hours of work at a rate of $225.00 per hour, plus expenses of $696.00. (N) (jeb) (Entered: 08/04/1992) |
| 08/12/1992 | 41 | NOTICE OF SERVICE by defendant of copies of additional declarations (lpp) (Entered: 08/13/1992) |
| 08/12/1992 | 42 | TRANSCRIPT filed for Hearing before Special Master Steven Saltzburg, on 7/29/92, reporter: Elizabeth A. Eastman (lpp) (Entered: 08/13/1992) |
| 08/12/1992 | 43 | TRANSCRIPT filed for Status Conference before Special Master Stephen Saltzburg, on 7/31/92 reporter: Alicia Mark (lpp) (Entered: 08/13/1992) |
| 08/18/1992 | 44 | ORDER by Judge Charles R. Richey : directing the defendant to pay within 45 days to Cheryl C. and Martin A. Asher $8590.61 as fees and expenses and Nurit Friedman $260.00 for computer services (N) (jeb) (Entered: 08/18/1992) |
| 09/02/1992 | 47 | TRANSCRIPT filed for status conference before Special Master Stephen Saltzburg on 8/28/92 reporter: Alicia Mark (lpp) (Entered: 09/08/1992) |
| 09/04/1992 | 46 | MEMORANDUM ORDER by Special Master directing the defendant file all declarations and provide all supporting documents and provide all supporting documents upon which the defendant relies or which the plaintiffs are entitled under the Order of Reference with respect to all claims other than those designated as outside the class for which relief may be obtained in this case or vague; granting defendant's for enlargement of time to 9/1/92 by 5:00 p.m.; denying the extension of time to the extent that it seeks leave to file beyond this deadline; directing the parties to be prepared to address any disputes about claims designated by the defendant as vague and the plaintiffs' motion for sanctions at a status conference to be held on 9/2/92 at 1:30 PM; holding in abeyance the motion for sanctions with respect to claims listed in Exhibit B accompanying plaintiffs' opposition to defendant's motion for a further enlargement of time within which to comply with the Special Master's 4/29/92 Order, response to defenant's designation of vague/ambiguous claims, and motion to compel affidavits and for sanctions with respect to certain claims, dated 8/20/92 pending the 9/2/92 status conference. (N) (jeb) (Entered: 09/04/1992) |
| 09/08/1992 | 48 | NOTICE OF APPEAL by defendant from order [34−1] entered on: 7/9/92, and from related order entered on 11/16/84, 9/9/86, 12/24/86, 1/19/88 (as amended) and 4/15/88,; No fee paid (government); Copies mailed to ,Robert L. Shapiro, Daniel F. Van Horn, Professor Stephen Saltzburg, Bruce A. Fredrickson, Esq., Thomas P.Gies, Esq., David Rose, Esq. (dmb) (Entered: 09/09/1992) |
| 09/08/1992 | 49 | TRANSCRIPT filed for Status Conference before Special Master Stephen Saltzburg on 9/8/92 Reporter: Alicia Mark (lpp) (Entered: 09/10/1992) |
| 09/09/1992 | | TRANSMITTED PRELIMINARY RECORD on appeal [48−1] by BRUCE E. GELB, ALL OTHER DEFENDANTS to U.S. Court of Appeals (dmb) Modified on |

| | | |
|---|---|---|
| | | 09/23/1992 (Entered: 09/09/1992) |
| 09/10/1992 | 50 | NOTICE OF FILING by defendant ALL OTHER DEFENDANTS, defendant BRUCE E. GELB of several documents Exhibits (4) (lpp) (Entered: 09/11/1992) |
| 09/10/1992 | 51 | MOTION filed by defendant for review of special Mater's Ruling on 8/28/92 (lpp) (Entered: 09/15/1992) |
| 09/15/1992 | 52 | ATTORNEY APPEARANCE for plaintiff(s) by Peter H. Doyle (lpp) (Entered: 09/17/1992) |
| 09/21/1992 | 53 | ATTORNEY APPEARANCE for plaintiff(s) CAROLEE BRADY HARTMAN, plaintiff(s) ALL OTHER PLAINTIFFS by Douglas Benjamin Huron (dcn) (Entered: 09/22/1992) |
| 09/22/1992 | 54 | NOTICE OF FILING by Special Master Stephen A. Saltsbury of a Report to Court Clarifying his 8/28/92, Order (lpp) (Entered: 09/23/1992) |
| 09/22/1992 | 55 | CROSS NOTICE OF APPEAL by plaintiff(s) CAROLEE BRADY HARTMAN from order [34−1] entered on: 7/9/92, $5.00 Filing fee and $100.00 Docketing fee paid; Copies mailed to: Bruce A. Fredrickson, Susan L. Brackshaw, Douglas A. Wickham, Lorie J. Nierenberg, David Rose (lpp) Modified on 09/23/1992 (Entered: 09/23/1992) |
| 09/22/1992 | | USCA # 92−5325 assigned for appeal [48−1] by BRUCE E. GELB, ALL OTHER DEFENDANTS (dcn) (Entered: 09/24/1992) |
| 09/23/1992 | | TRANSMITTED PRELIMINARY RECORD on appeal [55−1] by CAROLEE BRADY HARTMAN to U.S. Court of Appeals (lpp) (Entered: 09/23/1992) |
| 09/24/1992 | 56 | RESPONSE by plaintiff(s) CAROLEE BRADY HARTMAN, plaintiff(s) ALL OTHER PLAINTIFFS in opposition to motion for review of special Mater's Ruling on 8/28/92 [51−1] by BRUCE E. GELB, ALL OTHER DEFENDANTS (dcn) (Entered: 09/25/1992) |
| 10/01/1992 | 57 | REPLY by plaintiff(s) CAROLEE BRADY HARTMAN, plaintiff(s) ALL OTHER PLAINTIFFS to response to motion for review of special Master's Ruling on 8/28/92 [51−1] by BRUCE E. GELB, ALL OTHER DEFENDANTS (lpp) (Entered: 10/02/1992) |
| 10/09/1992 | 58 | ORDER by Judge Charles R. Richey :approving the Special Master's request for reimbursement in the amount of $23,357.75, representing 100.2 hours of work at a rate of $225.00 per hour, plus expenses of $812.75 . (N) (jeb) (Entered: 10/09/1992) |
| 10/13/1992 | 59 | TRANSCRIPT filed for Status Conference before Special Master Stephen Saltzburg, on 10/5/92 Reporter: Elizabeth A. Eastman (lpp) (Entered: 10/14/1992) |
| 10/16/1992 | 61 | NOTICE OF FILING by defendant (dmb) (Entered: 10/19/1992) |
| 10/16/1992 | 63 | NOTICE OF FILING by defendanti certifies that copies of the remaining declarations and supporting material that defendant desires to submit concerning the qualifications of the U.S Information Agency's selectees during the liability period have been sent to class counsel (lpp) (Entered: 10/22/1992) |
| 10/19/1992 | 60 | ORDER ENTERED IN ERROR. (jeb) Modified on 10/19/1992 (Entered: 10/19/1992) |

| 10/21/1992 | 62 | NOTICE by defendant ALL OTHER DEFENDANTS, defendant BRUCE E. GELB of filing of supplemental notices; Notices (3) (jeb) (Entered: 10/21/1992) |
|---|---|---|
| 10/28/1992 | 64 | TRANSCRIPT filed Status Conference before Special Master Stephen Saltzburg on 10/19/92 Reporter: Alicia Mark (lpp) (Entered: 10/28/1992) |
| 11/02/1992 | 65 | ORDER by Special Master Saltzburg: granting motion for an enlargement of time for the defendant shall produce to plaintiffs and the Ashers the information that was called for at the 10/19/92 status conference (N) (lpp) (Entered: 11/04/1992) |
| 11/05/1992 | 66 | NOTICE OF MAILING by the defendant USA of enclosed supplemental notices sent first−class mail to specific Foreign Service Officer Claimants who responded to the Court's prior Notice of 10/15/91i, Exhibits (6) (lpp) (Entered: 11/06/1992) |
| 11/12/1992 | 67 | NOTICE of Special Master Michael Saltzburg additional report to court regarding his 8/28/92 order and recommended order (dmb) (Entered: 11/17/1992) |
| 11/17/1992 | 68 | TRANSCRIPT filed for status Conference, before Special Master Stephen Saltzburg on 11/9/92 Reporter: Alicia Mark (lpp) (Entered: 11/18/1992) |
| 11/17/1992 | 69 | TRANSCRIPT filed Status Conference before Special Master Stephen Saltzburg on 11/9/92 Reporter: Alicia Mark (lpp) (Entered: 11/18/1992) |
| 11/23/1992 | 70 | NOTICE OF FILING by defendant of comments on Special Master's Additonal report to Court regarding his 8/28/92, Order and recommended Order (lpp) (Entered: 11/24/1992) |
| 12/03/1992 | 71 | MOTION filed by plaintiff(s) to extend time to 12/7/92, ti file an oppositon to defendant's comments (lpp) (Entered: 12/04/1992) |
| 12/07/1992 | 72 | ORDER by Judge Charles R. Richey : granting plaintiff's unopposed motion for extension of time to 12/11/92 for plaintiffs to respond to defendant's comments on Special Master's Additional Report to Court regarding his 8/28/92 Order. (N) (jeb) (Entered: 12/07/1992) |
| 12/11/1992 | 73 | RESPONSE (OPPOSITIONS) by plaintiff(s) CAROLEE BRADY HARTMAN, plaintiff(s) ALL OTHER PLAINTIFFS [70−1] by BRUCE E. GELB, ALL OTHER DEFENDANTS defendant's comments on Special Master's additional report to Court regarding his 8/28/92 Order and Recommended order; Exhibit A. (dmb) Modified on 12/15/1992 (Entered: 12/15/1992) |
| 12/21/1992 | 74 | TRANSCRIPT filed for Status Conference before Special Master Stephen Saltzburg on 12/14/92. Reporter: Alicia Mark (lpp) (Entered: 12/22/1992) |
| 12/23/1992 | 75 | TRANSCRIPT filed for status conference before Special Master stephen Saltzburg on 12/17/92. Reporter: Alicia Mark (lpp) (Entered: 12/24/1992) |
| 02/04/1993 | | STATUS HEARING before Judge Charles R. Richey :Court affirms order of Special Master Stephen Saltzburg. Reporter: Frank Rangus (jeb) Modified on 02/04/1993 (Entered: 02/04/1993) |
| 02/08/1993 | 76 | NOTICE OF FILING by plaintiffs of an order as directed by the Court on 2/4/93 (lpp) (Entered: 02/09/1993) |
| 02/11/1993 | 77 | MOTION filed by defendant to extend time to object to the Special Master's Memorandum and Order Regarding the Damages Model filed with the Court on 2/9/93 (lpp) (Entered: 02/12/1993) |

| 02/12/1993 | 78 | ORDER by Judge Charles R. Richey : approving the Special Master's request for reimbursement in the amount of $16,695.00, representing 74.2 hours of work at a rate of $225.00 per hour; attachment. (N) (jeb) Modified on 02/12/1993 (Entered: 02/12/1993) |
| --- | --- | --- |
| 02/12/1993 | 79 | ORDER by Judge Charles R. Richey :approving payments of $3,123.75 to Dr. Cheryl Asher for 36.75 hours at an approved rate of $85.00, plus $493.37 in costs and expenses, or a total of $3617.12, the payment of $8,648.75 to Dr. Martin Asher for 101.75 hours at an approved rate of $85.00 plus costs and expenses of $493.37, or a tota of $9142.12 approved; and approving the payment of $1740.00 to Nurit Friedman for 43.5 hours work at $40.00 per hour; directing the defendant pay such fees and expenses within 45 days as required by the Order of Reference; attachment. (N) (jeb) Modified on 02/12/1993 (Entered: 02/12/1993) |
| 02/17/1993 | 80 | TRANSCRIPT filed for Status Conference before Special Master Stephen Saltzburg on 2/9/93. Reporter: Elizabeth A. Eastman (lpp) (Entered: 02/18/1993) |
| 02/19/1993 | 81 | TRANSCRIPT filed for date of 2/4/93. Reporter: Frank J. Rangus (bm) (Entered: 02/22/1993) |
| 02/23/1993 | 82 | ORDER by Judge Charles R. Richey :affirming the Special Master's Ruling of 8/28/92 denying defendant's motion for enlargement of time to permit the filing of additional affidavits beyond those filed by the defendant as of 9/1/92. (N) (jeb) (Entered: 02/23/1993) |
| 03/05/1993 | 83 | MEMORANDUM AND ORDER :of Special Master Stephen A. Saltzburg; Appendix I, II, III,IV,V. (jeb) (Entered: 03/08/1993) |
| 03/08/1993 | 84 | ORDER by Special Master Stephen A. Saltzbury : Defendant shall correspond with the Court appointed experts by 5:00 p.m. on 2/12/93; Ashers or the plaintiffs may seek to expedite production of materials; motions to strike the declarations shall be deemed to be motions by the plaintiffs for partial summary judgment, that the defendant need not respond to the motion to strike at this time, and that plaintiffs shall have until 5:00 p.m. 3/9/93 to file additional pleadings identifying all claimants for partial summary judgment; defendant has until 3/9/93 to file all motions for discovery; defendant shall file any response to the plaintiffs' motions for partial summary judgment by 3/23/93; it is further ordered that plaintiff shall file any response to the defendant's motion for discovry by 3/23/93 (N) (lpp) (Entered: 03/08/1993) |
| 03/08/1993 | 86 | NOTICE OF FILING by defendant BRUCE E. GELB of a notice for the Court's approval (lpp) (Entered: 03/09/1993) |
| 03/09/1993 | 85 | SPECIAL NOTICE to certain women who received an October, 1991 notice and who participated in the re−evaluation process in Palmer v. Schultz, approved. (Richey, J.) (jeb) (Entered: 03/09/1993) |
| 03/26/1993 | 87 | ORDER by Judge Charles R. Richey : extending time to 3/29/93 response to motion for partial summary judgment; due 3/29/93 (N) (lpp) (Entered: 03/29/1993) |
| 04/06/1993 | 88 | ORDER by Special Master, Stephen A. Saltzburg: Plaintiff shall have until 4:00 p.m on 4/13/93 to file any reply to the defendant's opposition to partial summary judgment and it is Further Ordered that defendant with an equal opportunity to reply shall have until 4:00 p.m. 4/13/93 to file any reply to the plaintiffs' opposition to discovery (N) (lpp) (Entered: 04/06/1993) |

| 04/09/1993 | 89 | ORDER by Judge Charles R. Richey : approving the Special Master's request for reimbursement in the amount of $12,037.50, representing 53.5 hours of work at the rate of $225.00 per hour; attachment. (N) (jeb) Modified on 04/09/1993 (Entered: 04/09/1993) |
|---|---|---|
| 05/28/1993 | 90 | ORDER by Special Master Saltzburg : denying without prejudice defendant's motion for discovery (N) (lpp) Modified on 05/28/1993 (Entered: 05/28/1993) |
| 05/28/1993 | 91 | ORDER by Special Master Saltzburg: regarding eighty−five claims (N) (lpp) (Entered: 05/28/1993) |
| 06/01/1993 | 92 | TRANSCRIPT filed status conference, befrore Special Master Stephen Saltzburg on 5/21/93. Reporter: Lynda Raitala (lpp) (Entered: 06/02/1993) |
| 06/01/1993 | 95 | RESPONSE (OPPOSITIONS) by defendant BRUCE E. GELB to plaintiffs' motion to strike defendant's motion for amendment of special masters's order regarding eighty−five claims (lpp) (Entered: 07/06/1993) |
| 06/16/1993 | 93 | NOTICE OF FILING by defendant ALL OTHER DEFENDANTS, defendant BRUCE E. GELB ; of memorandum in opposition to plaintff motion for partial summary judgment submitted udg; BULKY (dmb) (Entered: 06/18/1993) |
| 06/16/1993 | 94 | MOTION filed by defendant ALL OTHER DEFENDANTS, defendant BRUCE E. GELB to amend order [91−1] (kmk) (Entered: 06/18/1993) |
| 07/06/1993 | 96 | MEMORANDUM by Special Master, Stephen A. Saltzburg, 7/1/93, regarding disputed declarations, Appendix (2) (lpp) (Entered: 07/07/1993) |
| 07/07/1993 | 97 | ORDER by Stephen A. Saltzburg, Special Master, Denying motion by plaintffs' to exclude declarations; No later than 5:00 p.m. 7/9/93 the defendant shall serve upon the plaintiffs and the Special Master copies of all declarations which are identified by the plaintiffs in Exhibit D Except Part 4; and additional instruction to attorney for defendant (lpp) (Entered: 07/07/1993) |
| 07/08/1993 | 98 | REPLY by plaintiff(s) CAROLEE BRADY HARTMAN, plaintiff(s) ALL OTHER PLAINTIFFS to response to response order [95−1] by BRUCE E. GELB (lpp) (Entered: 07/09/1993) |
| 08/18/1993 | 99 | ORDER by Special Master Stephen A. Saltzburg: extending time to 9/10/93 response to motion for Interim Attorneys' Fees and Costs; due by 9/10/93 ; (N) (lpp) (Entered: 08/18/1993) |
| 08/23/1993 | 100 | MOTION filed by defendant ALL OTHER DEFENDANTS, defendant BRUCE E. GELB to extend time to respond to plaintiffs' 8/16/93 motion to strike certain declarations (lpp) (Entered: 08/24/1993) |
| 08/31/1993 | 101 | ORDER by Judge Charles R. Richey : denying motion to extend time to respond to plaintiffs' 8/16/93 motion to strike certain declarations [100−1] by BRUCE E. GELB, ALL OTHER DEFENDANTS, Further ORdered that the Defendant may respond to the Plaintiffs' Motion to Strike Certain Declarations of John S. Welch and Blance E. Twardowski by indicating that he is incorporating in his response all arguments previously made with respect to the 71 claims ruled upon on 5/21 and 5/25 without having to reiterate the entire substance of those arguments in a new filing (N) (lpp) (Entered: 08/31/1993) |
| 09/22/1993 | 102 | |

| | | |
|---|---|---|
| | | ORDER by Judge Charles R. Richey : approving the Special Master's request for reimbursement in the amount of $11,587.50 representing 51.5 hours of work at a rate of $225.00 per hour; attachment. (N) (jeb) (Entered: 09/22/1993) |
| 09/24/1993 | 103 | ORDER by Judge Charles R. Richey : granting motion for a further enlargement of time to file defendant's oppositon to plaintiffs' first motion for interim attorneys' fees and costs; response to motion due 9/27/93 ; (N) (lpp) (Entered: 09/24/1993) |
| 10/02/1993 | 104 | ORDER filed by Special Master Stephen A. Saltzburg: granting motion to strike the twenty−four (24) summarized in Appendix A; further ordered, motion to strike the 9/1/92 Declaration of Harlan F. Rosacker is granted Attachment: (1) Declaration; Appendices D, E. And F to Order of 9/28/93; Appendix G to Order of 9/28/93, twenty−four declarations; Appendix H to Order of 9/28/93 (N) (lpp) (Entered: 10/04/1993) |
| 10/12/1993 | 105 | ORDER by Stephen A. Saltzburg, Special Master: granting motion for an enlargement of time to file Plaintiffs' response to Defendant's oppositon to Plaintiffs' First Motion for Interim Attorneys' Fees and Cost; further ordered, response due 11/1/93 response to motion due 11/1/93 ; (N) (lpp) (Entered: 10/13/1993) |
| 10/18/1993 | 106 | MOTION filed by defendant BRUCE E. GELB to vacate Special Master's Order striking twenty−five declarations (bm) (Entered: 10/19/1993) |
| 10/22/1993 | 107 | ORDER by Judge Charles R. Richey : approving the Special Master's request for reimbursement in the amount of $6300.00 representing 28.0 hours of work at a rate of $225.00 per hour. (N) (jeb) (Entered: 10/22/1993) |
| 11/01/1993 | 108 | RESPONSE by plaintiffs in opposition to motion to vacate Special Master's Order striking twenty−five declarations [106−1] by BRUCE E. GELB; Attachment (1); Appendices D−H (BULKY PLEADING) (ab) Modified on 11/02/1993 (Entered: 11/02/1993) |
| 11/01/1993 | 109 | REPORT AND RECOMMENDATION by Special Master Stephen A. Saltzburg concerning interim attorneys' fee petition (lpp) (Entered: 11/03/1993) |
| 11/04/1993 | 110 | ORDER filed by Special Master Stephen A. Saltzburg: Denying plaintiffs' 10/14/93 motion for partial summary judgment as to 46 claims; Further Ordered, Granting defendant's motion to defer consideration of the plaintiffs' motion for partial summary judgment (N) (lpp) (Entered: 11/05/1993) |
| 11/08/1993 | 111 | ORDER filed by Special Master Stephen A. Saltzburg: Granting Plaintiffs' Motion for leave to file a brief exceeding 25 pages in lengthi in reply to Defendant's Opposition to Plaintiffs' First Motion for Interim Attorneys' Fees and Costs (N) (lpp) (Entered: 11/09/1993) |
| 11/08/1993 | 112 | REPLY by defendant BRUCE E. GELB to response to motion to vacate Special Master's Order striking declarations [106−1] by BRUCE E. GELB (bm) (Entered: 11/09/1993) |
| 11/24/1993 | 113 | TRANSCRIPT filed for Status Conference on 11/16/93. Reporter: Lynda Raitala (lpp) (Entered: 11/26/1993) |
| 11/29/1993 | 114 | ORDER filed by Special Master Stephen A. Saltzburg: denying without prejudice motion by plaintiffs for partial summary judgment; granting defendant's motion to defer consideration of the plaintiffs' motion for partial summary judgment; APPENDIX I: Denying without prejudice, plaintiffs' 10/14/93 motion for partial |

| | | |
|---|---|---|
| | | summary judgment as to 46 claims; granting defendant's motin to defer consideration of the plaintiffs' motion for partial summary judgment; APPENDIX II: Denying plaintiffs' motion for reconsideration of the 11/1/93, denial of plaintiffs' partial summary judgment as to 46 claims; APPENDIX III: Attachment (1); APPENDIX IV: Attachment (1)` motion to (N) (lpp) (Entered: 11/30/1993) |
| 11/29/1993 | 115 | ORDER filed by Special Master Stephen Saltzburg: denying plaintiffs' motion for reconsideration and clarifying 11/1/93, Order; APPENDIX I: denying without prejudice, plaintiffs' 10/14/93, motion for partial summary judgment as to 46 claims; granting defendant's motion to defer consideration of the plaintiffs' motion for partial summary judgment; APPENDIX II: Attachment (1); APPENDIX III: Attachment (1) (N) (lpp) (Entered: 11/30/1993) |
| 11/29/1993 | 116 | ORDER filed by Special Master Stephen Saltzbury: setting forth ruling of issues heard 11/16/93 (N) (lpp) (Entered: 11/30/1993) |
| 12/01/1993 | 117 | ORDER by Judge Charles R. Richey : directing the Special Master to make a report and recommendations with respect to all fee applications, including the plaintiffs' first interim fee petition; directing that the Special Master shall have discretion to determine the appropriate discovery, if any, and procedures which are necessary to enable him to comply with this order in an expeditious and just manner. (N) (jeb) (Entered: 12/02/1993) |
| 12/03/1993 | 118 | ORDER filed by Special Master Stephen A. Saltzburg: directing the plaintiffs' reply to defendant's opposition to plaintiffs' motion to reconsider Special Master's Order of 11/1/93 is designated Appendix IV to the 11/22/93 Order denying plaintiffs' motion for reconsideration and clarifying 11/1/93 Order; Appendix IV (N) (bm) (Entered: 12/06/1993) |
| 12/07/1993 | 119 | ORDER by Judge Charles R. Richey: directing the payments of $2,720.00 to Dr. Cheryl Asher for 32 hours at an approved rate of $85.00; $5,142.50 to Dr. Martin Asher for 60.5 hours at an approved rate of $85.00; approving costs and expenses of $177.21 to be divided equally between the Ashers, and of $784.00 to Nurit Friedman for 17 hours work at $40.00 per hour and $104 in travel expenses; the defendant shall pay such fees and expenses within forty−five (45) days as required by the Order of Reference; attachment. (N) (bm) Modified on 12/07/1993 (Entered: 12/07/1993) |
| 12/15/1993 | 120 | ORDER by the Special Master regarding attorneys' fees discovery; attachment. (N) (bm) (Entered: 12/17/1993) |
| 12/20/1993 | 121 | ORDER filed by Special Master Stephen A. Saltzburg: Correcting of Order regarding Attorneys' Fees Discovery (N) (lpp) (Entered: 12/21/1993) |
| 01/10/1994 | 122 | ORDER by Judge Charles R. Richey : approving the Special Master's request for reimbursement in the amount of $16,267.50 representing 72.3 hours of work at a rate of $225.00 per hour. (N) (jeb) (Entered: 01/12/1994) |
| 01/27/1994 | | STATUS HEARING before Judge Charles R. Richey : Reporter: Frank Rangus (jeb) (Entered: 01/27/1994) |
| 01/27/1994 | 123 | ORDER filed by Special Master Stephen A. Saltburg: Granting motion by Defendant for enlargement of time to submitted statement of points and authorities in support and further ordered, time for defendants to submit anty supplemrnt to defendant's opposition to plaintiffs' first motion for interim attorneys' fees and cost, |

| | | 6:00 p.m., 1/21/94 (N) (lpp) (Entered: 01/29/1994) |
|---|---|---|
| 02/17/1994 | 126 | NOTICE OF FILING by Special Master: Report Motion by Plaintiffs for Interim Attorney Fees; Volumes 1−3, Exhibit 1−29, Appendix III, IV (lpp) (Entered: 03/10/1994) |
| 02/17/1994 | 127 | MOTION filed by plaintiff(s) ALL OTHER PLAINTIFFS, plaintiff(s) CAROLEE BRADY HARTMAN for leave to file a brief exceeding 25 pages in length in reply , EXHIBIT: REPLY TO DEFENANT'S OPPOSITION TO PLAINTIFFS' FIRST MOTION FOR INTERIM ATTORNEYS' FEES AND COSTS, (lpp) (Entered: 03/11/1994) |
| 02/25/1994 | | STATUS HEARING before Judge Charles R. Richey : Reporter: Frank Rangus (jeb) (Entered: 02/25/1994) |
| 02/25/1994 | 124 | ORDER by Judge Charles R. Richey : status hearing set for 2:00 3/18/94 ; directing the government to brief its objections to the Special Master's Report on motion by plaintiffs' for interim attorney fees by 3/8/94 by 4:00 p.m.; directing the plaintiffs to respond by 3/15/94 by 4:00 p.m. (N) (jeb) (Entered: 02/25/1994) |
| 03/08/1994 | 125 | ORDER by Judge Charles R. Richey : approving the payments of $1402.50 to Dr. Cheryl Asher for 16.5 hours at an approved rate of $85.00, of $2507.50 to Dr. Martin Asher for 29.5 hours at an approved rate of $85.00, of costs and expenses of $277.49 to be paid to Martin Asher, and of $800.00 to Nurit Friedman for 20 hours work at $40.00 per hour, $104 in travel expenses, and $5100.00 for equipment rental; directing the defendant pay to each of the persons these fees and expenses within forty−five (45) days as required by the Order of Reference. (N) (jeb) (Entered: 03/08/1994) |
| 03/08/1994 | 128 | OBJECTIONS by federal defendant to file notice by special master of a report [126−1] (lpp) (Entered: 03/11/1994) |
| 03/15/1994 | 129 | REPLY by plaintiff(s) ALL OTHER PLAINTIFFS, plaintiff(s) CAROLEE BRADY HARTMAN to response to to file notice [126−1], Exhibits: (2) (lpp) Modified on 03/17/1994 (Entered: 03/17/1994) |
| 03/16/1994 | 130 | ERRATA by plaintiff(s) ALL OTHER PLAINTIFFS, plaintiff(s) CAROLEE BRADY HARTMAN of reply to Special Master's Report on Motion by plaintiffs for Interim Attorney Fees and to Defendant's Objections (lpp) (Entered: 03/18/1994) |
| 03/18/1994 | | STATUS HEARING before Judge Charles R. Richey : Reporter: Frank Rangus (jeb) (Entered: 03/18/1994) |
| 03/21/1994 | 134 | ORDER by Judge Charles R. Richey : directing the parties to continue to keep the Court apprised of the status of their settlement negotiations in this case; directing counsel for the fee petitioners and counsel for the government to file further briefs with the Court by 3/23/94 by 4:00 p.m. as to the issue of interim fee awards. (N) (jeb) (Entered: 03/25/1994) |
| 03/23/1994 | 131 | NOTICE by Judge Charles R. Richey to the Clerk of the Court of Appeals. (transmitted to USCA as preliminary record) (N) (jeb) Modified on 03/24/1994 (Entered: 03/23/1994) |
| 03/23/1994 | 132 | SUPPLEMENTAL MEMORANDUM to objection [128−1] by BRUCE E. GELB (lpp) (Entered: 03/24/1994) |

| | | |
|---|---|---|
| 03/23/1994 | 133 | MEMORANDUM by plaintiff(s) ALL OTHER PLAINTIFFS, plaintiff(s) CAROLEE BRADY HARTMAN in support of an interim award of attorneys' fees and costs without requiring plaintiffs to post a surety bond (lpp) (Entered: 03/24/1994) |
| 03/29/1994 | 135 | REPLY by plaintiff(s) ALL OTHER PLAINTIFFS, plaintiff(s) CAROLEE BRADY HARTMAN to response to memorandum in support response [133−1] by CAROLEE BRADY HARTMAN, ALL OTHER PLAINTIFFS (lpp) (Entered: 03/30/1994) |
| 03/29/1994 | 137 | LETTER from Carolee Brady Hartman, et al to the Clerk of the Court dated 3/20/94i, attachment (1) (lpp) (Entered: 04/12/1994) |
| 04/05/1994 | 137 | ORDER by Judge Charles R. Richey : directing parties to meet with the mediator on or before 4/12/94 by 4:00 p.m.; directing parties to file a schedule for the resolution of these matters, that will enable the Court to conclude these proceedings by 7/8/94 by 4:00 p.m.; directing parties to file with the Court their recommendations concerning how and in what manner attorneys' fees and as to whether the Court should hold a hearing on this issue in conjunction with the Court's resolution of the question of class certification due by 4:00 4/18/94; directing parties to file their recommendations as to how the Court should deal with the two pending motions to strike that are the subject of the Special Master's Report and Recommendation, as well as any other matters that require the Court's attention. (N) (jeb) (Entered: 04/05/1994) |
| 04/12/1994 | 138 | ORDER by Judge Charles R. Richey : that the Special Master's request for reimbursement in the amount of $18,427.50 representing 81.9 hours of work at the rate of $225.00 per hour, shall be, and hereby is, APPROVED (N) (ks) (Entered: 04/13/1994) |
| 04/12/1994 | 139 | LETTER dated 4/8/94 to the Court from Stephen A. Saltzburg "Let this be file" (fiat) (N) (bm) (Entered: 04/15/1994) |
| 04/12/1994 | 140 | ORDER by Judge Charles R. Richey: approving the Special Master's request for reimbursement in the amount of $18,427.50 representing 81.9 hours of work at a rate of $225.00 per hour; attachment. (N) (bm) (Entered: 04/15/1994) |
| 04/18/1994 | 141 | PROPOSED SCHEDULE by plaintiff CAROLEE BRADY HARTMAN, and defendant JOSEPH DUFFEY for resolving pending issues. (bm) (Entered: 04/19/1994) |
| 04/22/1994 | 142 | MOTION filed by defendant JOSEPH DUFFEY to stay remedial processes pending resolution of class certification issue. (bm) (Entered: 04/25/1994) |
| 05/03/1994 | 143 | RESPONSE by plaintiff(s) ALL OTHER PLAINTIFFS, plaintiff(s) CAROLEE BRADY HARTMAN in opposition to motion to stay remedial processes pending resolution of class certification issue. [142−1] by BRUCE E. GELB . (lpp) (Entered: 05/04/1994) |
| 05/06/1994 | 144 | ORDER by Judge Charles R. Richey : granting motion to stay remedial processes pending resolution of class certification issue. [142−1] by BRUCE E. GELB cross motions on class certification due 4:00 5/16/94 ; responses to cross motions due 4:00 5/31/94 ; , and directing the parties may submit any further recommendations as to the processing of this case to the Court due by 4:00 5/9/94; directing counsel to continue their efforts to pursue settlment of this matter, in conjunction with the |

| | | |
|---|---|---|
| | | mediator if possible and to inform the Court in writing on or before 5/16/94 by 4:00 p.m. as to the status of their negotiations; directing counsel to be prepared to proceed with a hearing on this issue of class certification as early in June as the business of the Court will permit; temporarily deferring the issue of plaintiffs' application for interim attorneys' fees. (N) (jeb) (Entered: 05/06/1994) |
| 05/09/1994 | 145 | MOTION filed by defendant to extend time to 5/31/94 to respond to motion to intervene. (bjl) (Entered: 05/10/1994) |
| 05/11/1994 | 146 | RESPONSE by plaintiffs in opposition to motion to extend time to 5/31/94 to respond to motion to intervene. [145−1] by ALL OTHER DEFENDANTS . (bjl) (Entered: 05/12/1994) |
| 05/12/1994 | 147 | ORDER by Judge Charles R. Richey : granting in part, denying in part motion to extend time to respond to motion to intervene. [145−1]; extending time to 5/18/94 for defendant to respond to the motion to intervene; directing that the petitioners may file a reply by 5/23/94 by 4:00 p.m.; modifying briefing schedule as follows: cross motions on class certification due on 5/26/94 by 4:00 p.m.; opposition to cross motions due 6/10/94 by 4:00 p.m. (N) (jeb) (Entered: 05/12/1994) |
| 05/16/1994 | 148 | REPORT by defendant and plaintiffs on settlement negotiations. (bjl) (Entered: 05/18/1994) |
| 05/18/1994 | 149 | MOTION filed by defendants to extend time to 5/20/94 to file and serve opposition to motion to intervene. (bjl) (Entered: 05/19/1994) |
| 05/20/1994 | 150 | RESPONSE by defendant JOSEPH DUFFEY in opposition to motion to intervene; attachments. (BULKY PLEADING) (bm) (Entered: 05/23/1994) |
| 05/23/1994 | 151 | MOTION filed by plaintiffs to extend time to 5/27/94 ro file reply to defendant's opposition to motion to intervene. Attachment. (bjl) (Entered: 05/25/1994) |
| 05/26/1994 | 152 | MOTION filed by defendant JOSEPH DUFFY to extend time to 5/27/94 within which to file motion to decertify the applicant class (bm) (Entered: 05/27/1994) |
| 05/26/1994 | 157 | NOTICE OF FILING by plaintiff(s) ALL OTHER PLAINTIFFS, plaintiff(s) CAROLEE BRADY HARTMAN Attachments (48) attachment No. 20 is filed under seal in room 1800 (lpp) (Entered: 06/06/1994) |
| 05/26/1994 | 158 | MEMORANDUM by plaintiff(s) ALL OTHER PLAINTIFFS, plaintiff(s) CAROLEE BRADY HARTMAN in support of Class Certification, portion of brief filed under seal in room 1800 (lpp) (Entered: 06/06/1994) |
| 05/27/1994 | 153 | ORDER by Judge Charles R. Richey : granting motion to extend time to 5/26/94 within which to file motion to decertify the applicant class [152−1] by BRUCE E. GELB, granting motion to extend time to 5/18/94 to file and serve opposition to motion to intervene. [149−1] by ALL OTHER DEFENDANTS granting motion to extend time to 5/23/94 to file reply to defendant's opposition to motion to intervene. [151−1] by ALL OTHER PLAINTIFFS, CHARLES Z. WICK (N) (jeb) (Entered: 05/31/1994) |
| 05/27/1994 | 154 | MOTION filed by defendant JOSEPH DUFFY for leave to file a memorandum in excess of the page limits (bm) (Entered: 06/01/1994) |
| 05/27/1994 | 155 | MOTION filed by defendant JOSEPH DUFFY to decertify the applicant class (bm) (Entered: 06/01/1994) |

| | | |
|---|---|---|
| 05/27/1994 | 156 | REPLY by plaintiffs to defendant's opposition to plaintiffs' motion to intervene (bm) (Entered: 06/01/1994) |
| 06/10/1994 | 159 | MOTION filed by defendant JOSEPH DUFFY to extend time for one−business−day within which to file his opposition to plaintiff's motion to certify the class ; EXHIBIT−OPPOSITION. (bm) (Entered: 06/13/1994) |
| 06/13/1994 | 160 | MEMORANDUM by defendant JOSEPH DUFFEY in opposition to plaintiffs' request to certify the applicant class. (bm) (Entered: 06/14/1994) |
| 06/14/1994 | 161 | MOTION filed by defendant BRUCE E. GELB to extend time to for 30 minutes to file an opposition to plaintiff's motion to certify the class and one business day to 6/13/94 to prepare and file defendant's appendix and final briefs with citations to the appendix. (jeb) (Entered: 06/14/1994) |
| 06/14/1994 | 162 | NOTICE OF FILING by defendant JOSEPH DUFFEY of defendant's appendix; exhibits (64). (BULKY PLEADING) (bm) (Entered: 06/15/1994) |
| 06/14/1994 | 163 | MOTION filed by defendant JOSEPH DUFFEY for leave to file memoranda in excess of the page limits ; EXHIBITS (2) − AMENDED MEMORANDUM IN SUPPORT and AMENDED MEMORANDUM IN OPPOSITION. (bm) (Entered: 06/15/1994) |
| 06/15/1994 | 164 | ORDER by Judge Charles R. Richey : granting motion to extend time to for 30 minutes to file an opposition to plaintiff's motion to certify the class and one business day to 6/13/94 to prepare and file defendant's appendix and final briefs with citations to the appendix. [161−1] by BRUCE E. GELB (signed nunc pro tunc to 6/13/94) (N) (jeb) (Entered: 06/15/1994) |
| 06/20/1994 | 165 | ORDER by Judge Charles R. Richey :approving the payments of $850.00 to Dr. Cheryl Asher for 10.0 hours at the approved rate of $85.00, of $1275.00 to Dr. Martin Asher for 15.0 hours at an approved rate of $85.00, and of $5038.00 to Nurit Freeman for 40.0 hours at $40.00 per hour ($1600.00), plus $1888.00 for search and production of master employee records and $1550 for data entry; directing the defendant to pay each of these persons these fees and expenses within 45 days as required by the order of reference; attachment. (N) (jeb) (Entered: 06/20/1994) |
| 06/24/1994 | 166 | CERTIFIED COPY of Judgment filed in USCA dated 4/5/94, on appeal [55−1], appeal [48−1] , remanding cases for further proceedings USCA # 92−5325, 92−5347 (mbd) (Entered: 07/13/1994) |
| 09/01/1994 | | MOTION HEARING before Judge Charles R. Richey by BRUCE E. GELB motion to decertify the applicant class heard[155−1] and taken under advisement; motion of plaintiffs to certify class heard and taken under advisement; motion of Pushpa Agnihotri, and other petitioners, et al. to intervene heard and taken under advisement Reporter: Frank Rangus (jeb) (Entered: 09/01/1994) |
| 09/07/1994 | | Tele−conference (supplemental remand hearing) before Judge Charles R. Richey: counsel agree that present record on remand is sufficient for purposes of Rule 23 on remand; plaintiff to file supplemental briefs on whether creation, notice, and a hearing under Rule 23 is required for any class certification or subclass certification due by 9/9/94 by 4:00 p.m.; defendant's opposition due 9/124/94 by 4:00 pm. reporter: Frank Rangus (jeb) Modified on 09/08/1994 (Entered: 09/07/1994) |
| 09/09/1994 | 167 | MEMORANDUM by plaintiff(s) ALL OTHER PLAINTIFFS, plaintiff(s) CAROLEE BRADY HARTMAN regarding subclasses (lpp) (Entered: 09/12/1994) |

| 09/09/1994 | 168 | MEMORANDUM by plaintiff(s) ALL OTHER PLAINTIFFS regarding notice and hearing on the issue of class certification (lpp) (Entered: 09/12/1994) |
| 09/14/1994 | 169 | MEMORANDUM by defendant ALL OTHER DEFENDANTS, defendant BRUCE E. GELB regarding subclasses, class notice and hearing (lpp) (Entered: 09/16/1994) |
| 11/23/1994 | 170 | MEMORANDUM OPINION by Judge Charles R. Richey with appendices A & B. (N) (jeb) (Entered: 11/23/1994) |
| 11/23/1994 | 171 | ORDER by Judge Charles R. Richey : denying motion to decertify the applicant class [155−1] by BRUCE E. GELB; granting petitioners' motion to intervene; directing parties to meet and confer and file a pleading as to an appropriate framework for the resolution of the remaining issues in this case due 4:00 p.m. 12/21/94. (N) (jeb) (Entered: 11/23/1994) |
| 12/21/1994 | 174 | JOINT STATUS REPORT by defendant ALL OTHER DEFENDANTS, plaintiff ALL OTHER PLAINTIFFS, plaintiff CAROLEE BRADY HARTMAN, defendant BRUCE E. GELB (lpp) (Entered: 12/23/1994) |
| 12/22/1994 | 172 | Text not available. (Entered: 12/22/1994) |
| 12/22/1994 | 173 | Text not available. (Entered: 12/22/1994) |
| 01/09/1995 | 175 | ORDER by Judge Charles R. Richey : deleting the term "Rule 24(b)" in line 7 of page 14 of the Order dated 11/23/94; replacing with the term "Rule 24(a)" ; directing Clerk to send copy of this Order to all counsel of record. (N) (dbw) (Entered: 01/10/1995) |
| 01/12/1995 | 176 | REPORT AND RECOMMENDATION by Defendant: Changes to the Remedical Process (lpp) (Entered: 01/13/1995) |
| 01/17/1995 | 177 | STATUS REPORT by Special Master Stephen Saltzburg, Appendi (4) (lpp) (Entered: 01/19/1995) |
| 01/20/1995 | 181 | ERRATA of page 9 and 42 in the "Special Master's 1/17/95 Report", filed by the special master. (ted) Modified on 01/25/1995 (Entered: 01/25/1995) |
| 01/23/1995 | 180 | NOTICE OF APPEAL by defendant BRUCE E. GELB, defendant JOSEPH DUFFEY from orders oF ;7/90/92; 11/16/84; 9/9/86; 12/24/86; 1/19/88 as amended), 4/15/88; and 11/23/94, no fees paid, U.S. Government; Copies sent to: Robert L. Shapiro; Bruce A. Fredrickson; Thomas P. Gies; Douglas B. Huron; Peter H. Doyle. (lpp) (Entered: 01/24/1995) |
| 01/24/1995 | 178 | ORDER by Judge Charles R. Richey : denying motion to vacate Special Master's Order striking twenty−five declarations [106−1] by BRUCE E. GELB; denying motion to amend order regarding eighty−five claims [91−1] [94−1] by ALL OTHER DEFENDANTS, BRUCE E. GELB (N) (dbw) (Entered: 01/24/1995) |
| 01/24/1995 | 179 | ORDER by Judge Charles R. Richey : awarding plaintffs' $500,000.00 in interim attorneys' fees and $222,089.70 in costs, and that the defendant shall pay the same within 30 days of this Order (N) (dbw) (Entered: 01/24/1995) |
| 01/24/1995 | | TRANSMITTED PRELIMINARY RECORD on appeal [180−1] by JOSEPH DUFFEY, BRUCE E. GELB to U.S. Court of Appeals (lpp) (Entered: 01/24/1995) |
| 02/07/1995 | | USCA # 95−5030 assigned for appeal [180−1] by JOSEPH DUFFEY, BRUCE E. GELB (lpp) (Entered: 02/08/1995) |

| 02/09/1995 | 182 | ATTORNEY APPEARANCE for plaintiff CAROLEE BRADY HARTMAN by David L. Rose (lpp) (Entered: 02/10/1995) |
| 02/10/1995 | 183 | ERRATA of Stephen A. Saltzburg Correcting Page 3 of the Order dated 2/8/95 (lpp) (Entered: 02/13/1995) |
| 02/21/1995 | 184 | MOTION filed by defendant BRUCE E. GELB, defendant JOSEPH DUFFEY to vacate Special Master's Order of 2/8/95, as amended by order of 2/9/95 (lpp) (Entered: 02/22/1995) |
| 02/24/1995 | 185 | ORDER by Judge Charles R. Richey : denying motion to vacate Special Master's Order of 2/8/95, as amended by order of 2/9/95 [184−1] by JOSEPH DUFFEY, BRUCE E. GELB (N) (dbw) (Entered: 02/24/1995) |
| 04/17/1995 | 186 | ORDER by Judge Charles R. Richey : directing defendant to pay Dr. Cheryl Asher, Dr. Martin Asher and Nurit Friedman fees and expenses within forty−five (45) days as required by Order of Reference (N) [see order for details] (dbw) (Entered: 04/17/1995) |
| 04/26/1995 | 187 | ORDER filed by Special Master Stephen A. Saltzbury: Granting Plaintiffs' 3/22/95, motion to strike the declarations of 29 selecting officials; further ordered granting plaintiffs' 12/3/93, motion to strike the defendant's global answer and eleven global declartions (N) (lpp) (Entered: 04/28/1995) |
| 04/26/1995 | 188 | ORDER filed by Special Master Stephen A. Saltzburg: parties shall provide me with a joint statement indicating their agreement no later than 5:00 p.m., 5/8/95; further ordered, the Ashers shall provide the parties by 5/12/95, if possible, and in any event no later than 5/15/95, with the basic documentation underlying the damages model, a status conference with the Ashers shall be held at 10:00 a.m., 5/22/95, in the Moot Court Room of the George Washington University National Law Center, and the parties shall be permitted, to provide the Ashers as soon as possible a list of questions and/or subjects they would like the Ashers to address by way of documentation or at the status conference (N) (lpp) (Entered: 04/28/1995) |
| 04/28/1995 | 189 | MOTION filed by defendant to vacate Special Master's Order of April 19, 1995 (lpp) (Entered: 05/01/1995) |
| 05/01/1995 | 190 | ORDER by Judge Charles R. Richey: deadline for parties to meet and confer with respect to discovery is extended to the close of business 5/2/95 (N) (lpp) (Entered: 05/01/1995) |
| 05/03/1995 | 191 | ORDER by Judge Charles R. Richey : denying motion to vacate Special Master's Order of April 19, 1995 [189−1] by JOSEPH DUFFEY, BRUCE E. GELB, ALL OTHER DEFENDANTS (N) (dbw) (Entered: 05/03/1995) |
| 05/09/1995 | 192 | ORDER by Judge Charles R. Richey : approving Special Master's request for reimbursement in the amount of $8,640 representing 38.4 hours of work at a rate of $225.00 per hour (N) (dbw) (Entered: 05/09/1995) |
| 05/25/1995 | 193 | ORDER filed by Special Master Stephen A. Saltzburg: parties shall provide the Court appointed damages experts, Drs. Cher;yl and Martin Asher, with all objectons, suggestions and additonal data relating to the proposed damages model due by 7/21/95, 5:00 p.m. objections or suggestions not made prior to this date are waived; further ordered, parties shall file with the Ashers any resonse to the other side's objections, suggestions and additonal data not later than 8/18/95, 5:00 p.m. (N) (lpp) (Entered: 05/25/1995) |

| 07/18/1995 | 194 | ORDER by Judge Charles R. Richey : approving Special Master's request for reimbursement in the amount of $5,805 representing 25.8 hours of work at a rate of $225.00 per hour (N) (dbw) (Entered: 07/19/1995) |
| --- | --- | --- |
| 10/06/1995 | 195 | LETTER to Honorable Charles R. Richey from Stephen A. Saltzburg regarding experts fees. FIAT, Richey J. 10/5/95 (dbw) (Entered: 10/06/1995) |
| 10/06/1995 | 196 | ORDER by Judge Charles R. Richey : approving payments of $2,550.00 to Dr. Cheryl Asher for 30.0 hours at approved rate of $85.00, and of $4,717.50 to Dr. Martin Asher for 55.5 hours at approved rate of $85.00; defendant shall pay to each of these persons these fees and expenses within 45 days as required by the Order of Reference (N) (dbw) (Entered: 10/06/1995) |
| 12/21/1995 | 197 | ORDER by Judge Charles R. Richey : approving Special Master's request for reimbursement in the amount of $3,510 representing 15.6 hours of work at a rate of $225.00 per hour (N) (dbw) (Entered: 12/22/1995) |
| 02/06/1996 | 198 | ORDER by Judge Charles R. Richey : approving Special Master's request for reimbursement in the amount of $2047.50 representing 9.1 hours of work at a rate of $225.00 per hour (N) (dbw) (Entered: 02/06/1996) |
| 02/08/1996 | 199 | ORDER by Judge Charles R. Richey : approving payment of $1,275.00 for Cheryl Asher for 15.0 hours at an approved rate of $85.00 as recommended by the Special Master; approving payment of $3,041.12 to Martin Asher for 30.5 hours at an approved rate of $85.00, which amounts to $2,592.50, plus travel expenses of $448.62 as recommended by the Special Master; approving payment of $7,400 to Nurit Friedman, the Asher's computer expert, for rental of a microfiche retrieval machine and advance payment of expenses relating to microfiche extraction as recommended by the Special Master; the defendant shall pay to each of these persons these fees and expenses within forty−five (45) days as required by the Order of Reference (N) (dbw) (Entered: 02/08/1996) |
| 02/14/1996 | 200 | ATTORNEY APPEARANCE for plaintiff ALL OTHER PLAINTIFFS, plaintiff CAROLEE BRADY HARTMAN by Mindy A Kaiden (ted) (Entered: 02/15/1996) |
| 03/14/1996 | 201 | ORDER by Judge Charles R. Richey : denying defendant's motion for enlargement of time until May 1, 1996 and granting defendant's motion for enlargement of time until 4/1/96 in which to respond to plaintiffs' second motion for interim attorneys' fees and expenses (N) (dbw) (Entered: 03/14/1996) |
| 03/14/1996 | 202 | ORDER REGARDING PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT ON 29 CLAIMS, DEFENDANT'S MOTION TO DEFER CONSIDERATION OF PLAINTIFFS' MOTION PLAINTIFFS'SECOND MOTION FOR INTERIM ATTORNEYS' FEES, DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME IN WHICH TO RESPOND, AND PLAINTIFFS' SOCIAL SECURITY INFORMATION filed by Special Master Stephen A. Saltzburg: denying plaintiffs' motion for summary judgment as to twenty−nine claims, without prejudice and subject to renewal as to any claimant at the time such claimant becomes an individually contested claimant; granting defendant's motion to defer consideration of plaintiffs' motion for summary judgment on twenty−nine claims until such time as any claimant who is the subject of the motion becomes an individually contested claimant; granting defendant's motion for enlargement of time in which to respond to plaintiffs' second motion for interim attorneys' fees so that defendant shall file his response by 5:00 5/1/96 ; defendant shall take reasonable steps to assure that any issues arising from second motion for interim attorneys' fees will be discussed with |

| | | |
|---|---|---|
| | | plaintiffs as soon as reasonably practicable, and any disputes parties cannot resolve will be submitted by 5/1/96; parties shall confer as soon as practicable concerning social security data and mitigation evidence (N) (dbw) (Entered: 03/15/1996) |
| 03/27/1996 | 203 | MOTION filed by plaintiff ALL OTHER PLAINTIFFS, plaintiff CAROLEE BRADY HARTMAN for review of special master's order ; exhibits (5) (JMF) (Entered: 03/28/1996) |
| 04/01/1996 | 204 | ORDER by Judge Charles R. Richey : [203−1] approving payment of $1,275.00 for Chery Asher; approving payment of $2,975.00 to Martin Asher; approving payment of $5,200.00 to Friedman Consulting Group, Inc.; defendant shall pay to each of these persons these fees and expenses within 45 days as required by the Order of Reference (N) [see order for details] (dbw) (Entered: 04/02/1996) |
| 04/11/1996 | 205 | RESPONSE (OPPOSITIONS) by defendant BRUCE E. GELB, defendant JOSEPH DUFFEY to motion for review of special master's order deffering consideration of plaintiffs' motion for summary judgment on twenty−nine claims [203−1] by CAROLEE BRADY HARTMAN, ALL OTHER PLAINTIFFS (JMF) (Entered: 04/12/1996) |
| 04/12/1996 | 206 | MOTION filed by plaintiff ALL OTHER PLAINTIFFS, plaintiff CAROLEE BRADY HARTMAN to extend time to 4/22/96 to file a reply to government's opposition to memorandum in support of plaintiff's second motion for interim attorneys' fees and expenses (JMF) (Entered: 04/15/1996) |
| 04/12/1996 | 207 | ORDER filed by Special Master Stephen A. Saltzburg: extending time to 5:00 4/22/96 for plaintiffs to file a reply to defendant's opposition to memorandum in support of plaintiff's second motion for interim attorneys' fees and expenses [206−1] (N) (dbw) (Entered: 04/16/1996) |
| 04/16/1996 | 208 | ORDER filed by Special Master Stephen A. Saltzburg: counsel for plaintiffs and counsel for defendant shall confer immediately as to a convenient time for a status conference on all issues raised in the papers discussed herein and appended hereto ; Appendix (6) (N) (dbw) (Entered: 04/18/1996) |
| 04/18/1996 | 209 | REPLY by plaintiff ALL OTHER PLAINTIFFS, plaintiff CAROLEE BRADY HARTMAN to defendant's opposition to plaintiffs' motion for review of special master's order deferring consideration of plaintiffs' motion for summary judgment on twenty−nine claims (JMF) (Entered: 04/19/1996) |
| 04/19/1996 | 210 | ATTORNEY APPEARANCE for defendant JOSEPH DUFFEY by Stefania M. Porcelli (JMF) (Entered: 04/22/1996) |
| 04/22/1996 | 211 | ORDER by Judge Charles R. Richey : denying, without prejudice, motion for review of special master's order [203−1] by CAROLEE BRADY HARTMAN, ALL OTHER PLAINTIFFS (N) (adc) (Entered: 04/23/1996) |
| 04/29/1996 | 212 | ORDER filed by Special Master Stephen A. Saltzburg: plaintiffs shall designate first 5 claims and order in which they will be presented for Teamsters hearing by 5:00 5/1/96; pretrial statements due by 5:00 5/20/96; granting in part and denying in part defendant's motion to require plaintiff to exchange pre−hearing statements (N) (N) (dbw) (Entered: 04/30/1996) |
| 04/29/1996 | 213 | ORDER filed by Special Master Stephen A. Saltzburg: granting defendant's motion for protective order; denying request to authorize plaintiffs' previously requested interrogatory; granting in part and denying in part defendant's motion for additional |

| | | |
|---|---|---|
| | | discovery from Carolee Brady; granting in part and denying in part defendant's motion for additional discovery from twenty−three claimants; Teamster hearing shall commence as previously scheduled on 6/10/96 (N) [see order for details] (dbw) (Entered: 04/30/1996) |
| 04/29/1996 | 214 | ORDER filed by Special Master Stephen A. Saltzburg: denying defendant's motion to implement order of reference to have court appointed damages experts calculate interim earnings; deferring consideration whether to appoint Dr. Martin Asher and Dr. Chery Asher as court−appointed experts until such time as an issue arises and expert help appears to be either needed or useful (N) (N) (dbw) (Entered: 04/30/1996) |
| 05/09/1996 | 215 | MOTION filed by defendant ALL OTHER DEFENDANTS, defendant BRUCE E. GELB, defendant JOSEPH DUFFEY for review of special master's order regarding discovery ; exhibits (10) (JMF) (Entered: 05/15/1996) |
| 05/17/1996 | 216 | ORDER by Judge Charles R. Richey : ratifying and approving the April 29, 1996 Order of the Special Master ; denying motion for review of special master's order regarding discovery [215−1] by JOSEPH DUFFEY, BRUCE E. GELB, ALL OTHER DEFENDANTS; ratifying and approving 5/15/96 hearing Order of Special Master; directing Special Master to proceed with hearings as ordered on 5/15/96 (N) (dbw) (Entered: 05/20/1996) |
| 05/17/1996 | 217 | ORDER filed by Special Master Stephen A. Saltzburg: claim of Carolee Brady shall be heard as the sixth claim to be considered in Teamster's hearings and shall be heard on 7/15/96; if plaintiffs wish to proceed with no more than four additional claimants in July they shall notify defendant by 5/28/96 5:00; at conclusion of Ms. Brady's Teamster's hearing, Teamster's hearing will begin; parties will exchange pretrial statements three weeks before hearings are scheduled to commence (N) [see order for details] (dbw) (Entered: 05/20/1996) |
| 05/17/1996 | 218 | SPECIAL MASTER'S MAY 15, 1996 REPORT AND RECOMMENDATIONS REGARDING PLAINTIFFS' SECOND MOTION FOR INTERIM ATTORNEYS' FEES AND EXPENSES; Attachments (5) [bulky pleading] (dbw) (Entered: 05/20/1996) |
| 05/31/1996 | 219 | ORDER filed by Special Master Stephen Saltzburg: plaintiffs shall provide defendant a more complete pretrial statement by 5:00 6/3/96; defendant shall provide plaintiffs a more complete pretrial statement by 5:00 6/3/96; parties wil confer by 5:00 6/3/96 and agree as to when additional pretrial statements similar to those today ordered will be exchanged; any witness hereafter designated in a pretrial statement, the designating party shall describe the basic elements of the witness's testimony (N) [see order for details] (dbw) (Entered: 05/31/1996) |
| 06/03/1996 | 220 | JOINT MOTION by defendant, plaintiff, defendant to extend time to 6/17/96 for submission of objections to the Special Master's Report and Recommendations regarding plaintiffs' second motion for interim attorneys' fees and expenses (JMF) (Entered: 06/04/1996) |
| 06/05/1996 | 221 | ORDER by Judge Charles R. Richey : granting joint motion to extend time to 6/17/96 for submission of objections to the Special Master's Report and Recommendations regarding plaintiffs' second motion for interim attorneys' fees and expenses [220−1] by defendants, plaintiff, defendant; extending deadline for parties to file and serve objections to Special Master's report and recommendations to 6/17/96 (N) (dbw) (Entered: 06/05/1996) |

| 06/11/1996 | 222 | MOTION filed by special master STEPHEN A. SALTZBRUG for protective order (JMF) (Entered: 06/12/1996) |
| 06/11/1996 | 223 | TRANSCRIPT filed for proceedings (chambers telephone conference) held on date(s) of May 29, 1996. Reporter: Phyllis Merana (JMF) (Entered: 06/12/1996) |
| 06/12/1996 | 224 | ORDER by Judge Charles R. Richey : defendant shall release to plaintiffs, through counsel, any record as defined by 5 USC 552a(d)(4) as any item, collection, or grouping of information about an individual that is maintained by an agency, including, but not limited to, his education, financial transactions, medical history, and criminal or employment history and that contains his name, or the identifying number, symbol, or other identifying particular assigned to the individual ; setting procedure for future production of documents; directing Clerk to send copies of this Order to all counsel of record (N) [see order for details] (dbw) (Entered: 06/12/1996) |
| 06/17/1996 | 225 | JOINT MOTION by defendants, plaintiffs', to extend time to 6/24/96 and statement of point and authorities in support thereof to give parties additional time to obtain approval for for the tentative resolution they have reached on an interim payment of attorneys' fees without further litigation of plaintiffs' second motion at this time (JMF) (Entered: 06/18/1996) |
| 06/18/1996 | 226 | ORDER by Judge Charles R. Richey : granting joint motion to extend time to 6/24/96 to give parties additional time to obtain approval for for the tentative resolution they have reached on an interim payment of attorneys' fees without further litigation of plaintiffs' second motion at this time [225−1] by special master, defendant, plaintiff, defendant; deadlines for parties to file and serve their objections to Special Master's report and recommendations shall be extended to 6/24/96 (N) (dbw) (Entered: 06/19/1996) |
| 06/20/1996 | 227 | ORDER by Judge Charles R. Richey : approving Special Master's request for reimbursement in the amount of $4,567.50 representing 20.3 hours of work at a rate of $225.00 per hour (N) (dbw) (Entered: 06/21/1996) |
| 06/24/1996 | 228 | JOINT MOTION by defendant, plaintiffs' to extend time and statement of points and auuthorities in support thereof to 7/10/96 for submission of objections to the Special Master's Report and Recommendation regarding plaintiffs' second motion for Interim Attorneys' Fees and Expenses (JMF) (Entered: 06/25/1996) |
| 06/25/1996 | 229 | ORDER by Judge Charles R. Richey : granting joint motion to extend time and statement of points and auuthorities in support thereof to 7/10/96 for submission of objections to the Special Master's Report and Recommendation regarding plaintiffs' second motion for Interim Attorneys' Fees and Expenses [228−1] by JOSEPH DUFFEY, BRUCE E. GELB, CAROLEE BRADY HARTMAN, ALL OTHER PLAINTIFFS, ALL OTHER DEFENDANTS; objections to Special Master's report and recommendation shall be extended to 7/10/96 (N) (dbw) (Entered: 06/25/1996) |
| 07/16/1996 | 230 | JOINT STIPULATION AND ORDER by Judge Charles R. Richey : for interim payment of attorneys' fees and expenses sought in plaintiffs' second motion for interim attorneys' fees and expenses (N) (see order for details) (dbw) (Entered: 07/17/1996) |
| 07/22/1996 | 231 | ORDER by Judge Charles R. Richey : briefs due 4:00 8/2/96; oppositions to briefs due 4:00 8/7/96 ; argument and status hearing set for 3:30 8/9/96 ; directing Clerk to telephone contents of this Order to counsel of record (N) (dbw) (Entered: |

| | | |
|---|---|---|
| | | 07/23/1996) |
| 08/02/1996 | 232 | STATUS REPORT by special master STEPHEN A. SALTZBRUG regarding 1975 claim of Dilara Hashem; exhibits (3) (JMF) (Entered: 08/05/1996) |
| 08/02/1996 | 233 | MOTION (UNOPPOSED) filed by defendant BRUCE E. GELB, defendant JOSEPH DUFFEY to extend time to 8/12/96 to file oppositions and that oral argument be held on or after August 15, 1996 (JMF) (Entered: 08/05/1996) |
| 08/02/1996 | 234 | ORDER filed by Special Master Stephen A. Saltzburg: directing FAA to produce official personnel file for David Kuraner by 12:00 7/30/96; personnel file for David Kuraner shall be produced to Stephen A. Saltzburg; file shall remain in custody and control of the Court until hearing is concluded; FAA may, but is not required, to have a custodian present during the hearing to observe handling of personnel file (N) (dbw) (Entered: 08/05/1996) |
| 08/06/1996 | 235 | ORDER by Judge Charles R. Richey : [233−1] briefs due by 8/7/96; oppositions thereto due by 8/12/96; status conference and arguement set for 10:30 8/19/96 (N) (dbw) (Entered: 08/06/1996) |
| 08/07/1996 | 236 | MEMORANDUM by defendant ALL OTHER DEFENDANTS, defendant BRUCE E. GELB, defendant JOSEPH DUFFEY on remand of Hartman and Foreign Service Officer slots issues (JMF) (Entered: 08/08/1996) |
| 08/07/1996 | 237 | SUPPLEMENTAL MEMORANDUM by plaintiff ALL OTHER PLAINTIFFS, plaintiff CAROLEE BRADY HARTMAN in support of Court's order dated July 22, 1996 that 39 slots be set aside in relief for entry level foreign service officers, 1978−1984; exhibits (4) (JMF) (Entered: 08/08/1996) |
| 08/07/1996 | 238 | BRIEF by CAROLEE BRADY in opposition to dismissal of her claim; attachments (1) (JMF) (Entered: 08/08/1996) |
| 08/08/1996 | 239 | ORDER by Judge Charles R. Richey : approving payment of $3910.00 to Martin Asher; approving payment of $50.00 to Asher's computer expert, Friedman Consulting Group, Inc.; defendant shall pay to each of these persons these fees and expenses within 45 days as required by the Order of Reference (N) [see order for details] (dbw) (Entered: 08/08/1996) |
| 08/12/1996 | 240 | RESPONSE by defendant ALL OTHER DEFENDANTS, defendant BRUCE E. GELB, defendant JOSEPH DUFFEY to plaintiffs' memoranda on remand of Hartman and Foreign Service Officer Slots Issues [237−1] by CAROLEE BRADY HARTMAN, ALL OTHER PLAINTIFFS (JMF) (Entered: 08/13/1996) |
| 08/12/1996 | 241 | REPLY by plaintiff ALL OTHER PLAINTIFFS, plaintiff CAROLEE BRADY HARTMAN brief on the issue of foreign service officer slots. (JMF) (Entered: 08/13/1996) |
| 08/15/1996 | 242 | OBJECTIONS by claimant DILARA HASHEM to status report [232−1] by STEPHEN A. SALTZBRUG (JMF) (Entered: 08/16/1996) |
| 08/16/1996 | 243 | MOTION filed by defendant to reverse Special Master's decision regarding 1975 claim of Dilara Hashem; exhibit 1. (bjl) (Entered: 08/19/1996) |
| 08/19/1996 | | STATUS HEARING before Judge Charles R. Richey : government counsel to file pleading by 4:00 8/21/96 Reporter: Laura Beasley (dbw) (Entered: 08/19/1996) |
| 08/21/1996 | 244 | |

| | | | |
|---|---|---|---|
| | | | STATUS REPORT by defendant BRUCE E. GELB, defendant JOSEPH DUFFEY following status conference of August 19, 1996 (JMF) (Entered: 08/23/1996) |
| 08/27/1996 | 245 | | NOTICE OF FILING by plaintiff ALL OTHER PLAINTIFFS, plaintiff CAROLEE BRADY HARTMAN of supplemental submission summarizing attorneys' fees sought in plaintiffs' first and second interim fee petitions; exhibits (2) (JMF) (Entered: 08/28/1996) |
| 08/29/1996 | 247 | | RESPONSE by plaintiff ALL OTHER PLAINTIFFS, plaintiff CAROLEE BRADY HARTMAN in opposition to motion to reverse Special Master's decision regarding 1975 claim of Dilara Hashem; [243−1] by JOSEPH DUFFEY . (JMF) (Entered: 09/03/1996) |
| 08/30/1996 | 246 | | TRANSCRIPT filed for date(s) of 8/19/96. Reporter: Laura Beasley (bjl) (Entered: 09/03/1996) |
| 09/03/1996 | 248 | | ORDER by Judge Charles R. Richey : approving payment of $2125.00 for Cheryl Asher for estimated 25.0 hours at rate of $85.00, as recommended by Special Master; approving payment of $9017.30 to Martin Asher for 44.0 actual hours at rate of $85 per hour, for $177.30 travel expenses, and 60.0 estimated hours at rate of $85.00, as recommended by Special Master; approving payment of $7122.00 to Friedman Consulting Group, Inc. for actual expenses of microfiche extraction of $3722.00 in addition to amounts prepaid by defendant, or for expected expenses of continued microfiche extraction of $3400.00, as recommended by Special Master; defendant shall pay to each of these persons these fees and expenses within forty−five days as required by the Order of Reference (N) (dbw) (Entered: 09/04/1996) |
| 09/05/1996 | 249 | | NOTICE OF FILING by special master STEPHEN A. SALTZBRUG of final report of special master regarding Musarrat Burkie; exhibits (5) (JMF) (Entered: 09/06/1996) |
| 09/09/1996 | 250 | | REPLY by defendant JOSEPH DUFFEY on motion to reverse Special Master's decision regarding 1975 claim of Dilara Hashem; [243−1] (JMF) (Entered: 09/10/1996) |
| 09/12/1996 | 251 | | MOTION (PROTECTIVE) filed by defendant BRUCE E. GELB to extend time to 9/20/96 for objections to the final report of the Special Master regarding the claim of Musarrat Burkie and statement of points and authorities in support thereof (JMF) (Entered: 09/13/1996) |
| 09/13/1996 | 252 | | ORDER by Judge Charles R. Richey : granting motion to extend time to 9/20/96 for objections to the final report the Special Master regarding the claim of Musarrat Burkie [251−1] by BRUCE E. GELB; parties to file and serve objections by 9/20/96 (N) (dbw) (Entered: 09/13/1996) |
| 09/20/1996 | 253 | | MOTION filed by defendant BRUCE E. GELB to reverse Special Master's decision regarding claim of Musarrat Burkie (blj) (Entered: 09/24/1996) |
| 09/20/1996 | 254 | | OBJECTIONS by plaintiffs to the Final Report of the Secial Master [249−1] by STEPHEN A. SALTZBRUG; Exhibit (1). (ks) (Entered: 09/25/1996) |
| 09/26/1996 | 255 | | NOTICE OF FILING by special master STEPHEN A. SALTZBRUG of final report of Special Master regarding 1980 claim of Lynn Goldman Bartlett; attachments (3) (JMF) (Entered: 09/27/1996) |

| 09/30/1996 | 256 | REPORT (Initial) by special master STEPHEN A. SALTZBURG regarding 1976 claim of Judith Ambrose. (bjl) (Entered: 10/01/1996) |
| 10/04/1996 | 257 | RESPONSE by plaintiff ALL OTHER PLAINTIFFS, plaintiff CAROLEE BRADY HARTMAN in opposition to motion to reverse Special Master's decision regarding claim of Musarrat Burkie [253−1] by BRUCE E. GELB . (JMF) (Entered: 10/07/1996) |
| 10/10/1996 | 258 | MOTION filed by defendant ALL OTHER DEFENDANTS, defendant BRUCE E. GELB, defendant JOSEPH DUFFEY to reverse special master's decision regarding claim of Lynn Goldman Bartlett (JMF) (Entered: 10/11/1996) |
| 10/15/1996 | 259 | REPLY by defendant ALL OTHER DEFENDANTS, defendant BRUCE E. GELB, defendant JOSEPH DUFFEY to in support of defendants' motion to reverse special master's decision regarding claim of musarrat burkie (JMF) (Entered: 10/16/1996) |
| 10/15/1996 | 260 | MOTION filed by defendant ALL OTHER DEFENDANTS, defendant BRUCE E. GELB, defendant JOSEPH DUFFEY to reverse special master's decision regarding claim of Judith L. Ambrose (JMF) (Entered: 10/16/1996) |
| 10/15/1996 | 261 | OBJECTIONS by claimant JUDITH AMBROSE to status report [256−1] by STEPHEN A. SALTZBRUG (JMF) (Entered: 10/18/1996) |
| 10/17/1996 | 262 | ORDER filed by Special Master Stephen A. Saltzburg: parties shall meet and confer by 5:00 11/1/96; to assure parties have as much time as possible to meet and confer, copy of Order without accompanying appendices will be sent by facsimile transmission on 10/15/96 ; Appendices (2) (N) (N) (dbw) (Entered: 10/21/1996) |
| 10/24/1996 | 263 | ORDER by Judge Charles R. Richey : approving Special Master's request for reimbursement in amount of $40,173.75 representing 175.55 hours of work at rate of $225.00 per hour; defendant shall reimburse Special Master within 45 days of entry of this Order (N) (dbw) (Entered: 10/24/1996) |
| 10/24/1996 | 264 | RESPONSE by plaintiff ALL OTHER PLAINTIFFS, plaintiff CAROLEE BRADY HARTMAN in opposition to motion to reverse special master's decision regarding claim of Lynn Goldman Bartlett [258−1] by JOSEPH DUFFEY, BRUCE E. GELB, ALL OTHER DEFENDANTS . (JMF) (Entered: 10/28/1996) |
| 10/29/1996 | 265 | MOTION filed by claimant JUDITH AMBROSE to reverse special master's decision regarding claim of Judith L. Ambrose (JMF) (Entered: 10/30/1996) |
| 11/01/1996 | 266 | REPLY by defendant JOSEPH DUFFEY in support of motion to reverse special master's decision regarding claim of Lynn Goldman Bartlett [258−1] by JOSEPH DUFFEY, BRUCE E. GELB, ALL OTHER DEFENDANTS (JMF) (Entered: 11/04/1996) |
| 11/06/1996 | 267 | NOTICE OF FILING by special master STEPHEN A. SALTZBURG of final report of special master regarding 1977 claim of Carolee Brady; exhibits (1) (JMF) (Entered: 11/08/1996) |
| 11/18/1996 | 268 | ORDER by Judge Charles R. Richey : approving payment of $9,375.00 to Martin Asher; approving payment of $3,750.00 to Cheryl Asher; approving payment of $7,000 to Friedman Consulting Group, Inc.; defendant shall pay to each of these persons these fees and expenses within forty−five days as required by the Order of Reference (N) (dbw) (Entered: 11/18/1996) |

| 11/18/1996 | 269 | CERTIFIED COPY of judgment filed in USCA dated 7/19/96, on appeal [180−1] , affirming the judgment of USDC in part , and remanding for further proceedings. OPINION USCA # 95−5030 (cjp) (Entered: 11/19/1996) |
| 11/18/1996 |  | Case Reopened (jeb) Modified on 05/05/1997 (Entered: 04/22/1997) |
| 11/19/1996 | 270 | FINAL REPORT by special master STEPHEN A. SALTZBRUG regarding 1977 claim of Carolyn Turner. (bjl) (Entered: 11/20/1996) |
| 11/20/1996 | 271 | MOTION (AGREED) filed by plaintiff ALL OTHER PLAINTIFFS, plaintiff CAROLEE BRADY HARTMAN to extend time to 12/5/96 to file objections to the final report on the claim of Carolee Brady (JMF) (Entered: 11/21/1996) |
| 11/22/1996 | 272 | ORDER by Judge Charles R. Richey : granting motion to extend time to 12/6/96 to file objections to the final report on the claim of Carolee Brady [271−1] by CAROLEE BRADY HARTMAN, ALL OTHER PLAINTIFFS (N) (dbw) (Entered: 11/22/1996) |
| 11/22/1996 | 273 | NOTICE OF FILING by special master STEPHEN A. SALTZBRUG of final report of Special Master regarding 1984 of Wai−Soo Wong Koo; exhibits (1) (JMF) (Entered: 11/25/1996) |
| 11/22/1996 | 274 | NOTICE OF FILING by special master STEPHEN A. SALTZBRUG of Final Report of Special Master regarding 1976−1977 claim of Cecilia Larkin; exhibits (1) (JMF) (Entered: 11/25/1996) |
| 12/03/1996 | 275 | MOTION filed by defendant BRUCE E. GELB to reverse Special Master's decision regarding claim of Carolyn Turner (adc) (Entered: 12/04/1996) |
| 12/05/1996 | 276 | OBJECTIONS by plaintiff CAROLEE BRADY HARTMAN to final report on the claim of CAROLEE BRADY. (adc) (Entered: 12/06/1996) |
| 12/05/1996 | 277 | MEMORANDUM by plaintiff CAROLEE BRADY HARTMAN in support of objections to final report on the claim of Carolee Brady [276−1]. (adc) (Entered: 12/06/1996) |
| 12/05/1996 | 278 | OBJECTIONS by defendant ALL OTHER DEFENDANTS, defendant BRUCE E. GELB, defendant JOSEPH DUFFEY to final report of special master regarding 1977 claim of Carolee Brady [267−1] by STEPHEN A. SALTZBRUG (adc) (Entered: 12/06/1996) |
| 12/05/1996 | 279 | MOTION filed by plaintiff CAROLEE BRADY HARTMAN for final resolution of plaintiffs' Lodestar Attorneys' fees and expenses, and partial resolution of interest sought in their first and second interim fee requests ; Exhibits (1−17). (adc) (Entered: 12/06/1996) |
| 12/06/1996 | 280 | MOTION filed by plaintiff CAROLEE BRADY HARTMAN to extend time to 12/16/96 in which to apple to the Court for action on the Final Report of Special Master regarding 1984 Claim of Wai−Soo Wong Koo issued 11/22/96. (adc) (Entered: 12/09/1996) |
| 12/06/1996 | 281 | MOTION filed by defendant BRUCE E. GELB to modify Special Master's decision regarding claim of Cecilia Larkin (adc) (Entered: 12/09/1996) |
| 12/09/1996 | 282 | ORDER by Judge Charles R. Richey : extending time to 12/16/96 in which to appeal to the Court for action on the Final Report of Special Master regarding 1984 Claim of Wai−Soo Wong Koo issued 11/22/96 [280−1] by CAROLEE BRADY |

| | | HARTMAN (N) (dbw) (Entered: 12/09/1996) |
|---|---|---|
| 12/16/1996 | 283 | MOTION filed by plaintiff ALL OTHER PLAINTIFFS, plaintiff CAROLEE BRADY HARTMAN to reverse Special Master's decision regarding claim of Wai−Soo Wong Koo (JMF) (Entered: 12/17/1996) |
| 12/16/1996 | 284 | OBJECTIONS by defendant BRUCE E. GELB to final report of special master regarding 1984 claim of Wai−Soo Wong Koo [273−1] by STEPHEN A. SALTZBRUG (JMF) (Entered: 12/17/1996) |
| 12/16/1996 | 285 | RESPONSE by defendant BRUCE E. GELB in opposition to motion for final resolution of plaintiffs' Lodestar Attorneys' fees and expenses, and partial resolution of interest sought in their first and second interim fee requests [279−1] by CAROLEE BRADY HARTMAN . (JMF) (Entered: 12/17/1996) |
| 12/17/1996 | 286 | RESPONSE by plaintiff ALL OTHER PLAINTIFFS, plaintiff CAROLEE BRADY HARTMAN in opposition to motion to reverse Special Master's decision regarding claim of Carolyn Turner [275−1] by BRUCE E. GELB . (JMF) (Entered: 12/20/1996) |
| 12/19/1996 | 287 | MOTION (CONSENT) filed by defendant BRUCE E. GELB to extend time to 12/23/96 to submit their memoranda in opposition to the objections filed to the Special Master's final report on the claim of Carolee Brady (JMF) (Entered: 12/20/1996) |
| 12/20/1996 | 288 | ORDER by Judge Charles R. Richey : approving Special Master's request for reimbursement in total amount of $55,577.50; defendant shall reimburse Special Master for the total amount within 45 days of the entry of this Order (N) [see order for details] (dbw) (Entered: 12/20/1996) |
| 12/20/1996 | 289 | ORDER by Judge Charles R. Richey : granting motion to extend time to 12/23/96 to submit their memoranda in opposition to the objections filed to the Special Master's final report on the claim of Carolee Brady [287−1] by BRUCE E. GELB; oppositons due 12/23/96 (N) (dbw) (Entered: 12/20/1996) |
| 12/20/1996 | | Text not available. (Entered: 12/27/1996) |
| 12/23/1996 | 290 | MEMORANDUM by plaintiff ALL OTHER PLAINTIFFS, plaintiff CAROLEE BRADY HARTMAN in opposition to defendant's objections to the final report on the claim of Carolee Brady (JMF) (Entered: 12/24/1996) |
| 12/23/1996 | 291 | REPLY (opposition) by defendant BRUCE E. GELB to plaintiffs' objections to final report on the claim of Carolee Brady (JMF) Modified on 12/24/1996 (Entered: 12/24/1996) |
| 12/23/1996 | 292 | REPLY by plaintiff ALL OTHER PLAINTIFFS to defendant's opposition to plaintiffs' motion for final resolution of their Lodestar Attorneys' fees and expenses, and partial reesolution of interest sought in their first and second interim fee requests (JMF) (Entered: 12/24/1996) |
| 12/23/1996 | 293 | REPLY (CORRECTED) by plaintiff ALL OTHER PLAINTIFFS to defendant's opposition to plaintiffs' motion for final resolution of their Lodestar Attorneys' fees and expenses, and partial resolution of interest sought in their first and second interim fee requests (JMF) (Entered: 12/24/1996) |
| 12/30/1996 | 294 | |

| | | |
|---|---|---|
| | | RESPONSE by defendant BRUCE E. GELB in opposition to motion to reverse Special Master's decision regarding claim of Wai−Soo Wong Koo [283−1] by CAROLEE BRADY HARTMAN, ALL OTHER PLAINTIFFS . (JMF) (Entered: 01/02/1997) |
| 12/30/1996 | 295 | REPLY by defendant BRUCE E. GELB in support of motion to reverse Special Master's decision regarding claim of Carolyn Turner [275−1] by BRUCE E. GELB (JMF) (Entered: 01/02/1997) |
| 01/02/1997 | 296 | CONSENT MOTION filed by defendant JOSEPH DUFFEY to extend time to 1/6/97 for defendant to submit a reply memorandum in support of defendant's motion to modify Special Master's decision with respect to the claim of Cecilia Larkin (dbw) (Entered: 01/03/1997) |
| 01/03/1997 | 297 | ORDER by Judge Charles R. Richey : granting motion to extend time to 1/6/97 for defendant to submit a reply memorandum in support of defendant's motion to modify Special Master's decision with respect to the claim of Cecilia Larkin [296−1] by JOSEPH DUFFEY (N) (dbw) (Entered: 01/03/1997) |
| 01/03/1997 | 298 | REPLY by defendant BRUCE E. GELB in support of defendant's objections to final report of special master regarding 1977 claim of Carolee Brady (JMF) (Entered: 01/06/1997) |
| 01/06/1997 | 299 | REPLY by defendant BRUCE E. GELB in support of motion to modify Special Master's decision regarding claim of Cecilia Larkin [281−1] (JMF) (Entered: 01/07/1997) |
| 01/06/1997 | 300 | NOTICE OF FILING by special master STEPHEN A. SALTZBRUG of final report regarding 1979−1980 claim of Meila Balkus; exhibits (1) (JMF) (Entered: 01/07/1997) |
| 01/06/1997 | 301 | NOTICE OF FILING by special master STEPHEN A. SALTZBRUG of final report regarding 1980 claim of Rita Hunt; exhibits (1) (JMF) (Entered: 01/07/1997) |
| 01/09/1997 | 302 | MOTION (UNOPPOSED) filed by plaintiff ALL OTHER PLAINTIFFS, plaintiff CAROLEE BRADY HARTMAN to extend time to 1/17/97 to file a reply to defendant's opposition to plaintiffs motion to reverse the special master's decision regarding the claim of Wai−Soo Wong Koo (defendant's opposition) (JMF) (Entered: 01/10/1997) |
| 01/10/1997 | 303 | ORDER by Judge Charles R. Richey : extending time to 1/17/97 to file a reply to defendant's opposition to plaintiffs motion to reverse the special master's decision regarding the claim of Wai−Soo Wong Koo (defendant's opposition) [302−1] by CAROLEE BRADY HARTMAN, ALL OTHER PLAINTIFFS (N) (dbw) (Entered: 01/10/1997) |
| 01/10/1997 | 304 | MOTION filed by plaintiffs for Jeffrey E. Fallon to appear pro hac vice (Webster & Fredrickson 1819 H Street, N.W., Washington, D.C. 20006, (202) 659−8510) ; Attachment (1) (dbw) (Entered: 01/13/1997) |
| 01/13/1997 | 305 | ORDER by Judge Charles R. Richey : granting motion for Jeffrey E. Fallon to appear pro hac vice (Webster & Fredrickson 1819 H Street, N.W., Washington, D.C. 20006, (202) 659−8510) [304−1] by CAROLEE BRADY HARTMAN, ALL OTHER PLAINTIFFS (N) (dbw) (Entered: 01/13/1997) |
| 01/17/1997 | 306 | |

| | | |
|---|---|---|
| | | MOTION (PROTECTIVE) filed by defendant JOSEPH DUFFEY to extend time to 1/21/97 as the due date for the parties to file and serve their objections to the Final Report of the Special Master regarding the claim of Meila Balkus. (tw) (Entered: 01/21/1997) |
| 01/17/1997 | 307 | REPLY by plaintiff CAROLEE BRADY HARTMAN to defendant's opposition to plaintiffs' motion to reverse Special Master's decision regarding of Wai−Soo Wong Koo [283−1]. (tw) (Entered: 01/21/1997) |
| 01/21/1997 | 308 | ORDER by Judge Charles R. Richey : granting motion to extend time to 1/21/97 as the due date for the parties to file and serve their objections to the Final Report of the Special Master regarding the claim of Meila Balkus [306−1] by JOSEPH DUFFEY; objections due by 1/21/97 (N) (dbw) (Entered: 01/21/1997) |
| 01/21/1997 | 309 | MOTION filed by defendant BRUCE E. GELB to reverse special master's decision regarding claim of Meila Balkus (JMF) (Entered: 01/22/1997) |
| 01/21/1997 | 310 | OBJECTIONS by claimant MEILA BALKUS to final report of the Special Master [300−1] by STEPHEN A. SALTZBRUG (JMF) (Entered: 01/22/1997) |
| 01/23/1997 | 311 | UNOPPOSED MOTION filed by defendant JOSEPH DUFFEY to extend time to 2/4/97 to file objections to the findings of special master report of the special master in the Rita Hunt matter (dbw) (Entered: 01/24/1997) |
| 01/23/1997 | 313 | CONSENT MOTION filed by plaintiffs to extend time two days , and for leave to file objections to final report of the special master regarding 1980 claim of Rita Hunt ; EXHIBIT: OBJECTIONS TO FINAL REPORT OF SPECIAL MASTER REGARDING 1980 CLAIM OF RITA HUNT (dbw) (Entered: 01/24/1997) |
| 01/24/1997 | 312 | ORDER by Judge Charles R. Richey : granting motion to extend time to 2/4/97 to file objections to the findings of special master report of the special master in the Rita Hunt matter [311−1] by JOSEPH DUFFEY (N) (dbw) (Entered: 01/24/1997) |
| 01/24/1997 | 314 | ORDER by Judge Charles R. Richey : granting motion to extend time two days [313−1] and for leave to file objections to final report of the special master regarding 1980 claim of Rita Hunt [313−2] by CAROLEE BRADY HARTMAN; plaintiffs' objection to final report of special master regarding 1980 claim of Rita Hunt shall be and hereby is accepted for filing (N) (dbw) (Entered: 01/24/1997) |
| 01/24/1997 | 315 | OBJECTIONS by plaintiffs to final report of Special Master regarding 1980 claim of Rita Hunt (dbw) (Entered: 01/24/1997) |
| 01/30/1997 | 316 | NOTICE OF FILING by special master STEPHEN A. SALTZBRUG of addendum to final report of special master regarding 1979−1980 claim of Melia Balkus (JMF) (Entered: 01/31/1997) |
| 02/03/1997 | 317 | RESPONSE by defendant BRUCE E. GELB in opposition to claimant Balkus objections to final report of special master. (JMF) (Entered: 02/04/1997) |
| 02/04/1997 | 318 | MOTION (UNOPPOSED) filed by defendant JOSEPH DUFFEY to extend time to 2/7/97 to file objections to the findings of the Special Report of the Special Master in the Rita Hunt matter (JMF) (Entered: 02/05/1997) |
| 02/04/1997 | 319 | MEMORANDUM by plaintiff ALL OTHER PLAINTIFFS in opposition to motion to reverse special master's decision regarding claim of Meila Balkus [309−1] by BRUCE E. GELB (JMF) (Entered: 02/05/1997) |

| 02/05/1997 | 320 | ORDER by Judge Charles R. Richey : granting motion to extend time to 2/7/97 to file objections to the findings of the Special Report of the Special Master in the Rita Hunt matter [318−1] by JOSEPH DUFFEY; objections to the findings of the Special Report of the Special Master in Rita Hunt matter due by 2/7/97 (N) (dbw) (Entered: 02/05/1997) |
|---|---|---|
| 02/07/1997 | 324 | MOTION filed by defendant JOSEPH DUFFEY to extend time to 2/10/97 to file its objections to the Findings of the Special Report of the Special Master in the Rita Hunt matter (JMF) (Entered: 02/10/1997) |
| 02/07/1997 | 325 | REPLY by defendant BRUCE E. GELB to special master's addendum of final report of claim of Meila Balkus (JMF) (Entered: 02/10/1997) |
| 02/10/1997 | 321 | ORDER filed by Special Master Stpehen A. Saltzburg: opposition to plaintiffs' fourth motion for interim attorneys' fees and expenses due by 5:00 2/10/97 (N) (dbw) (Entered: 02/10/1997) |
| 02/10/1997 | 322 | ORDER filed by Special Master Stephen A. Saltzburg: directing parties to meet and confer as soon as reasonably practicable; parties shall inform special master by 5:00 2/7/97 whether they can agree on issues; parties may inform special master either in writing, during or at the conclusion of Teamsters hearing on claim of Susan Ellis scheduled on 2/5/97, or in a telephone conference call ; attachment (1) (N) [see order for details] (dbw) (Entered: 02/10/1997) |
| 02/10/1997 | 323 | ORDER by Judge Charles R. Richey : granting defendant's motion for enlargement of time; objections to findings of the special report of the special master in the Rita Hunt matter due by 2/10/97 (N) (dbw) (Entered: 02/10/1997) |
| 02/10/1997 | 326 | MOTION filed by defendant BRUCE E. GELB to reverse special master's decision regarding claim of Rita Rochelle Hunt (JMF) (Entered: 02/11/1997) |
| 02/13/1997 | 327 | ORDER filed by Special Master Stephen A. Saltzburg: extending time to 2/25/97 at 5:00 to file proposed findings of fact and conclusions of law (N) (dbw) (Entered: 02/14/1997) |
| 02/13/1997 | 328 | ORDER filed by Special Master Stephen A. Saltzburg: regarding scheduling of Winifred Scheffler summary judgment issues; discovery shall be completed by 5:00 2/14/97 and defendant shall respond to motion for summary judgment by 5:00 2/18/97 (N) (dbw) (Entered: 02/14/1997) |
| 02/13/1997 | 329 | ORDER filed by Special Master Stephen A. Saltzburg: deferring claim of Dr. Sheryl Spitz; first round of claims shall be reduced from twenty−five to twenty−four and second round of claims increased from twenty−five to twenty−six ; Attachment (1) (N) (dbw) (Entered: 02/14/1997) |
| 02/14/1997 | 330 | ORDER by Judge Stanley Sporkin : approving payment of $3,750.00 to Martin Asher —— representing 30 estimated hours at an approved rate of $125/hour—— as recommended by the Special Master; approving payment of $2,000 to the Asher's computer expert, Friedman Consulting Group, Inc —— representing approximately 28 estimated hours at the approved rate of $70/hour —— as recommended by the Special Master; defendant shall pay to each of these persons these fees and expenses within 45 days as required by the Order of Reference (N) (dbw) (Entered: 02/14/1997) |
| 02/14/1997 | 331 | REPLY by defendant BRUCE E. GELB in support of motion to reverse special master's decision regarding claim of Meila Balkus [309−1] by BRUCE E. GELB |

| | | |
|---|---|---|
| | | (lkn) (Entered: 02/18/1997) |
| 02/21/1997 | 332 | ORDER filed by Special Master Stephen A. Saltzburg: reply to defendant's opposition to plaintiffs' third interim motion for attorneys' fees and expenses is deemed timely filed, having been hand−delivered prior to 5:00 2/18/97; plaintiffs' reply to defendant's opposition to plaintiffs' fourth interim motion for attorneys' fees and expenses due by 5:00 2/28/97 (N) (dbw) (Entered: 02/24/1997) |
| 02/24/1997 | 333 | RESPONSE by plaintiff in opposition to motion to reverse special master's decision regarding claim of Rita Rochelle Hunt [326−1] by BRUCE E. GELB . (JMF) (Entered: 02/25/1997) |
| 02/24/1997 | 334 | MEMORANDUM by special master STEPHEN A. SALTZBRUG of final report regarding 1976−1977 claim of Etel Genes Berger; attachments (1) (JMF) (Entered: 02/25/1997) |
| 03/05/1997 | 335 | ERRATA by special master STEPHEN A. SALTZBRUG of substitution of page in February 24, 1997 final report of special master regarding 1976−1977 claim of Etel Genes Berger (JMF) (Entered: 03/06/1997) |
| 03/10/1997 | 336 | MOTION filed by defendant BRUCE E. GELB to extend time to 3/17/97 for parties to submit their objections, and any related motions, with respect to the Special Master's final report regarding the 1976−1977 claim of Etel Genes Berger (JMF) Modified on 03/11/1997 (Entered: 03/11/1997) |
| 03/11/1997 | 337 | ORDER by Judge Charles R. Richey : granting motion to extend time to 3/17/97 for parties to submit their objections, and any related motions, with respect to the Special Master's final report regarding the 1976−1977 claim of Etel Genes Berger [336−1] by BRUCE E. GELB; objections and related motions due by 3/17/97 (N) (dbw) (Entered: 03/11/1997) |
| 03/12/1997 | 338 | NOTICE OF FILING by special master STEPHEN A. SALTZBRUG of special master's March 11, 1997 Report Recommending Approval of the Damages Model Prepared by Court−Appointed Experts; attachments (1) (JMF) (Entered: 03/13/1997) |
| 03/17/1997 | 339 | ORDER filed by Special Master Stephen A. Saltburg: regarding pre−hearing prcedures (N) [see order for details] (dbw) (Entered: 03/17/1997) |
| 03/17/1997 | 340 | MOTION filed by defendant to reverse special master's decision regarding claim of Etel Genes Berger (JMF) (Entered: 03/18/1997) |
| 03/21/1997 | 341 | ORDER REGARDING PAMELA GOUGE HEARING filed by Special Master Stephen A. Saltzburg: deferring plaintiff's motion to preclulde testimony and may be renewed if defendant chooses to call selection officials; defendant shall provide notice as soon as practicable to plaintiffs of intent to call these officials as witnesses; summary of expected testimony of David Knudson due by 5:00 3/20/97; summary of any opinion witness to be called to rebut Mr. Knudson due by 5:00 3/24/97 (N) (dbw) (Entered: 03/24/1997) |
| 03/25/1997 | 342 | MOTION (CONSENT) filed by defendant BRUCE E. GELB to extend time to 4/9/97 to submit their objections, and any related motions with respect to the Special Master's March 11, 1997 Report Recommending Approvl of the Damages Model Prepared by the Court−Appointed Experts (JMF) (Entered: 03/26/1997) |
| 03/31/1997 | 343 | |

| | | |
|---|---|---|
| | | RESPONSE by plaintiff in opposition to motion to reverse special master's decision regarding claim of Etel Genes Berger [340−1] by ALL OTHER DEFENDANTS . (JMF) (Entered: 04/01/1997) |
| 04/03/1997 | | CASE REASSIGNED to Judge James Robertson (JMF) (Entered: 04/04/1997) |
| 04/09/1997 | 344 | MOTION filed by defendant BRUCE E. GELB to extend time to 4/14/97 to submit objections, and any related motions, to the Special Master's March 11, 1997 Report and Recommending Approval of the Damages Model Prepared by the Court Appointed Experts (JMF) (Entered: 04/10/1997) |
| 04/10/1997 | 345 | REPLY by defendant BRUCE E. GELB in support of motion to reverse special master's decision regarding claim of Etel Genes Berger [340−1] (JMF) (Entered: 04/11/1997) |
| 04/14/1997 | 346 | ORDER by Judge James Robertson : granting motion to extend time to 4/14/97 to submit objections, and any related motions, to the Special Master's March 11, 1997 Report and Recommending Approval of the Damages Model Prepared by the Court Appointed Experts [344−1] by BRUCE E. GELB (N) (jeb) (Entered: 04/14/1997) |
| 04/14/1997 | 347 | MOTION filed by defendant BRUCE E. GELB for review of special master's report March 11, 1997 report recommending approval of the damages model prepared by court−appointed experts ; exhibits (10) (JMF) (Entered: 04/15/1997) |
| 04/14/1997 | 348 | NOTICE OF FILING by special master STEPHEN A. SALTZBRUG of Final Report of Special Master regarding 1980 claim of Jahanara Hasan (JMF) (Entered: 04/15/1997) |
| 04/14/1997 | 349 | NOTICE OF FILING by special master STEPHEN A. SALTZBRUG of Final Report of Special Master regarding 1977 claim of Hana Demetz−Rosskam (JMF) (Entered: 04/15/1997) |
| 04/14/1997 | 350 | OBJECTIONS by plaintiff to the report of te special master approving the damages model prepared by the court−appointed experts (JMF) (Entered: 04/15/1997) |
| 04/14/1997 | 351 | MOTION filed by plaintiff to act upon the parties' objections to the March 11, 1997 report of the special master's and to adopt that report, as modified (JMF) (Entered: 04/15/1997) |
| 04/17/1997 | 352 | FINAL REPORT OF SPECIAL MASTER REGARDING 1982 CLAIM OF WINIFRED SCHEFFLER: filed by STEPHEN A. SALTZBRUG; Appendix (1) (dbw) (Entered: 04/18/1997) |
| 04/17/1997 | 353 | FINAL REPORT by special master STEPHEN A. SALTZBRUG regarding 1984 claim of Susan Ellis. (mlp) (Entered: 04/18/1997) |
| 04/24/1997 | 354 | MOTION filed by claimant ZUZANNA J. DILLON for leave to file proof of claim ; exhibits (2) (JMF) (Entered: 04/25/1997) |
| 04/25/1997 | 355 | MOTION filed by plaintiff to extend time to 5/7/97 to submit their oppositions and responses to the other party's objections to the Special Master's March 11, 1997 Report Recommending Approval of the Damages Model prepared by Court−Appointed Experts (JMF) (Entered: 04/28/1997) |
| 04/28/1997 | 356 | OBJECTIONS by plaintiff to Final Report of the Special Master regarding 1977 claim of Hana Demetz−Rosskam [349−1] by STEPHEN A. SALTZBRUG (JMF) (Entered: 04/29/1997) |

| 04/28/1997 | 357 | OBJECTIONS by plaintiff to the Final Report of Special Master Regarding 1980 claim of Jahanara Hasan [8−1] by STEPHEN A. SALTZBRUG (JMF) (Entered: 04/29/1997) |
|---|---|---|
| 04/28/1997 | 358 | MOTION filed by defendant JOSEPH DUFFEY to extend time to 4/30/97 to file motion to reverse the special master's decision in favor of claimant Hasan (JMF) (Entered: 04/29/1997) |
| 04/29/1997 | 359 | REQUEST by special master STEPHEN A. SALTZBURG dated 4/11/97 for reimbursement; attachment. (jeb) Modified on 04/29/1997 (Entered: 04/29/1997) |
| 04/29/1997 | 360 | ORDER by Judge James Robertson : granting request for reimbursement [359−1] by STEPHEN A. SALTZBURG; approving the Special Master's request for reimbursement in the total amount of $50,411.25 for 224.05 hours of work at a rate of $225.00 per hour; directing that the reimbursement be within 45 days. (N) (jeb) (Entered: 04/29/1997) |
| 04/29/1997 | 361 | ORDER by Judge James Robertson : granting motion to extend time to 5/7/97 to submit their oppositions and responses to the other party's objections to the Special Master's March 11, 1997 Report Recommending Approval of the Damages Model prepared by Court−Appointed Experts [355−1] by CAROLEE BRADY HARTMAN, ALL OTHER PLAINTIFFS (N) (jeb) (Entered: 04/29/1997) |
| 04/30/1997 | 362 | ORDER by Judge James Robertson : granting motion to extend time to 4/30/97 to file motion to reverse the special master's decision in favor of claimant Hasan [358−1] by JOSEPH DUFFEY (N) (jeb) (Entered: 04/30/1997) |
| 04/30/1997 | 363 | NOTICE to counsel by Judge James Robertson directing the plaintiff Brady to cure any defects in filing and service due 5/5/97 and the defendant shall file its opposition due 5/12/97. (N) (jeb) (Entered: 04/30/1997) |
| 04/30/1997 | 364 | MOTION filed by defendant JOSEPH DUFFEY to extend time to 5/2/97 to file motion to reverse the special master's decision in favor of claimant Hasan (JMF) (Entered: 05/01/1997) |
| 05/01/1997 | 365 | MOTION filed by defendant JOSEPH DUFFEY to reverse Special Master's decision regarding claim if Winifred Scheffler ; Exhibit (1) (dbw) (Entered: 05/02/1997) |
| 05/01/1997 | 366 | MOTION filed by defendant JOSEPH DUFFEY to reverse Special Master's decision regarding 1984 claim of Susan Ellis (dbw) (Entered: 05/02/1997) |
| 05/02/1997 | 367 | MOTION filed by defendant JOSEPH DUFFEY to extend time to 5/5/97 to file a motion to reverse the Special Master's Decision in favor of claimant Hasan (JMF) (Entered: 05/05/1997) |
| 05/05/1997 | 368 | MOTION filed by ALL DEFENDANTS to extend time to 5/6/97 to file his motion to reverse the Special Master's decision in favor of Claimant Hasan. (ks) (Entered: 05/06/1997) |
| 05/05/1997 | 369 | MOTION filed by ALL PLAINTIFFS to reverse the final report on the claim of Carolee Brady. (ks) (Entered: 05/07/1997) |
| 05/06/1997 | 370 | MOTION filed by defendant JOSEPH DUFFEY to reverse the special master's decision in favor of claimant Hasan (JMF) (Entered: 05/07/1997) |
| 05/07/1997 | 371 | |

|  |  | RESPONSE by plaintiff in opposition to defendant's motion to review and remand the special master's March 11, 1997 Report Recommending approval of the damages model prepared by the Court−Appointed Experts. (JMF) (Entered: 05/08/1997) |
| --- | --- | --- |
| 05/07/1997 | 372 | REPLY by defendant JOSEPH DUFFEY to plaintiffs' objections to motion for review of special master's report March 11, 1997 report recommending approval of the damages model prepared by court−appointed experts [347−1] (JMF) (Entered: 05/08/1997) |
| 05/07/1997 | 373 | ORDER by Judge James Robertson : granting motion to extend time to 5/6/97 to file his motion to reverse the Special Master's decision in favor of Claimant Hasan. [368−1] by ALL OTHER DEFENDANTS (N) (jeb) Modified on 05/08/1997 (Entered: 05/08/1997) |
| 05/07/1997 | 374 | ORDER by Judge James Robertson : granting motion to extend time to 5/5/97 to file a motion to reverse the Special Master's Decision in favor of claimant Hasan [367−1] by JOSEPH DUFFEY (N) (jeb) (Entered: 05/08/1997) |
| 05/08/1997 | 375 | RESPONSE by defendant JOSEPH DUFFEY in opposition to motion for leave to file proof of claim [354−1] by ZUZANNA J. DILLON . (JMF) (Entered: 05/09/1997) |
| 05/12/1997 |  | SCHEDULING NOTICE: motion hearing set for 10:00 5/16/97 ; before Judge James Robertson . (jeb) (Entered: 05/12/1997) |
| 05/12/1997 | 376 | RESPONSE by defendant JOSEPH DUFFEY in opposition to motion to reverse the final report on the claim of Carolee Brady. [369−1] by ALL OTHER PLAINTIFFS .; exhibits (1) (JMF) (Entered: 05/13/1997) |
| 05/15/1997 | 378 | MOTION (CONSENT) filed by plaintiff ALL OTHER PLAINTIFFS, plaintiff CAROLEE BRADY HARTMAN to extend time to and including May 27, 1997, to submit their memoranda in opposition to defendant's motions to reverse the special master's decisions regarding the claims of Winifred Scheffler and Susan Ellis (lkn) (Entered: 05/16/1997) |
| 05/16/1997 | 377 | ORDER filed by Special Master Stephen A. Saltzburg: granting plaintiffs' request for oral argument on special master's initial report; directing that the oral argument shall be scheduled during the week of 5/19/97 before the Special Master. (N) (jeb) (Entered: 05/16/1997) |
| 05/16/1997 | 379 | REPORT OF SPECIAL MASTER: filed by STEPHEN A. SALTZBRUG; Exhibits. (lkn) (Entered: 05/19/1997) |
| 05/16/1997 |  | MOTION HEARING before Judge James Robertson: Court hears plaintiff's objections in six respective cases. Reporter: Dennis Dinkel (jeb) (Entered: 05/29/1997) |
| 05/19/1997 | 380 | MOTION filed by plaintiff to extend time to 5/26/97 to file a reply memorandm in support of partially unopposed motion of class member Dr. Zuzanna Dillon to file proof of claim (JMF) (Entered: 05/21/1997) |
| 05/20/1997 | 381 | RESPONSE by plaintiff in opposition to motion to reverse the special master's decision in favor of claimant Hasan [370−1] by JOSEPH DUFFEY . (JMF) (Entered: 05/21/1997) |

| 05/22/1997 | 382 | RESPONSE by plaintiff in opposition to motion to reverse Special Master's decision regarding claim if Winifred Scheffler [365−1] by JOSEPH DUFFEY .; exhibits (6) (JMF) (Entered: 05/23/1997) |
| 05/23/1997 | 383 | ORDER by Judge James Robertson: directing plaintiffs to respond further to defendant's objections due by 6/11/97; directing defendant to reply 6/18/97 (N) (jeb) (Entered: 05/23/1997) |
| 05/23/1997 | 384 | REPLY by claimant ZUZANNA J. DILLON in support of motion for leave to file proof of claim [354−1]; exhibits (2) (JMF) (Entered: 05/27/1997) |
| 05/23/1997 | 393 | ERRATA by special master STEPHEN A. SALTZBRUG of typographical errors on page 60 of Special Master's March 11, 1997 Report Recomending Approval of the Damages Model (JMF) (Entered: 06/02/1997) |
| 05/23/1997 | 394 | ERRATA by special master STEPHEN A. SALTZBRUG of typorgraphical errors on the cover sheet and first page pf the Report of Special Master's Final Report Regarding 1976 Claim of Judith Ambrose on September 30, 1996 (JMF) (Entered: 06/02/1997) |
| 05/27/1997 | 385 | REPLY by defendant JOSEPH DUFFEY in support of motion for review of special master's report March 11, 1997 report recommending approval of the damages model prepared by court−appointed experts [347−1] (JMF) (Entered: 05/28/1997) |
| 05/27/1997 | 386 | RESPONSE by plaintiffs' in opposition to motion to reverse Special Master's decision regarding 1984 claim of Susan Ellis [366−1] by JOSEPH DUFFEY . (JMF) (Entered: 05/28/1997) |
| 05/27/1997 | 387 | REPLY by plaintiffs' in support of objections to motion for review of special master's report March 11, 1997 report recommending approval of the damages model prepared by court−appointed experts [347−1] (JMF) (Entered: 05/28/1997) |
| 05/29/1997 | 388 | FINAL REPORT OF SPECIAL MASTER: filed by STEPHEN A. SALTZBRUG: regarding 1983 Claim of Pamela Gouge Carpousis . (JMF) (Entered: 05/30/1997) |
| 05/29/1997 | 389 | MEMORANDUM by defendant JOSEPH DUFFEY in opposition to plaintiffs' fourth motion for interim attorneys' fees and expenses; exhibits (11) (JMF) (Entered: 05/30/1997) |
| 05/29/1997 | 390 | REPLY by plaintiff to defendant's opposition to plaintiffs' fourth motion for interim attorneys' fees and expenses; exhibits (6) (JMF) (Entered: 05/30/1997) |
| 05/29/1997 | 392 | MOTION (FOURTH) filed by plaintiff for interim attorneys' fees and expenses ; Volumes (3) (JMF) Modified on 06/02/1997 (Entered: 06/02/1997) |
| 05/30/1997 | 391 | REPLY by defendant JOSEPH DUFFEY in support of motion to reverse Special Master's decision regarding claim if Winifred Scheffler [365−1]; exhibits (1) (JMF) (Entered: 06/02/1997) |
| 06/02/1997 | 395 | MOTION filed by defendant JOSEPH DUFFEY to extend time to 6/6/97 to file reply in defendant's motion to reverse special master's decision regarding claim of Jahanara Hasan. (lkn) (Entered: 06/03/1997) |
| 06/02/1997 | 396 | MOTION (CONSENT) filed by defendant JOSEPH DUFFEY to extend time to and including 6/12/97 to submit motions and objections with respect to the special master's report and recommendations regarding plaintiffs' third motion for interim attorneys' fees and expenses (lkn) (Entered: 06/03/1997) |

| | | |
|---|---|---|
| 06/03/1997 | 397 | RESPONSE by plaintiff to special master report of May 16, 1997 Report and Recommendations regarding plaintiffs' third motion for interim attorneys' fees and expenses [379−1] (JMF) (Entered: 06/04/1997) |
| 06/04/1997 | 398 | REPLY by defendant JOSEPH DUFFEY in support of motion to reverse Special Master's decision regarding 1984 claim of Susan Ellis [366−1] (JMF) (Entered: 06/05/1997) |
| 06/04/1997 | 399 | NOTICE OF WITHDRAWAL of plaintiffs response to special master's May 16, 1997 Report and Recommendation Regarding Plaintiffs' Third Motion for Interim Attorneys' Fees and Expenses, without prejudice to refiling that response as part of plaintiffs' unified brief. (JMF) (Entered: 06/05/1997) |
| 06/06/1997 | 400 | REPLY by defendant JOSEPH DUFFEY in support of motion to reverse the special master's decision in favor of claimant Hasan [370−1] (JMF) (Entered: 06/09/1997) |
| 06/11/1997 | 401 | ORDER by Judge James Robertson : granting motion to extend time to 6/6/97 to file reply in defendant's motion to reverse special master's decision regarding claim of Jahanara Hasan. [395−1] by JOSEPH DUFFEY (nunc pro tunc) (N) (jeb) (Entered: 06/11/1997) |
| 06/11/1997 | 402 | ORDER by Judge James Robertson : granting motion to extend time to and including 6/12/97 to submit motions and objections with respect to the special master's report and recommendations regarding plaintiffs' third motion for interim attorneys' fees and expenses [396−1] by JOSEPH DUFFEY (N) (jeb) (Entered: 06/11/1997) |
| 06/11/1997 | 404 | RESPONSE by plaintiff to defendant's objections to the Special Master's award of attorneys' fees for prosecution of unsucessful individual claims; exhibits (1) (JMF) (Entered: 06/13/1997) |
| 06/12/1997 | 403 | MOTION (CONSENT) filed by defendant JOSEPH DUFFEY to extend time to 6/16/97 for parties to submit their motions and objections with respect to Special Master's reports and recommendation regarding plaintiffs' third and fourth motions for interim attorneys' fees and expenses ; EXHIBIT (motion) (JMF) Modified on 06/13/1997 (Entered: 06/13/1997) |
| 06/13/1997 | 405 | ORDER by Judge James Robertson : hearing set for 2:00 6/30/97 ; (N) (jeb) (Entered: 06/13/1997) |
| 06/16/1997 | 406 | RESPONSE by plaintiffs' to special master May 16, 1997 and May 29, 1997 reports and recommendations regarding plaintiffs' third and fourth motions for interim attorneys' fees and expenses [388−1], [379−1] (JMF) (Entered: 06/17/1997) |
| 06/16/1997 | 407 | MOTION filed by defendant JOSEPH DUFFEY for review of special master's reports and recommendations regarding plaintiffs' third and fourth petitions for interim attorney's fees and expenses ; exhibits (5) (JMF) (Entered: 06/17/1997) |
| 06/18/1997 | 408 | REPLY by defendant JOSEPH DUFFEY in support of defendant's objections to the special master's award of attorney's fees for prosecution of unsuccessful claims (JMF) (Entered: 06/18/1997) |
| 06/18/1997 | 409 | FINAL REPORT OF SPECIAL MASTER regarding 1977−1978 claim of Vukosava Hodzic: filed by STEPHEN A. SALTZBRUG . (JMF) (Entered: 06/18/1997) |
| 06/24/1997 | 410 | |

| | | |
|---|---|---|
| | | MEMORANDUM OPINION by Judge James Robertson; adopting the reports of the Special Master as to the discovery and liability rulings with respect to Dilara Hashem, Musarrat Burkie, Lynn Goldman Bartlett, Judith Ambrose, Carolyn Turner, and Wai−Soo Wong Koo. (N) (gew) (Entered: 06/25/1997) |
| 06/24/1997 | 411 | MEMORANDUM by Judge James Robertson : denying motion for interim attorneys' fees and expenses [392−1] by CAROLEE BRADY HARTMAN, ALL OTHER PLAINTIFFS (N) (gew) (Entered: 06/25/1997) |
| 06/25/1997 | 412 | MOTION filed by defendant JOSEPH DUFFEY to extend time to 7/9/97 to file motion to reverse special master's decision regarding claim of Vukosava Hodzic (JMF) (Entered: 06/26/1997) |
| 06/25/1997 | 413 | ORDER by Judge James Robertson : granting motion to extend time to 7/9/97 to file motion to reverse special master's decision regarding claim of Vukosava Hodzic [412−1] by JOSEPH DUFFEY (N) (gew) (Entered: 06/26/1997) |
| 06/25/1997 | 414 | ORDER by Judge James Robertson : plaintiffs to file and serve their opposition to defendant's motion to review the Special Master's decision regarding the claim of Pamela Gouge Carpousis is due by 7/28/97 ; (N) (gew) (Entered: 06/26/1997) |
| 06/25/1997 | 417 | MOTION (CONSENT) filed by plaintiff to extend time to 7/28/97 to submit their memorandum in opposition to defendant's motion to reverse the Special Master's Decision regarding 1983 Claim of Pamela Gouge Carpousis (JMF) (Entered: 07/01/1997) |
| 06/25/1997 | 471 | MOTION filed by defendant JOSEPH DUFFEY to reverse special master's decision regarding claim of Pamela Gouge Carpousis (JMF) (Entered: 09/24/1997) |
| 06/26/1997 | 415 | MOTION (CONSENT) filed by defendant JOSEPH DUFFEY to extend time to 7/2/97 to submit their oppositions with respect to the motions and objections that have been filed concerning the Special Master's reports and recommendations regarding plaintiffs' third and fourth motions for interim attorneys' fees and expenses (JMF) (Entered: 06/27/1997) |
| 06/26/1997 | 416 | REPORT OF SPECIAL MASTER: filed by STEPHEN A. SALTZBRUG : regarding 1974 claim of Sophy Goldberg; exhibits (1). (JMF) (Entered: 06/27/1997) |
| 06/27/1997 | 424 | ORDER by Judge James Robertson : granting motion to extend time to 7/2/97 to submit their oppositions with respect to the motions and objections that have been filed concerning the Special Master's reports and recommendations regarding plaintiffs' third and fourth motions for interim attorneys' fees and expenses [415−1] by JOSEPH DUFFEY (N) (gew) (Entered: 07/03/1997) |
| 06/30/1997 | | MOTION HEARING before Judge James Robertson; heard and taken under advisement: Reporter: Dennis Dinkel (JMF) (Entered: 07/01/1997) |
| 06/30/1997 | 418 | ORDER by Judge James Robertson: approving the Special Master's request for reimbursement in the total amount of $49,421.25 for 219.65.05 hours of work at a rate of $225.00 per hour; approving the Special Master's expenses of $4,225.00 for courtroom space; directing the defendant to reimburse the Special Master for the total amount of $53,646.25 within 45 days. (N) (mlp) (Entered: 07/01/1997) |
| 06/30/1997 | 419 | ORDER by Judge James Robertson: based on the parties' agreement that indicated amounts of attorneys' fees and expenses, and certain amounts of interest are undisputed, and the defendant's previous interim payments of $722,089.70 and |

| | | |
|---|---|---|
| | | $900,000.00, it is ordered that the defendant pay plaintiffs the previously unpaid, undisputed amount of $1,868,551.09 by check made payable to Steptoe & Johnson LLP Trust Account within 30 days (N) (mlp) (Entered: 07/01/1997) |
| 07/01/1997 | 420 | MOTION filed by plaintiffs' to modify special master's final report regarding 1977−78 claim of Vukosava Hodzic (JMF) (Entered: 07/02/1997) |
| 07/01/1997 | 421 | SUPPLEMENTAL AUTHORITY by plaintiffs' to regarding prejudgment interest on attorney's fees and expenses (JMF) (Entered: 07/02/1997) |
| 07/02/1997 | 422 | RESPONSE by plaintiff in opposition to motion for review of special master's reports and recommendations regarding plaintiffs' third and fourth petitions for interim attorney's fees and expenses [407−1] by JOSEPH DUFFEY . (JMF) (Entered: 07/03/1997) |
| 07/02/1997 | 423 | REPLY by defendant JOSEPH DUFFEY to plaintiffs' response to motion for review of special master's reports and recommendations regarding plaintiffs' third and fourth petitions for attorney's fees and expenses [407−1] (JMF) (Entered: 07/03/1997) |
| 07/09/1997 | 425 | MOTION filed by defendant JOSEPH DUFFEY to reverse special master's decision regarding 1977−1978 claim of Vukosava Hodzic (JMF) (Entered: 07/10/1997) |
| 07/10/1997 | 426 | MOTION (CONSENT) filed by plaintiff ALL OTHER PLAINTIFFS, plaintiff CAROLEE BRADY HARTMAN to extend time to and including 7/15/97 to file reply to opposition to response to Special Master's May 16, 1997 and May 29,1997, reports (lkn) (Entered: 07/11/1997) |
| 07/11/1997 | 427 | ORDER by Judge James Robertson : granting motion to extend time to and including 7/15/97 to file reply to opposition to response to Special Master's May 16, 1997 and May 29,1997, reports [426−1] by CAROLEE BRADY HARTMAN, ALL OTHER PLAINTIFFS (N) (jeb) (Entered: 07/11/1997) |
| 07/14/1997 | 428 | MOTION (CONSENT) filed by defendant JOSEPH DUFFEY to extend time to 7/17/97 to submit objections, and any related motions with respect to the Special Master's final report regarding the 1974 claim of Sophy Goldberg (JMF) (Entered: 07/15/1997) |
| 07/14/1997 | 429 | REPLY by defendant JOSEPH DUFFEY to plaintiffs' supplemental authority regarding prejudgment interest on attorney's fees and expenses (JMF) (Entered: 07/15/1997) |
| 07/15/1997 | 430 | ORDER by Judge James Robertson : granting motion to extend time to 7/18/97 to submit objections, and any related motions with respect to the Special Master's final report regarding the 1974 claim of Sophy Goldberg [428−1] by JOSEPH DUFFEY (N) (jeb) (Entered: 07/15/1997) |
| 07/15/1997 | 431 | REPLY by plaintiffs' to defendant's opposition to plaintiffs' response to special master's May 16, 1997 and May 29, 1997 Reports and Recommendations regarding plaintiffs' third and fourth motions for interim attorneys' fees and expenses; exhibits (1) (JMF) (Entered: 07/16/1997) |
| 07/15/1997 | 432 | REPLY by defendant JOSEPH DUFFEY in support of motion for review of special master's reports and recommendations regarding plaintiffs' third and fourth petitions for interim attorney's fees and expenses [407−1] (JMF) (Entered: 07/16/1997) |

| 07/18/1997 | 433 | MOTION (CONSENT) filed by defendant ALL OTHER DEFENDANTS, defendant BRUCE E. GELB, defendant JOSEPH DUFFEY to extend time to and including 7/20/97 to submit objections and any related motions with respect to the Special Master's final report regarding the 19774 claim of Sophy Goldberg (lkn) (Entered: 07/21/1997) |
| --- | --- | --- |
| 07/21/1997 | 434 | MOTION filed by defendant JOSEPH DUFFEY to reverse special master's decision regarding 1974 claim of Sophy Goldberg (JMF) (Entered: 07/23/1997) |
| 07/22/1997 | 435 | FINAL REPORT OF SPECIAL MASTER: filed by STEPHEN A. SALTZBRUG: regarding four 1984 claims of Dona De Sanctis; exhibits (1) (JMF) (Entered: 07/23/1997) |
| 07/22/1997 | 436 | REPLY by plaintiff to defendant's reply to plaintiffs' supplemental authority regarding prejudgment interest on attorney's fees and expenses; exhibits (1) (JMF) (Entered: 07/23/1997) |
| 07/22/1997 | 438 | MOTION filed by defendant JOSEPH DUFFEY to extend time to 7/29/97 to file his objections to plaintiffs' motion to modify Special Master's final report (st) (Entered: 07/23/1997) |
| 07/23/1997 | 437 | ORDER by Judge James Robertson : granting motion to extend time to and including 7/20/97 to submit objections and any related motions with respect to the Special Master's final report regarding the 19774 claim of Sophy Goldberg [433−1] by JOSEPH DUFFEY, BRUCE E. GELB, ALL OTHER DEFENDANTS (N) (jeb) (Entered: 07/23/1997) |
| 07/23/1997 | 439 | MOTION (CONSENT) filed by plaintiff to extend time to 7/25/97 to file opposition to defendant's motion to reverse special master's decision regarding 1977−1978 claim of Vukosava Hodzic (JMF) (Entered: 07/24/1997) |
| 07/25/1997 | 440 | RESPONSE by plaintiffs' in opposition to motion to reverse special master's decision regarding 1977−1978 claim of Vukosava Hodzic [425−1] by JOSEPH DUFFEY . (JMF) (Entered: 07/28/1997) |
| 07/28/1997 | 441 | ORDER by Judge James Robertson : granting motion to extend time to 7/25/97 to file opposition to defendant's motion to reverse special master's decision regarding 1977−1978 claim of Vukosava Hodzic [439−1] by CAROLEE BRADY HARTMAN, ALL OTHER PLAINTIFFS (N) (jeb) (Entered: 07/29/1997) |
| 07/28/1997 | 442 | RESPONSE by plaintiff in opposition to defendant's motion to reverse special master's decision regarding claim of Pamela Gouge Carpousis (JMF) (Entered: 07/29/1997) |
| 07/28/1997 | 443 | ORDER by Judge James Robertson : extending time to 5/26/97 for plaintiff for file her reply memorandum. (signed nunc pro tunc) (N) (jeb) (Entered: 07/29/1997) |
| 07/29/1997 | 444 | SURREPLY by defendant JOSEPH DUFFEY to plaintiffs' reply to defendant's reply to plaintiffs' supplemental authority regarding prejudgment interest on attorney's fees and expenses; exhibits (1) (JMF) (Entered: 07/30/1997) |
| 07/29/1997 | 445 | RESPONSE by defendant JOSEPH DUFFEY in opposition to motion to modify special master's final report regarding 1977−78 claim of Vukosava Hodzic [420−1] by CAROLEE BRADY HARTMAN, ALL OTHER PLAINTIFFS . (JMF) (Entered: 07/30/1997) |

| 07/30/1997 | 446 | ORDER by Judge James Robertson : granting motion to extend time to 7/29/97 to file his objections to plaintiffs' motion to modify Special Master's final report [438−1] by JOSEPH DUFFEY (N) (jeb) (Entered: 07/30/1997) |
| --- | --- | --- |
| 08/04/1997 | 447 | MOTION (CONSENT) filed by defendant JOSEPH DUFFEY to extend time to 8/7/97 to file a reply memorandum in support of defendant's motion to reverse the Special Master's decision regarding the claim of Pamela G. Carpousis (JMF) (Entered: 08/05/1997) |
| 08/04/1997 | 448 | REPLY by defendant JOSEPH DUFFEY to plaintiff's opposition to motion to reverse special master's decision regarding 1977−1978 claim of Vukosava Hodzic [425−1] (JMF) (Entered: 08/05/1997) |
| 08/04/1997 | 449 | RESPONSE by plaintiffs' in opposition to motion to reverse special master's decision regarding 1974 claim of Sophy Goldberg [434−1] by JOSEPH DUFFEY . (JMF) (Entered: 08/05/1997) |
| 08/04/1997 | 450 | MEMORANDUM AND ORDER by Judge James Robertson: approving the 1994 and 1996 Report of the Special Master; directing the parties to meet and confer and if possible to agree on the dollar amount resulting from this ruling. (N) (N) (jeb) (Entered: 08/05/1997) |
| 08/05/1997 | 451 | OBJECTIONS by plaintiff ALL OTHER PLAINTIFFS, plaintiff CAROLEE BRADY HARTMAN to the final report of special master regarding four 1984 claims of Dona DeSanctis. (lkn) (Entered: 08/06/1997) |
| 08/06/1997 | 452 | ORDER by Judge James Robertson : granting motion to extend time to 8/7/97 to file a reply memorandum in support of defendant's motion to reverse the Special Master's decision regarding the claim of Pamela G. Carpousis [447−1] by JOSEPH DUFFEY (N) (jeb) (Entered: 08/06/1997) |
| 08/07/1997 | 453 | MOTION filed by defendant JOSEPH DUFFEY to extend time to 8/22/97 to file motion to reverse special master's decision regarding claim of Dona de Sanctis (JMF) (Entered: 08/08/1997) |
| 08/07/1997 | 454 | REPLY by defendant JOSEPH DUFFEY in support of defendant's motion to reverse special master's decision regarding claim of Pamela Gouge Carpousis (JMF) (Entered: 08/08/1997) |
| 08/08/1997 | 455 | ORDER by Judge James Robertson : granting motion to extend time to 8/22/97 to file motion to reverse special master's decision regarding claim of Dona de Sanctis [453−1] by JOSEPH DUFFEY (N) (jeb) (Entered: 08/08/1997) |
| 08/13/1997 | 456 | REPLY by defendant JOSEPH DUFFEY in support of motion to reverse special master's decision regarding 1974 claim of Sophy Goldberg [434−1] (JMF) (Entered: 08/14/1997) |
| 08/18/1997 | 457 | MOTION filed by defendant JOSEPH DUFFEY to alter or amend August 04, 1997 order regarding interest on attorney's fees and expenses (JMF) (Entered: 08/19/1997) |
| 08/22/1997 | 458 | MOTION filed by defendant JOSEPH DUFFEY to extend time to 8/27/97 to file and serve his motion to reverse the Special Master's decision regarding the 1984 claim of Dona De Sanctis (JMF) (Entered: 08/25/1997) |
| 08/27/1997 | 459 | |

| | | |
|---|---|---|
| | | ORDER by Judge Gladys Kessler : granting motion to extend time to 8/27/97 to file and serve his motion to reverse the Special Master's decision regarding the 1984 claim of Dona De Sanctis [458−1] by JOSEPH DUFFEY (N) (dcn) (Entered: 08/27/1997) |
| 08/27/1997 | 460 | MOTION filed by defendant BRUCE E. GELB to reverse the special master's decision regarding four 1984 claims of Dona DeSanctis (lkn) (Entered: 08/28/1997) |
| 09/02/1997 | 461 | RESPONSE by plaintiff ALL OTHER PLAINTIFFS, plaintiff CAROLEE BRADY HARTMAN in opposition in part to motion to alter or amend August 04, 1997 order regarding interest on fees and expenses [457−1] by JOSEPH DUFFEY . (lkn) (Entered: 09/03/1997) |
| 09/02/1997 | 462 | FINAL REPORT of Special Master regarding 1984 claim of Sabeth Ramirez; Attachments. (lkn) (Entered: 09/04/1997) |
| 09/09/1997 | 463 | MOTION (CONSENT) filed by plaintiff to extend time to 9/22/97 to file their opposition to defendant's motion to reverse the special master's decision regarding four 1984 claims of Dona De Sanctis (JMF) (Entered: 09/10/1997) |
| 09/11/1997 | 464 | ORDER by Judge James Robertson : granting motion to extend time to 9/22/97 to file their opposition to defendant's motion to reverse the special master's decision regarding four 1984 claims of Dona De Sanctis [463−1] by CAROLEE BRADY HARTMAN, ALL OTHER PLAINTIFFS (N) (jeb) (Entered: 09/11/1997) |
| 09/12/1997 | 465 | REPLY by defendant JOSEPH DUFFEY to plaintiffs' partial opposition to motion to alter or amend August 04, 1997 order regarding interest on attorney's fees and expenses [457−1] (JMF) (Entered: 09/15/1997) |
| 09/17/1997 | 466 | REPORT OF SPECIAL MASTER: filed by STEPHEN A. SALTZBURG . (jeb) (Entered: 09/17/1997) |
| 09/17/1997 | 467 | ORDER by Judge James Robertson: approving the payment of $3125.00 to Dr. Martin Ahser for 25.0 hours at an approved rate of $125.00, as recommended by the Special Master; directing the defendant to make the payment within forty−five days; directing that, effective 9/1/97, the hourly rates of Dr. Cheryl Asher shall be $145.00, and the hourly rate for their computer expert, Nurit Friedman, shall be $80.00 (N) (jeb) (Entered: 09/17/1997) |
| 09/18/1997 | 468 | MOTION filed by defendant JOSEPH DUFFEY to reverse special master's decision regarding claim of Sabeth Ramirez (JMF) (Entered: 09/19/1997) |
| 09/19/1997 | 469 | MEMORANDUM AND ORDER by Judge James Robertson : denying motion to alter or amend August 04, 1997 order regarding interest on attorney's fees and expenses [457−1] by JOSEPH DUFFEY (N) (N) (jeb) (Entered: 09/19/1997) |
| 09/22/1997 | 470 | RESPONSE by plaintiff in opposition to motion to reverse the special master's decision regarding four 1984 claims of Dona DeSanctis [460−1] by BRUCE E. GELB . (JMF) (Entered: 09/23/1997) |
| 10/01/1997 | 472 | MOTION (CONSENT) filed by plaintiff to extend time to 10/9/97 to submit memorandum in opposition to defendant's motion to reverse special master's decision regarding claim of Sabeth Ramirez (JMF) (Entered: 10/02/1997) |
| 10/01/1997 | 473 | MOTION filed by defendant JOSEPH DUFFEY to extend time to 10/9/97 to file reply in defendant's motion to reverse special master's decision regarding claim of |

| | | Dona De Sanctis (JMF) (Entered: 10/02/1997) |
|---|---|---|
| 10/02/1997 | 474 | ORDER by Judge James Robertson : granting motion to extend time to 10/9/97 to file reply in defendant's motion to reverse special master's decision regarding claim of Dona De Sanctis [473−1] by JOSEPH DUFFEY (N) (jeb) (Entered: 10/02/1997) |
| 10/02/1997 | 475 | ORDER by Judge James Robertson : granting motion to extend time to 10/9/97 to submit memorandum in opposition to defendant's motion to reverse special master's decision regarding claim of Sabeth Ramirez [472−1] by CAROLEE BRADY HARTMAN, ALL OTHER PLAINTIFFS (N) (jeb) (Entered: 10/02/1997) |
| 10/03/1997 | 476 | MOTION (UNOPPOSED) filed by plaintiff to extend time to 10/17/97 to seek reconsideration of the court's September 19, 1997 order regarding interest on attorneys' fees and expenses (JMF) (Entered: 10/06/1997) |
| 10/06/1997 | 477 | ORDER by Judge James Robertson : granting motion to extend time to 10/17/97 to seek reconsideration of the court's September 19, 1997 order regarding interest on attorneys' fees and expenses [476−1] by CAROLEE BRADY HARTMAN, ALL OTHER PLAINTIFFS (N) (jeb) (Entered: 10/06/1997) |
| 10/07/1997 | 478 | REPORT OF SPECIAL MASTER: filed by STEPHEN A. SALTZBRUG; Attachments/transcripts. (lkn) (Entered: 10/08/1997) |
| 10/09/1997 | 479 | REPLY by defendant BRUCE E. GELB in support of motion to reverse the special master's decision regarding four 1984 claims of Dona DeSanctis [460−1] by BRUCE E. GELB (lkn) (Entered: 10/10/1997) |
| 10/09/1997 | 480 | RESPONSE by plaintiff ALL OTHER PLAINTIFFS, plaintiff CAROLEE BRADY HARTMAN in opposition to motion to reverse special master's decision regarding claim of Sabeth Ramirez [468−1] by JOSEPH DUFFEY . (lkn) (Entered: 10/10/1997) |
| 10/17/1997 | 481 | MOTION (UNOPPOSED) filed by plaintiff to extend time to 10/30/97 to seek reconsideration of the Court's September 19, 1997 order regarding interest on attorneys' fees and expenses (JMF) (Entered: 10/20/1997) |
| 10/20/1997 | 482 | ORDER by Judge James Robertson : granting motion to extend time to 10/30/97 to seek reconsideration of the Court's September 19, 1997 order regarding interest on attorneys' fees and expenses [481−1] by CAROLEE BRADY HARTMAN, ALL OTHER PLAINTIFFS (N) (jeb) (Entered: 10/20/1997) |
| 10/20/1997 | 483 | REPLY by defendant JOSEPH DUFFEY in support of motion to reverse special master's decision regarding claim of Sabeth Ramirez [468−1] (JMF) (Entered: 10/21/1997) |
| 10/20/1997 | 484 | MOTION (CONSENT) filed by plaintiff to extend time to 10/29/97 file motions concerning the special master's final report regarding 1977 claim of Sima Ficks (JMF) (Entered: 10/21/1997) |
| 10/23/1997 | 485 | ORDER filed by Special Master Stephen Saltzburg: re: discovery; appendices (2). (N) (jeb) (Entered: 10/23/1997) |
| 10/23/1997 | 486 | ORDER by Judge James Robertson : granting motion to extend time to 10/29/97 file motions concerning the special master's final report regarding 1977 claim of Sima Ficks [484−1] by CAROLEE BRADY HARTMAN, ALL OTHER PLAINTIFFS (N) (jeb) (Entered: 10/23/1997) |

| 10/29/1997 | 487 | MOTION filed by plaintiff to modify the special master's final report regarding 1977 claim of Sima Ficks ; exhibits (2) (JMF) (Entered: 10/30/1997) |
| 10/29/1997 | 488 | MOTION filed by defendant JOSEPH DUFFEY to reverse the special master's decision regarding 1977 claim of Sima Ficks (JMF) (Entered: 10/30/1997) |
| 10/30/1997 | 489 | MOTION (UNOPPOSED) filed by plaintiff to extend time to 12/11/97 to seek reconsideration of the Court's September 19, 1997 order regarding interest on attorneys' fees and expenses (JMF) (Entered: 10/30/1997) |
| 10/30/1997 | 490 | STIPULATED ORDER by Judge James Robertson : directing the defendants pay to Steptoe & Johnson LLP trust account a total of $2,331,935.90, representing $2,075,234.45 in unpaid lodestar attorneys' fees, $188,968.70 as a quality enhancement, and $67,732.75 in unpaid expenses. (N) (jeb) (Entered: 10/30/1997) |
| 10/31/1997 | 491 | ORDER by Judge James Robertson : granting motion to extend time to 12/11/97 to seek reconsideration of the Court's September 19, 1997 order regarding interest on attorneys' fees and expenses [489−1] by CAROLEE BRADY HARTMAN, ALL OTHER PLAINTIFFS (N) (gew) (Entered: 10/31/1997) |
| 11/12/1997 | 492 | RESPONSE by plaintiffs' in opposition to motion to reverse the special master's decision regarding 1977 claim of Sima Ficks [488−1] by JOSEPH DUFFEY . (JMF) (Entered: 11/13/1997) |
| 11/12/1997 | 493 | RESPONSE by defendant JOSEPH DUFFEY to motion to modify the special master's final report regarding 1977 claim of Sima Ficks [487−1] by CAROLEE BRADY HARTMAN, ALL OTHER PLAINTIFFS (JMF) (Entered: 11/13/1997) |
| 11/20/1997 | 495 | REPORT OF SPECIAL MASTER: filed by STEPHEN A. SALTZBRUG; regarding 1982 Claim of Abida Sultana Ripley; Bulkies (4). (JMF) (Entered: 11/25/1997) |
| 11/21/1997 | 494 | REPLY by defendant JOSEPH DUFFEY to plaintiffs' opposition to motion to reverse the special master's decision regarding 1977 claim of Sima Ficks [488−1] (JMF) (Entered: 11/24/1997) |
| 12/01/1997 | 496 | MOTION filed by plaintiff to modify the special master's final report regarding 1982 claim of Abida Sultana Ripley (JMF) (Entered: 12/02/1997) |
| 12/04/1997 | 497 | OBJECTIONS by defendant JOSEPH DUFFEY to special master final report [495−1] regarding the claim of Abida Sultana Ripley (JMF) (Entered: 12/05/1997) |
| 12/11/1997 | 498 | MOTION filed by Non Party WASHINGTON LAWYERS' for leave to participate as amicus curiae in support of plaintiffs' motion for reconsideration of the court's September 19, 1997 order regarding interest on attorneys' fees and expenses (JMF) (Entered: 12/12/1997) |
| 12/11/1997 | 499 | MEMORANDUM by Non Party WASHINGTON LAWYERS' in support of of plaintiffs' motion for reconsideration of the court's september 19, 1997 order regarding interest on attorneys' fees and expenses (JMF) (Entered: 12/12/1997) |
| 12/11/1997 | 500 | MOTION filed by plaintiff for reconsideration of order [469−1] of 09/17/97 regarding interest on attorneys' fees and expenses (JMF) (Entered: 12/12/1997) |
| 12/19/1997 | 501 | ORDER by Judge James Robertson: approving the Special Master's request for reimbursement in the total amount of $71,587.50 for 314 hours of work at a rate of $225.00 per hour; approving the Special Master's expenses of $1,625 for courtroom |

| | | | |
|---|---|---|---|
| | | | space; directing the defendant to reimburse the Special Master for the total amount of $73,212.50 within 45 days ; attachments. (N) (mlp) (Entered: 12/20/1997) |
| 12/24/1997 | 502 | | RESPONSE by defendant JOSEPH DUFFEY to motion for reconsideration of order [469−1] of 09/17/97 regarding interest on attorneys' fees and expenses [500−1] by CAROLEE BRADY HARTMAN, ALL OTHER PLAINTIFFS (JMF) (Entered: 12/29/1997) |
| 01/07/1998 | | | Text not available. (Entered: 01/09/1998) |
| 01/07/1998 | 503 | | JOINT STIPULATION AND ORDER REGARDING UNDISPUTED PORTION OF HISTORIC LODESTAR AND EXPENSES FOR PLAINTIFFS' THIRD AND FOURTH INATERIM FEE PETITIONS filed and fiated by Judge James Robertson; directing that within 45 days following the approval of this Joint Stipulation by the Court, defendant shall pay to the Steptoe & Johnson LLP trust account a total of $2,441,487.98. This amount represents $880,424.95 in historic lodestar attorneys' fees and $24,649.98 in expenses for plaintiffs' third petition, and $1,473,799.70 in historic lodestar attroneys' fees and $62,613.35 in expenses for plaintiffs' fourth petition. This Stipulation is without prejudice to either party's position with respect to the remainder of the amounts sought in plaintiffs' third and fourth petitions. . (N) (gew) (Entered: 01/09/1998) |
| 01/28/1998 | 504 | | PRETRIAL STATEMENTS by defendant JOSEPH DUFFEY (JMF) (Entered: 01/29/1998) |
| 02/02/1998 | 505 | | PRETRIAL STATEMENTS by defendant JOSEPH DUFFEY for Maria Ivusic International Radion Broadcaster−Serbo−Croatian, 12/75 (JMF) (Entered: 02/03/1998) |
| 02/05/1998 | 506 | | MEMORANDUM AND ORDER by Judge James Robertson: granting motion for reconsideration of order [469−1] of 09/17/97 regarding interest on attorneys' fees and expenses [500−1] by CAROLEE BRADY HARTMAN, ALL OTHER PLAINTIFFS vacating the Court's orders of 8/4/97 and 9/19/97; directing the government to compensate plaintiff for interest on attorneys' fees incurred after 11/21/91; directing that prejudgment interest be calculated at the rate determined by 28 USC 1961; denying plaintiff's request for prejudgment interest on the quality enhancement award. (N) (N) (jeb) (Entered: 02/05/1998) |
| 02/11/1998 | 507 | | ORDER filed by Special Master Stephen Saltsburg: granting defendant's unopposed motion for an extension of time with respect to the briefing schedule for plaintiffs' fifth motion for interim attorney's fees and expenses; extending time to 2/9/98 for defendant to file and serve his opposition to plaintiff's fifth motion for interim attorney's fees and expenses; extending time to 2/23/98 for plaintiffs to file any reply memorandum in support of their motion for interim attorney's fees and expenses. (N) (jeb) (Entered: 02/11/1998) |
| 03/02/1998 | 508 | | REPORT OF SPECIAL MASTER: filed by STEPHEN A. SALTZBRUG . regarding 1982−1983 claim of Sheila Burns; exhibits (13) (JMF) (Entered: 03/03/1998) |
| 03/02/1998 | 509 | | REPORT OF SPECIAL MASTER: filed by STEPHEN A. SALTZBRUG . regarding 1982 claim of Diane Della−Loggia; attachments (1) (JMF) (Entered: 03/03/1998) |
| 03/06/1998 | 510 | | |

| | | |
|---|---|---|
| | | FINDINGS OF FACT and Conclusions of Law for claim of Maria Ivusic. (JMF) (Entered: 03/09/1998) |
| 03/16/1998 | 512 | OBJECTIONS by defendant ALL OTHER DEFENDANTS, defendant BRUCE E. GELB, defendant JOSEPH DUFFEY to special master's decision regarding 1982−1983 claim of Sheila Burns. (lkn) (Entered: 03/17/1998) |
| 03/16/1998 | 513 | OBJECTIONS by defendant ALL OTHER DEFENDANTS, defendant BRUCE E. GELB, defendant JOSEPH DUFFEY to the Special Master's decision regarding 1982 claim of Diane Della−Loggia (lkn) (Entered: 03/17/1998) |
| 03/16/1998 | 511 | REPORT OF SPECIAL MASTER: filed by STEPHEN A. SALTZBURG . (jeb) Modified on 03/17/1998 (Entered: 03/17/1998) |
| 03/16/1998 | 514 | ORDER by Judge James Robertson: approving the Special Master's request for reimbursement in the total amount of $39,431.25 for 314 hours of work at the rate of $225 per hour plus expenses of $325 for courtroom space for a hearing and travel expenses of $93.49 to conduct a hearing in Detroit Michigan on 12/10/97; directing the defendant reimbuse the Special Master for the total amount of $73,212.50 within 45 days of this order. (N) (jeb) (Entered: 03/17/1998) |
| 03/23/1998 | 515 | MOTION filed by plaintiff for Kimberly K. Hartwell to appear pro hac vice ( Crowell & Moring LLP, 1001 Pennsylvania Ave., NW, Washington, DC 20004−2595, ) (JMF) (Entered: 03/24/1998) |
| 03/24/1998 | 516 | ORDER by Judge James Robertson : granting motion for Kimberly K. Hartwell to appear pro hac vice ( Crowell & Moring LLP, 1001 Pennsylvania Ave., NW, Washington, DC 20004−2595, ) [515−1] by CAROLEE BRADY HARTMAN, ALL OTHER PLAINTIFFS (N) (jeb) (Entered: 03/24/1998) |
| 03/24/1998 | 517 | FINAL REPORT OF SPECIAL MASTER: filed by STEPHEN A. SALTZBRUG regarding 1981 claim of PARVIN MERAT AMINI; attachments (1) . (JMF) (Entered: 03/25/1998) |
| 04/03/1998 | 518 | REPORT (FINAL) OF SPECIAL MASTER: filed by STEPHEN A. SALTZBRUG regarding 1983 Claim of Judith Neiman; exhibits (7). (JMF) (Entered: 04/06/1998) |
| 04/06/1998 | 519 | MOTION filed by defendant JOSEPH DUFFEY to modify special master's decision regarding 1981 Claim of Parvin Amini (JMF) (Entered: 04/07/1998) |
| 04/08/1998 | 520 | MOTION filed by plaintiff ALL OTHER PLAINTIFFS, plaintiff CAROLEE BRADY HARTMAN for order directing payment of undisputed relief in claim of Hana Demetz−Rosskam ; Exhibits (2). (lkn) (Entered: 04/09/1998) |
| 04/14/1998 | 521 | OBJECTIONS by plaintiffs' to final report of special master [518−1] regarding 1983 claim of Judith Neiman (JMF) (Entered: 04/15/1998) |
| 04/14/1998 | 522 | MOTION filed by plaintiff for order directing payment of undisputed relief on the 1983 claim of Judith Chayes Neiman (JMF) (Entered: 04/15/1998) |
| 04/15/1998 | 523 | REPORT OF SPECIAL MASTER: filed by STEPHEN A. SALTZBRUG regarding plaintiffs' fifth motion for interim attorneys' fees and expenses; volumes (2). (JMF) (Entered: 04/17/1998) |
| 04/20/1998 | 524 | RESPONSE by defendant ALL OTHER DEFENDANTS, defendant BRUCE E. GELB, defendant JOSEPH DUFFEY in opposition to motion for order directing payment of undisputed relief in claim of Hana Demetz−Rosskam [520−1] by |

| | | |
|---|---|---|
| | | CAROLEE BRADY HARTMAN, ALL OTHER PLAINTIFFS . (lkn) (Entered: 04/21/1998) |
| 04/20/1998 | 525 | MOTION filed by defendant ALL OTHER DEFENDANTS, defendant BRUCE E. GELB, defendant JOSEPH DUFFEY to modify Special Master's decision regarding 1983 claim of Judith Neiman (lkn) (Entered: 04/21/1998) |
| 04/22/1998 | 526 | FINAL REPORT OF SPECIAL MASTER: filed by STEPHEN A. SALTZBRUG . regarding 1977−1978 claim of Knesia Maria Antypiv (JMF) (Entered: 04/24/1998) |
| 04/24/1998 | 527 | RESPONSE by plaintiffs' in opposition to motion to modify Special Master's decision regarding 1983 claim of Judith Neiman [525−1] by JOSEPH DUFFEY, BRUCE E. GELB, ALL OTHER DEFENDANTS . (JMF) (Entered: 04/27/1998) |
| 04/27/1998 | 528 | ORDER filed by Special Master Stephen Saltzburg and signed 4/16/98: granting summary judgment as to liability to Malabika Sur on her March, 1984 Claim; Appendix I. (N) (jeb) (Entered: 04/27/1998) |
| 04/27/1998 | 529 | REPLY by plaintiffs' to defendant's opposition to motion for order directing payment of undisputed relief in claim of Hana Demetz−Rosskam [520−1] (JMF) (Entered: 04/28/1998) |
| 04/27/1998 | 530 | RESPONSE by defendant JOSEPH DUFFEY in opposition to motion for order directing payment of undisputed relief on the 1983 claim of Judith Chayes Neiman [522−1] by CAROLEE BRADY HARTMAN, ALL OTHER PLAINTIFFS . (JMF) (Entered: 04/28/1998) |
| 04/27/1998 | 531 | RESPONSE by defendant JOSEPH DUFFEY in opposition to plaintiffs' protective objections to the final report of special master regarding 1983 claim of Judith Neiman. (JMF) (Entered: 04/28/1998) |
| 04/29/1998 | 532 | MOTION (CONSENT) filed by defendant JOSEPH DUFFEY to extend time to 5/4/98 to file objections to the Special Master's Report and Recommendtions regarding plaintiffs' fifth motion for interim attorneys' fees and expenses (lkn) (Entered: 04/30/1998) |
| 04/30/1998 | 533 | FINAL REPORT OF SPECIAL MASTER: filed by STEPHEN A. SALTZBRUG : regarding 1983 claim of Sonya R. Davis; exhibits (4). (JMF) (Entered: 05/01/1998) |
| 05/01/1998 | 535 | MOTION filed by defendant JOSEPH DUFFEY to modify special master's decision regarding claim of Maria Antypiv (JMF) (Entered: 05/04/1998) |
| 05/01/1998 | 536 | OBJECTIONS by plaintiff to special master report and recommendations regarding plaintiffs' fifth motion for interim attorneys' fees and expenses [523−1] (JMF) (Entered: 05/04/1998) |
| 05/04/1998 | 534 | ORDER by Judge James Robertson : granting motion to extend time to 5/4/98 to file objections to the Special Master's Report and Recommendtions regarding plaintiffs' fifth motion for interim attorneys' fees and expenses [532−1] by JOSEPH DUFFEY (N) (jeb) (Entered: 05/04/1998) |
| 05/04/1998 | 537 | OBJECTIONS (PROTECTIVE) by plaintiff to special master report [526−1] regarding 1977−78 claim of Ksenia M. Antypiv (JMF) (Entered: 05/05/1998) |
| 05/04/1998 | 538 | REPLY by plaintiffs' to defendant's opposition to plaintiffs' motion for order directing payment of undisputed relief on the 1983 claim of Judith Chayes Neiman [522−1] (JMF) (Entered: 05/05/1998) |

| 05/04/1998 | 539 | REPLY by defendant JOSEPH DUFFEY in support of motion to modify Special Master's decision regarding 1983 claim of Judith Neiman [525−1] (JMF) (Entered: 05/05/1998) |
|---|---|---|
| 05/04/1998 | 540 | MOTION filed by defendant JOSEPH DUFFEY for review of special master's report and recommendations regarding plaintiffs' fifth motion for interim attorneys' fees and expenses (JMF) (Entered: 05/05/1998) |
| 05/05/1998 | 541 | ORDER filed by Special Master :conditionally granting defendant's motion to reopen teamsters hearing regarding 1975 claim of Maria M. Ivusic (N) (JMF) (Entered: 05/07/1998) |
| 05/05/1998 | 542 | MOTION filed by defendant JOSEPH DUFFEY to reopen , or, in the alternative for a new trial for the claim of Maria Ivusic ; exhibits (7) (JMF) (Entered: 05/07/1998) |
| 05/05/1998 | 543 | RESPONSE by plaintiff in opposition to motion to reopen [542−1] by JOSEPH DUFFEY, motion for a new trial for the claim of Maria Ivusic [542−2] by JOSEPH DUFFEY . (JMF) (Entered: 05/07/1998) |
| 05/12/1998 | 544 | OBJECTIONS by defendant JOSEPH DUFFEY to special master final report [533−1] regarding 1983 claim of Sonya R. Davis (JMF) (Entered: 05/13/1998) |
| 05/14/1998 | 545 | OBJECTIONS (PROTECTIVE) by plaintiff to final report of special master regarding 1983 claim of Sonya R. Davis [533−1] (JMF) (Entered: 05/15/1998) |
| 05/15/1998 | 546 | RESPONSE (OPPOSITIONS) by defendant JOSEPH DUFFEY to plaintiffs' objection [536−1] to special master's report and recommendations regarding plaintiffs' fifth motion for interim attorneys' fees and expenses by ALL OTHER PLAINTIFFS; exhibits (1) (JMF) (Entered: 05/18/1998) |
| 05/15/1998 | 547 | MOTION (CONSENT) filed by plaintiff ALL OTHER PLAINTIFFS to extend time to 5/27/98 to file opposition to defendant's motion to modify special master's decision regarding claim of Maria Antypiv (JMF) (Entered: 05/18/1998) |
| 05/18/1998 | 548 | SUBSTITUTION OF COUNSEL for plaintiff ALL OTHER PLAINTIFFS, plaintiff CAROLEE BRADY HARTMAN , substituting Tracy Lyle Hilmer for attorney Mindy A Kaiden for CAROLEE BRADY HARTMAN, attorney Mindy A Kaiden for ALL OTHER PLAINTIFFS (lkn) (Entered: 05/19/1998) |
| 05/18/1998 | 549 | MOTION (UNOPPOSED) filed by plaintiff ALL OTHER PLAINTIFFS, plaintiff CAROLEE BRADY HARTMAN to extend time to 5/22/98 (lkn) (Entered: 05/19/1998) |
| 05/20/1998 | 550 | MEMORANDUM OPINION by Judge James Robertson (N) (jeb) (Entered: 05/20/1998) |
| 05/20/1998 | 551 | MEMORANDUM AND ORDER by Judge James Robertson : denying motion for review of special master's reports and recommendations regarding plaintiffs' third and fourth petitions for interim attorney's fees and expenses [407−1] by JOSEPH DUFFEY; granting in part and denying in part plaintiffs' motion for review of the Special Master's Reports regarding plaintiff's third and fourth petitions for attorneys' fees and expenses. (N) (N) (jeb) (Entered: 05/20/1998) |
| 05/20/1998 | 552 | ORDER by Judge James Robertson : granting motion to extend time to 5/22/98 to file their opposition to defendant's motion for review of Special Master's Report and Recommendations concerning plaintiffs' fifth motion for interim attorneys' fees and |

|  |  | expenses [549−1] by CAROLEE BRADY HARTMAN, ALL OTHER PLAINTIFFS (N) (JMF) (Entered: 05/20/1998) |
|---|---|---|
| 05/21/1998 | 554 | MOTION filed by plaintiff CAROLEE BRADY HARTMAN to extend time to 6/5/98 to file their opposition to defendant's motion to modify Special Master's Decision regarding claim of Maria Antypiv. (ks) (Entered: 05/22/1998) |
| 05/22/1998 | 553 | ORDER by Judge James Robertson: granting the plaintiffs' consent motion for extension of time in which to file their opposition to defendant's motion to modify special master's decision regarding claim of Maria Antypiv; extending time to 6/5/98 for plaintiffs to file their opposition. (N) (jeb) (Entered: 05/22/1998) |
| 05/22/1998 | 555 | MEMORANDUM by plaintiffs' in opposition to motion for review of special master's report and recommendations regarding plaintiffs' fifth motion for interim attorneys' fees and expenses [540−1] by JOSEPH DUFFEY; attachments (1) (JMF) (Entered: 05/26/1998) |
| 05/26/1998 | 556 | REPLY by plaintiffs' to objection [536−1] of Special Master's report and recommendations regarding plaintiffs' fifth motion for interim attorneys' fees and expenses ; exhibits (1) (JMF) (Entered: 05/27/1998) |
| 05/28/1998 | 557 | ERRATA by special master STEPHEN A. SALTZBRUG report and recommendations regarding plaintiffs' fifth motion for interim attorneys' fees and expenses; denial of plaintiffs' motion for reconsideration; attachments (1) (JMF) (Entered: 05/29/1998) |
| 06/02/1998 | 558 | FINAL REPORT OF SPECIAL MASTER: filed by STEPHEN A. SALTZBRUG .regarding 1983 claim of Teri Schaefer; exhibits (6) (JMF) (Entered: 06/03/1998) |
| 06/04/1998 | 560 | REPLY by defendant JOSEPH DUFFEY in support of motion for review of special master's report and recommendations regarding plaintiffs' fifth motion for interim attorneys' fees and expenses [540−1] (JMF) (Entered: 06/09/1998) |
| 06/05/1998 | 559 | RESPONSE by plaintiff in opposition to motion to modify special master's decision regarding claim of Maria Antypiv [535−1] by JOSEPH DUFFEY . (JMF) (Entered: 06/08/1998) |
| 06/12/1998 | 561 | REPORT OF SPECIAL MASTER: filed by STEPHEN A. SALTZBRUG . (jeb) (Entered: 06/15/1998) |
| 06/12/1998 | 566 | STATEMENT filed by Non Party NAJMA QURESHI , regarding: petition for permission to file a claim; (fiat) JUDGE JAMES ROBERTSON. (JMF) (Entered: 06/17/1998) |
| 06/15/1998 | 562 | ORDER by Judge James Robertson: approving the report of the Special Master for reimbursement in the amount of $30,285.00 for 134.60 hours of work; approving the Special Master's expenses of $2275.00 for courtroom space for Teamsters hearings; directing the defendant to reimburse the Special Master for the total amount of $32,560.00 within 45 days of this order. (N) (jeb) (Entered: 06/15/1998) |
| 06/15/1998 | 563 | REPLY by defendant JOSEPH DUFFEY memorandum in support of defendant's motion to modify special master's decision regarding claim of MARIA Antypiv [542−1] by JOSEPH DUFFEY . (tw) (Entered: 06/16/1998) |
| 06/15/1998 | 564 | MOTION (UNOPPOSED) filed by defendant JOSEPH DUFFEY to extend time to 6/26/98 to file his objections to the decision of the special master regarding 1983 |

| | | |
|---|---|---|
| | | claim of Teri Schaefer. (tw) (Entered: 06/16/1998) |
| 06/16/1998 | 565 | ORDER by Judge James Robertson : granting motion to extend time to 6/26/98 to file his objections to the decision of the special master regarding 1983 claim of Teri Schaefer. [564−1] by JOSEPH DUFFEY (N) (jeb) (Entered: 06/16/1998) |
| 06/17/1998 | 567 | MEMORANDUM AND ORDER by Judge James Robertson : granting motion for review of special master's report and recommendations regarding plaintiffs' fifth motion for interim attorneys' fees and expenses [540−1] by JOSEPH DUFFEY (N) (N) (jeb) (Entered: 06/17/1998) |
| 06/18/1998 | 568 | OBJECTIONS by plaintiff ALL OTHER PLAINTIFFS, plaintiff CAROLEE BRADY HARTMAN to special master report [558−1] (lkn) (Entered: 06/19/1998) |
| 06/19/1998 | 569 | OBJECTIONS by defendant JOSEPH DUFFEY to special master report [561−1] regarding the 1983 claim of Pushpa Agnihotri (JMF) (Entered: 06/22/1998) |
| 06/22/1998 | 570 | RESPONSE (OPPOSITIONS) by defendant BRUCE E. GELB, defendant JOSEPH DUFFEY to statement [566−1] by NAJMA QURESHI; exhibits (3) (st) Modified on 06/23/1998 (Entered: 06/23/1998) |
| 06/26/1998 | 571 | MOTION filed by defendant BRUCE E. GELB, defendant JOSEPH DUFFEY to reverse Special Master's decision regarding 1983 claim of Teri Schafer (st) (Entered: 06/29/1998) |
| 07/02/1998 | 572 | RESPONSE by defendant JOSEPH DUFFEY in opposition to plaintiffs' protective objections to the final report of special master regarding 1983 claim of Teri Schaefer. (JMF) (Entered: 07/06/1998) |
| 07/08/1998 | 573 | REPORT OF SPECIAL MASTER: filed by STEPHEN A. SALTZBRUG regarding the petition of Najma Qureshi for permission to file a claim (st) (Entered: 07/09/1998) |
| 07/09/1998 | 574 | RESPONSE by plaintiff ALL OTHER PLAINTIFFS, plaintiff CAROLEE BRADY HARTMAN in opposition to motion to reverse Special Master's decision regarding 1983 claim of Teri Schafer [571−1] by JOSEPH DUFFEY, BRUCE E. GELB . (lkn) (Entered: 07/10/1998) |
| 07/13/1998 | 575 | REPORT OF SPECIAL MASTER (FINAL) : filed by STEPHEN A. SALTZBRUG: regarding 1981 Claim of Yolanda Tisdale; depositions (3) (JMF) (Entered: 07/20/1998) |
| 07/13/1998 | 576 | REPORT OF SPECIAL MASTER (FINAL) : filed by STEPHEN A. SALTZBRUG: regarding 1983−84 Claim of Pushpa Agnihotri; depositions (6). (JMF) (Entered: 07/20/1998) |
| 07/20/1998 | 577 | MOTION (UNOPPOSED) filed by defendant ALL OTHER DEFENDANTS, defendant BRUCE E. GELB, defendant JOSEPH DUFFEY to extend time to 7/24/98 within which to file a reply to plaintiffs' opposition to defendant's motion to reverse the decison of the Special Master (bjsp) (Entered: 07/21/1998) |
| 07/24/1998 | 578 | STATEMENT filed by Non Party NAJMA QURESHI , regarding: permission to file a claim.; (fiat) JUDGE JAMES ROBERTSON (JMF) (Entered: 07/24/1998) |
| 07/24/1998 | 582 | MOTION filed by defendant JOSEPH DUFFEY to modify special master's decision regarding claim of Yolanda Tisdale (JMF) (Entered: 07/27/1998) |

| 07/24/1998 | 583 | MOTION filed by defendant JOSEPH DUFFEY to extend time to 8/12/98 to file motion to reverse special master's decision regrading claim of Pushpa Agnihotri (JMF) (Entered: 07/27/1998) |
| 07/24/1998 | 584 | REPLY by defendant JOSEPH DUFFEY in support of motion to reverse Special Master's decision regarding 1983 claim of Teri Schafer [571−1] (JMF) (Entered: 07/27/1998) |
| 07/27/1998 | 579 | ORDER by Judge James Robertson : granting motion to extend time to 7/24/98 within which to file a reply to plaintiffs' opposition to defendant's motion to reverse the decison of the Special Master [577−1] by JOSEPH DUFFEY, BRUCE E. GELB, ALL OTHER DEFENDANTS; reply is due by 7/24/98. (N) (mlp) (Entered: 07/27/1998) |
| 07/27/1998 | 580 | MEMORANDUM OPINION AND ORDER by Judge James Robertson; directing that all of the objections to the reports of the Special Master as to the liability and remedy issues relating to Cecilia Larkin, Meila Balkus and Rita Hunt are overruled, and the reports are adopted and approved, except to the extent that the calculation of the damage awards may be affected by my rulings on the damages model. (N) (gew) (Entered: 07/27/1998) |
| 07/27/1998 | 581 | NOTICE OF HEARING , , by Judge James Robertson; setting a hearing on oral argument on September 2, 1998 at 9:00 am; this process will continue until 5:00 pm on September 2, 1998, if necessary and, if necessary, will continue thereafter from day to day until completed. (gew) Modified on 07/27/1998 (Entered: 07/27/1998) |
| 07/27/1998 | 585 | ORDER by Judge James Robertson : granting motion to extend time to 8/12/98 to file motion to reverse special master's decision regrading claim of Pushpa Agnihotri [583−1] by JOSEPH DUFFEY. (N) (mlp) (Entered: 07/27/1998) |
| 07/27/1998 | 586 | OBJECTIONS by plaintiff to the final special master report [576−1] regarding 1983−84 claim of Pushpa Agnihotri. (JMF) (Entered: 07/28/1998) |
| 07/27/1998 | 587 | MEMORANDUM ORDER by Judge James Robertson: denying petition of NAJMA QURESHI for permission to file a claim (N) (mlp) Modified on 07/29/1998 (Entered: 07/29/1998) |
| 08/03/1998 | 588 | RESPONSE by defendant JOSEPH DUFFEY in opposition to plaintiffs' protective objections to the final report of special master regarding 1983−84 claim of Pushpa Agnihotri. (JMF) (Entered: 08/04/1998) |
| 08/07/1998 | 589 | RESPONSE by plaintiff in opposition to motion to modify special master's decision regarding claim of Yolanda Tisdale [582−1] by JOSEPH DUFFEY . (JMF) (Entered: 08/10/1998) |
| 08/11/1998 | 590 | MOTION filed by defendant JOSEPH DUFFEY to extend time to 9/1/98 to move to reverse the Special Master's decision regarding 1993−1994 claims of Pushp Agnihotri (tb) (Entered: 08/12/1998) |
| 08/13/1998 | 591 | NOTICE OF FILING by defendant BRUCE E. GELB of declaration of Lorie J. Nierenberg; Exhibit(1). (lkn) (Entered: 08/14/1998) |
| 08/17/1998 | 592 | REPLY by defendant JOSEPH DUFFEY in support of motion to modify special master's decision regarding claim of Yolanda Tisdale [582−1] (JMF) (Entered: 08/18/1998) |

| 08/18/1998 | 593 | ORDER by Judge Thomas Penfield Jackson for Judge James Robertson: granting motion to extend time to 9/1/98 to move to reverse the Special Master's decision regarding 1993−1994 claims of Pushp Agnihotri [590−1] by JOSEPH DUFFEY. (N) (mlp) (Entered: 08/18/1998) |
| --- | --- | --- |
| 08/18/1998 | 594 | NOTICE OF FILING RE: declaration of Lorie J. Nierenberg filed in response to petition of Najma Quershi for leave to file a claim by plaintiff ALL OTHER PLAINTIFFS, plaintiff CAROLEE BRADY HARTMAN (tb) (Entered: 08/19/1998) |
| 08/21/1998 | 595 | MOTION filed by plaintiff for remand of claim of Carolee Brady (JMF) (Entered: 08/25/1998) |
| 08/25/1998 | 596 | JOINT STATUS REPORT by defendants, plaintiffs (tb) (Entered: 08/26/1998) |
| 08/26/1998 | 609 | MOTION filed by Non Party NAJMA QURESHI for permission to file a claim ; (fiat) JUDGE JAMES ROBERTSON (JMF) (Entered: 09/17/1998) |
| 08/27/1998 | | SCHEDULING NOTICE: motion hearing set for 9:00 9/2/98 ; before Judge James Robertson in Courtroom 16, 6th Floor. (jeb) (Entered: 08/27/1998) |
| 08/27/1998 | 597 | MOTION filed by plaintiff ALL OTHER PLAINTIFFS, plaintiff CAROLEE BRADY HARTMAN for reconsideration of order [551−1] Attachments. (lkn) (Entered: 08/28/1998) |
| 08/28/1998 | 598 | RESPONSE by plaintiffs in opposition to motion to modify special master's decision regarding 1981 Claim of Parvin Amini [519−1] by JOSEPH DUFFEY . (JMF) (Entered: 08/31/1998) |
| 08/31/1998 | 599 | RESPONSE by defendant BRUCE E. GELB in opposition to plaintiff's motion for remand of claim of Carolee Brady [595−1] by CAROLEE BRADY HARTMAN, ALL OTHER PLAINTIFFS . (tw) (Entered: 09/01/1998) |
| 09/01/1998 | 600 | MOTION filed by defendant ALL OTHER DEFENDANTS to reverse special master's decision regarding 1983 and 1984 claim of Pushpa Agnihotri (tb) (Entered: 09/02/1998) |
| 09/02/1998 | | HEARING before Judge James Robertson: regarding the Objections of the decisions of the Special Master Reporter: Dennis Dinkel (jeb) Modified on 09/03/1998 (Entered: 09/03/1998) |
| 09/03/1998 | | SETTLEMENT CONFERENCE before Judge James Robertson reporter: Unreported (jeb) (Entered: 09/03/1998) |
| 09/04/1998 | 604 | REPORT OF SPECIAL MASTER: filed by STEPHEN A. SALTZBRUG; re: recomputation of back pay; (fiat) JUDGE JAMES ROBERTSON . (JMF) (Entered: 09/10/1998) |
| 09/08/1998 | 601 | RESPONSE by defendant BRUCE E. GELB, defendant JOSEPH DUFFEY in opposition to motion for reconsideration of order [551−1] [597−1] by CAROLEE BRADY HARTMAN, ALL OTHER PLAINTIFFS . (tb) (Entered: 09/09/1998) |
| 09/09/1998 | 602 | STATEMENT filed by plaintiff, regarding: in support of affirmance of final report of special master regarding 1983 claim of Pamela Gouge Carpousis. (JMF) (Entered: 09/10/1998) |
| 09/09/1998 | 603 | |

| | | |
|---|---|---|
| | | REPLY by defendant JOSEPH DUFFEY to further submissions [578−1] by NAJMA QURESHI and to plantiffs' praecipe . (JMF) (Entered: 09/10/1998) |
| 09/10/1998 | 605 | MEMORANDUM by plaintiffs in support of the Special Master's findings regarding relief on the 1984 claim of MUSARRAT BURKIE. (JMF) (Entered: 09/11/1998) |
| 09/10/1998 | 606 | SUPPLEMENTAL MEMORANDUM by plaintiff in support of the Special Master's report regarding relief on the 1975 claim of Dilara Hashem [232−1] by STEPHEN A. SALTZBRUG (JMF) (Entered: 09/11/1998) |
| 09/14/1998 | 608 | MOTION (UNOPPOSED) filed by claimant CECILIA LARKIN to extend time to 9/28/98 within which to respond to defendant's motion to reverse special master's decision regarding 1983 and 1984 claim of Pushpa Agnihotri. (tw) (Entered: 09/15/1998) |
| 09/15/1998 | 607 | ORDER by Judge James Robertson: approving the Special Master's Request for reimbursement in the total amount of $41,368.50 for 183.86 hours of work at rate of $225.00 per hour; approving also the Special Master's expenses of $1300.00 for courtroom space for Teamsters hearings and of $220.95 for travel to take testimony; directing the defendant to reimburse the Special Master for the total amount of $42,889.45 within 45 days of the entry of this order; attachment. (N) (jeb) Modified on 09/15/1998 (Entered: 09/15/1998) |
| 09/16/1998 | 610 | MOTION filed by Non Party NAJMA QURESHI to permission to file a claim ; attachments (1) (JMF) (Entered: 09/21/1998) |
| 09/23/1998 | 613 | REPORT OF SPECIAL MASTER: filed by STEPHEN A. SALTZBRUG . Regarding back pay computations for Parvin Amini, Sheila Burns, Sonya R. Davis and Teri Schaefer. (JMF) (Entered: 09/25/1998) |
| 09/24/1998 | 611 | ORDER by Judge James Robertson : granting motion to extend time to 9/28/98 within which to respond to defendant's motion to reverse special master's decision regarding 1983 and 1984 claim of Pushpa Agnihotri. [608−1] by CECILIA LARKIN (N) (jeb) (Entered: 09/24/1998) |
| 09/24/1998 | 612 | RESPONSE (OPPOSITIONS) by defendant ALL OTHER DEFENDANTS, defendant BRUCE E. GELB, defendant JOSEPH DUFFEY to supplemental memorandum [606−1] by CAROLEE BRADY HARTMAN, ALL OTHER PLAINTIFFS, memorandum in support reply [605−1] by CAROLEE BRADY HARTMAN, ALL OTHER PLAINTIFFS (lkn) (Entered: 09/25/1998) |
| 09/25/1998 | 614 | NOTICE OF FILING by special master STEPHEN A. SALTZBRUG of trancripts to Special Master's Final Report Regarding 1983−84 claim of Pushpa Agnihotri on July 13, 1998 (JMF) (Entered: 09/28/1998) |
| 09/25/1998 | 615 | TRANSCRIPT filed for hearing held on date(s) of September 02, 1998. Reporter: Dennis A. Dinkel (JMF) (Entered: 09/28/1998) |
| 09/28/1998 | 616 | RESPONSE by plaintiff ALL OTHER PLAINTIFFS, plaintiff CAROLEE BRADY HARTMAN in opposition to motion to reverse special master's decision regarding 1983 and 1984 claim of Pushpa Agnihotri [600−1] by ALL OTHER DEFENDANTS . (lkn) (Entered: 09/29/1998) |
| 09/28/1998 | 621 | REPORT OF SPECIAL MASTER: filed by STEPHEN A. SALTZBRUG . Regarding 1981 claim of Gail Oerke; exhibits (17) (JMF) (Entered: 10/01/1998) |

| 09/30/1998 | 617 | ORDER by Judge James Robertson : denying motion for remand of claim of Carolee Brady [595−1] by CAROLEE BRADY HARTMAN, ALL OTHER PLAINTIFFS; denying motion to modify special master's decision regarding claim of Yolanda Tisdale [582−1] by JOSEPH DUFFEY; granting motion to modify special master's decision regarding claim of Maria Antypiv [535−1] by JOSEPH DUFFEY; denying motion to modify special master's decision regarding 1981 Claim of Parvin Amini [519−1] by JOSEPH DUFFEY; denying motion to modify the special master's final report regarding 1982 claim of Abida Sultana Ripley [496−1] by CAROLEE BRADY HARTMAN, ALL OTHER PLAINTIFFS; denying motion to reverse the special master's decision regarding 1977 claim of Sima Ficks [488−1] by JOSEPH DUFFEY; denying motion to modify the special master's final report 1977 claim of Sima Ficks [487−1] by CAROLEE BRADY HARTMAN, ALL OTHER PLAINTIFFS; denying motion to reverse special master's decision regarding claim of Sabeth Ramirez [468−1] by JOSEPH DUFFEY; denying motion to reverse the special master's decision regarding four 1984 claims of Dona DeSanctis [460−1] by BRUCE E. GELB; denying motion to reverse special master's decision regarding 1974 claim of Sophy Goldberg [434−1] by JOSEPH DUFFEY; denying motion to reverse special master's decision regarding 1977−1978 claim of Vukosava Hodzic [425−1] by JOSEPH DUFFEY; granting to modify special master's final report regarding 1977−78 claim of Vukosava Hodzic [420−1] by CAROLEE BRADY HARTMAN, ALL OTHER PLAINTIFFS; denying motion to reverse special master's decision regarding claim of Pamela Gouge Carpousis [471−1] by JOSEPH DUFFEY; denying motion to reverse the special master's decision in favor of claimant Hasan by JOSEPH DUFFEY, denying motion to reverse the final on the claim of Carolee Brady. [369−1] by ALL OTHER PLAINTIFFS; denying motion to reverse Special Master's decision regarding 1984 claim of Susan Ellis [366−1] by JOSEPH DUFFEY; denying motion to reverse Special Master's decision regarding claim if Winifred Scheffler [365−1] by JOSEPH DUFFEY; denying motion for leave to file proof of claim [354−1] by ZUZANNA J. DILLON; denying motion to reverse special master's decision regarding claim of Etel Genes Berger [340−1] by ALL OTHER DEFENDANTS; denying to reverse special master's decision regarding claim of Rita Rochelle Hunt [326−1] by BRUCE E. GELB; denying motion reverse special master's decision regarding claim of Meila Balkus [309−1] by BRUCE E. GELB; denying the motion to reverse special master's decision regarding the claim of Cecilia Larkin [281−1]; overruling 512 , 513 ,and 544 with respect to the claims of Sheila Burns, Sonia Davis, and Diana Della−Loggia the objections of defendant to the report of the Special Master; denying the motion of defendant to modify the Special Master's Decision 525 with respect to the claim of Judith Neiman; denying the motion of defendant to reverse the Special Master's decision as to the claim of Jahanara Hassan. (N) (jeb) (Entered: 09/30/1998) |
| 09/30/1998 | 618 | ORDER by Judge James Robertson : denying motion to permission to file a claim [610−1] by NAJMA QURESHI (N) (jeb) (Entered: 09/30/1998) |
| 09/30/1998 | 619 | NOTICE by Judge James Robertson to counsel regarding current open matters in this case. (N) (jeb) (Entered: 09/30/1998) |
| 09/30/1998 | 620 | ORDER by Judge James Robertson : denying motion for reconsideration of order [551−1] [597−1] by CAROLEE BRADY HARTMAN, ALL OTHER PLAINTIFFS (N) (jeb) (Entered: 09/30/1998) |
| 09/30/1998 | 622 | |

|  |  | ORDER by Judge James Robertson: directing judgment be entered for claimants Judith Ambrose, Lynn G. Bartlett, Carolyn Turner, Cecilia Larkin, Rita R. Hunt, Etel Genes Berger, Sophy Goldberg, Jahanar Hasan, and Judith C. Neiman. (N) (jeb) (Entered: 10/01/1998) |
|---|---|---|
| 09/30/1998 | 623 | JUDGMENT in favor of defendant claimant Judith Ambrose against defendant BRUCE E. GELB in his individual capacity as the Director of USIA, in the amount of Five Hundred Forty−Four Thousand Two Hundred and Seventeen Dollars and No Cents, ($544,217.00). (N) (jeb) Modified on 10/01/1998 (Entered: 10/01/1998) |
| 09/30/1998 | 624 | JUDGMENT in favor of claimant Lynn Goldman Bartlett against defendant BRUCE E. GELB, in his official capacity as the Director of the USIA, in the amount of Five Hundred Sixty−Three Thousand Seven Hundred and Thirteen Dollars and No Cents. ($563,713.00). (N) (jeb) Modified on 10/01/1998 (Entered: 10/01/1998) |
| 09/30/1998 | 625 | JUDGMENT in favor of plaintiff claimant Carolyn Turner against defendant BRUCE E. GELB, in his official capacity as the Director of the USIA, in the amount of Eight Hundred Sixty−Four Thousand Seven Hundred and Forty−Eight Dollars and No Cents, ($864,748.00). (N) (jeb) Modified on 10/01/1998 (Entered: 10/01/1998) |
| 09/30/1998 | 626 | JUDGMENT in favor of claimant Rita Rochelle Hunt against the defendant BRUCE E. GELB in his in official capacity as Director of the USIA, in the amount of Three Hundred Seventy−Two Thousand Two Hundred and Ninety−Three Dollars and No Cents, ($372,293.00). (N) (jeb) (Entered: 10/01/1998) |
| 09/30/1998 | 627 | JUDGMENT in favor of claimant Etel Genes Berger against defendant BRUCE E. GELB, in his official capacity as Director of USIA, in the amount of One Hundred Seventy−Nine Thousand One Hundred and Eighty−One Dollars and No Cents, ($179,181.00). (N) (jeb) (Entered: 10/01/1998) |
| 09/30/1998 | 628 | JUDGMENT in favor of claimant Sophy Goldberg against defendant BRUCE E. GELB, in his official capacity as the Director USIA, in the amount of One Hundred and Fifty−Nine Thousand Six Hundred and Forty Dollars and No Cents, ($159,640.00). (N) (jeb) (Entered: 10/01/1998) |
| 09/30/1998 | 629 | JUDGMENT in favor of claimant Jahanar Hasan against defendant BRUCE E. GELB, in his official capacity as the Director of the USIA, in the amount of Seven Hundred Seventy−Three Thousand Three Hundred and Four Dollars and No Cents, ($773,304.00). (N) (jeb) (Entered: 10/01/1998) |
| 09/30/1998 | 630 | JUDGMENT in favor of Judith Chayes Neiman against defendant BRUCE E. GELB, in his official capacity as the Director of the USIA, in the amount of Six Hundred and Fourteen Thousand One Hundred and Forty−Seven Dollars and No Cents, ($614,147.00). (N) (jeb) (Entered: 10/01/1998) |
| 09/30/1998 | 631 | JUDGMENT in favor of claimant Cecilia Larkin against defendant BRUCE E. GELB, in his official capacity as Director of USIA, in the amount of One Hundred Ninety−Nine Thousand Five Hundred and Fifty−Two Dollars and No Cents, ($199,552.00) (N) (jeb) Modified on 10/01/1998 (Entered: 10/01/1998) |
| 10/01/1998 | 632 | MOTION (UNOPPOSED) filed by defendant JOSEPH DUFFEY to extend time to 10/13/98 to reply to plaintiff's opposition to defendant's motion to reverse the Special Master's decision regarding the 1983−84 claims of Pushpa Agnihotri (lkn) |

| | | |
|---|---|---|
| | | (Entered: 10/02/1998) |
| 10/05/1998 | 633 | ORDER by Judge James Robertson: granting unopposed motion to extend time to 10/13/98 to reply to plaintiff's opposition to defendant's motion to reverse the Special Master's decision regarding the 1983−84 claims of Pushpa Agnihotri [632−1] by JOSEPH DUFFEY; reply due by 10/13/98. (N) (mlp) (Entered: 10/06/1998) |
| 10/07/1998 | 634 | REPORT OF SPECIAL MASTER: filed by STEPHEN A. SALTZBRUG . October 05, 1998 regarding Back Pay Computations for Diane Della−Loggia, Hana Demetz−Rosskam, Dona De Sanctis, Susan Ellis, Sabeth Ramirez, Winfred Scheffler, and Yolanda Tisdale. (JMF) (Entered: 10/08/1998) |
| 10/08/1998 | 635 | OBJECTIONS by defendant JOSEPH DUFFEY to final special master report regarding 1981 claim of Gail Oerke [621−1] (JMF) (Entered: 10/09/1998) |
| 10/08/1998 | 636 | AMENDED JUDGMENT in favor of claimant Jahanar Hasan against defendant JOSEPH DUFFEY in his official capacity as the Director of USIA, in the sum of Seven Hundred Seventy−Three Thousand Three Hundred and Four Dollars and No Cents ($773,304.00); vacating the judgment entered on 9/30/98 against defendant GELB. (N) (jeb) Modified on 10/09/1998 (Entered: 10/09/1998) |
| 10/08/1998 | 637 | AMENDED JUDGMENT in favor of claimant Carolyn Turner against defendant JOSEPH DUFFEY, in his official capacity as the Director of USIA, in the sum of Eight Hundred Sixty−four Thousand Seven Hundred and Forty−Eight Dollars and No Cents ($864,748.00); vacating the judgment entered on 9/30/98 against the defendant GELB. (N) (jeb) (Entered: 10/09/1998) |
| 10/08/1998 | 638 | AMENDED JUDGMENT in favor of the claimant Sophy Goldberg against defendant JOSEPH DUFFEY, in his official capacity as the Director of the USIA, in the sum of One Hundred Fifty−Nine Thousand Six Hundred and Forty dollars and No Cents ($159,640.00); vacating the judgment entered on 9/30/98 against the defendant GELB. (N) (jeb) (Entered: 10/09/1998) |
| 10/08/1998 | 639 | AMENDED JUDGMENT in favor of claimant Etel Genes Berger against defendant JOSEPH DUFFEY, in his official capacity as the Director of the USIA, in the sum of One Hundred Seventy−Nine Thousand One Hundred and Eighty−One Dollars and No Cents. ($179,181.00); vacating the judgment entered on 9/30/98 against the defendant GELB. (N) (jeb) (Entered: 10/09/1998) |
| 10/08/1998 | 640 | AMENDED JUDGMENT in favor claimant Rita Rochelle Hunt against defendant JOSEPH DUFFEY, in his official capacity as the Director of the USIA, in the sum of Three Hundred Seventy−Two Thousand Two Hundred and Ninety−Three Dollars and No Cents ($372,293.00); vacating the judgment entered 9/30/98 against the defendant GELB. (N) (jeb) Modified on 10/09/1998 (Entered: 10/09/1998) |
| 10/08/1998 | 641 | AMENDED JUDGMENT in favor of claimant Judith Chayes Neiman against defendant JOSEPH DUFFEY, in his official capacity as Director of USIA, in the amount of Six Hundred and Fourteen Thousand One Hundred and Forty−Seven Dollars and No Cents ($614,147.00); vacating the judgment entered on 9/30/98 against defendant GELB. (N) (jeb) Modified on 10/09/1998 (Entered: 10/09/1998) |
| 10/08/1998 | 642 | AMENDED JUDGMENT in favor of claimant Lynn Goldman Bartlett against defendant JOSEPH DUFFEY, in his official capacity as the Director of USIA, in the sum of Five Hundred Sixty−Three Thousand Seven Hundred and Thirteen Dollars |

| | | |
|---|---|---|
| | | and No Cents ($563,713.00); vacating the judgment entered on 9/30/98 against the defendant GELB. (N) (jeb) (Entered: 10/09/1998) |
| 10/08/1998 | 643 | AMENDED JUDGMENT in favor of claimant Cecilia Larkin against defendant JOSEPH DUFFEY, in his official capacity as the Director of USIA, in the amount of One Hundred Ninety−Nine Thousand Five Hundred and Fifty−Two Dollars and No Cents ($199,552.00); vacating the judgment entered on 9/30/98 against the defendant GELB. (N) (jeb) (Entered: 10/09/1998) |
| 10/08/1998 | 644 | JUDGMENT in favor of claimant Judith Ambrose against defendant JOSEPH DUFFEY, in his official capacity as Director of USIA, in the sum of Five Hundred Forty−Four Thousand Two Hundred and Seventeen Dollars and No Cents ($544,217.00); vacating the judgment entered on 9/30/98 against defendant GELB. (N) (jeb) (Entered: 10/09/1998) |
| 10/13/1998 | 645 | REPLY by defendant JOSEPH DUFFEY to plaintiffs' opposition to motion to reverse special master's decision regarding 1983 and 1984 claim of Pushpa Agnihotri [600−1] (JMF) (Entered: 10/14/1998) |
| 10/14/1998 | 646 | FINAL REPORT OF SPECIAL MASTER: filed by STEPHEN A. SALTZBRUG: regarding 1979 Claim of Dorothy Horne; depositions (3) (JMF) (Entered: 10/15/1998) |
| 10/14/1998 | 647 | REPORT OF SPECIAL MASTER: filed by STEPHEN A. SALTZBRUG . clarifying back pay computations for Dona De Sanctis and Yolanda Tisdale (JMF) (Entered: 10/15/1998) |
| 10/14/1998 | 648 | REPORT OF SPECIAL MASTER: filed by STEPHEN A. SALTZBRUG .dated October 12, 1998 Report withdrawing back pay computations for Diane Della−Loggia and Hana Demetz−Rosskam. (JMF) (Entered: 10/15/1998) |
| 10/14/1998 | 649 | STATEMENT filed by special master STEPHEN A. SALTZBRUG , regarding: concerning notice to counsel dated 09/30/98. (JMF) (Entered: 10/15/1998) |
| 10/19/1998 | 654 | REPORT OF SPECIAL MASTER: filed by STEPHEN A. SALTZBRUG . regarding 1983 claim of Halina Kaminska−Polanski (JMF) (Entered: 10/28/1998) |
| 10/20/1998 | 650 | ORDER filed by Special Master Stephen Saltzburg: granting the defendant's motion for an extension of time to respond to plaintiffs' sixth motion for interim attorney's fees and expenses; extending time to 10/20/98 as the deadline for the defendant to file his opposition to plaintiffs' sixth motion for interim attorney's fees and expenses. (N) (jeb) (Entered: 10/20/1998) |
| 10/23/1998 | 651 | REPORT OF SPECIAL MASTER: filed by STEPHEN A. SALTZBRUG . Regarding: revising back pay computation for Diane Della−Loggia (JMF) (Entered: 10/26/1998) |
| 10/26/1998 | 652 | MOTION filed by defendant JOSEPH DUFFEY to modify Special Master's decision regarding claim of Dorothy Horne (JMF) (Entered: 10/27/1998) |
| 10/26/1998 | 653 | PROTECTIVE OBJECTIONS by plaintiff to the final report of special master regarding 1979 claim of Dorothy Horne [646−1] (JMF) (Entered: 10/27/1998) |
| 10/27/1998 | 655 | MOTION (CONSENT) filed by plaintiff to extend time to 11/17/98 to submit a memoranda in opposition to defendant's objections to final report of special master regarding 1981 claim of Gail Oerke (JMF) (Entered: 10/28/1998) |

| 10/28/1998 | 656 | REPORT OF SPECIAL MASTER: filed by STEPHEN A. SALTZBRUG . regarding revised back pay computation for Abida Sultana Ripley dated 10/26/98 (JMF) (Entered: 10/29/1998) |
| 10/28/1998 | 657 | REPORT OF SPECIAL MASTER: filed by STEPHEN A. SALTZBRUG .regarding revised back pay computation for Meila Balkus dated 10/26/98 (JMF) (Entered: 10/29/1998) |
| 10/28/1998 | 658 | REPORT OF SPECIAL MASTER: filed by STEPHEN A. SALTZBRUG . regarding revised back pay computation for Vukosava Hodzic (JMF) (Entered: 10/29/1998) |
| 10/28/1998 | 659 | FINAL REPORT OF SPECIAL MASTER: filed by STEPHEN A. SALTZBRUG . regarding 1980 claim of Maria H. Santos; attachments (6) (JMF) (Entered: 10/29/1998) |
| 11/02/1998 | 660 | ORDER by Judge James Robertson : granting motion to extend time to 11/17/98 to submit a memoranda in opposition to defendant's objections to final report of special master regarding 1981 claim of Gail Oerke [655−1] by CAROLEE BRADY HARTMAN, ALL OTHER PLAINTIFFS (N) (jeb) (Entered: 11/02/1998) |
| 11/02/1998 | 661 | MOTION filed by plaintiffs' to modify the special master's final report regarding the 1983 international radio broadcaster (polish) claim of Halina Kaminska−Polanski (jf) (Entered: 11/03/1998) |
| 11/05/1998 | 662 | OBJECTIONS by defendant JOSEPH DUFFEY to special master report [654−1] (lkn) (Entered: 11/06/1998) |
| 11/05/1998 | 663 | ERRATA by special master STEPHEN A. SALTZBRUG (corrected pages to final report of Special Master regarding 1980 Claim of Maria Helena Santos); Attachments. (lkn) (Entered: 11/06/1998) |
| 11/06/1998 | 664 | ORDER by Judge James Robertson: approving fees and expenses of court−approved experts as submitted by the Special Master. (N) (jeb) (Entered: 11/09/1998) |
| 11/09/1998 | 665 | RESPONSE (OPPOSITIONS) by defendant JOSEPH DUFFEY to plaintiffs' protective objections to the final report of Special Master regarding 1979 claim of Dorothy Horne [662−1] (tw) (Entered: 11/10/1998) |
| 11/09/1998 | 666 | RESPONSE by plaintiffs in opposition to motion to modify Special Master's decision regarding claim of Dorothy Horne [652−1] by JOSEPH DUFFEY . (jf) (Entered: 11/12/1998) |
| 11/10/1998 | 667 | OBJECTIONS by plaintiffs' to special master's final report regarding 1980 claim of Maria H. Santos [659−1] (jf) (Entered: 11/12/1998) |
| 11/12/1998 | 668 | MOTION filed by defendant JOSEPH DUFFEY to reverse the Special Master's decision regarding 1983 claim of Maria Helena Santos (lkn) (Entered: 11/13/1998) |
| 11/13/1998 | 669 | STATEMENT filed by plaintiffs, . (jf) (Entered: 11/16/1998) |
| 11/16/1998 | 670 | REPLY by defendant JOSEPH DUFFEY memorandum in support of defendant's motion to modify Special Master's decision regarding claim of Dorothy Horne [652−1] by JOSEPH DUFFEY (tw) (Entered: 11/17/1998) |
| 11/16/1998 | 671 | |

| | | |
|---|---|---|
| | | RESPONSE by defendant JOSEPH DUFFEY in opposition to plaintiffs' motion to modify the special master's final report regarding the 1983 international radio broadcaster (polish) claim of Halina Kaminska−Polanski [661−1] by CAROLEE BRADY HARTMAN, ALL OTHER PLAINTIFFS . (tw) (Entered: 11/17/1998) |
| 11/17/1998 | 672 | RESPONSE by plaintiff to defendant's objections to final report of special master regarding 1981 claim of Gail Oerke; exhibits (3) (jf) (Entered: 11/18/1998) |
| 11/18/1998 | 673 | RESPONSE (OPPOSITIONS) by plaintiff to special master report regarding 1983 claim of Halina Kaminska−Polanski [654−1] (jf) (Entered: 11/19/1998) |
| 11/24/1998 | 674 | RESPONSE by defendant JOSEPH DUFFEY in opposition to motion to reverse the Special Master's decision regarding 1983 claim of Maria Helena Santos [668−1] by JOSEPH DUFFEY . (bjsp) (Entered: 11/25/1998) |
| 11/25/1998 | 675 | RESPONSE by plaintiff ALL OTHER PLAINTIFFS, plaintiff CAROLEE BRADY HARTMAN in opposition to motion to reverse the Special Master's decision regarding 1983 claim of Maria Helena Santos [668−1] by JOSEPH DUFFEY . (lkn) (Entered: 11/27/1998) |
| 11/26/1998 | 676 | REPLY by plaintiff ALL OTHER PLAINTIFFS, plaintiff CAROLEE BRADY HARTMAN in support of motion to modify the special master's final report regarding the 1983 international radio broadcaster (polish) claim of Halina Kaminska−Polanski [661−1] by CAROLEE BRADY HARTMAN, ALL OTHER PLAINTIFFS (lkn) (Entered: 11/27/1998) |
| 11/27/1998 | 677 | REPLY by defendant JOSEPH DUFFEY to plaintiffs' response to objections to final report of special master regarding 1981 claim of Gail Oerke [635−1]; attachments (1) (jf) (Entered: 11/30/1998) |
| 11/30/1998 | 678 | REPLY by defendant JOSEPH DUFFEY to plaintiffs' opposition to defendant's objections to the final report of the Special Master regarding 1983 International Radio Broadcaster (Polish) claim of Halina Kaminska−Polanski [662−1]; exhibit (1) (tw) (Entered: 12/01/1998) |
| 12/07/1998 | 679 | NOTICE OF APPEAL by defendant JOSEPH DUFFEY from judgment order [644−1] , entered on: 10/09/98; fee not paid, appeal by the govt. Copies mailed to counsel. (lkn) (Entered: 12/08/1998) |
| 12/07/1998 | 680 | NOTICE OF APPEAL by defendant JOSEPH DUFFEY from judgment order [643−1] , entered on: 10/09/98; fee not paid, appeal by govt. Copies mailed to counsel. (lkn) (Entered: 12/08/1998) |
| 12/07/1998 | 681 | NOTICE OF APPEAL by defendant JOSEPH DUFFEY from judgment order [642−1] , entered on: 10/09/98; fee not paid, appeal by govt. Copies mailed to counsel. (lkn) (Entered: 12/08/1998) |
| 12/07/1998 | 682 | NOTICE OF APPEAL by defendant JOSEPH DUFFEY from judgment order [641−1] , entered on: 10/09/98; fee not paid, appeal by govt. Copies mailed to counsel. (lkn) (Entered: 12/08/1998) |
| 12/07/1998 | 683 | NOTICE OF APPEAL by defendant JOSEPH DUFFEY from judgment order [640−1] , entered on: 10/09/98;fee not paid, appeal by govt. Copies mailed to counsel. (lkn) (Entered: 12/08/1998) |
| 12/07/1998 | 684 | |

| | | |
|---|---|---|
| | | NOTICE OF APPEAL by defendant JOSEPH DUFFEY from judgment order [639−1] , entered on: 10/09/98; fee not paid, appeal by govt. Copies mailed to counsel. (lkn) (Entered: 12/08/1998) |
| 12/07/1998 | 685 | NOTICE OF APPEAL by defendant JOSEPH DUFFEY from judgment order [638−1] , entered on: 10/09/98; fee not paid, appeal by govt. Copies mailed to counsel. (lkn) (Entered: 12/08/1998) |
| 12/07/1998 | 686 | NOTICE OF APPEAL by defendant JOSEPH DUFFEY from judgment order [637−1] , entered on: 10/09/98; fee not paid, appeal by govt. Copies mailed to counsel. (lkn) (Entered: 12/08/1998) |
| 12/07/1998 | 687 | NOTICE OF APPEAL by defendant JOSEPH DUFFEY from judgment order [636−1] , entered on: 10/09/98; fee not paid, appeal by govt. Copies mailed to counsel. (lkn) (Entered: 12/08/1998) |
| 12/07/1998 | 688 | REPLY by defendant JOSEPH DUFFEY to plaintiffs' oppositon to defendant's motion to reverse the Special Master's decision regarding 1983 claim of Maria Helena Santos [668−1] by JOSEPH DUFFEY (tw) (Entered: 12/08/1998) |
| 12/08/1998 | | TRANSMITTED PRELIMINARY RECORD on appeal [679−1] by JOSEPH DUFFEY to U.S. Court of Appeals (lkn) (Entered: 12/08/1998) |
| 12/08/1998 | | TRANSMITTED PRELIMINARY RECORD on appeal [680−1] by JOSEPH DUFFEY to U.S. Court of Appeals (lkn) (Entered: 12/08/1998) |
| 12/08/1998 | | TRANSMITTED PRELIMINARY RECORD on appeal [681−1] by JOSEPH DUFFEY to U.S. Court of Appeals (lkn) (Entered: 12/08/1998) |
| 12/08/1998 | | TRANSMITTED PRELIMINARY RECORD on appeal [682−1] by JOSEPH DUFFEY to U.S. Court of Appeals (lkn) (Entered: 12/08/1998) |
| 12/08/1998 | | TRANSMITTED PRELIMINARY RECORD on appeal [683−1] by JOSEPH DUFFEY to U.S. Court of Appeals (lkn) (Entered: 12/08/1998) |
| 12/08/1998 | | TRANSMITTED PRELIMINARY RECORD on appeal [684−1] by JOSEPH DUFFEY to U.S. Court of Appeals (lkn) (Entered: 12/08/1998) |
| 12/08/1998 | | TRANSMITTED PRELIMINARY RECORD on appeal [685−1] by JOSEPH DUFFEY to U.S. Court of Appeals (lkn) (Entered: 12/08/1998) |
| 12/08/1998 | | TRANSMITTED PRELIMINARY RECORD on appeal [686−1] by JOSEPH DUFFEY to U.S. Court of Appeals (lkn) (Entered: 12/08/1998) |
| 12/08/1998 | | TRANSMITTED PRELIMINARY RECORD on appeal [687−1] by JOSEPH DUFFEY to U.S. Court of Appeals (lkn) (Entered: 12/08/1998) |
| 12/18/1998 | 689 | NOTICE OF CROSS−APPEAL by plaintiff from amended judgment entered on 10/08/98. $5.00 filing fee and $100.00 docketing fee paid. Copies mailed to Peter H. Doyle, Douglas B. Huron, Jeffrey E. Fallon, Bruce A. Fredrickson, Linda M. Correia, Susan L. Brackshaw,, Kimberly K. Hartwell, Laurel P. Malson, Terence F. Flynn, Tracy L. Hilmer, David L. Rose, Robert L. Shapiro, Stefania M. Porcelli, Jerri U. Dunston, Stephen A. Saltzburg, John F. Karl Jr., Avis E. Buchanan and Najma Quershi. (jf) (Entered: 12/30/1998) |
| 12/23/1998 | | USCA # 98−5548 assigned for appeal [687−1] by JOSEPH DUFFEY (jf) (Entered: 12/23/1998) |

| | | |
|---|---|---|
| 12/23/1998 | | USCA # 98−5547 assigned for appeal [686−1] by JOSEPH DUFFEY (jf) (Entered: 12/23/1998) |
| 12/23/1998 | | USCA # 98−5546 assigned for appeal [685−1] by JOSEPH DUFFEY (jf) (Entered: 12/23/1998) |
| 12/23/1998 | | USCA # 98−5545 assigned for appeal [684−1] by JOSEPH DUFFEY (jf) (Entered: 12/23/1998) |
| 12/23/1998 | | USCA # 98−5544 assigned for appeal [683−1] by JOSEPH DUFFEY (jf) (Entered: 12/23/1998) |
| 12/23/1998 | | USCA # 98−5543 assigned for appeal [682−1] by JOSEPH DUFFEY (jf) (Entered: 12/23/1998) |
| 12/23/1998 | | USCA # 98−5541 assigned for appeal [680−1] by JOSEPH DUFFEY (jf) (Entered: 12/23/1998) |
| 12/23/1998 | | USCA # 98−5540 assigned for appeal [679−1] by JOSEPH DUFFEY (jf) (Entered: 12/23/1998) |
| 12/30/1998 | | TRANSMITTED PRELIMINARY RECORD on appeal [689−1] by CAROLEE BRADY HARTMAN, ALL OTHER PLAINTIFFS to U.S. Court of Appeals (jf) (Entered: 12/30/1998) |
| 01/04/1999 | 690 | ORDER by Judge James Robertson : granting the Special Master's request for reimbursement in the total amount of $30,960.00 for 137.60 hours of work at a rate of $225.00 per hour, shall be and hereby is approved; also approving the Special Master's expenses of $650 for courtroom space for Teamsters hearings and of $3,318.10 for travel to take testimony; directing the defendant to reimburse the Special Master for the total amount $34,928.10 within 45 days of the entry of this Order. (N) (gew) (Entered: 01/04/1999) |
| 01/06/1999 | | USCA # 98−5577 assigned for appeal [689−1] by CAROLEE BRADY HARTMAN, ALL OTHER PLAINTIFFS (jf) (Entered: 01/06/1999) |
| 01/08/1999 | 691 | NOTICE OF FILING by plaintiffs of designation of additional claims (jf) (Entered: 01/14/1999) |
| 01/15/1999 | | SCHEDULING NOTICE: status hearing set for 9:30 1/27/99 ; before Judge James Robertson as posted on the first floor. (jeb) (Entered: 01/15/1999) |
| 01/22/1999 | 692 | REPORT OF SPECIAL MASTER: filed by STEPHEN A. SALTZBRUG . Final Report regarding 1979 Zelmira Hatala Claim (jf) (Entered: 01/25/1999) |
| 01/27/1999 | | STATUS HEARING before Judge James Robertson: plaintiff requests judgments and Rule 53 hearings for certain claimants; Court stays the new cases before the Special Master with the exception of taking interrogatories; Court wants further status hearing in thirty days. Reporter: Dennis Dinkel (jeb) (Entered: 01/27/1999) |
| 02/04/1999 | 693 | OBJECTIONS by plaintiff to final report of special master regarding 1979 Zelmira Hatala claim [692−1] (jf) (Entered: 02/11/1999) |
| 02/04/1999 | 694 | OBJECTIONS by defendant JOSEPH DUFFEY to special master report regarding 1979 Zelimira Hatala claim [692−1] (jf) (Entered: 02/12/1999) |
| 02/11/1999 | 695 | |

| | | |
|---|---|---|
| | | ERRATA by special master STEPHEN A. SALTZBRUG, in final report regarding 1979 Zelmira Hatala claim (lkn) (Entered: 02/12/1999) |
| 02/18/1999 | 696 | FINAL REPORT OF SPECIAL MASTER: filed by STEPHEN A. SALTZBRUG; regarding 1977 claim of Kira Seminin; exhibits (4) (jf) (Entered: 02/19/1999) |
| 02/18/1999 | 697 | FINAL REPORT OF SPECIAL MASTER: filed by STEPHEN A. SALTZBRUG; regarding 1975 claim of Maria M. Ivusic; depositions (4) . (jf) (Entered: 02/19/1999) |
| 02/25/1999 | 698 | OBJECTIONS by plaintiff ALL OTHER PLAINTIFFS, plaintiff CAROLEE BRADY HARTMAN to special master report [696−1] (lkn) (Entered: 02/26/1999) |
| 03/04/1999 | 699 | RESPONSE by defendant JOSEPH DUFFEY to plaintiffs' objections to the final report of special master regarding 1977 claim of Kira Seminin (jf) (Entered: 03/05/1999) |
| 03/04/1999 | 700 | MOTION (UNOPPOSED) filed by defendant JOSEPH DUFFEY to extend time to 3/15/99 to file objections to the decision of the special master regarding 1975 claim of Maria Ivusic (jf) (Entered: 03/05/1999) |
| 03/04/1999 | 701 | OBJECTIONS by defendant JOSEPH DUFFEY to final report of special master [696−1] regarding 1977 claim of Kira Seminin. (jf) (Entered: 03/05/1999) |
| 03/05/1999 | 702 | ORDER by Judge James Robertson : granting motion to extend time to 3/15/99 to file objections to the decision of the special master regarding 1975 claim of Maria Ivusic [700−1] by JOSEPH DUFFEY (N) (mlp) (Entered: 03/05/1999) |
| 03/15/1999 | 703 | MOTION filed by defendant JOSEPH DUFFEY to reverse, or int the alternative, to modify special master's decision regarding 1975 claim of Maria Ivusic (jf) (Entered: 03/16/1999) |
| 03/16/1999 | 704 | STATEMENT filed by defendant JOSEPH DUFFEY , regarding: substitution of defendant. (jf) (Entered: 03/17/1999) |
| 03/22/1999 | 705 | MOTION (UNOPPOSED) filed by plaintiff to extend time to 4/5/99 to respond to defendant's motion to reverse special master's decision regarding 1975 claim of Maria Ivusic (jf) (Entered: 03/23/1999) |
| 03/25/1999 | 706 | STIPULATED ORDER by Judge James Robertson: directing that within 45 days, defendants to pay Steptoe and Johnson LLP trust account a total of $4,766,145.61, without prejudice to either party's objections to the Court's rulings on which these computation amounts are based. (N) (jeb) (Entered: 03/25/1999) |
| 03/26/1999 | 707 | ORDER by Judge James Robertson: directing that judgment be entered by the Clerk for certain claimantsagainst the defendant. (N) (jeb) (Entered: 03/26/1999) |
| 03/26/1999 | 708 | JUDGMENT for claimant WINIFRED SCHEFFLER against federal defendant PENN KEMBLE in the amount of $208,683.00. (N) (jeb) (Entered: 03/26/1999) |
| 03/26/1999 | 709 | JUDGMENT in favor of claimant, SABETH RAMIERZ, in the amount of $605,388.00 against federal defendant PENN KEMBLE (N) (jeb) (Entered: 03/26/1999) |
| 03/26/1999 | 710 | JUDGMENT for claimant DIANE DELLA−LOGIA against federal defendant PENN KEMBLE in the amount of $183,044.00. (N) (jeb) (Entered: 03/26/1999) |

| 03/26/1999 | 711 | JUDGMENT for claimant, SUSAN ELLIS, against federal defendant PENN KEMBLE in the amount of $53,692.00. (N) (jeb) (Entered: 03/26/1999) |
|---|---|---|
| 03/26/1999 | 712 | JUDGMENT for claimant PARVIN AMINI against federal defendant PENN KEMBLE in the amount of $608,481.00. (N) (jeb) (Entered: 03/26/1999) |
| 03/26/1999 | 713 | JUDGMENT for claimant SHEILA BURNS against federal defendant PENN KEMBLE in the amount of $235,119.00. (N) (jeb) (Entered: 03/26/1999) |
| 03/26/1999 | 714 | JUDGMENT for claimant SONIA R. DAVIS against federal defendant PENN KEMBLE in the amount of $254,058.00. (N) (jeb) (Entered: 03/26/1999) |
| 03/26/1999 | 715 | JUDGMENT for claimant ABIDA SULTANA RIPLEY against federal defendant PENN KEMBLE in the amount of $589,174.00. (N) (jeb) (Entered: 03/26/1999) |
| 03/26/1999 | 716 | JUDGMENT for claimant MEILA BALKUS against federal defendant PENN KEMBLE in the amount of $885,423.00. (N) (jeb) (Entered: 03/26/1999) |
| 03/26/1999 | 717 | JUDGMENT for claimant DONA DESANCTIS against federal defendant PENN KEMBLE in the amount of $66,754.00. (N) (jeb) (Entered: 03/26/1999) |
| 03/26/1999 | 718 | JUDGMENT for claimant YOLANDA TISDALE against federal defendant PENN KEMBLE in the amount of $607,656.00. (N) (jeb) (Entered: 03/26/1999) |
| 03/26/1999 | 719 | JUDGMENT for claimant SONIA FICKS against federal defendant PENN KEMBLE in the amount of $869,200.00. (N) (jeb) (Entered: 03/26/1999) |
| 03/26/1999 | 720 | JUDGMENT for VUKOSAVA HODZIC against federal defendant PENN KEMBLE in the amount $965,500.00. (N) (jeb) (Entered: 03/26/1999) |
| 03/26/1999 | 721 | ORDER by Judge James Robertson : granting motion to extend time to 4/5/99 to respond to defendant's motion to reverse special master's decision regarding 1975 claim of Maria Ivusic [705−1] by CAROLEE BRADY HARTMAN, ALL OTHER PLAINTIFFS (N) (jeb) (Entered: 03/26/1999) |
| 03/26/1999 | 722 | ORDER by Judge James Robertson : denying motion for permission to file a claim [609−1] by NAJMA QURESHI; withdrawing by JOSEPH DUFFEY motion to reopen [542−1]; withdrawing by JOSEPH DUFFEY motion for a new trial for the claim of Maria Ivusic [542−2]; denying as moot motion to modify Special Master's decision regarding 1983 claim of Judith Neiman [525−1] by JOSEPH DUFFEY, BRUCE E. GELB, ALL OTHER DEFENDANTS; denying as moot motion for order directing payment of undisputed relief on the 1983 claim of Judith Chayes Neiman [522−1] by CAROLEE BRADY HARTMAN, ALL OTHER PLAINTIFFS; denying as moot motion for order directing payment of undisputed relief in claim of Hana Demetz−Rosskam [520−1] by CAROLEE BRADY HARTMAN, ALL OTHER PLAINTIFFS (N) (jeb) (Entered: 03/26/1999) |
| 03/30/1999 | 723 | MEMORANDUM OPINION by Judge James Robertson (N) (jeb) (Entered: 03/30/1999) |
| 03/30/1999 | 724 | ORDER by Judge James Robertson : denying motion to reverse Special Master's decision regarding 1983 claim of Teri Schafer [571−1] by JOSEPH DUFFEY, BRUCE E. GELB; remanding the claims of Musarrat Burkie and Delara Hashem to the Special Master; overruling the defendant's objection to the Special Master's ruling on the mitigation defense to the claim of Pamela Carpousis Gouge. (N) (jeb) (Entered: 03/30/1999) |

| 03/30/1999 | 725 | NOTICE from Judge Robertson to Counsel. (N) (jeb) (Entered: 03/30/1999) |
|---|---|---|
| 04/05/1999 | 726 | RESPONSE by plaintiffs' in opposition to motion to reverse, or int the alternative, to modify special master's decision regarding 1975 claim of Maria Ivusic [703−1] by JOSEPH DUFFEY . (jf) (Entered: 04/07/1999) |
| 04/07/1999 | 727 | ORDER by Judge James Robertson: amending judgment to reflect judgment be entered for Sima Ficks in the amount of $869,200.00 , and vacating the judgment entered on behalf of Sonia Ficks; directing that all other terms and conditions of the Court's Order filed and entered on 3/26/99 remain in full force and effect. (N) (jeb) (Entered: 04/07/1999) |
| 04/07/1999 | 728 | AMENDED JUDGMENT for Sima Ficks in the amount of $869,200.00 against federal defendant PENN KEMBLE (N) (jeb) (Entered: 04/07/1999) |
| 04/08/1999 | 729 | STATEMENT filed by plaintiff ALL OTHER PLAINTIFFS, plaintiff CAROLEE BRADY HARTMAN, federal defendant PENN KEMBLE , regarding: claim of Teri Schaefer. (lkn) (Entered: 04/09/1999) |
| 04/13/1999 | 730 | ORDER by Judge James Robertson: vacating the Court's 3/30/99 order to the extent that order pertains to Teri Schaefer's claim. (N) (jeb) (Entered: 04/13/1999) |
| 04/13/1999 | 731 | CERTIFIED COPY of order filed in USCA dated 4/13/99, on appeal [687−1], appeal [686−1], appeal [685−1], appeal [684−1], appeal [683−1], appeal [682−1], appeal [681−1], appeal [680−1], appeal [679−1] , dismissing all appeals except 98−5577 . USCA # 98−5540, 98−5541, 99−5542, 99−5543, 99−5544, 99−5545, 99−5546, 99−5547, 98−5548 (cjp) Modified on 04/13/1999 (Entered: 04/13/1999) |
| 04/15/1999 | 732 | REPLY by federal defendant PENN KEMBLE in support of motion to reverse, or int the alternative, to modify master's decision regarding 1975 claim of Maria Ivusic [703−1] by JOSEPH DUFFEY (lkn) (Entered: 04/16/1999) |
| 04/15/1999 | 733 | REPORT OF SPECIAL MASTER: filed by STEPHEN A. SALTZBURG . (jeb) (Entered: 04/16/1999) |
| 04/15/1999 | 734 | ORDER by Judge James Robertson: approving the Special Master's request for reimbursement of expenses. (N) (jeb) (Entered: 04/16/1999) |
| 05/14/1999 | 735 | NOTICE OF FILING by special master STEPHEN A. SALTZBRUG of additional report of special master regarding 1977 claim of Hana Demetz−Rosskam (jf) (Entered: 05/18/1999) |
| 05/14/1999 | 736 | ERRATA by special master STEPHEN A. SALTZBRUG of report regarding 1977 claim of Hana Demetz−Rosskam (jf) (Entered: 05/18/1999) |
| 05/14/1999 | 737 | REPORT OF SPECIAL MASTER: filed by STEPHEN A. SALTZBRUG: re: plaintiffs sixth motion for interim attorneys' fees and expenses; exhibits (32) (jf) (Entered: 05/19/1999) |
| 05/19/1999 | 738 | STIPULATED ORDER by Judge James Robertson: re: payment of judgments and post−judgment interest. (N) (jeb) (Entered: 05/19/1999) |
| 05/19/1999 | 739 | NOTICE OF FILING by special master STEPHEN A. SALTZBRUG of addition to Special Master's Report and Recommendations regarding plaintiffs' sixth motion for interim attorneys' fees and expenses (jf) (Entered: 05/23/1999) |
| 05/25/1999 | 741 | |

| | | |
|---|---|---|
| | | NOTICE OF APPEAL by federal defendant PENN KEMBLE from judgment order [717−1] , entered on: 03/26/99; fee not paid, appeal by govt. (lkn) (Entered: 05/26/1999) |
| 05/25/1999 | 743 | NOTICE OF APPEAL by federal defendant PENN KEMBLE from judgment order [715−1] , entered on: 03/26/99; fee not paid, appeal by govt. Copies mailed to counsel. (lkn) (Entered: 05/26/1999) |
| 05/25/1999 | 744 | NOTICE OF APPEAL by federal defendant PENN KEMBLE from judgment order [714−1] , entered on: 03/26/99; fee not paid, appeal by govt. Copies mailed to counsel. (lkn) (Entered: 05/26/1999) |
| 05/25/1999 | 745 | NOTICE OF APPEAL by federal defendant PENN KEMBLE from judgment order [713−1] , entered on: 03/26/99; fee not paid, appeal by govt. Copies mailed to counsel. (lkn) (Entered: 05/26/1999) |
| 05/25/1999 | 746 | NOTICE OF APPEAL by federal defendant PENN KEMBLE from judgment order [712−1] , entered on: 03/26/99; fee not paid, appeal by govt. Copies mailed to counsel. (lkn) (Entered: 05/26/1999) |
| 05/25/1999 | 747 | NOTICE OF APPEAL by federal defendant PENN KEMBLE from judgment order [711−1] , entered on: 03/26/99; fee not paid, appeal by govt. Copies mailed to counsel. (lkn) (Entered: 05/26/1999) |
| 05/25/1999 | 748 | NOTICE OF APPEAL by federal defendant PENN KEMBLE from judgment order [710−1] , entered on: 03/26/99; fee not paid, appeal by govt. Copies mailed to counsel. (lkn) (Entered: 05/26/1999) |
| 05/25/1999 | 749 | NOTICE OF APPEAL by federal defendant PENN KEMBLE from judgment order [709−1] , entered on: 03/26/99; fee not paid, appeal by govt. Copies mailed to counsel. (lkn) (Entered: 05/26/1999) |
| 05/25/1999 | 750 | NOTICE OF APPEAL by federal defendant PENN KEMBLE from judgment order [708−1] , entered on: 03/26/99; fee not paid, appeal by govt. Copies mailed to counsel. (lkn) (Entered: 05/26/1999) |
| 05/25/1999 | 751 | NOTICE OF APPEAL by federal defendant PENN KEMBLE from [728−1], entered on: 04/07/99; fee not paid, appeal by govt. Copies mailed to counsel. (lkn) (Entered: 05/26/1999) |
| 05/25/1999 | 752 | NOTICE OF APPEAL by federal defendant PENN KEMBLE from judgment order [720−1] , entered on: 03/26/99; fee not paid, appeal by govt. Copies mailed to counsel. (lkn) (Entered: 05/26/1999) |
| 05/25/1999 | 753 | NOTICE OF APPEAL by federal defendant PENN KEMBLE from judgment order [718−1] , entered on: 03/26/99; fee not paid, appeal by govt. Copies mailed to counsel. (lkn) (Entered: 05/26/1999) |
| 05/26/1999 | 740 | STIPULATED ORDER by Judge James Robertson: re: interest issues on appeal. (N) (jeb) (Entered: 05/26/1999) |
| 05/26/1999 | | TRANSMITTED PRELIMINARY RECORD on appeal [741−1] by PENN KEMBLE to U.S. Court of Appeals (lkn) (Entered: 05/26/1999) |
| 05/26/1999 | 742 | NOTICE OF APPEAL by federal defendant PENN KEMBLE from judgment order [716−1] , entered on: 03/26/99; fee not paid, appeal by govt. Copies mailed to counsel. (lkn) Modified on 05/26/1999 (Entered: 05/26/1999) |

| 05/26/1999 | | TRANSMITTED PRELIMINARY RECORD on appeal [742−1] by PENN KEMBLE to U.S. Court of Appeals (lkn) (Entered: 05/26/1999) |
|---|---|---|
| 05/26/1999 | | TRANSMITTED PRELIMINARY RECORD on appeal [743−1] by PENN KEMBLE to U.S. Court of Appeals (lkn) (Entered: 05/26/1999) |
| 05/26/1999 | | TRANSMITTED PRELIMINARY RECORD on appeal [744−1] by PENN KEMBLE to U.S. Court of Appeals (lkn) (Entered: 05/26/1999) |
| 05/26/1999 | | TRANSMITTED PRELIMINARY RECORD on appeal [745−1] by PENN KEMBLE to U.S. Court of Appeals (lkn) (Entered: 05/26/1999) |
| 05/26/1999 | | TRANSMITTED PRELIMINARY RECORD on appeal [746−1] by PENN KEMBLE to U.S. Court of Appeals (lkn) (Entered: 05/26/1999) |
| 05/26/1999 | | TRANSMITTED PRELIMINARY RECORD on appeal [747−1] by PENN KEMBLE to U.S. Court of Appeals (lkn) (Entered: 05/26/1999) |
| 05/26/1999 | | TRANSMITTED PRELIMINARY RECORD on appeal [748−1] by PENN KEMBLE to U.S. Court of Appeals (lkn) (Entered: 05/26/1999) |
| 05/26/1999 | | TRANSMITTED PRELIMINARY RECORD on appeal [749−1] by PENN KEMBLE to U.S. Court of Appeals (lkn) (Entered: 05/26/1999) |
| 05/26/1999 | | TRANSMITTED PRELIMINARY RECORD on appeal [750−1] by PENN KEMBLE to U.S. Court of Appeals (lkn) (Entered: 05/26/1999) |
| 05/26/1999 | | TRANSMITTED PRELIMINARY RECORD on appeal [751−1] by PENN KEMBLE to U.S. Court of Appeals (lkn) (Entered: 05/26/1999) |
| 05/26/1999 | | TRANSMITTED PRELIMINARY RECORD on appeal [752−1] by PENN KEMBLE to U.S. Court of Appeals (lkn) (Entered: 05/26/1999) |
| 05/26/1999 | | TRANSMITTED PRELIMINARY RECORD on appeal [753−1] by PENN KEMBLE to U.S. Court of Appeals (lkn) (Entered: 05/26/1999) |
| 06/01/1999 | 754 | MOTION (CONSENT)filed by federal defendant PENN KEMBLE to extend time to 6/3/99 to file and serve objections to motion for review of the Special Master's report and recommendations regarding plaintiffs' sixth motion for interim attorneys' fees and expenses (lkn) (Entered: 06/02/1999) |
| 06/02/1999 | 756 | ORDER by Judge James Robertson : granting motion to extend time to 6/3/99 to file and serve objections to motion for review of the Special Master's report and recommendations regarding plaintiffs' sixth motion for interim attorneys' fees and expenses [754−1] by PENN KEMBLE (N) (jeb) (Entered: 06/04/1999) |
| 06/03/1999 | 755 | MOTION filed by federal defendant PENN KEMBLE for review of Special Master's report and recommendations regarding plaintiffs' sixth motion for interim attorneys' fees and expenses (lkn) (Entered: 06/04/1999) |
| 06/03/1999 | | USCA # 99−5170 assigned for appeal [748−1] by PENN KEMBLE (jf) (Entered: 06/07/1999) |
| 06/03/1999 | | USCA # 99−5171 assigned for appeal [749−1] by PENN KEMBLE (jf) (Entered: 06/07/1999) |
| 06/03/1999 | | USCA # 99−5172 assigned for appeal [750−1] by PENN KEMBLE (jf) (Entered: 06/07/1999) |

| 06/03/1999 | | USCA # 99−5173 assigned for appeal [751−1] by PENN KEMBLE (jf) (Entered: 06/07/1999) |
|---|---|---|
| 06/03/1999 | | USCA # 99−5175 assigned for appeal [752−1] by PENN KEMBLE (jf) Modified on 06/07/1999 (Entered: 06/07/1999) |
| 06/03/1999 | | USCA # 99−5176 assigned for appeal [744−1] by PENN KEMBLE (jf) (Entered: 06/07/1999) |
| 06/03/1999 | | USCA # 99−5177 assigned for appeal [745−1] by PENN KEMBLE (jf) (Entered: 06/07/1999) |
| 06/03/1999 | | USCA # 99−5174 assigned for appeal [742−1] by PENN KEMBLE (jf) (Entered: 06/07/1999) |
| 06/03/1999 | | USCA # 99−5178 assigned for appeal [741−1] by PENN KEMBLE (jf) (Entered: 06/07/1999) |
| 06/03/1999 | | USCA # 99−5179 assigned for appeal [753−1] by PENN KEMBLE (jf) (Entered: 06/07/1999) |
| 06/03/1999 | | USCA # 99−5168 assigned for appeal [743−1] by PENN KEMBLE (jf) (Entered: 06/07/1999) |
| 06/03/1999 | | USCA # 99−5169 assigned for appeal [747−1] by PENN KEMBLE (jf) (Entered: 06/07/1999) |
| 06/03/1999 | | USCA # 99−5167 assigned for appeal [746−1] by PENN KEMBLE (jf) (Entered: 06/07/1999) |
| 06/04/1999 | 757 | FINAL REPORT OF SPECIAL MASTER: filed by STEPHEN A. SALTZBRUG regarding 1975 Claim of Dilara Hashem; attachments (2). (jf) (Entered: 06/07/1999) |
| 06/14/1999 | 758 | ORDER filed by Special Master Stephen A. Saltzburg: extending time to 6/16/99 for defendant to file and his opposition to plaintiffs' seventh motion to interim attorney's fees and expenses. (N) (jeb) (Entered: 06/14/1999) |
| 06/16/1999 | 759 | MOTION filed by federal defendant PENN KEMBLE to reject the Special Master's decision regarding 1975 claim of Dilara Hashem (tb) (Entered: 06/17/1999) |
| 06/17/1999 | 760 | RESPONSE by plaintiff in opposition to motion for review of Special Master's report and recommendations regarding plaintiffs' sixth motion for interim attorneys' fees and expenses [755−1] by PENN KEMBLE . (jf) (Entered: 06/18/1999) |
| 06/28/1999 | 761 | REPLY by federal defendant PENN KEMBLE in support of motion for review of Special Master's report and recommendations regarding plaintiffs' sixth motion for interim attorneys' fees and expenses [755−1] by PENN KEMBLE (lkn) (Entered: 06/29/1999) |
| 06/30/1999 | 762 | RESPONSE by plaintiff CAROLEE BRADY HARTMAN in opposition to motion to reject the Special Master's decision regarding 1975 claim of Dilara Hashem [759−1] by PENN KEMBLE . (tb) (Entered: 07/01/1999) |
| 07/02/1999 | 763 | REPORT OF SPECIAL MASTER: filed by STEPHEN A. SALTZBRUG . regarding 1977 claim of Marie Guerrero (jf) (Entered: 07/12/1999) |
| 07/12/1999 | 765 | STATUS REPORT by class plaintiffs and federal defendant (jf) (Entered: 07/14/1999) |

| 07/12/1999 | 766 | REPLY by federal defendant PENN KEMBLE to plaintiffs' opposition to defendant's motion to reject the Special Master's decision regarding 1975 claim of Dilara Hashem [759−1] (jf) (Entered: 07/14/1999) |
| 07/13/1999 | 764 | JOINT STIPULATION filed and fiated by Judge James Robertson: regarding claim of Tunde Mogan; deft. agrees to pay TUNDE MOGAN the amount of $142,000.00 for dismissal of deft's individual claims of instatement or front pay . (N) (jaw) (Entered: 07/14/1999) |
| 07/13/1999 | <u>767</u> | ORDER by Judge James Robertson: directing the Clerk to enter judgment for the Estate of Hana Demetz−Rossakam in the amount of $606,858.40. (N) (jeb) (Entered: 07/14/1999) |
| 07/14/1999 | <u>768</u> | JUDGMENT in favor of claimant the Estate of Hana Demetz−Rosskam against federal defendant PENN KEMBLE in the amount of $606,858.40. (N) (jeb) (Entered: 07/14/1999) |
| 07/15/1999 | 769 | STATUS REPORT by plaintiff ALL OTHER PLAINTIFFS, plaintiff CAROLEE BRADY HARTMAN, federal defendant PENN KEMBLE (lkn) (Entered: 07/16/1999) |
| 07/16/1999 | 770 | REPORT OF SPECIAL MASTER: filed by STEPHEN A. SALTZBURG . regarding 1983−1984 claim of Donna Woolf. (jf) (Entered: 07/21/1999) |
| 07/19/1999 | 771 | MOTION (UNOPPOSED) filed by defendant JOSEPH DUFFEY to extend time to 7/22/99 to submit objections to Final Report of Special Master regarding 1977 claim of Marie Guerrero (jf) (Entered: 07/21/1999) |
| 07/22/1999 | 772 | ORDER by Judge Gladys Kessler for Judge James Robertson : granting motion to extend time to 7/22/99 to submit objections to Final Report of Special Master regarding 1977 claim of Marie Guerrero [771−1] by JOSEPH DUFFEY (N) (jeb) (Entered: 07/22/1999) |
| 07/22/1999 | | SCHEDULING NOTICE: status hearing set for 10:30 8/6/99 ; before Judge James Robertson in Courtroom 16, 6th Floor. (jeb) (Entered: 07/22/1999) |
| 07/22/1999 | 773 | MOTION filed by federal defendant PENN KEMBLE to modify report of Special Master regarding 1977 claim of Marie Guerrero ; exhibits (3) (jf) (Entered: 07/23/1999) |
| 07/23/1999 | | SCHEDULING NOTICE: status hearing set for 10:30 8/6/99 ; before Judge James Robertson in Courtroom 16, 6th Floor. (lkn) (Entered: 07/23/1999) |
| 07/26/1999 | 774 | OBJECTIONS by plaintiff to special master report [770−1] regarding 1983−84 claim of Donna L. Woolf. (jf) (Entered: 07/29/1999) |
| 08/02/1999 | 775 | OBJECTIONS by federal defendant PENN KEMBLE to special master report [770−1] regarding 1983−1984 claim of Donna L. Woolf. (jf) (Entered: 08/04/1999) |
| 08/04/1999 | 776 | MOTION (UNOPPOSED) filed by plaintiff ALL OTHER PLAINTIFFS to extend time to 8/12/99 to file opposition to defendant's motion to modify report of special master regarding 1977 claim of Marie Guerrero (tb) (Entered: 08/05/1999) |
| 08/06/1999 | 777 | ORDER by Judge James Robertson: granting unopposed motion to extend time to 8/12/99 to file opposition to defendant's motion to modify report of special master regarding 1977 claim of Marie Guerrero [776−1] by ALL OTHER PLAINTIFFS. (N) (mlp) (Entered: 08/06/1999) |

| 08/06/1999 | 778 | MOTION filed by plaintiff to certify that there is no reason for delay of final judgment , and for final judgment on behalf of Tunde Mogan (jf) (Entered: 08/10/1999) |
|---|---|---|
| 08/09/1999 | 781 | RESPONSE by federal defendant PENN KEMBLE to objection [775−1] to the final report of special master regarding 1983−1984 claim of Donna L. Woolf by PENN KEMBLE (jf) (Entered: 08/11/1999) |
| 08/10/1999 | 779 | ORDER by Judge James Robertson: directing that judgment be entered for claimant TUNDE MOGAN against the defendant in the amount of $886,365.00 judgment; setting forth certain directives for the defendant in regards to the judgment. (N) (jeb) Modified on 09/02/1999 (Entered: 08/10/1999) |
| 08/10/1999 | <u>780</u> | JUDGMENT in favor of claimant TUNDE MOGAN against federal defendant PENN KEMBLE in the amount of $886,365.00. (N) (jeb) Modified on 09/02/1999 (Entered: 08/10/1999) |
| 08/11/1999 | 782 | MOTION filed by plaintiff for Rule 54(b) certification and for final judgment regarding claim of Musarrat Burkie (jf) (Entered: 08/12/1999) |
| 08/12/1999 | 783 | RESPONSE by plaintiff ALL OTHER PLAINTIFFS, plaintiff CAROLEE BRADY HARTMAN in opposition to motion to modify report of Special Master regarding 1977 claim of Marie Guerrero [773−1] by PENN KEMBLE . (lkn) (Entered: 08/16/1999) |
| 08/19/1999 | 784 | MOTION (UNOPPOSED)filed by plaintiff ALL OTHER PLAINTIFFS, plaintiff CAROLEE BRADY HARTMAN for certifcation , and for final judgment regarding claim of Ksenia Antypiv (lkn) (Entered: 08/20/1999) |
| 08/23/1999 | 785 | REPORT OF SPECIAL MASTER (August 19, 1999): filed by STEPHEN A. SALTZBURG regarding back pay computation for Pamela Gouge Carpousis. (lkn) (Entered: 08/24/1999) |
| 08/23/1999 | 786 | MOTION (UNOPPOSED)filed by federal defendant PENN KEMBLE to extend time to 8/30/99 to submit a reply brief in support of objections to Final Report of Special Master regarding 1977 claim of Marie Guerrero (lkn) (Entered: 08/24/1999) |
| 08/25/1999 | 787 | ORDER by Judge Ricardo M. Urbina for Judge James Robertson : granting motion to extend time to 8/30/99 to submit a reply brief in support of objections to Final Report of Special Master regarding 1977 claim of Marie Guerrero [786−1] by PENN KEMBLE. (N) (mlp) (Entered: 08/25/1999) |
| 08/27/1999 | 788 | MOTION filed by plaintiffs' for Rule 54(b) certification , and for final judgment regarding claim of Pamela G. Carpousis ; exhibits (1) (jf) (Entered: 08/29/1999) |
| 08/27/1999 | 789 | REPORT OF SPECIAL MASTER: filed by STEPHEN A. SALTZBURG; regarding 1982−1983 claim of Lina Bernstein (jf) (Entered: 08/29/1999) |
| 08/30/1999 | 790 | ATTORNEY APPEARANCE for federal defendant PENN KEMBLE by Scott Sutherland Harris (lkn) (Entered: 08/31/1999) |
| 08/30/1999 | 791 | MOTION(SECOND) (UNOPPOSED)filed by federal defendant PENN KEMBLE to extend time to 9/13/99 to submit a reply in support of objection to the Final Report of Special Master regarding 1977 claim of Marie Guerrero (lkn) (Entered: 08/31/1999) |
| 08/31/1999 | 792 | |

| | | NOTICE OF WITHDRAWAL by federal defendant PENN KEMBLE of request for oral argument on motion to reverse the Special Master's decision regarding the 1983 claim of Pushpa Agnihotri scheduled for 9/2/99; deft. continues to request oral argument with respect to the claims of Ms. Maria Santos and Ms. Dorothy Horne, both of which are scheduled for hearing on 9/2/99. "Noted and approved, 8/31/99" Robertson, J. (fiat) (N) (mlp) (Entered: 08/31/1999) |
|---|---|---|
| 09/02/1999 | 793 | STIPULATED ORDER by Judge James Robertson: re: claim of Musarrat Burkie. (N) (jeb) (Entered: 09/02/1999) |
| 09/02/1999 | 794 | ORDER by Judge James Robertson: directing the Clerk of the Court to enter judgment for claimant Musarrat Burkie in the amount of $806,577.77 against the defendant KEMBLE; setting forth certain directives regarding this claim. (N) (jeb) (Entered: 09/02/1999) |
| 09/02/1999 | 795 | JUDGMENT in favor of claimant, Musarrat Burkie, against federal defendant PENN KEMBLE in the amount of $806,577.77. (N) (jeb) (Entered: 09/02/1999) |
| 09/02/1999 | 796 | STIPULATED ORDER by Judge James Robertson: re: claim of Ksenia Antypiv. (N) (jeb) (Entered: 09/02/1999) |
| 09/02/1999 | 797 | ORDER by Judge James Robertson: directing the Clerk of the Court to enter judgment for claimant Ksenia Antypiv against defendant Kemble in the amount of $96,509.96; setting forth directives regarding the claim of Ksenia Antypiv. (N) (jeb) Modified on 09/02/1999 (Entered: 09/02/1999) |
| 09/02/1999 | 798 | JUDGMENT in favor of claimant Ksenia Antypiv against federal defendant PENN KEMBLE in the amount of $96,509.96. (N) (jeb) (Entered: 09/02/1999) |
| 09/02/1999 | 799 | ORDER by Judge James Robertson : granting motion to extend time to 9/13/99 to submit a reply in support of objection to the Final Report of Special Master regarding 1977 claim of Marie Guerrero [791−1] by PENN KEMBLE (N) (jeb) (Entered: 09/02/1999) |
| 09/02/1999 | 800 | ORDER by Judge James Robertson: directing the Clerk of the Court to enter judgment in favor of Pamela Gouge Carpousis in the amount of $257.735.00 against the defendant Kemble. (N) (jeb) (Entered: 09/02/1999) |
| 09/02/1999 | | MOTION HEARING before Judge James Robertson: regarding objections to Special Master's Reports of claimants Maria H. Santos and Dorothy Horne; Court affirms the report of the Special Master as to Maria Santos and takes under advisement the Objection to Special Master's Report as to claimant Dorothy Horne. Reporter: Dennis Dinkel (jeb) Modified on 09/02/1999 (Entered: 09/02/1999) |
| 09/02/1999 | 801 | JUDGMENT in favor of claimant Pamela Gouge Carpousis against federal defendant PENN KEMBLE in the amount of $257,735.00. (N) (jeb) (Entered: 09/02/1999) |
| 09/02/1999 | 802 | AMENDED JUDGMENT for claimant Tunde Mogan against federal defendant PENN KEMBLE in the amount of $886,365.00; vacating judgment of 8/10/99 as to Tunde Mogan. (N) (jeb) (Entered: 09/02/1999) |
| 09/03/1999 | 803 | MOTION filed by plaintiffs for Rule 54(b) certification , and for final judgment ; attachments (1) (jf) (Entered: 09/08/1999) |
| 09/08/1999 | 804 | |

| | | ORDER by Judge James Robertson: directing the Clerk fo the Court to enter judgment for the claimant Maria Helena Santos in the amount of $860,329.00. (N) (jeb) (Entered: 09/08/1999) |
|---|---|---|
| 09/08/1999 | 805 | JUDGMENT in favor of claimant Maria Helena Santos against federal defendant PENN KEMBLE in the amount of $860,329.00. (N) (jeb) (Entered: 09/08/1999) |
| 09/10/1999 | 806 | ORDER by Judge James Robertson : granting motion to modify Special Master's decision regarding claim of Dorothy Horne [652−1] by JOSEPH DUFFEY; remanding case for the entry of a backpay award through the date of Ms. Horne's retirement in 1994. (N) (jeb) (Entered: 09/10/1999) |
| 09/10/1999 | 807 | MEMORANDUM AND ORDER by Judge James Robertson : denying motion to reverse special master's decision regarding 1983 and 1984 claim of Pushpa Agnihotri [600−1] by ALL OTHER DEFENDANTS (N) (N) (jeb) (Entered: 09/10/1999) |
| 09/10/1999 | 808 | MEMORANDUM AND ORDER by Judge James Robertson : denying motion to modify the special master's final report regarding the 1983 international radio broadcaster (polish) claim of Halina Kaminska−Polanski [661−1] by CAROLEE BRADY HARTMAN, ALL OTHER PLAINTIFFS (N) (N) (jeb) (Entered: 09/10/1999) |
| 09/13/1999 | 809 | ORDER by Judge James Robertson: approving the fee and expense report submittd by the court−approved experts and as reviewed by the Special Master; directing defendant to make payments within 45 days. (N) (jeb) (Entered: 09/13/1999) |
| 09/13/1999 | 810 | REPLY by federal defendant PENN KEMBLE in support of motion to modify report of Special Master regarding 1977 claim of Marie Guerrero [773−1]; exhibits (1) (jf) (Entered: 09/15/1999) |
| 09/13/1999 | 811 | MOTION filed by federal defendant PENN KEMBLE to modify special master's decision regarding claim of Lina Bernstein (jf) (Entered: 09/15/1999) |
| 09/15/1999 | 812 | MOTION (UNOPPOSED) filed by plaintiff CAROLEE BRADY HARTMAN for Rule 54(b) certification and final judgment regarding claim pf Pushpa Agnihotri (tb) (Entered: 09/16/1999) |
| 09/20/1999 | 813 | STIPULATED ORDER by Judge James Robertson: re: interest issues on remand. (N) (jeb) (Entered: 09/20/1999) |
| 09/20/1999 | 814 | ORDER by Judge James Robertson: adopting the Final Report of Special Master regarding the 1983−1984 claim of Pushpa Agnihotri; directing the Clerk of the Court to enter judgment in favor of claimant Pushpa Agnihotri against the defendant PENN KEMBLE in the amount of $297,046.00. (N) (jeb) (Entered: 09/20/1999) |
| 09/20/1999 | 815 | JUDGMENT by Judge James Robertson in favor of claimant Pushpa Agnihotri against federal defendant PENN KEMBLE in the amount of $297,046.00. (N) (jeb) (Entered: 09/20/1999) |
| 09/21/1999 | 816 | SUBSTITUTION OF COUNSEL for plaintiffs, substituting Roger Eugene Warin for attorney Tracy Lyle Hilmer (jf) (Entered: 09/22/1999) |
| 09/23/1999 | 817 | MOTION (UNOPPOSED) filed by plaintiff to extend time to 10/4/99 to file an opposition to defendant's motion to modify special master's decision regarding claim of Lina Bernstein (jf) (Entered: 09/24/1999) |

| 09/24/1999 | 818 | ORDER by Judge James Robertson : granting motion to extend time to 10/4/99 to file an opposition to defendant's motion to modify special master's decision regarding claim of Lina Bernstein [817−1] by CAROLEE BRADY HARTMAN, ALL OTHER PLAINTIFFS; response to motion due by 10/4/99 (N) (jaw) (Entered: 09/24/1999) |
| --- | --- | --- |
| 10/04/1999 | 819 | RESPONSE by plaintiff in opposition to motion to modify special master's decision regarding claim of Lina Bernstein [811−1] by PENN KEMBLE; exhibits (1) . (jf) (Entered: 10/05/1999) |
| 10/08/1999 | 820 | NOTICE OF FILING by federal defendant PENN KEMBLE of substitution of parties (jf) (Entered: 10/14/1999) |
| 10/15/1999 | 821 | MOTION filed by federal defendant MADELEINE K. ALBRIGHT, federal defendant MARC B. NATHANSON to extend time to 10/22/99 to file a reply in support of motion to modify Special Master's decision regarding the claim of Lina Bernstein (jf) (Entered: 10/18/1999) |
| 10/18/1999 | 822 | STIPULATED ORDER by Judge James Robertson: regarding the payment of judgments and post−judgment interest regarding the claims of Tunde Mogan and Hana Demetz−Rosskam. (N) (jeb) (Entered: 10/18/1999) |
| 10/18/1999 | 823 | REPORT OF SPECIAL MASTER: dated 10/05/99 filed by STEPHEN A. SALTZBURG; attachment. (jeb) (Entered: 10/18/1999) |
| 10/18/1999 | 824 | ORDER by Judge James Robertson: approving the Special Master's request for reibursement for 1/1/99 through 9/30/99; directing the defendant to reimburse the Special Master for the total amount of $29,262.50 within 45 days of this order. (N) (jeb) (Entered: 10/18/1999) |
| 10/18/1999 | 825 | STIPULATED ORDER by Judge James Robertson : regarding payment of judgments. (N) (jeb) (Entered: 10/18/1999) |
| 10/18/1999 | 826 | REPORT OF SPECIAL MASTER: filed by STEPHEN A. SALTZBURG; re: 1981 claim of Patricia Viets. (jf) (Entered: 10/19/1999) |
| 10/19/1999 | 827 | MOTION filed by plaintiff for Rule 54(b) certification , and for final judgment (jf) (Entered: 10/20/1999) |
| 10/21/1999 | 828 | ORDER by Judge James Robertson : granting motion to extend time to 10/22/99 to file a reply in support of motion to modify Special Master's decision regarding the claim of Lina Bernstein [821−1] by MARC B. NATHANSON, MADELEINE K. ALBRIGHT (N) (jeb) (Entered: 10/21/1999) |
| 10/21/1999 | 829 | ORDER by Judge James Robertson : directing the Clerk to enter judgments for the following claimants Zelmira Hatala, Halina Kaminska−Polanski, Gail Oerke, Kira Seminin, and Donna Woolf (N) (jeb) (Entered: 10/21/1999) |
| 10/21/1999 | 830 | JUDGMENT in favor of claimant ZELMIRA HATALA against the defendant PENN KEMBLE in the amount of $51,691.00 (N) (jeb) Modified on 10/21/1999 (Entered: 10/21/1999) |
| 10/21/1999 | 831 | JUDGMENT in favor of claimant HALINA KAMINSKA−POLANSKI against federal defendant PENN KEMBLE in the amount of $625,984.00. (N) (jeb) (Entered: 10/21/1999) |
| 10/21/1999 | 832 | |

| | | |
|---|---|---|
| | | JUDGMENT in favor of claimant GAIL OERKE against federal defendant PENN KEMBLE in the amount of $143,630.00. (N) (jeb) (Entered: 10/21/1999) |
| 10/21/1999 | 833 | JUDGMENT in favor of claimant KIRA SEMININ against federal defendant PENN KEMBLE in the amount of $626,376.00 (N) (jeb) (Entered: 10/21/1999) |
| 10/21/1999 | 834 | JUDGMENT in favor of claimant DONNA WOOLF against federal defendant PENN KEMBLE in the amount of $133,293.00 (N) (jeb) (Entered: 10/21/1999) |
| 10/22/1999 | 835 | REPLY by federal defendant MADELEINE K. ALBRIGHT, federal defendant MARC B. NATHANSON in support of motion to modify special master's decision regarding claim of Lina Bernstein [811−1] (jf) (Entered: 10/25/1999) |
| 10/29/1999 | 836 | OBJECTIONS (PROTECTIVE) by plaintiff to special master final report [826−1] regarding 1981 claim of Patricia Viets (jf) (Entered: 10/31/1999) |
| 11/01/1999 | 837 | OBJECTIONS by federal defendant MADELEINE K. ALBRIGHT, federal defendant MARC B. NATHANSON to special master report [826−1] regarding 1981 claim of Patricia Viets (jf) (Entered: 11/03/1999) |
| 11/01/1999 | 839 | NOTICE OF APPEAL by federal defendant MADELEINE K. ALBRIGHT, federal defendant MARC B. NATHANSON from order directing the Clerk of the Court to enter judgment in favor of Pamela Gouge Carpousis in the amount of $257,735.00 against the defendant Kemble. [800−1] , entered on: September 02, 1999. No fee paid U.S. Government. Copies mailed to parties. (jf) (Entered: 11/05/1999) |
| 11/01/1999 | 838 | NOTICE OF APPEAL by federal defendant MADELEINE K. ALBRIGHT, federal defendant MARC B. NATHANSON from order directing the Clerk of the Court to enter judgment for claimant Musarrat Burkie in the amount of $806,577.77 against the defendant KEMBLE; setting forth certain directives regarding this claim. [794−1] , entered on: September 02, 1999. No fee paid U.S. Government. Copies mailed to parties. (jf) (Entered: 11/05/1999) |
| 11/05/1999 | | TRANSMITTED PRELIMINARY RECORD on appeal [839−1] by MARC B. NATHANSON, MADELEINE K. ALBRIGHT to U.S. Court of Appeals (jf) (Entered: 11/05/1999) |
| 11/05/1999 | | TRANSMITTED PRELIMINARY RECORD on appeal [838−1] by MARC B. NATHANSON, MADELEINE K. ALBRIGHT to U.S. Court of Appeals (jf) (Entered: 11/05/1999) |
| 11/05/1999 | 841 | CERTIFIED COPY of order filed in USCA dated 11/4/99, on appeal [742−1], appeal [753−1], appeal [752−1], appeal [751−1], appeal [750−1], appeal [749−1], appeal [748−1], appeal [747−1], appeal [746−1], appeal [745−1], appeal [744−1], appeal [743−1], appeal [741−1] , dismissing appeal . USCA # 99−5167, 99−5168, 99−5169, 99−5170, 99−5171, 99−5172, 99−5173, 99−5174, 99−5176, 99−5177, 99−5178 and 99−5179 (cjp) Modified on 11/09/1999 (Entered: 11/08/1999) |
| 11/05/1999 | 842 | NOTICE OF APPEAL by federal defendant MADELEINE K. ALBRIGHT, federal defendant MARC B. NATHANSON from order [804−1] , entered on: September 08, 1999. No fee U.S. Government. Copies mailed to Bruce Fredrickson, Laurel P. Malson and Douglas B. Huron. (jf) (Entered: 11/09/1999) |
| 11/08/1999 | | USCA # 99−5374 assigned for appeal [838−1] by MARC B. NATHANSON, MADELEINE K. ALBRIGHT (jf) (Entered: 11/09/1999) |

| 11/08/1999 | | USCA # 99−5375 assigned for appeal [839−1] by MARC B. NATHANSON, MADELEINE K. ALBRIGHT (jf) (Entered: 11/09/1999) |
| 11/09/1999 | | TRANSMITTED PRELIMINARY RECORD on appeal [842−1] by MARC B. NATHANSON, MADELEINE K. ALBRIGHT to U.S. Court of Appeals (jf) (Entered: 11/09/1999) |
| 11/09/1999 | | USCA # 99−5379 assigned for appeal dismissing appeal . [841−1] (tb) (Entered: 11/10/1999) |
| 11/10/1999 | 843 | STIPULATED ORDER by Judge James Robertson: regarding the claim of Ksenia Antypiv.(N) (jeb) (Entered: 11/10/1999) |
| 11/12/1999 | 844 | RESPONSE (OPPOSITIONS) by federal defendant MARC B. NATHANSON to objection [836−1] by CAROLEE BRADY HARTMAN, ALL OTHER PLAINTIFFS (lkn) (Entered: 11/15/1999) |
| 11/19/1999 | 845 | NOTICE OF APPEAL by federal defendant MADELEINE K. ALBRIGHT, federal defendant MARC B. NATHANSON from order [814−1] , entered on: 09/20/99. No fee paid/ U.S. Government. Copies mailed to parties. (jf) (Entered: 11/30/1999) |
| 11/30/1999 | | TRANSMITTED PRELIMINARY RECORD on appeal [845−1] by MARC B. NATHANSON, MADELEINE K. ALBRIGHT to U.S. Court of Appeals (jf) (Entered: 11/30/1999) |
| 12/03/1999 | 846 | STIPULATED ORDER by Judge James Robertson: regarding the payment of judgment for Abida Sultana Ripley. (N) (jeb) (Entered: 12/03/1999) |
| 12/03/1999 | | USCA # 99 5406 assigned for appeal [845−1] by MARC B. NATHANSON, MADELEINE K. ALBRIGHT (bjsp) (Entered: 12/06/1999) |
| 12/07/1999 | 847 | FINAL REPORT by special master STEPHEN A. SALTZBURG RE: 1981 claim of Dr. Shirley Hill Witt; attachments; (bjsp) (Entered: 12/08/1999) |
| 12/08/1999 | 848 | MOTION (UNOPPOSED) filed by plaintiff ALL OTHER PLAINTIFFS for rule 54(b) certification and final judgment for claimant Patricia W. Viets (cjp) (Entered: 12/09/1999) |
| 12/08/1999 | 849 | REPORT AND RECOMMENDATIONS OF SPECIAL MASTER: filed by STEPHEN A. SALTZBURG regarding plaintiffs' seventh motion for interim attorneys' fees and expenses; exhibits (23) (cjp) (Entered: 12/09/1999) |
| 12/10/1999 | 850 | ERRATA by special master STEPHEN A. SALTZBURG to the Court RE: the filing of three missing pages to final report of Special Master regarding 1981 claim of Dr. Shirley Hill Witt (bjsp) (Entered: 12/13/1999) |
| 12/16/1999 | 851 | ORDER by Judge James Robertson : directing the Clerk of Court to enter judgment for Patricia W. Viets. (N) (jeb) (Entered: 12/16/1999) |
| 12/16/1999 | 852 | JUDGMENT in favor of claimant, Patricia W. Viets, against federal defendant MADELEINE K. ALBRIGHT, federal defendant MARC B. NATHANSON n the amount of $164,738.81. (N) (jeb) (Entered: 12/16/1999) |
| 12/17/1999 | 855 | NOTICE OF APPEAL by federal defendant MADELEINE K. ALBRIGHT, federal defendant MARC B. NATHANSON from judgment order [831−1] , entered on: 10/21/99; NO FEES GOVT, Copies mailed to Daniel F. Van Horn, Bruce A. Frederickson, Laurel P. Malson and Douglas H. Huron (cjp) (Entered: 12/23/1999) |

| 12/17/1999 | 856 | NOTICE OF APPEAL by federal defendant MADELEINE K. ALBRIGHT, federal defendant MARC B. NATHANSON from judgment order [830−1] , entered on: 10/21/99; NO FEES GOVT., Copies mailed to Daniel F. Van Horn, Bruce A. Frederickson, Laurel P. Malson & Douglas B. Huron (cjp) (Entered: 12/23/1999) |
|---|---|---|
| 12/17/1999 | 857 | NOTICE OF APPEAL by federal defendant MADELEINE K. ALBRIGHT, federal defendant MARC B. NATHANSON from judgment order [832−1] , entered on: 10/21/99; NO FEES GOVT.; Copies mailed to Daniel F. Van Horn, Bruce A. Frederickson, Laurel P. Malson & Douglas B. Huron (cjp) (Entered: 12/23/1999) |
| 12/17/1999 | 858 | NOTICE OF APPEAL by federal defendant MADELEINE K. ALBRIGHT, federal defendant MARC B. NATHANSON from judgment order [834−1] , entered on: 10/21/99; NO FEES GOVT; Copies mailed to Daniel F. Van Horn, Bruce A. Frederickson, Laurel P. Malson and Douglas B. Huron (cjp) (Entered: 12/23/1999) |
| 12/17/1999 | 859 | NOTICE OF APPEAL by federal defendant MADELEINE K. ALBRIGHT, federal defendant MARC B. NATHANSON from judgment order [833−1] , entered on: 10/21/99; NO FEES GOVT., Copies mailed to Daniel F. Van Horn, Bruce A. Frederickson, Laurel P. Malson and Douglas B. Huron (cjp) (Entered: 12/23/1999) |
| 12/20/1999 | 853 | OBJECTIONS by federal defendant MADELEINE K. ALBRIGHT, federal defendant MARC B. NATHANSON to final report of Special Master RE: 1981 claim of Shirley Hill Witt (bjsp) (Entered: 12/21/1999) |
| 12/20/1999 | 854 | MOTION filed by federal defendant MADELEINE K. ALBRIGHT, federal defendant MARC B. NATHANSON for order reviewing Special Master's report and recommendations regarding plaintiffs' seventh motion for interim attorneys' fees and expenses (bjsp) (Entered: 12/21/1999) |
| 12/23/1999 | | TRANSMITTED PRELIMINARY RECORD on appeal [855−1] by MARC B. NATHANSON, MADELEINE K. ALBRIGHT to U.S. Court of Appeals (cjp) (Entered: 12/23/1999) |
| 12/23/1999 | | TRANSMITTED PRELIMINARY RECORD on appeal [856−1] by MARC B. NATHANSON, MADELEINE K. ALBRIGHT to U.S. Court of Appeals (cjp) (Entered: 12/23/1999) |
| 12/23/1999 | | TRANSMITTED PRELIMINARY RECORD on appeal [857−1] by MARC B. NATHANSON, MADELEINE K. ALBRIGHT to U.S. Court of Appeals (cjp) (Entered: 12/23/1999) |
| 12/23/1999 | | TRANSMITTED PRELIMINARY RECORD on appeal [858−1] by MARC B. NATHANSON, MADELEINE K. ALBRIGHT to U.S. Court of Appeals (cjp) (Entered: 12/23/1999) |
| 12/23/1999 | | TRANSMITTED PRELIMINARY RECORD on appeal [859−1] by MARC B. NATHANSON, MADELEINE K. ALBRIGHT to U.S. Court of Appeals (cjp) (Entered: 12/23/1999) |
| 01/03/2000 | 860 | RESPONSE by plaintiff ALL OTHER PLAINTIFFS, plaintiff CAROLEE BRADY HARTMAN in opposition to motion for order reviewing Special Master's report and recommendations regarding plaintiffs' seventh motion for interim attorneys' fees and expenses [854−1] by MARC B. NATHANSON, MADELEINE K. ALBRIGHT . (tb) (Entered: 01/04/2000) |
| 01/03/2000 | | |

| | | |
|---|---|---|
| | | USCA # 99 5424 assigned for appeal [859−1] by MARC B. NATHANSON, MADELEINE K. ALBRIGHT (bjsp) (Entered: 01/05/2000) |
| 01/03/2000 | | USCA # 99 5423 assigned for appeal [857−1] by MARC B. NATHANSON, MADELEINE K. ALBRIGHT (bjsp) (Entered: 01/05/2000) |
| 01/03/2000 | | USCA # 99 5422 assigned for appeal [856−1] by MARC B. NATHANSON, MADELEINE K. ALBRIGHT (bjsp) (Entered: 01/05/2000) |
| 01/03/2000 | | USCA # 99 5421 assigned for appeal [859−1] by MARC B. NATHANSON, MADELEINE K. ALBRIGHT (bjsp) (Entered: 01/05/2000) |
| 01/03/2000 | | USCA # 99 5420 assigned for appeal [855−1] by MARC B. NATHANSON, MADELEINE K. ALBRIGHT (bjsp) (Entered: 01/05/2000) |
| 02/09/2000 | 861 | STIPULATION REGARDING PAYMENT OF JUDGMENT OF MUSARRAT BURKIE, approved by Judge James Robertson: Musarrat Burkie to receive aggregate amount of $817,111.68 by 3/31/00. (N) (mlp) (Entered: 02/09/2000) |
| 02/10/2000 | | Tele−conference held in chambers before Judge James Robertson. Not Reported. (mlp) (Entered: 02/11/2000) |
| 02/14/2000 | 862 | NOTICE OF APPEAL by federal defendant MADELEINE K. ALBRIGHT, federal defendant MARC B. NATHANSON from judgment order [852−1] , entered on: 12/16/99. No fee paid. Govt appeal. Copes were sent out to all parties. (bjsp) (Entered: 02/16/2000) |
| 02/16/2000 | | TRANSMITTED PRELIMINARY RECORD on appeal [862−1] by MARC B. NATHANSON, MADELEINE K. ALBRIGHT to U.S. Court of Appeals (bjsp) (Entered: 02/16/2000) |
| 02/18/2000 | 863 | CERTIFIED COPY of order filed in USCA dated 2/17/00, on appeal [862−1], appeal [859−1], appeal [857−1], appeal [856−1], appeal [855−1] , dismissing appeal . USCA # 99−5420, 99−5421, 99−5422 & 99−5423 & 99−5424 (cjp) (Entered: 02/22/2000) |
| 02/22/2000 | 864 | STIPULATED ORDER by Judge James Robertson: regarding payment of judgments and post−judgment interest regarding the claims of Puspha Agnihotri and Maria Helena Santos; defts. shall pay post−judgment interest, calculated from 1/1/99 through 4/30/00 at the statutory rate of 5.224% to Pushpa Agnihotri in the amount of $20,690.24 and to Maria Helena Santos in the amount of $59,924.80. (N) (mlp) (Entered: 02/22/2000) |
| 02/25/2000 | 865 | STIPULATION REGARDING PAYMENT OF JUDGMENTS AND POST−JUDGMENT INTEREST REGARDING FIVE CLAIMS approved by Judge James Robertson: aggregate amount of each claimant's judgment and post−judgment interest is: Zelmira Hatala, $52,623.32; Halina Kaminska−Polanski, $671,146.72; Gail Oerke, $153,992.40; Kira Seminin, $637,673.72; and Donna Woolf, $135,697.16. (N) (mlp) (Entered: 02/26/2000) |
| 02/28/2000 | | USCA # 00−5091 assigned for appeal [858−1] by MARC B. NATHANSON, MADELEINE K. ALBRIGHT (cjp) (Entered: 02/29/2000) |
| 03/21/2000 | | Tele−conference held in chambers before Judge James Robertson. (Not reported) (mlp) (Entered: 03/21/2000) |
| 03/22/2000 | | |

| | | |
|---|---|---|
| | | SETTLEMENT CONFERENCE in chambers before Judge James Robertson. (Not reported) reporter: (mlp) (Entered: 03/24/2000) |
| 03/24/2000 | 866 | CONSENT DECREE approved by Judge James Robertson in favor of plaintiffs CAROLEE BRADY HARTMAN, LUBA MEDINA, ROSE KOBYLINSKI, TOURA KEM and JOSEFINA MARTINEZ and other designated class members against federal defendant MADELEINE K. ALBRIGHT, federal defendant MARC B. NATHANSON in the amount of $508,000,000.00; Exhibits (2), including summary of settlement, and comments and objections scheduling a fairness hearing at U.S. District Courthouse, in Courtroom 20, June 27, 2000 at 9:30 a.m. (N) (mlp) Modified on 04/12/2000 (Entered: 03/24/2000) |
| 03/24/2000 | | Case Reopened (mlp) (Entered: 03/31/2000) |
| 03/24/2000 | | SCHEDULING NOTICE: fairness hearing set for 9:30 6/27/00 before Judge James Robertson in Courtroom 20, 6th Floor. (mlp) (Entered: 04/13/2000) |
| 03/29/2000 | 867 | ORDER by Judge James Robertson: withdrawing by MARC B. NATHANSON, MADELEINE K. ALBRIGHT motion for order reviewing Special Master's report and recommendations regarding plaintiffs' seventh motion for interim attorneys' fees and expenses [854−1], withdrawing by ALL OTHER PLAINTIFFS motion for rule 54(b) certification and final judgment for claimant Patricia W. Viets [848−1], withdrawing by CAROLEE BRADY HARTMAN, ALL OTHER PLAINTIFFS motion for Rule 54(b) certification [827−1], withdrawing by CAROLEE BRADY HARTMAN, ALL OTHER PLAINTIFFS motion for final judgment [827−2], withdrawing by CAROLEE BRADY HARTMAN motion for Rule 54(b) certification and final judgment regarding claim pf Pushpa Agnihotri [812−1], withdrawing by PENN KEMBLE motion to modify special master's decision regarding claim of Lina Bernstein [811−1], withdrawing by CAROLEE BRADY HARTMAN, ALL OTHER PLAINTIFFS motion for Rule 54(b) certification [803−1], withdrawing by CAROLEE BRADY HARTMAN, ALL OTHER PLAINTIFFS motion for final judgment [803−2], withdrawing by ALL OTHER PLAINTIFFS motion for Rule 54(b) certification [788−1], withdrawing by ALL OTHER PLAINTIFFS motion for final judgment regarding claim of Pamela G. Carpousis [788−2], withdrawing by CAROLEE BRADY HARTMAN, ALL OTHER PLAINTIFFS motion for certifcation [784−1], withdrawing by CAROLEE BRADY HARTMAN, ALL OTHER PLAINTIFFS motion for final judgment regarding claim of Ksenia Antypiv [784−2], withdrawing by CAROLEE BRADY HARTMAN, ALL OTHER PLAINTIFFS motion to certify that there is no reason for delay of final judgment [778−1], withdrawing by CAROLEE BRADY HARTMAN, ALL OTHER PLAINTIFFS motion for final judgment on behalf of Tunde Mogan [778−2], withdrawing by PENN KEMBLE motion to modify report of Special Master regarding 1977 claim of Marie Guerrero [773−1], withdrawing by PENN KEMBLE motion to reject the Special Master's decision regarding 1975 claim of Dilara Hashem [759−1], withdrawing by PENN KEMBLE motion for review of Special Master's report and recommendations regarding plaintiffs' sixth motion for interim attorneys' fees and expenses [755−1], withdrawing by JOSEPH DUFFEY motion to reverse, or int the alternative, to modify special master's decision regarding 1975 claim of Maria Ivusic [703−1]; with leave to the moving party or parties to reinstate any or all such motions by serving written notice if, and when, approval of the settlement should be denied. (N) (mlp) (Entered: 03/29/2000) |
| 03/29/2000 | 868 | CERTIFIED COPY of order filed in USCA dated 3/29/00, on appeal [858−1] , |

| | | |
|---|---|---|
| | | dismissing appeal . USCA # 00−5091 (yy) (Entered: 03/30/2000) |
| 04/07/2000 | 869 | JOINT STIPULATION regarding the Claim of Diane Della−Loggia, approved and ordered by Judge James Robertson (see stipulation for details). (N) (mlp) Modified on 04/12/2000 (Entered: 04/09/2000) |
| 04/12/2000 | | MEMORANDUM to all counsel of record from Clerk of Court indicating scheduling of fairness hearing at 9:30 a.m. on 6/27/00 in Courtroom 20, 6th Floor; attachment. (mlp) (Entered: 04/13/2000) |
| 04/18/2000 | 871 | STIPULATED ORDER by Judge James Robertson regarding changes to notice of settlement to the plaintiff class: amending Notice of Settlement to allow all comments and objections submitted by class members to be sent to the Claims Administrator, who will then forward same to the Clerk of the Court ; attachment (Exhibit No. 2 "Notice of Settlement of Class Action.") (N) (mlp) (Entered: 04/21/2000) |
| 04/18/2000 | 872 | JOINT STIPULATION approved by Judge James Robertson : regarding claim of Lina Bernstein: defts. agree to pay Ms. Bernstein aggregate amount of $652,613.53. (N) (mlp) (Entered: 04/21/2000) |
| 04/18/2000 | 873 | ORDER FOR THE ENTRY OF JUDGMENT by Judge James Robertson in favor of claimant LINA BERNSTEIN against federal defendant MADELEINE K. ALBRIGHT, federal defendant MARC B. NATHANSON in the aggregate amount of $652,613.53; defts. shall take whatever steps are necessary to create a federal retirement account for Ms. Bernstein equivalent in all respects to what she would have held had she been hired by defts. on 1/1/84 and separated from govt. employment on 12/31/99; Ms. Bernstein should be considered eligible to participate in any fringe benefits available to federal retirees, including health insurance or life insurance. (N) (mlp) Modified on 10/26/2000 (Entered: 04/21/2000) |
| 04/20/2000 | 870 | CERTIFIED COPY of order filed in USCA dated 4/20/00, on appeal [839−1] , dismissing appeal . USCA # 99−5375 (cjp) (Entered: 04/21/2000) |
| 04/28/2000 | 874 | JOINT STIPULATION and ORDER regarding pltfs.' sixth and seventh motions for interim attorneys' fees and expenses by Judge James Robertson: no later than 45 days following the approval of the joint stipulation by the Court, deft. shall pay to the Steptoe & Johnson LLP trust account a total of $2,380,985.36. (N) (see Order for further details) (mlp) (Entered: 04/28/2000) |
| 04/28/2000 | 875 | JOINT STIPULATION and ORDER regarding pltfs.' first request for attorneys' fees and expenses by Judge James Robertson: within 45 days following the approval of the joint stipulation by the Court, deft. shall pay to the Steptoe & Johnson LLP trust account a total of $954,408.14, representing the fees and expenses through June, 1998, plus interest. (N) (mlp) (Entered: 04/28/2000) |
| 04/28/2000 | 876 | CERTIFIED COPY of Order filed in USCA dated 4/28/00, referencing appeal [842−1] , dismissing appeal . USCA # 99−5175 (cjp) (Entered: 05/01/2000) |
| 05/24/2000 | 877 | STIPULATION (JOINT) filed and fiated by Judge James Robertson regarding claim of PAMELA GOUGE CARPOUSIS. (N) (kmk) (Entered: 05/25/2000) |
| 05/25/2000 | 878 | STIPULATION filed and fiated by Judge James Robertson regarding claim of Marie C. Guerrero; attachment (1). (N) (kmk) (Entered: 05/25/2000) |
| 05/25/2000 | 879 | |

| | | |
|---|---|---|
| | | ORDER by Judge James Robertson: that the following named claimant shall have judgment against defendants for the amount set next to her name, and that the Clerk is directed to enter judgment thereon: Marie C. Guerrero: $680,409.83 and that defendants shall take whatever steps are necessary to create a federal retirement account for Ms. Guerrero, including an appropriate TSP, equivalent in all respects to what she would have held had she been hired by defendants as a mid−level Foreign Service Officer on 1/1/79 and separated from government service on 10/28/98, using the August 1998 Proxy Salary Methodology and Computation Values (February 1999 Update) for Foreign Service Officers set forth in Attachment A to the parties Joint Stipulation; and it is FURTHER ORDERED that Ms. GUERRERO shall be considered eligible to participate in any fringe benefits available to federal retirees, including health insurance or life insurance, as if she had been employed by defendants and progressed in her position from 1/1/79 until separation from government service on 10/28/98. (N) (kmk) (Entered: 05/25/2000) |
| 05/25/2000 | 880 | STIPULATION filed and fiated by Judge James Robertson regarding claim of TOURA KEM. (N) (kmk) (Entered: 05/25/2000) |
| 05/25/2000 | 881 | ORDER by Judge James Robertson: that the following named claimant shall have judgment against defendants for the amount set next to her name, and that the Clerk is directed to enter judgment thereon: TOURA KEM: $826,534.26 , and that defendants shall take whatever steps are necessary to create a federal retirement account for Ms. KEM, including an appropriate TSP, equivalent in all respects to what she would have held had she been hired by defendants on 1/1/75 and separated from government service on 12/31/99, using the Estimated Proxy Salary for Foreign Language Broadcasters set forth in Attacdhment A to the parties; Joint Stipulation , and that Ms. KEM shall be considered elgible to participate in any fringe benefits available to federal retirees, including health insurance or life insurance, as if she had been employed by Defendants and progressed in her position from 1/1/75 and separated from government service on 12/31/99. (N) (kmk) (Entered: 05/25/2000) |
| 05/25/2000 | 882 | STIPULATION (JOINT) filed and fiated by Judge James Robertson regarding claim of MARIA M. IVUSIC; attachment (1). (N) (kmk) Modified on 05/25/2000 (Entered: 05/25/2000) |
| 05/25/2000 | 883 | ORDER by Judge James Robertson: that the following named claimant shall have judgment against defendants for the amount set next to her name, and that the Clerk is directed to enter judgment thereon: MARIE M. IVUSIC: $1,008,110.50 , and that defendants shall take whatever steps are necessary to create a federal retirement account for Ms. IVUSIC, including an appropriate TSP, equivalent in all respects to what she would have held had she been hired by Defendants as International Radio Broadcasters on 1/1/76 and separated from government service on 12/31/99, using the August 1998 Proxy Salary Methodology and JComputation Values (February 1999 Update) set forth in Attachment A to the parties' Joint Stipulation; and that Ms. IVUSIC shall be considered eligible to participate in any fringe benefits available to federal retirees, including health insurance of life insurance, as if she had been employed by Defendants and progressed in her position from 1/1/76 until her separation from government service on 12/31/99. (N) (kmk) (Entered: 05/25/2000) |
| 05/25/2000 | 884 | STIPULATION (JOINT) filed and fiated by Judge James Robertson regarding payment of claim of VUKOSAVA H.HODZIC. (N) (kmk) (Entered: 05/25/2000) |
| 05/31/2000 | 885 | OBJECTIONS by plaintiff ELIN−KAITOONA GOTTSCHALK to exclusion from settlement (jf) (Entered: 06/01/2000) |

| 06/01/2000 | 886 | MOTION filed by claimant ELIN KAITOONA GOTSCHALK for leave to file proof of claim ; exhibits (2); (FIAT) ROBERTSON, J. (bjsp) (Entered: 06/02/2000) |
| 06/06/2000 | 889 | OBJECTION by claimant ZUZANNA J. DILLON to exclusion from settlement; Exhibits (2) (tth) (Entered: 06/08/2000) |
| 06/06/2000 | 890 | MOTION filed by claimant ZUZANNA J. DILLON for reconsideration of order denying her the opportunity to file proof of claim filed on 9/18/98 ; Exhibits (2) (tth) (Entered: 06/08/2000) |
| 06/06/2000 | 891 | MOTION filed by claimant PERVIZ CHOKHANI for leave to file Proof of Claim ; Exhibits (2) (tth) (Entered: 06/08/2000) |
| 06/06/2000 | 892 | OBJECTION by claimant PERVIZ CHOKHANI to exclusion from settlement; Exhibits (2) (tth) (Entered: 06/08/2000) |
| 06/07/2000 | <u>887</u> | STIPULATION filed and fiated by Judge James Robertson regarding payment of additional back pay on judgments and post−judgments interest regarding the claims of Pushpa Agnihotri, Judith Ambrose, Parvin Amini, Jahanara Hasan and Abida Ripley. (N) (jf) (Entered: 06/08/2000) |
| 06/07/2000 | 888 | LETTER to Judge JAMES ROBERTSON; (fiat) JUDGE JAMES ROBERTSON (jf) (Entered: 06/08/2000) |
| 06/12/2000 | 893 | RESPONSE by plaintiff ALL OTHER PLAINTIFFS in opposition to motion for leave to file Proof of Claim [891−1] by PERVIZ CHOKHANI . ; exhibits (7) (bjsp) (Entered: 06/14/2000) |
| 06/12/2000 | 894 | RESPONSE by federal defendant MADELEINE K. ALBRIGHT, federal defendant MARC B. NATHANSON in opposition to motion for leave to file proof of claim [886−1] by ELIN KAITOONA GOTSCHALK; Exhibits (8). (tth) (Entered: 06/14/2000) |
| 06/19/2000 | 895 | REPLY MEMORANDUM by plaintiff ELIN−KAITOONA GOTTSCHALK to defendants' response to motion for leave to file proof of claim [886−1] by ELIN KAITOONA GOTTSCHALK; attachment (1) (ab) (Entered: 06/20/2000) |
| 06/19/2000 | 896 | OPPOSITION by plaintiff CAROLEE BRADY HARTMAN, ALL OTHER PLAINTIFFS to motion for leave to file Proof of Claim [891−1] by PERVIZ CHOKHANI; exhibits (10) (ab) Modified on 06/20/2000 (Entered: 06/20/2000) |
| 06/19/2000 | 897 | OPPOSITION by plaintiff CAROLEE BRADY HARTMAN, ALL OTHER PLAINTIFFS to motion for reconsideration of order denying her the opportunity to proof of claim filed on 9/18/98 [890−1] by ZUZANNA J. DILLON; exhibits (12) (ab) (Entered: 06/20/2000) |
| 06/19/2000 | 898 | RESPONSE (CONSOLIDATED) by federal defendant MADELEINE K. ALBRIGHT, federal defendant MARC B. NATHANSON in opposition to motion for leave to file Proof of Claim [891−1] and objection to exclusion from settlement by PERVIZ CHOKHANI; Exhibits (3). (tth) Modified on 06/21/2000 (Entered: 06/21/2000) |
| 06/19/2000 | 899 | RESPONSE (CONSOLIDATED) by federal defendant MADELEINE K. ALBRIGHT, federal defendant MARC B. NATHANSON in opposition to for reconsideration of order denying her the opportunity to file proof of claim filed on 9/18/98 [890−1] by ZUZANNA J. DILLON. (tth) (Entered: 06/21/2000) |

| 06/20/2000 | 900 | OBJECTIONS by claimants to the Consent Decree; Attachments; "Let this be filed", ROBERTSON, J. (tth) (Entered: 06/22/2000) |
| 06/22/2000 | 901 | JUDGMENT by Judge James Robertson in favor of claimant, MARIE C. GUERRERO against federal defendant MADELEINE K. ALBRIGHT, et al., (kmk) (Entered: 06/22/2000) |
| 06/22/2000 | 902 | JUDGMENT by Judge James Robertson in favor of plaintiff TOURA KEM against federal defendant MADELEINE K. ALBRIGHT, et al., (kmk) (Entered: 06/22/2000) |
| 06/22/2000 | 903 | JUDGMENT by Judge James Robertson in favor of plaintiff MARIE M. IVUSIC against federal defendant MADELEINE K. ALBRIGHT, et al., (kmk) (Entered: 06/22/2000) |
| 06/22/2000 | 904 | MEMORANDUM by defendant, plaintiff of joint pre−hearing brief in support of consent decree (jf) (Entered: 06/23/2000) |
| 06/23/2000 | 905 | OPPOSITION by federal defendant MADELEINE K. ALBRIGHT, federal defendant MARC B. NATHANSON to Joyce Whiten's objection to exclusion from settlement; exhibit (1) (ab) (Entered: 06/26/2000) |
| 06/26/2000 | 906 | REPLY by claimant PERVIZ CHOKHANI to response to motion for leave to file Proof of Claim [891−1] by PERVIZ CHOKHANI; Exhibit (1) (tth) (Entered: 06/27/2000) |
| 06/26/2000 | 907 | NOTICE OF SUPPLEMENTAL AUTHORITY by claimant ZUZANNA J. DILLON, plaintiff ELIN−KAITOONA GOTTSCHALK, claimant PERVIZ CHOKHANI submitting a law review article on which they rely. P. Woolley, "Rethinking the Adequacy of Adequate Representation," 75 Tex.L.Rev. 571, 557 (1997); Attachment (1) (tth) (Entered: 06/27/2000) |
| 06/26/2000 | 908 | REPLY by claimant ZUZANNA J. DILLON to response to motion for reconsideration of order denying her the opportunity to file proof of claim filed on 9/18/98 [890−1] by ZUZANNA J. DILLON; Exhibit (1) (tth) (Entered: 06/27/2000) |
| 06/27/2000 | | FAIRNESS HEARING before Judge James Robertson: denied motion for leave to file Proof of Claim [891−1] by PERVIZ CHOKHANI, denied motion for reconsideration of order denying her the opportunity to file proof of claim filed on 9/18/98 [890−1] by ZUZANNA J. DILLON, denied motion for leave to file proof of claim [886−1] by ELIN KAITOONA GOTSCHALK; motions by ELIN KAITOONA GOTSCHALK, PERVIX CHOHANI, ZUZANNA DILLON and JOYCE WHITEN for leave to enter as class members, heard and denied; settlement approved by the Court. Order to be produced. Reporter: Dennis Dinkel (xx) (Entered: 06/28/2000) |
| 06/27/2000 | 909 | OBJECTIONS and COMMENTS to settlement agreement by 62 listed claimants; exhibits (62). (Filed in open court) (xx) (Entered: 06/28/2000) |
| 06/27/2000 | 910 | ATTORNEY APPEARANCE for movant JOYCE WHITEN by Elmer D. Ellis. (mlp) (Entered: 07/10/2000) |
| 06/27/2000 | 911 | COMMENTS and OBJECTIONS by 22 named claimants to settlement agreement; attachments. "Let this be filed, 6/26/00." Robertson, J. (fiat) (mlp) (Entered: 07/10/2000) |

| 07/10/2000 | 912 | STIPULATED ORDER by Judge James Robertson regarding claim of Dorothy Horne: judgment be entered in favor of Ms. Horne and against the deft. in the amount of $470,668.31 ; appendix A. (N) (mlp) Modified on 07/11/2000 (Entered: 07/11/2000) |
|---|---|---|
| 07/10/2000 | 913 | ORDER by Judge James Robertson: directing the Clerk to enter judgment for the claimaint Dorothy Horne, against the defts., in the amount of $470,668.31; defts. are directed to take whatever steps are necessary to create a federal retirement account for claimant, including an appropriate TSP, equivalent in all respects to what she would have held had she been hired by the deft. on 1/1/80 and separated from govt. employment on 4/22/94, using the proxy base pay history established by the damages model created for this litigation; claimant shall be considered eligible to participate in any fringe benefits available to federal retirees, including health insurance or life insurance, as if she had been employed by the deft. and progressed in her position from 1/1/80 and separated from govt. service on 4/22/94. (N) (mlp) (Entered: 07/11/2000) |
| 07/10/2000 | 914 | STIPULATED ORDER by Judge James Robertson regarding claim of Dr. Shirley Hill Witt: parties agree to entry of a consent judgment on claimant's mid−level Foreign Service Officer claim in the amount of $81,772.02, against deft. (N) (mlp) (Entered: 07/11/2000) |
| 07/10/2000 | 915 | ORDER by Judge James Robertson: directing Clerk of the Court to enter judgment in favor of claimant Dr. Shirley Hill Witt, against the defts., in the amount of $81,772.02; defts. are to take whatever steps are necessary to adjust claimant's existing retirement account to reflect a 1/1/81 service start date at the U.S. Information Agency and to adjust claimant's existing Thrift Savings Plan Account consistent with the new start date and salary used in computing back pay damages; defts. shall pay claimant for lost retirement earnings accruing from 1/1/00 until such time as claimant's retirement account is adjusted to reflect the 1/1/81 service start date, consistent with the methodology used to calculate claimant's retirement shortfall for years 1997−1999 as set forth in Attachment A to the parties joint stipulation; the retirement shortfall for year 2000 shall be calculated at a rate of $378 per month, plus post judgement interest at the statutory rate of 5.670% per annum. (N) (mlp) (Entered: 07/11/2000) |
| 07/12/2000 | 916 | ORDER by Judge James Robertson: denying written motions by Elin−Kai Toona Gottschalk, Zuzana Dillon, Perviz Chokhani and oral motion by Joyce Whiten for leave to file proofs of claim. (N) (mlp) (Entered: 07/13/2000) |
| 07/12/2000 | 917 | MEMORANDUM AND ORDER by Judge James Robertson: approving consent decree as the settlement is a fair, adequate and reasonable one. (N) (mlp) (Entered: 07/13/2000) |
| 07/25/2000 | 918 | MOTION filed by claimant PERVIZ CHOKHANI, claimant ZUZANNA J. DILLON, claimant ELIN KAITOONA GOTSCHALK for reconsideration and to amend order [916−1] denying them the opportunity to file Proofs of Claim in this litigation (tth) (Entered: 07/26/2000) |
| 07/26/2000 | 919 | MOTION filed by movant JOYCE WHITEN for reconsideration of order [916−1] denying leave to file proof of claims , and to amend order [916−1] of July 12, 2000 (jf) (Entered: 07/31/2000) |
| 08/02/2000 | 920 | STIPULATED ORDER by Judge James Robertson : regarding claim of Audra (Kunf) Ranous. (N) (jf) (Entered: 08/02/2000) |

| 08/02/2000 | 921 | ORDER by Judge James Robertson: directing the Clerk to enter judgment for the following named claimant Audra (Kunf) Ranous in the amount of $400,067.75 (N) (jf) (Entered: 08/02/2000) |
| 08/02/2000 | 922 | STIPULATED ORDER by Judge James Robertson : regarding claim of Teri Schaefer. (N) (jf) (Entered: 08/04/2000) |
| 08/02/2000 | 923 | ORDER by Judge James Robertson: directing the Clerk to enter judgment for the following named claimant Teri Schaefer in the amount of $749,723.79 (N) (jf) (Entered: 08/04/2000) |
| 08/02/2000 | 924 | STIPULATED ORDER by Judge James Robertson : regarding claim of Mehria Mustamandy. (N) (jf) (Entered: 08/04/2000) |
| 08/02/2000 | 925 | ORDER by Judge James Robertson : directing the Clerk to enter judgment for Mehria Mustamandy in the amount of $372,735.49 (N) (jf) (Entered: 08/04/2000) |
| 08/02/2000 | 926 | STIPULATED ORDER by Judge James Robertson : regarding the claim of Malabika Sur. (N) (jf) (Entered: 08/04/2000) |
| 08/02/2000 | 927 | ORDER by Judge James Robertson : directing the Clerk to enter judgment for the following named claimant Malabika Sur in the amount of $955,540.83 (N) (jf) (Entered: 08/04/2000) |
| 08/04/2000 | 928 | ORDER by Judge James Robertson: oppositions to motions for reconsideration by Cohkhani, Dillon, Gottschalk, and Whiten by class counsel or by counsel for defts. due 8/31/00. (N) (mlp) (Entered: 08/04/2000) |
| 08/04/2000 | 929 | RESPONSE by PLAINTIFFS in opposition to motion for reconsideration of order [916−1] denying leave to file proof of claims [919−1] by JOYCE WHITEN, motion to amend order [916−1] of July 12, 2000 [919−2] by JOYCE WHITEN . (tth) (Entered: 08/08/2000) |
| 08/04/2000 | 930 | RESPONSE by plaintiff ALL OTHER PLAINTIFFS in opposition to motion for reconsideration and to amend order [916−1] denying them the opportunity to file Proofs of Claim in this litigation [918−1] by ELIN KAITOONA GOTSCHALK, ZUZANNA J. DILLON, PERVIZ CHOKHANI. (tth) (Entered: 08/08/2000) |
| 08/08/2000 | 931 | JOINT MOTION for rule 54(b) certification and judgment (tth) (Entered: 08/09/2000) |
| 08/10/2000 | 932 | JUDGMENT by Clerk of the Court in favor of claimant MEHRIA MUSTAMANDY in the amount of $372,735.49 against federal defendants MADELEINE K. ALBRIGHT and MARC B. NATHANSON. (N) (mlp) (Entered: 08/10/2000) |
| 08/10/2000 | 933 | JUDGMENT by Clerk of the Court in favor of claimant Dorothy Horne in the amount of $470,668.31 against federal defendants MADELEINE K. ALBRIGHT and MARC B. NATHANSON. (N) (mlp) (Entered: 08/10/2000) |
| 08/10/2000 | 934 | JUDGMENT by Clerk of the Court in favor of claimant Dr. Shirley Hill Witt in the amount of $81,772.02 against federal defendants MADELEINE K. ALBRIGHT and MARC B. NATHANSON. (N) (mlp) (Entered: 08/10/2000) |
| 08/10/2000 | 935 | JUDGMENT by Clerk of the Court in favor of claimant Audra Ranous in the amount of $400,067.75 against federal defendants MADELEINE K. ALBRIGHT and MARC B. NATHANSON. (N) (mlp) (Entered: 08/10/2000) |

| 08/10/2000 | 936 | JUDGMENT by Clerk of the Court in favor of claimant Teri Schaefer in the amount of $749,723.79 against federal defendants MADELEINE K. ALBRIGHT and MARC B. NATHANSON. (N) (mlp) (Entered: 08/10/2000) |
|---|---|---|
| 08/10/2000 | 937 | JUDGMENT by Clerk of the Court in favor of claimant Malabika Sur in the amount of $955,540.83 against federal defendants MADELEINE K. ALBRIGHT and MARC B. NATHANSON. (N) (mlp) (Entered: 08/10/2000) |
| 08/11/2000 | 940 | REPLY by movant JOYCE WHITEN to response to motion for reconsideration of order [916−1] denying leave to file proof of claims [919−1] by JOYCE WHITEN, motion to amend order [916−1] of July 12, 2000 [919−2] by JOYCE WHITEN; Exhibit (1) (tth) Modified on 08/14/2000 (Entered: 08/14/2000) |
| 08/11/2000 | 941 | REPLY by plaintiff ELIN−KAITOONA GOTTSCHALK, claimant PERVIZ CHOKHANI, claimant ZUZANNA J. DILLON to response to motion for reconsideration and to amend order [916−1] denying them the opportunity to file Proofs of Claim in this litigation [918−1] by ELIN KAITOONA GOTSCHALK, ZUZANNA J. DILLON, PERVIZ CHOKHANI (tth) (Entered: 08/14/2000) |
| 08/14/2000 | 938 | ORDER FOR ENTRY OF JUDGMENT by Judge James Robertson: directing Clerk of the Court to enter judgment in favor of plaintiff class against defts. in the amount of Five Hundred Eight Million Dollars ($508,000,000.00). (N) (xx) (Entered: 08/14/2000) |
| 08/14/2000 | 939 | JUDGMENT by Clerk of the Court in favor of plaintiff class in the amount of Five Hundred Eight Million Dollars ($508,000,000.00) against federal defendants MADELEINE K. ALBRIGHT and MARC B. NATHANSON. (N) (xx) (Entered: 08/14/2000) |
| 08/21/2000 | 942 | ERRATA by the parties noting that Attacment No. 1 was inadvertently omitted from the parties' Joint Stipulation Regarding Claim of Audra (Kunf) Ranous and the order for the Entry of Judgment, approved by the Court and filed August 2, 2000; Attachment (1). (tth) (Entered: 08/22/2000) |
| 08/22/2000 | 943 | JOINT STIPULATED ORDER by Judge James Robertson : regarding claim of Dilara Hashem. (N) (jf) (Entered: 08/23/2000) |
| 08/22/2000 | 944 | ORDER by Judge James Robertson: directing the Clerk to enter judgment for the following named claimant Dilara Hashem in the amount of $260,330.28 (N) (jf) (Entered: 08/23/2000) |
| 08/24/2000 | 945 | MOTION filed by claimant ZUZANNA J. DILLON, plaintiff ELIN−KAITOONA GOTTSCHALK, claimant PERVIZ CHOKHANI for to intervene for the purpose of filing a notice of appeal ; EXHIBIT (INTERVENTION COMPLAINT) (jf) (Entered: 08/28/2000) |
| 08/25/2000 | 946 | RESPONSE by federal defendant in opposition to motion for reconsideration of order [916−1] denying leave to file proof of claims [919−1] by JOYCE WHITEN, motion to amend order [916−1] of July 12, 2000 [919−2] by JOYCE WHITEN, motion for reconsideration and to amend order [916−1] denying them the opportunity to file Proofs of Claim in this litigation [918−1] by ELIN KAITOONA GOTTSCHALK, ZUZANNA J. DILLON, PERVIZ CHOKHANI . (jf) (Entered: 08/28/2000) |
| 08/28/2000 | 947 | JUDGMENT by Clerk of the Court in favor of claimant DILARA HASHEM against federal defendant MADELEINE K. ALBRIGHT, federal defendant MARC |

| | | |
|---|---|---|
| | | B. NATHANSON in the amount of $260,330.28. (N) (mlp) (Entered: 08/28/2000) |
| 08/28/2000 | 948 | TRANSCRIPT filed for date(s) of 6/27/00. Reporter: Dennis A. Dinkel (tth) (Entered: 08/29/2000) |
| 08/29/2000 | 949 | NOTICE OF WITHDRAWAL of attorney Jodi Therese Tuer for ELIN−KAITOONA GOTTSCHALK. (tb) (Entered: 08/31/2000) |
| 09/07/2000 | 950 | RESPONSE (JOINT) by plaintiffs and federal defendants in opposition to motion for to intervene for the purpose of filing a notice of appeal [945−1] by PERVIZ CHOKHANI, ELIN−KAITOONA GOTTSCHALK, ZUZANNA J. DILLON . (tth) (Entered: 09/08/2000) |
| 09/18/2000 | 952 | REPLY by claimant PERVIZ CHOKHANI, plaintiff ELIN−KAITOONA GOTTSCHALK, claimant ZUZANNA J. DILLON to response to motion for to intervene for the purpose of filing a notice of appeal [945−1] by PERVIZ CHOKHANI, ELIN−KAITOONA GOTTSCHALK, ZUZANNA J. DILLON (tth) (Entered: 09/19/2000) |
| 09/19/2000 | 951 | ORDER by Judge James Robertson : denying motion for reconsideration of order [916−1], denying leave to file proof of claims [919−1] by JOYCE WHITEN, denying motion to amend order [916−1] of July 12, 2000 [919−2] by JOYCE WHITEN, denying motion for reconsideration and to amend order [916−1], denying them the opportunity to file Proofs of Claim in this litigation [918−1] by ELIN KAITOONA GOTTSCHALK, ZUZANNA J. DILLON, PERVIZ CHOKHANI. (N) (mlp) (Entered: 09/19/2000) |
| 09/22/2000 | 953 | JOINT STIPULATION approved by Judge James Robertson: regarding additional post judgment interest on claim of Vukosava Hodzic; defts. agree to pay Ms. Hodzic additional postjudgment interest in the amount of $11,987.94, to account for the delay in payment. (N) (mlp) (Entered: 09/22/2000) |
| 09/26/2000 | 954 | ORDER by Judge James Robertson : granting motion for to intervene for the purpose of filing a notice of appeal [945−1] by PERVIZ CHOKHANI, ELIN−KAITOONA GOTTSCHALK, ZUZANNA J. DILLON (N) (dcn) (Entered: 09/27/2000) |
| 09/26/2000 | 955 | INTERVENOR'S COMPLAINT by intervenor−plaintiff ZUZANNA J. DILLON, intervenor−plaintiff ELIN−KAITOONA GOTTSCHALK, intervenor−plaintiff PERVIZ CHOKHANI against federal defendant MADELEINE K. ALBRIGHT, federal defendant MARC B. NATHANSON. (tth) (Entered: 10/02/2000) |
| 10/04/2000 | 956 | NOTICE OF APPEAL by intervenor−plaintiff PERVIZ CHOKHANI, intervenor−plaintiff ZUZANNA J. DILLON, intervenor−plaintiff ELIN−KAITOONA GOTTSCHALK from order [951−1], entered on: 9/19/00, from the Judgment entered on 8/14/00; from the Judgment entered on 7/12/00; the Orders entered on 9/30/98, and 7/12/00. $5.00 filing fee paid and $100.00 docketing fee paid. Copies mailed to all parities. (tth) (Entered: 10/05/2000) |
| 10/05/2000 | | TRANSMITTED PRELIMINARY RECORD on appeal [956−1] by ELIN−KAITOONA GOTTSCHALK, ZUZANNA J. DILLON, PERVIZ CHOKHANI to U.S. Court of Appeals (tth) (Entered: 10/05/2000) |
| 10/06/2000 | 957 | STRICKEN FROM THE RECORD PURSUANT TO COURT ORDER DATED 11/6/00 −−− MOTION filed by movant JOYCE WHITEN to intervene for the purpose of filing a Notice of Appeal ; EXHIBIT (COMPLAINT) (tth) Modified on |

| | | 11/08/2000 (Entered: 10/10/2000) |
|---|---|---|
| 10/18/2000 | 958 | STRICKEN FROM THE RECORD PURSUANT TO COURT ORDER DATED 11/6/00 −−− MOTION (EX PARTE) filed by movant JOYCE WHITEN to extend time until Motion to Intervene has been granted ; EXHIBIT (1) (ag) Modified on 11/08/2000 (Entered: 10/19/2000) |
| 10/23/2000 | 959 | SECOND JOINT STIPULATION REGARDING CLAIM OF TERI SCHAEFER approved and ordered by Judge James Robertson: judgment in the amount of $654,766.54 shall be entered. (N) (mlp) (Entered: 10/24/2000) |
| 10/23/2000 | 960 | AMENDED ORDER by Judge James Robertson: claimant Teri Schaefer shall have an amended judgment against defendants in the amount of $654,766.54. (N) (mlp) (Entered: 10/24/2000) |
| 10/23/2000 | | USCA # 00−5356 assigned for appeal [956−1] by ELIN−KAITOONA GOTTSCHALK, ZUZANNA J. DILLON, PERVIZ CHOKHANI (tth) (Entered: 10/25/2000) |
| 10/24/2000 | 961 | AMENDED JUDGMENT by Clerk of the Court in favor of claimant Teri Schaefer in the amount of $654,766.54 against federal defendant MADELEINE K. ALBRIGHT, federal defendant MARC B. NATHANSON. (N) (mlp) (Entered: 10/24/2000) |
| 10/24/2000 | 962 | VACATED PURSUANT TO COURT ORDER DATED 11/6/00 −−− ORDER by Judge James Robertson : granting motion to extend time until Motion to Intervene has been granted [958−1] by JOYCE WHITEN, granting motion to intervene for the purpose of filing a Notice of Appeal [957−1] by JOYCE WHITEN (N) (mlp) Modified on 11/08/2000 (Entered: 10/25/2000) |
| 10/24/2000 | 965 | NOTICE OF APPEAL by intervenor JOYCE WHITEN from orders [917−1], [917−2], [916−1], entered on: 7/13/00 judgment order [939−1] entered on: 8/14/00, order [951−1], entered on: 9/19/00. NO FEES PAID. Copies mailed to all parties. (tth) (Entered: 10/30/2000) |
| 10/24/2000 | 966 | INTERVENOR'S COMPLAINT by intervenor−plaintiff JOYCE WHITEN against federal defendant MADELEINE K. ALBRIGHT, federal defendant MARC B. NATHANSON. (tth) (Entered: 10/31/2000) |
| 10/26/2000 | 963 | JUDGMENT by Clerk of the Court in favor of claimant LINA BERNSTEIN against federal defendants MADELEINE K. ALBRIGHT and MARC B. NATHANSON in the amount of $652,613.53. (N) (mlp) (Entered: 10/26/2000) |
| 10/27/2000 | 964 | STIPULATED ORDER by Judge James Robertson: regarding claim of Patricia W. Viets; aggregate amount of judgment is $173,301.11. (N) (mlp) (Entered: 10/27/2000) |
| 10/30/2000 | | TRANSMITTED PRELIMINARY RECORD on appeal [965−1] by JOYCE WHITEN to U.S. Court of Appeals (tth) (Entered: 10/30/2000) |
| 10/31/2000 | 967 | ORDER by Judge James Robertson: directing Clerk to enter amended judgment for claimant Patricia W. Viets in the amount of $173,301.11. (N) (mlp) (Entered: 11/01/2000) |
| 10/31/2000 | | USCA # 00 5388 assigned for appeal [965−1] by JOYCE WHITEN (bjsp) (Entered: 11/06/2000) |

| 11/01/2000 | 968 | AMENDED JUDGMENT by Clerk of the Court in favor of claimant PATRICIA W. VIETS against federal defendant MADELEINE K. ALBRIGHT, federal defendant MARC B. NATHANSON in the amount of $173,301.11. (N) (mlp) (Entered: 11/01/2000) |
|---|---|---|
| 11/02/2000 | 969 | JOINT MOTION by defendants, plaintiffa, special master, claimants, intervenor−plaintiffs, Non Party, federal defendants, to vacate 10/24/00 order granting motion of Joyce Whiten to intervene for the purpose of filing a notice of appeal and motion for extension of time to file a notice or appeal , and to strike both of the motions by Joyce Whiten ; Exhibits (3) (ag) (Entered: 11/06/2000) |
| 11/06/2000 | 970 | ORDER by Judge James Robertson : granting joint motion to vacate 10/24/00 order granting motion of Joyce Whiten to intervene for the purpose of filing a notice of appeal and motion for extension of time to file a notice or appeal [969−1] by intervenor−plaints, claimant, intervenor−plaint, federal defendant, Non Party, intervenor−plaint, claimant, special master, defendant, plaintiff, defendant, granting joint motion to strike both of the motions by Joyce Whiten [969−2] by intervenor−plaints, claimant, intervenor−plaint, federal defendant, Non Party, intervenor−plaint, claimant, special master, defendant, plaintiff, defendant (N) (lin) (Entered: 11/07/2000) |
| 11/08/2000 | | TRANSMITTED supplemental record on appeal [965−1] by JOYCE WHITEN USCA No.: 00−5388. (tth) (Entered: 11/08/2000) |
| 11/22/2000 | 971 | MOTION filed by intervenor−plaintiff JOYCE WHITEN for reconsideration of order granting joint motion to vacate [970−1] (cas) (Entered: 11/29/2000) |
| 11/30/2000 | 972 | Joint opposition by defendant ALL OTHER DEFENDANTS, defendant CHARLES Z. WICK, plaintiff ALL OTHER PLAINTIFFS, plaintiff CAROLEE BRADY HARTMAN, defendant BRUCE E. GELB, defendant JOSEPH DUFFEY, federal defendant PENN KEMBLE, federal defendant MADELEINE K. ALBRIGHT, federal defendant MARC B. NATHANSON to JOYCE WHITEN'S motion for reconsideration of order granting joint motion to vacate [970−1] [971−1] by JOYCE WHITEN; attachment(1) (cas) (Entered: 12/04/2000) |
| 12/05/2000 | 973 | ORDER by Judge James Robertson : denying motion for reconsideration of order granting joint motion to vacate [970−1] [971−1] by JOYCE WHITEN (N) (mlp) (Entered: 12/05/2000) |
| 01/19/2001 | 974 | STIPULATED ORDER by Judge James Robertson: regarding resolution of remaining retirement relief for claimant MUSARRAT BURKIE: in full and complete satisfaction of claimant's interest in or claim to a Thrift Savings Plan account, defts. shall pay to claimant $99,216.78; in full and complete satisfaction of claimant's interest in or claim to the Social Security component of her FERS retirement relief, defts. shall pay to claimant $100,000.00; defts. shall remit to claimant by wire transfer an aggregate payment of $199,216.78 by 3/31/01; nothing in this stipulation is intended to affect claimant's continued entitlement to the FERS annuity she is receiving or her continued eligibility for federal retiree benefits. (N) (mlp) (Entered: 01/19/2001) |
| 01/30/2001 | 975 | JOINT STIPULATION and ORDER approved by Judge James Robertson: regarding pltfs.' eighth request for attorneys' fees and expenses incurred from 7/1/98 through 12/31/99; deft. shall pay to the Steptoe and Johnson LLP trust account a total of $4,166,046.48. (N) (mlp) (Entered: 01/30/2001) |

| 01/30/2001 | 976 | JOINT STIPULATION filed regarding implementation of retirement relief. (N) (mlp) (Entered: 01/30/2001) |
| 01/30/2001 | 977 | ORDER by Judge James Robertson: approving joint stipulation regarding implementation of retirement relief. (N) (mlp) (Entered: 01/30/2001) |
| 02/01/2001 | 978 | JOINT STIPULATION approved by Judge James Robertson : regarding additional post−judgment interest on claim of JAHANARA HASAN ; defts. agree to pay Ms. Hasan additional post−judgment interest in the amount of $1,565.00. (N) (mlp) (Entered: 02/01/2001) |
| 02/08/2001 | 979 | NOTICE OF APPEAL by intervenor−plaintiff JOYCE WHITEN from order [973−1], entered on: 12/5/00. NO FEES PAID. Copies mailed to all parties. (tth) Modified on 02/13/2001 (Entered: 02/13/2001) |
| 02/13/2001 | | TRANSMITTED PRELIMINARY RECORD on appeal [965−1] by JOYCE WHITEN to U.S. Court of Appeals (tth) (Entered: 02/13/2001) |
| 02/26/2001 | | USCA # 01 5043 assigned for appeal [979−1] by JOYCE WHITEN (bjsp) (Entered: 02/27/2001) |
| 03/06/2001 | 980 | NOTICE OF CHANGE OF ADDRESS by Elmer Douglass Ellis representing plaintiff CAROLEE BRADY HARTMAN . New address: Elmer Douglass Ellis, Esquire 909 U Street, N.W. Washington, D.C. 20001 Suite 300, (202) 789−1975. (cas) (Entered: 03/08/2001) |
| 03/07/2001 | 981 | MOTION filed by CLASS MEMBER JOYCE WHITEN'S to extend time to 2/6/01 to file the accompanying NOTICE OF APPEAL of its order of December 5, 2000 denying her the opportunity tio file the PROOF OF CLAIM in this litigation. (cas) (Entered: 03/08/2001) |
| 03/12/2001 | 982 | ORDER by Judge James Robertson : denying motion to extend time to 2/6/01 to file the accompanying NOTICE OF APPEAL of its order of December 5, 2000 denying her the opportunity tio file the PROOF OF CLAIM in this litigation. [981−1] by JOYCE WHITEN; Ms. Whiten's recitation of "confusion of the overlapping issues pending before the Court of Appeals in a previously filed appeal" does not state either "good cause" or "excusable neglect," at least one of which is a prerequisite for the extension she seeks. (N) (mlp) (Entered: 03/12/2001) |
| 04/03/2001 | 983 | CERTIFIED COPY of order filed in USCA dated 02/09/01, on appeal [965−1] , dismissing appeal . USCA # 00−5388 (mmh) (Entered: 04/04/2001) |
| 04/05/2001 | 984 | STIPULATED ORDER by Judge James Robertson: regarding pltf.s ninth request for attorneys' fees and expenses: by 6/1/01 deft. shall pay to Steptoe and Johnson LLP trust account a total of $1,082,391.77, representing $1,061,619.41 for attorneys' fees and expensess through 6/20, plus $20,772.36 for interest through 5/31/01. (N) (mlp) (Entered: 04/09/2001) |
| 05/16/2001 | 985 | JOINT MOTION by defendants, plaintiffs , to modify judgment entered in favor of class members; Meila Bulkis, Sima Ficks, Lynn Goldman−Bartlette, Jahanara Hasan, Judith Neiman, Kira Seminin, Gail Oerke, Maria Santos (tb) (Entered: 05/17/2001) |
| 05/18/2001 | 986 | ORDER by Judge James Robertson: granting joint motion to mofify the judgment entered on 4/7/99 in favor of class member Sima Ficks; judgment is modified to delete any requirement that defts. grant priority hiring consideration to Ms. Ficks |

| | | |
|---|---|---|
| | | with retroactive appointment and front pay after 6/30/01, and to provide instead that defts. shall pay Ms. Ficks the sum of $350,000.00, over and above any amounts previously paid or currently due and owing, in satisfaction of Mr. Ficks's claims for instatement relief; for the purposes of retirement benefits and the termination of front pay, Ms. Ficks shall be treated as if she separated from govt. service as of 6/30/01. (N) (mlp) (Entered: 05/22/2001) |
| 05/18/2001 | 987 | ORDER by Judge James Robertson: granting joint motion to modify judgment entered in favor of class member Meila Balkis [985−1]; the 3/26/99 judgment entered in favor of Ms. Balkus is modified to delete any requirement that defts. grant priority hiring consideration to Ms. Balkus with retroactive appointment and front pay after 6/30/01 and to provide instead that defts. shall pay Ms. Balkus the sum of $125,000.00 over and above any amounts previously paid or currently due and owing, in satisfaction of Ms. Balkus's claims for instatement relief; for purposes of retirement benefits and the termination of front pay, Ms. Balkus shall be treated as if she separated from govt. service as of 6/30/01. (N) (mlp) (Entered: 05/22/2001) |
| 05/18/2001 | 988 | ORDER by Judge James Robertson: granting parties' joint motion to modify the judgment entered on 10/21/99 in favor of class member Kira Seminin; said judgment is modified to delete any requirement that defts. grant priority hiring consideration to Ms. Seminin with retroactive appointment and front pay after 6/30/01, and to provide instead that defts. shall pay Ms. Seminin the sum of $350,000.00 over and above any amounts previously paid or currently due and owing, in satisfaction of Ms.Seminin's claims for instatement relief; for the purposes of retirement benefits and the termination of front pay, Ms. Seminin shall be treated as if she separated from govt. service as of 6/30/01. (N) (mlp) (Entered: 05/22/2001) |
| 05/18/2001 | 989 | ORDER by Judge James Robertson: granting parties' joint motion to modify judgment entered on 9/8/99 in favor of class member Maria Santos; said judgment is modified to delete any requirement that defts. grant priority hiring consideration to Ms. Santos with retroactive appointmnet and front pay after 6/30/01 and to provide instead that defts. shall pay Ms. Santos the sum of $150,000.00 over and above any amounts previously paid or currently due and owing, in satisfaction of Ms. Santos's claims for instatement relief; for purposes of retirement benefits and the termination of front pay, Ms. Santos shall be treated as if she separated from govt. service as of 6/30/01. (N) (mlp) (Entered: 05/22/2001) |
| 05/18/2001 | 990 | ORDER by Judge James Robertson: granting parties' joint motion to modify the judgment entered on 10/21/99 in favor of class member Gail Oerke, said judgment is modified to delete any requirement that defts. grant priority hiring consideration to Ms. Oerke with retroactive appointment and front pay after 6/30/01 and to provide instead that defts. shall pay Ms. Oerke the sum of $10,000.00 over and above any amounts previously paid or currently due and owing, in satisfaction of Ms. Oerke's claims for instatement relief; for purposes of retirement benefits and the termination of front pay, Ms. Oerke shall be treated as if she separated from govt. service as of 6/30/01. (N) (mlp) (Entered: 05/22/2001) |
| 05/18/2001 | 991 | ORDER by Judge James Robertson: granting parties' joint motion to modify the judgment entered on 10/8/98 in favor of class member Judith Neiman; said judgment is modified to delete any requirement that defts. grant priority hiring consideration to Ms. Neiman with retroactive appointment and front pay after 6/30/01 and to provide instead that defts. shall pay Ms. Neiman the sum of $135,000.00 over and above any amounts previously paid or currently due and |

| | | owing, in satisfaction of Ms. Neiman's claims for instatement relief; for purposes of retirement benefits and the termination of front pay, Ms. Neiman shall be treated as if she separated from govt. service as of 6/30/01. (N) (mlp) (Entered: 05/22/2001) |
|---|---|---|
| 05/18/2001 | 992 | ORDER by Judge James Robertson: granting parties' joint motion to modify judgment entered on 10/8/98 in favor of class member Jahanara Hasan; said judgment is modified to delete any requirement that defts. grant priority hiring consideration to Ms. Hasan with retroactive appointment and front pay after 6/30/01 and to provide instead that defts. shall pay Ms. Hasan the sum of $450,000.00 over and above any amounts previously paid or currently due and owing, in satisfaction of Ms. Hasan's claims for instatement relief; for purposes of retirement benefits and the termination of front pay, Ms. Hasan shall be treated as if she separated from govt. service as of 6/30/01. (N) (mlp) (Entered: 05/22/2001) |
| 05/18/2001 | 993 | ORDER by Judge James Robertson: granting parties' joint motion to modify the judgment entered on 10/8/98 in faovr of class member Lynn Goldman−Bartlett; said judgment is modified to delete any requirement that defts. grant priority hiring consideration to Ms. Goldman−Bartlett with retroactive appointment and front pay after 6/30/01 and to provide instead that defts. shall pay Ms. Goldman−Bartlett the sum of $75,000.00 over and above any amounts previoiusly paid or currently due and owing, in satisfaction of Ms. Goldman−Bartlett claims for instatement relief; for purposes of retirement benefits and the termination of front pay, Ms. Goldman−Bartlett shall be treated as if she separated from govt. service as of 6/30/01. (N) (mlp) (Entered: 05/22/2001) |
| 05/22/2001 | 994 | STIPULATED ORDER by Judge James Robertson: regarding additional back pay and front pay on claim of Meila Balkus ; defts. agree to pay Ms. Balkus $154,710.00, representing additional back pay, front pay, and interest thereon calculated from 1/1/99 through 6/30/01 based upon the damages model created by the court appointed experts in this case; a federal retirement account shall be created for Ms. Balkus as well as a Thrift Savings Plan Account (both of which are outlined in detail in this order); attachment (1). (N) (mlp) (Entered: 05/22/2001) |
| 05/22/2001 | 995 | STIPULATED ORDER by Judge James Robertson: regarding additional back pay and front pay for claim of Sima Ficks ; defts. agree to pay Ms. Ficks $161,484.00 representing additional back pay, front pay, and interest calculated from 1/1/99 through 6/30/01 based upon the damages model created by the court appointed experts in this case; defts. shall promptly create a federal retirement account and are responsible for ensuring that a Thrift Savings Plan Account is established for Ms. Ficks as outlined in this order; attachment (1). (N) (mlp) (Entered: 05/22/2001) |
| 05/22/2001 | 996 | STIPULATED ORDER by Judge James Robertson: regarding additional back pay and front pay on claim of Lynn Goldman−Bartlett ; defts. agree to pay Ms. Goldman−Bartlett $27,647.00 representing additional back pay, front pay, and interest calculated from 1/1/99 through 6/30/01 based upon the damages model created by the court appointed experts in this case; defts. shall promptly create a federal retirement account for Ms. Goldman−Bartlett and defts. acknowledge responsibility for ensuring that a Thrift Savings Plan Account is established for Ms. Goldman−Bartlett as outlined in this order; attachment (1). (N) (mlp) (Entered: 05/22/2001) |
| 05/22/2001 | 997 | STIPULATED ORDER by Judge James Robertson: regarding additional back pay and front pay on claim of Jahanara Hasan ; defts. agree to pay Ms. Hasan $77,795.00 representing additional back pay, front pay, and interest calculated from |

| | | |
|---|---|---|
| | | 1/1/00 through 6/30/01 based upon the damages model created by the court appointed experts in this case; defts. shall promptly create a federal retirement account for Ms. Hasan and defts. acknowledge responsibility for ensuring that a Thrift Savings Plan Account is established for Ms. Hasan as outlined in this order; attachment (1). (N) (mlp) (Entered: 05/22/2001) |
| 05/22/2001 | 998 | STIPULATED ORDER by Judge James Robertson: regarding additional back pay and front pay on claim of Judith Chayes Neiman ; defts. agree to pay Ms. Neiman $109,536.00 representing additional back pay, front pay, and interest calculated from 1/1/99 through 6/30/01 based upon the damages model created by the court appointed experts in this case; defts. shall promptly create a federal retirement account for Ms. Neiman and defts. acknowledge responsibility for ensuring that a Thrift Savings Plan Account is establised for Ms. Neiman as outlined in this order; attachment (1). (N) (mlp) (Entered: 05/22/2001) |
| 05/22/2001 | 999 | STIPULATED ORDER by Judge James Robertson: regarding additional back pay and front pay for claim of Gail Oerke ; defts. agree to pay Ms. Oerke $15,441.00 representing additional back pay, front pay, and interest calculated from 1/1/99 through 6/30/01; defts. shall promptly create a federal retirement account for Ms. Oerke and defts. acknowledge responsibility for ensuring that a Thrift Savings Plan Account is established for Ms. Oerke as outlined in this order; attachment (1). (N) (mlp) (Entered: 05/22/2001) |
| 05/22/2001 | 1000 | STIPULATED ORDER by Judge James Robertson: regarding additional back pay and front pay on claim of Maria Helena Santos ; defts. agree to pay Ms. Santos $178,237.00 representing additional back pay, front pay, and interest calculated from 1/1/99 through 6/30/01; defts. shall promptly create a federal retirement account for Ms. Santos and defts. acknowledge responsibility for ensuring that a Thrift Savings Plan Account is established for Ms. Santos as outlined in this order; attachment (1). (N) (mlp) (Entered: 05/22/2001) |
| 05/22/2001 | 1001 | STIPULATED ORDER by Judge James Robertson: regarding additional back pay and front pay on claim of Kira Seminin ; defts. agree to pay Ms. Seminin $60,315.00 representing additional back pay, front pay, and interest from 1/1/00 through 6/30/01 based upon the damages model created by the court appointed experts in this case; defts. shall promptly create a federal retirement account for Ms. Seminin and defts. acknowledge responsibility for ensuring that a Thrift Savings Plan Account is established for Ms. Seminin as outlined in this order; attachment (1). (N) (mlp) (Entered: 05/22/2001) |
| 07/06/2001 | 1002 | CERTIFIED COPY of order filed in USCA dated 3/15/01, on appeal [956−1] , affirming the judgment of USDC . USCA # 00−5356 (bcs) (Entered: 07/09/2001) |
| 07/11/2001 | 1003 | CERTIFIED COPY of order filed in USCA dated 5/10/01, on appeal [979−1] , dismissing appeal . USCA # 01−5043 (bcs) (Entered: 07/16/2001) |
| 07/17/2001 | 1004 | JOINT STIPULATION regarding additional back pay and interest for claim of Pushpa Agnihotri, approved by Judge James Robertson: defts. agree to pay claimant $2,869.21, which represents additional back pay for the period 1/1/00 through 2/22/01, the effective date of claimant's salary adjustment, plus interest calculated through 8/31/01; (see Order for further details) ; attachment (1). (N) (mlp) (Entered: 07/17/2001) |
| 10/30/2001 | 1005 | STIPULATED ORDER by Judge James Robertson: on or before 12/15/01 deft. shall pay to the Steptoe & Johnson LLP trust account a total of $891,341.91, |

| | | representing attorneys' fees and expenses through Dec. 2000 and interest. (N) (mlp) (Entered: 10/30/2001) |
|---|---|---|
| 02/19/2002 | 1007 | STATEMENT filed by parties regarding: calculation and payment of judgment and post−judgment interest. (aet) (Entered: 02/27/2002) |
| 02/21/2002 | 1006 | STIPULATED ORDER by Judge James Robertson: regarding payment of additional back pay on judgment and post−judgment interest regarding the claim of Parvin Amini; the stipulated amount, plus the post−judgment interest shall be paid by a U.S. govt. check made payable to Ms. Parin Amini in the aggregate amount of $81,249.15 ; attachment. (N) (mlp) (Entered: 02/21/2002) |
| 03/07/2002 | 1008 | CERTIFIED COPY of order filed in USCA dated 03/07/02, on appeal [689−1] , dismissing appeal . USCA # 98−5577 (mmh) (Entered: 03/12/2002) |
| 03/25/2002 | 1009 | STIPULATED ORDER REGARDING PAYMENT OF ADDITIONAL BACK PAY AND INTEREST TO JUDITH AMBROSE by Judge James Robertson : (N) (lin) (Entered: 03/25/2002) |
| 04/24/2002 | 1010 | STIPULATION REGARDING ALLOCATION OF JUDGMENT BETWEEN BACKPAY AND INTEREST approved by Judge James Robertson : parties agree that a reasonable, appropriate allocation of the total settlement paid (including both pre−judgment and post−judgment interest) is as follows: 66% of the settlement paid is for backpay and 34% of the settlement is for interest. (N) (mlp) (Entered: 04/25/2002) |
| 06/20/2002 | 1013 | Joint STIPULATION AND ORDER: Regarding plaintiffs' Eleventh request for attorneys' fees and expenses, approved by Judge James Robertson : (N) (whb) (Entered: 06/25/2002) |
| 06/21/2002 | 1012 | STIPULATION filed and fiated by Judge James Robertson regarding additional back pay and front pay on claim of Dilara Hashem. (N) (whb) (Entered: 06/25/2002) |
| 06/25/2002 | 1011 | STIPULATION filed and fiated by Judge James Robertson regarding additional back pay and front pay of claim of Sonya Davis. (N) (whb) (Entered: 06/25/2002) |
| 07/24/2002 | 1014 | STIPULATION filed and fiated by Judge James Robertson regarding payment of additional back pay on judgment and post−judgment interest regarding the claim of Parvin Amini. (N) (dam) (Entered: 07/24/2002) |
| 06/19/2003 | 1015 | STIPULATION filed and fiated by Judge James Robertson regarding payment of additional back pay on judgment and post−judgment interest regarding the claim of Abida Ripley. (N) (dam) (Entered: 06/20/2003) |
| 06/30/2003 | 1016 | STIPULATION filed and fiated by Judge James Robertson regarding plaintiffs' twelfth request for attorneys' fees and expenses. (N) (dam) (Entered: 07/01/2003) |
| 04/15/2004 | 1017 | STIPULATION *Joint Stipulation and Order Regarding Plaintiffs' Thirteenth Request for Attorneys' Fees and Expenses* by MADELEINE K. ALBRIGHT, MARC B. NATHANSON. (Van Horn, Daniel) (Entered: 04/15/2004) |
| 04/16/2004 | | MINUTE ENTRY: Court approves and so orders joint stipulation and order regarding plaintiffs' thirteenth request for attorneys' fees and expenses 1017 . Signed by Judge James Robertson on April 16, 2004. (MT) (Entered: 04/16/2004) |
| 04/27/2004 | 1018 | STIPULATION *Regarding Additional Back Pay and Post−Judgment Interest Regarding The Claim of Audra Ranous* by MADELEINE K. ALBRIGHT, ALL |

| | | |
|---|---|---|
| | | OTHER DEFENDANTS, JOSEPH DUFFEY, BRUCE E. GELB, PENN KEMBLE, MARC B. NATHANSON, CHARLES Z. WICK. (Van Horn, Daniel) (Entered: 04/27/2004) |
| 04/28/2004 | | MINUTE ENTRY: Court approves and so orders defendants' stipulation regarding additional back pay and post−judgment interest regarding the claim of Audra Ranous 1018 . Signed by Judge James Robertson on April 28, 2004. (MT) (Entered: 04/28/2004) |
| 04/29/2004 | 1019 | NOTICE of Appearance by Jonathan C. Puth on behalf of all plaintiffs (Puth, Jonathan) (Entered: 04/29/2004) |
| 03/30/2005 | 1020 | STIPULATION *for Entry of Judgment for Claimant Teri Schaefer Helling* by CAROLEE BRADY HARTMAN. (Puth, Jonathan) (Entered: 03/30/2005) |
| 04/11/2005 | | MINUTE ORDER: Court approves and so orders stipulation for entry of judgment for claimant Teri Schaefer Helling 1020 . Signed by Judge James Robertson on April 11, 2005. (MT) (Entered: 04/11/2005) |
| 05/02/2005 | 1021 | STIPULATION *for Entry of a Consent Judgment for Claimant Tunde Mogan* by CAROLEE BRADY HARTMAN. (Puth, Jonathan) (Entered: 05/02/2005) |
| 05/03/2005 | | MINUTE ORDER: Court approves and so orders stipulation for entry of a consent judgment for claimant Tunde Mogan 1021 . Signed by James Robertson on May 3, 2005. (MT) (Entered: 05/03/2005) |
| 05/11/2005 | 1022 | STIPULATION *Joint Stipulation Regarding Claim of Sabeth Ramirez* by MADELEINE K. ALBRIGHT, MARC B. NATHANSON. (Attachments: # 1 Exhibit A# 2 Exhibit B)(Van Horn, Daniel) (Entered: 05/11/2005) |
| 05/11/2005 | | MINUTE ORDER: Court approves and so orders joint stipulation regarding claim of Sabeth Ramirez 1022 . Signed by Judge James Robertson on May 11, 2005. (MT) (Entered: 05/11/2005) |
| 06/03/2005 | 1023 | STIPULATION *Joint Stipulation and Order Regarding Plaintiff's Fourteenth Request for Attorney's Fees and Expenses* by MADELEINE K. ALBRIGHT, MARC B. NATHANSON. (Van Horn, Daniel) (Entered: 06/03/2005) |
| 06/14/2005 | | MINUTE ORDER: Court approves joint stipulation and order for attorney's fees and expenses 1023 . Signed by Judge James Robertson on June 14, 2005. (MT) (Entered: 06/14/2005) |
| 06/01/2006 | 1024 | NOTICE of Settlement *Joint Stipulation and Order Regarding Plaintiffs' Fifteenth Request for Attorneys' Fees and Expenses* by MADELEINE K. ALBRIGHT (Van Horn, Daniel) (Entered: 06/01/2006) |
| 06/02/2006 | | MINUTE ORDER approving and so ordering joint stipulation and order regarding plaintiffs' fifteenth request for attorneys' fees and expenses 1024 . Signed by Judge James Robertson on June 2, 2006. (MT) (Entered: 06/02/2006) |
| 06/22/2007 | 1025 | NOTICE of Settlement *Regarding Plaintiffs' Sixteenth Request for Attorneys' Fees and Expenses* by all defendants (Van Horn, Daniel) (Entered: 06/22/2007) |
| 06/29/2007 | | MINUTE ORDER that the joint stipulation and order regarding plaintiffs' sixteenth request for attorneys' fees and expenses 1025 is approved and so ordered. Signed by Judge James Robertson on June 29, 2007. (MT) (Entered: 06/29/2007) |

| 06/23/2008 | 1026 | STIPULATION *(Joint) and Order Regarding Plaintiffs' Seventeenth Request for Attorneys' Fees and Expenses* by MADELEINE K. ALBRIGHT. (Van Horn, Daniel) (Entered: 06/23/2008) |
|---|---|---|
| 07/03/2008 | | MINUTE ORDER that the joint stipulation and order 1026 is approved and so ordered. Signed by Judge James Robertson on July 3, 2008. (MT) (Entered: 07/03/2008) |
| 10/10/2008 | 1027 | STIPULATION *[JOINT] REGARDING CLAIM OF CAROLYN TURNER* by MADELEINE K. ALBRIGHT, MARC B. NATHANSON. (Attachments: # 1 Exhibit Imputed Earnings History, # 2 Exhibit TSP Contribution Schedule)(Van Horn, Daniel) (Entered: 10/10/2008) |
| 10/17/2008 | | MINUTE ORDER that the joint stipulation regarding claim of Carolyn Turner 1027 is approved and so ordered. Signed by Judge James Robertson on October 17, 2008. (MT) (Entered: 10/17/2008) |
| 03/27/2009 | 1028 | NOTICE of Settlement *Regarding Abida Ripley (Joint Stipulation)* by all defendants (Attachments: # 1 Exhibit Imputed Earnings History, # 2 Exhibit TSP Contributions)(Van Horn, Daniel) (Entered: 03/27/2009) |
| 04/09/2009 | 1029 | JOINT STIPULATION REGARDING ABIDA RIPLEY. Signed by Judge James Robertson. (Attachments: # 1 Table)(tb, ) (Entered: 04/09/2009) |
| 04/15/2009 | 1030 | STIPULATION *(Joint) and Order Regarding Plaintiffs' Eighteenth Request for Attorneys' Fees and Expenses* by MADELEINE K. ALBRIGHT. (Van Horn, Daniel) (Entered: 04/15/2009) |
| 04/16/2009 | 1031 | JOINT STIPULATION AND ORDER regarding Plaintiffs' Eighteenth request for Attorneys' fees and expenses. Signed by Judge James Robertson on 4/16/09. (cp, ) (Entered: 04/17/2009) |
| 03/10/2010 | 1032 | NOTICE of Settlement *JOINT STIPULATION AND ORDER REGARDING PLAINTIFFS' NINETEENTH REQUEST FOR ATTORNEYS' FEES AND EXPENSES* by MADELEINE K. ALBRIGHT, ALL OTHER DEFENDANTS, JOSEPH DUFFEY, BRUCE E. GELB, PENN KEMBLE, MARC B. NATHANSON, CHARLES Z. WICK (Van Horn, Daniel) (Entered: 03/10/2010) |
| 03/12/2010 | 1033 | JOINT STIPULATION AND ORDER REGARDING PLAINTIFFS' NINETEENTH REQUEST FOR ATTORNEYS' FEES AND EXPENSES. Signed by Judge James Robertson on 3/12/10. (cp) (Entered: 03/12/2010) |
| 09/10/2010 | 1034 | Joint MOTION for Order *Approving Stipulation Regarding Payment of Additional Back Pay and Post−Judgment Interest Regarding Claim of Audra Ranous* by MADELEINE K. ALBRIGHT, ALL OTHER DEFENDANTS, ALL OTHER PLAINTIFFS, CAROLEE BRADY HARTMAN (Puth, Jonathan) Modified on 10/5/2010 (jeb, ). (Referred to Judge Leon on 10/4/10 as Motions Judge) (Entered: 09/10/2010) |
| 10/12/2010 | 1035 | STIPULATED ORDER granting 1034 Joint MOTION for Order Approving Stipulation Regarding Payment of Additional Back Pay and Post−Judgment Interest Regarding Claim of Audra Ranous by MADELEINE K. ALBRIGHT, ALL OTHER DEFENDANTS, ALL OTHER PLAINTIFFS, CAROLEE BRADY HARTMAN. Signed by Judge Richard J. Leon on 10/7/10. (jeb, ) (Entered: 10/12/2010) |
| 04/26/2011 | 1036 | |

| | | |
|---|---|---|
| | | STIPULATION *JOINT STIPULATION AND ORDER REGARDING PLAINTIFFS' TWENTIETH REQUEST FOR ATTORNEYS' FEES AND EXPENSES* by MADELEINE K. ALBRIGHT, ALL OTHER DEFENDANTS. (Van Horn, Daniel) Forwarded to Judge Reggie B. Walton as Motions Judge on 4/27/2011 (ds). (Entered: 04/26/2011) |
| 04/28/2011 | 1037 | JOINT STIPULATION AND ORDER REGARDING Plaintiffs' Twentieth Request for Attorneys' Fees and Expenses. Signed by Judge Reggie B. Walton on 4/27/11. (mpt, ) (Entered: 04/29/2011) |
| 10/31/2011 | 1038 | STIPULATION *(JOINT) REGARDING CLAIM OF SHEILA BURNS* by ALL OTHER DEFENDANTS. (Van Horn, Daniel) Forward to Judge Beryl A. Howell as Motions Judge on 11/1/2011 (ds). (Entered: 10/31/2011) |
| 11/03/2011 | 1039 | JOINT STIPULATION AND ORDER Regarding Claim of Shelia Burns. Signed by Judge Beryl A. Howell on 11/3/11. (alg) (Entered: 11/03/2011) |
| 05/11/2012 | 1040 | STIPULATION *(Joint) and Order Regarding Plaintiffs' Twenty−First Request for Attorneys' Fees and Expenses* by ALL OTHER DEFENDANTS. (Van Horn, Daniel) (Entered: 05/11/2012) |
| 05/17/2012 | 1041 | JOINT STIPULATION AND ORDER FOR ATTORNEY FEES AND EXPENSES, Signed by Judge Richard W. Roberts on 5/17/2012. (hs) (Entered: 05/17/2012) |
| 09/10/2012 | 1042 | STIPULATION *Regarding Payment of Additional Back Pay and Retirement Benefits Regarding Claim of Donna Woolf* by MADELEINE K. ALBRIGHT, ALL OTHER DEFENDANTS. (Attachments: # 1 Exhibit FSO−Asher Backpay Damages Model, # 2 Exhibit Supplemental Woolf Backpay Calculations, # 3 Exhibit Woolf TSP Calculations)(Van Horn, Daniel) (Referred to Judge Wilkins as the Motions Judge for the week of 9/10/12) (gt, ). (Entered: 09/10/2012) |
| 09/12/2012 | 1043 | JOINT STIPULATION AND ORDER REGARDING PAYMENT OF ADDITIONAL BACK PAY AND RETIREMENT BENEFITS REGARDING THE CLAIM OF DONNA WOOLF. (See Document for Complete Details) Signed by Judge Robert L. Wilkins on 9/12/2012. (jth) (Entered: 09/12/2012) |
| 04/12/2013 | 1044 | NOTICE of Settlement *regarding Plaintiffs' Twenty−Second Request for Attorneys' Fees and Expenses* by All Defendants (Van Horn, Daniel) Modified on 4/15/2013 (gt, ). (Forwarded to Judge Boasberg sitting as the April 2013 Motions Judge.) (Entered: 04/12/2013) |
| 04/16/2013 | 1045 | JOINT STIPULATION AND ORDER Regarding Plaintiffs' Twenty−Second Request For Attorneys' Fees And Expenses. Signed by Judge James E. Boasberg on 4/16/2013. (ad) (Entered: 04/16/2013) |
| 04/14/2014 | 1046 | STIPULATION *[Joint] and Order Regarding Plaintiffs' Twenty−Third Request for Attorneys' Fees and Expenses* by MADELEINE K. ALBRIGHT, ALL OTHER DEFENDANTS. (Van Horn, Daniel)(Stipulation forwarded to Judge Collyer in her capacity as the April Motions Judge.) Modified on 4/15/2014 (gt, ). (Entered: 04/14/2014) |
| 04/16/2014 | 1047 | JOINT STIPULATION AND ORDER REGARDING PLAINTIFFS' TWENTY−THIRD REQUEST FOR ATTORNEYS' FEES AND EXPENSES. Signed by Judge Rosemary M. Collyer on April 16, 2014. (cdw) (Entered: 04/16/2014) |

| 08/27/2014 | 1048 | STIPULATION *[JOINT] AND CONSENT JUDGMENT REGARDING THE CLAIM OF MEHRIA MUSTAMANDY* by MADELEINE K. ALBRIGHT, ALL OTHER DEFENDANTS. (Van Horn, Daniel) (Entered: 08/27/2014) |
|---|---|---|
| 09/12/2014 | 1049 | JOINT STIPULATION AND CONSENT JUDGMENT AND ORDER REGARDING THE CLAIM OF MEHRIA MUSTAMANDY : Defendants shall pay to the Estate of Mehria Mustamandy the total amount of $374,880.00; Defendants shall either deliver a check in the amount of $374,880.00 to Plaintiffs' counsel, Webster Fredrickson Correa & Puth, PLLC, or effectuate an electronic funds transfer for the Estate of Mehria Mustamandy to an account to be identified by Plaintiffs' counsel; if Defendants are unable to make such payment by 10/31/14, Defendants agree to pay such additional post−judgment interest as may accrue thereafter until the date payment is made; signed by Judge Ketanji Brown Jackson on 9/11/14. (kk) (Entered: 09/12/2014) |
| 09/30/2014 | 1050 | Mail Returned as Undeliverable : Joint Stipulation and Consent Judgment, filed 9/12/14, addressed to Najma Qureshi, returned. No forwarding address provided. (kk) (Entered: 10/03/2014) |
| 04/09/2015 | 1051 | STIPULATION *[Joint] and [Proposed] Order Regarding Plaintiffs' Twenty−Fourth Request for Attorneys' Fees and Expenses* by ALL OTHER DEFENDANTS. (Van Horn, Daniel)(Forwarded to Judge Mehta sitting as the April 2015 Motions Judge.) Modified on 4/20/2015 (gt, ). (Entered: 04/09/2015) |
| 04/27/2015 | 1052 | JOINT STIPULATION AND ORDER REGARDING PLAINTIFFS TWENTY−FOURTH REQUEST FOR ATTORNEYS FEES AND EXPENSES. Signed by Judge Amit P. Mehta on April 26, 2015. (cdw) (Entered: 04/27/2015) |
| 12/10/2015 | 1053 | STIPULATION *AND CONSENT JUDGMENT REGARDING THE CLAIM OF HANA DEMETZ−ROSSKAM* by ALL OTHER PLAINTIFFS. (Simpson, Geoffrey) (Entered: 12/10/2015) |
| 12/10/2015 | 1054 | STIPULATION *AND CONSENT JUDGMENT REGARDING THE CLAIM OF SOPHY GOLDBERG* by ALL OTHER PLAINTIFFS. (Simpson, Geoffrey) (Entered: 12/10/2015) |
| 01/06/2016 | 1055 | ERRATA by ALL OTHER PLAINTIFFS 1053 Stipulation filed by ALL OTHER PLAINTIFFS. (Simpson, Geoffrey) (Entered: 01/06/2016) |
| 01/06/2016 | 1056 | ERRATA by ALL OTHER PLAINTIFFS 1054 Stipulation filed by ALL OTHER PLAINTIFFS. (Simpson, Geoffrey) (Entered: 01/06/2016) |
| 01/07/2016 | 1057 | ERRATA by ALL OTHER PLAINTIFFS 1053 Stipulation filed by ALL OTHER PLAINTIFFS. (Simpson, Geoffrey) (Entered: 01/07/2016) |
| 01/07/2016 | 1058 | Joint Stipulation and Consent Judgment Regarding the Claim of Hana Demetz−Rosskam. Signed by Judge Beryl A. Howell on January 7, 2016. (lcbah1) (Entered: 01/07/2016) |
| 01/07/2016 | 1059 | Joint Stipulation and Consent Judgment Regarding the Claim of Sophy Goldberg. Signed by Judge Beryl A. Howell on January 7, 2016. (lcbah1) (Entered: 01/07/2016) |
| 05/06/2016 | 1060 | Joint MOTION for OPM to Release Personnel Information by ALL OTHER PLAINTIFFS (Attachments: # 1 Text of Proposed Order)(Simpson, Geoffrey) (Entered: 05/06/2016) |

| 06/13/2016 | 1061 | ORDER granting 1060 Joint Motion for OPM to Release Personnel Information Regarding The Claim of Maria Helena Santos. (See Order for details). Signed by Judge Christopher R. Cooper on 6/8/2016. (kt) (Entered: 06/13/2016) |
| --- | --- | --- |
| 07/14/2016 | 1062 | STIPULATION *(JOINT) AND ORDER REGARDING PLAINTIFFS' TWENTY−FIFTH REQUEST FOR ATTORNEYS' FEES AND EXPENSES* by MADELEINE K. ALBRIGHT, ALL OTHER DEFENDANTS. (Van Horn, Daniel) (Entered: 07/14/2016) |
| 08/02/2016 | 1063 | ORDER: REGARDING PLAINTIFFS' TWENTY−FIFTH REQUEST FOR FEES AND EXPENSES. Signed by Judge Tanya S. Chutkan on 8/2/16. (DJS) (Entered: 08/02/2016) |
| 05/01/2017 | 1064 | STIPULATION *(JOINT) AND PROPOSED ORDER REGARDING PLAINTIFFS' TWENTY−SIXTH REQUEST FOR ATTORNEYS' FEES AND EXPENSES* by ALL OTHER DEFENDANTS. (Van Horn, Daniel) (Entered: 05/01/2017) |
| 05/18/2017 | 1065 | ORDER, approving 1064 Joint Stipulation Regarding Plaintiffs' Twenty−Sixth Request For Attorneys' Fees And Expenses. Signed by Judge Ketanji Brown Jackson on 5/18/17. (gdf) (Entered: 05/18/2017) |
| 06/01/2017 | 1066 | STIPULATION *REGARDING CLAIM OF AUDRA RANOUS (KUNF)* by ALL OTHER PLAINTIFFS. (Simpson, Geoffrey) (Entered: 06/01/2017) |
| 06/12/2017 | 1067 | JOINT STIPULATION REGARDING CLAIM OF AUDRA RANOUS (KUNF) filed by the parties. See stipulation for full details. Signed by Judge Tanya S. Chutkan. (tb) (Entered: 06/12/2017) |
| 06/14/2017 | 1068 | STIPULATION *REGARDING CLAIM OF THE ESTATE OF ETEL BERGER* by ALL OTHER PLAINTIFFS. (Simpson, Geoffrey) (Entered: 06/14/2017) |
| 10/19/2017 | 1069 | STIPULATION by JUDITH AMBROSE. (Simpson, Geoffrey) (Entered: 10/19/2017) |
| 10/19/2017 | 1070 | STIPULATION *REGARDING THE CLAIM OF HELENA MARIA SANTOS* by ALL OTHER PLAINTIFFS. (Simpson, Geoffrey) (Entered: 10/19/2017) |
| 10/23/2017 | 1071 | JOINT STIPULATION REGARDING CLAIM OF THE ESTATE OF ETEL BERGER. Signed by Judge Tanya S. Chutkan on 10/23/2017. (jth) (Entered: 10/23/2017) |
| 12/18/2017 | 1072 | STIPULATION AND ORDER re 1069 . Signed by Judge Christopher R. Cooper on 12/18/17. (lsj) (Entered: 12/19/2017) |
| 12/18/2017 | 1073 | STIPULATION AND ORDER re 1070 . Signed by Judge Christopher R. Cooper on 12/18/17. (lsj) (Entered: 12/19/2017) |
| 06/22/2018 | 1074 | STIPULATION *Regarding Claims of Kira Seminin* by ALL OTHER PLAINTIFFS. (Simpson, Geoffrey) (Entered: 06/22/2018) |
| 06/27/2018 | 1075 | STIPULATION and ORDER. Signed by Judge James E. Boasberg on 6/27/2019. (lcjeb2) (Entered: 06/27/2018) |
| 08/09/2018 | 1076 | STIPULATION *(Joint) regarding Plaintiffs' Twenty−Seventh Request for Attorneys' Fees and Expenses* by MADELEINE K. ALBRIGHT, ALL OTHER DEFENDANTS. (Van Horn, Daniel) (Entered: 08/09/2018) |

| | | |
|---|---|---|
| 08/13/2018 | 1077 | STIPULATION AND ORDER. Signed by Judge Amit P. Mehta on 8/13/2018. (tth) (Entered: 08/16/2018) |
| 09/25/2019 | 1078 | STIPULATION *[JOINT] re 28th Attorneys' Fees Petition* by ALL OTHER DEFENDANTS. (Van Horn, Daniel) (Entered: 09/25/2019) |
| 09/30/2019 | 1079 | STIPULATION AND ORDER. Signed by Judge Ketanji Brown Jackson on 9/30/2019. (zrdj) (Entered: 10/01/2019) |
| 10/10/2019 | 1080 | MOTION for Attorney Fees *Final Determination of Attorneys' Fees* by ALL OTHER PLAINTIFFS, CAROLEE BRADY HARTMAN (Attachments: # 1 Text of Proposed Order)(Warin, Roger) (Entered: 10/10/2019) |
| 10/10/2019 | 1081 | MEMORANDUM re 1080 MOTION for Attorney Fees *Final Determination of Attorneys' Fees* filed by CAROLEE BRADY HARTMAN, ALL OTHER PLAINTIFFS by ALL OTHER PLAINTIFFS, CAROLEE BRADY HARTMAN. (Attachments: # 1 Exhibit 01 − Expert Report of Professor William Rubenstein, # 2 Exhibit 02 − Fredrickson Declaration, # 3 Exhibit 03 − Brackshaw Declaration, # 4 Exhibit 04 − Gies Declaration, # 5 Exhibit 05 − Huron Declaration, # 6 Exhibit 06 − Lang Declaration, # 7 Exhibit 07 − Simpson Declaration)(Warin, Roger) (Entered: 10/10/2019) |
| 10/16/2019 | | Case randomly reassigned to Judge Amit P. Mehta. Judge James Robertson has retired and is no longer assigned to the case. (ztnr) (Entered: 10/16/2019) |
| 10/17/2019 | | MINUTE ORDER. Defendants shall file their opposition to Plaintiffs' Motion for Final Determination of Fees by January 10, 2020. Plaintiffs shall file their reply brief by February 28, 2020. Furthermore, the parties shall appear for a status hearing on October 30, 2019, at 10:15 a.m. in Courtroom 10. Signed by Judge Amit P. Mehta on 10/17/2019. (lcapm1) (Entered: 10/17/2019) |
| 10/17/2019 | | Set/Reset Deadlines/Hearings: Opposition due by 1/10/2020. Reply Brief due by 2/28/2020. Status Conference set for 10/30/2019 at 10:15 AM in Courtroom 10 before Judge Amit P. Mehta. (zjd) Modified opposition due date on 10/30/2019 (zjd). (Entered: 10/21/2019) |
| 10/30/2019 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Status Conference held on 10/30/2019. Status Conference set for 3/18/2020 at 10:00 AM in Courtroom 10 before Judge Amit P. Mehta. (Court Reporter: William Zaremba) (zjd) (Entered: 10/30/2019) |
| 11/08/2019 | 1082 | ERRATA by ALL OTHER PLAINTIFFS, CAROLEE BRADY HARTMAN 1081 Memorandum,, filed by CAROLEE BRADY HARTMAN, ALL OTHER PLAINTIFFS. (Attachments: # 1 Exhibit 04 Gies Declaration (Amended), # 2 Exhibit 06 Lang Declaration (Amended))(Warin, Roger) (Entered: 11/08/2019) |
| 01/10/2020 | 1083 | Memorandum in opposition to re 1080 MOTION for Attorney Fees *Final Determination of Attorneys' Fees* filed by ALL OTHER DEFENDANTS. (Attachments: # 1 Exhibit 1994 Malson Affidavit and 1993 Gies Affidavit, # 2 Exhibit 1994 Doyle Affidavit, # 3 Exhibit Plaintiffs' 2/16/96 Memorandum in support of Second Fee Petition, # 4 Exhibit 1996 Malson Affidavit, # 5 Exhibit 1996 Doyle Affidavit, # 6 Exhibit 1995 Huron Declaration, # 7 Exhibit 1999 Malson Declaration and related tables from Seventh Fee Petition, # 8 Declaration Van Horn Declaration, # 9 Declaration Parish Declaration, # 10 Exhibit Index to Selected Record Materials, # 11 Exhibit Order of Reference to Special Master 10/1/91, # 12 |

| | | |
|---|---|---|
| | | Exhibit Special Master's Report on First Fee Petition 2/18/94, # 13 Exhibit Plaintiffs' Reply to Special Master's Report and Defendant's Objections re First Fee Petition 3/15/94, # 14 Exhibit Plaintiff's Memorandum re First Fee Petition 3/23/94, # 15 Exhibit Special Masters 1/17/95 Report, # 16 Exhibit Order re Interim Fee Award 1/24/95, # 17 Exhibit Special Master's Report re Second Fee Petition 5/15/96, # 18 Exhibit District Court's Memorandum re FSO Positions 6/24/97, # 19 Exhibit Memorandum Order re Prejudgment Interest 2/5/98, # 20 Exhibit Special Master's Report re Fifth Fee Petition 4/15/98, # 21 Exhibit Memorandum Order 6/17/98, # 22 Exhibit Special Master's Report re Seventh Fee Petition 12/6/99, # 23 Exhibit Consent Decree 3/24/00, # 24 Exhibit Joint Pre−Hearing Brief in Support of Consent Decree 6/22/00, # 25 Text of Proposed Order)(Van Horn, Daniel) (Entered: 01/10/2020) |
| 01/16/2020 | 1084 | Unopposed MOTION for Leave to File *Supplementary Exhibits* by ALL OTHER DEFENDANTS (Attachments: # 1 Exhibit Memorandum in Support of Seventh Petition filed with Special Master on 5/25/99, # 2 Exhibit 1999 Huron Declaration and Related Tables submitted with Seventh Petition, # 3 Text of Proposed Order)(Van Horn, Daniel) (Entered: 01/16/2020) |
| 01/16/2020 | 1085 | ERRATA *of Filing of Defendants' Corrected Opposition to Plaintiffs' Motion for Final Determination of Attorneys' Fees* by ALL OTHER DEFENDANTS (Attachments: # 1 Errata Defendants' Corrected Opposition to Plaintiffs' Motion for Final Determination of Attorneys' Fees)(Van Horn, Daniel) Modified on 1/23/2020 to correct docket event (eg). (Entered: 01/16/2020) |
| 01/16/2020 | | MINUTE ORDER granting 1084 Unopposed Motion for Leave to File Supplemental Exhibits. Signed by Judge Amit P. Mehta on 1/16/2020. (lcapm1) (Entered: 01/16/2020) |
| 01/16/2020 | 1086 | SUPPLEMENTAL MEMORANDUM re 1083 Memorandum in opposition to re 1080 MOTION for Attorney Fees Final Determination of Attorneys' Fees filed by ALL OTHER DEFENDANTS. (Attachments: # 1 Exhibit)(jf) (Entered: 01/24/2020) |
| 02/28/2020 | 1087 | REPLY re 1083 Memorandum in Opposition,,,,,, 1086 Supplemental Memorandum *in Support of Plaintiffs' Motion for a Final Determination of Attorneys' Fees* filed by ALL OTHER PLAINTIFFS, CAROLEE BRADY HARTMAN. (Attachments: # 1 Exhibit 01 − Supp Lang Decl, # 2 Exhibit 02 − Rubenstein Reply Report, # 3 Exhibit 03 − Supp Fredrickson Decl)(Warin, Roger) (Entered: 02/28/2020) |
| 03/10/2020 | 1088 | Unopposed MOTION for Leave to File *Surreply* by ALL OTHER DEFENDANTS (Attachments: # 1 Exhibit Defendants' Proposed Surreply, # 2 Text of Proposed Order)(Van Horn, Daniel) (Entered: 03/10/2020) |
| 03/11/2020 | | MINUTE ORDER granting 1088 Motion for Leave to File. Defendants' Surreply is hereby accepted for filing. Signed by Judge Amit P. Mehta on 3/11/2020. (lcapm1) (Entered: 03/11/2020) |
| 03/11/2020 | 1091 | SURREPLY to re 1080 MOTION for Attorney Fees *Final Determination of Attorneys' Fees* filed by ALL OTHER DEFENDANTS. (eg) (Entered: 03/17/2020) |
| 03/13/2020 | | MINUTE ORDER. The Status Conference set for March 18, 2020, at 10:00 AM in Courtroom 10 is hereby converted to a telephonic hearing. The court will provide the parties instructions on accessing the court's teleconference line. Signed by Judge Amit P. Mehta on 3/13/2020. (lcapm1) (Entered: 03/13/2020) |

| 03/16/2020 | 1089 | ENTERED IN ERROR.....RESPONSE re 1088 Unopposed MOTION for Leave to File *Surreply* filed by ALL OTHER PLAINTIFFS. (Lang, Lindsey) Modified on 3/23/2020 (eg). (Entered: 03/16/2020) |
|---|---|---|
| 03/16/2020 | 1090 | ORDER. Please see the attached Standing Order No. 20−9, signed by Chief Judge Howell, In Re: Court Operations in Exigent Circumstances Created by the COVID−19 Pandemic. (lcapm1) (Entered: 03/16/2020) |
| 03/17/2020 | | MINUTE ORDER. Consistent with Standing Order No. 20−9, the status conference set for March 18, 2020, is hereby vacated. The parties shall meet and confer and, by April 15, 2020, file a Joint Status Report that proposes a new date and time for a status conference to be held as soon as practicable on or after May 19, 2020. Signed by Judge Amit P. Mehta on 3/17/2020. (lcapm1) (Entered: 03/17/2020) |
| 03/17/2020 | | AMENDED MINUTE ORDER. The Joint Status Report, due April 15, 2020, shall propose a new date and time for a status conference to be held as soon as practicable on or after April 20, 2020. Signed by Judge Amit P. Mehta on 3/17/2020. (lcapm1). (Entered: 03/17/2020) |
| 03/17/2020 | | Set/Reset Deadlines: Joint Status Report due by 4/15/2020. (zjd) (Entered: 03/17/2020) |
| 03/23/2020 | | NOTICE OF ERROR re 1089 Response to Document; emailed to llang@steptoe.com, cc'd 20 associated attorneys −− The PDF file you docketed contained errors: 1. Leave to file not yet requested and/or granted (zeg, ) (Entered: 03/23/2020) |
| 03/23/2020 | | NOTICE OF CORRECTED DOCKET ENTRY: re 1089 Response to Document was entered in error and counsel was instructed to refile said pleading requesting leave of court. (eg) (Entered: 03/23/2020) |
| 03/23/2020 | 1092 | MOTION for Leave to File RESPONSE re 1091 SURREPLY filed by ALL OTHER PLAINTIFFS. (Attachments: # 1 Response to Surreply, # 2 Proposed Order)(Lang, Lindsey) Modified on 3/24/2020 to correct docket event/text/link (eg). (Entered: 03/23/2020) |
| 03/24/2020 | | MINUTE ORDER granting 1092 Motion for Leave to File. Plaintiffs' Response to Defendants' Surreply is hereby accepted for filing. Signed by Judge Amit P. Mehta on 3/24/2020. (lcapm1) (Entered: 03/24/2020) |
| 03/24/2020 | 1093 | RESPONSE re 1091 Surreply filed by ALL OTHER PLAINTIFFS. (eg) (Entered: 03/24/2020) |
| 04/14/2020 | 1094 | Joint STATUS REPORT by ALL OTHER DEFENDANTS. (Van Horn, Daniel) (Entered: 04/14/2020) |
| 04/14/2020 | | MINUTE ORDER. The parties shall submit an additional status report by June 1, 2020, which updates the court on their discussions on settlement of the pending fee claim and, if necessary, proposes a schedule for future proceedings. Signed by Judge Amit P. Mehta on 4/14/2020. (lcapm1). (Entered: 04/14/2020) |
| 04/14/2020 | | Set/Reset Deadlines: Joint Status Report due by 6/1/2020. (zjd) (Entered: 04/15/2020) |
| 06/01/2020 | 1095 | Joint STATUS REPORT by ALL OTHER DEFENDANTS. (Van Horn, Daniel) (Entered: 06/01/2020) |

| 06/01/2020 | | MINUTE ORDER. The parties shall meet and confer and, by June 8, 2020, propose two dates and times during the week of August 31, 2020, for oral argument on the pending fees petition. Signed by Judge Amit P. Mehta on 6/1/2020. (lcapm1) (Entered: 06/01/2020) |
| 06/01/2020 | | Set/Reset Deadlines: Status Report due by 6/8/2020. (zjd) (Entered: 06/02/2020) |
| 06/08/2020 | 1096 | Joint STATUS REPORT by ALL OTHER DEFENDANTS. (Van Horn, Daniel) (Entered: 06/08/2020) |
| 06/09/2020 | | MINUTE ORDER. Oral argument on Plaintiffs' fee petition is hereby set for September 2, 2020, at 2:00 p.m. in Courtroom 10. Signed by Judge Amit P. Mehta on 6/9/2020. (lcapm1) (Entered: 06/09/2020) |
| 06/09/2020 | | Set/Reset Hearings: Oral Argument set for 9/2/2020 at 2:00 PM in Courtroom 10 before Judge Amit P. Mehta. (zjd) (Entered: 06/09/2020) |
| 08/27/2020 | | NOTICE of Hearing: Oral Argument reset to 9/23/2020 at 2:00 PM via video conference before Judge Amit P. Mehta. The courtroom deputy will circulate access credentials to counsel. Members of the public or media may access the hearing by dialing the court's toll−free public access line: (877) 848−7030, access code 321−8747. (zjd) (Entered: 08/27/2020) |
| 09/23/2020 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Motion Hearing held via video conference on 9/23/2020 re 1080 MOTION for Final Determination of Attorneys' Fees. Arguments heard and taken under advisement. (Court Reporter: William Zaremba) (zjd) (Entered: 09/23/2020) |
| 09/24/2020 | | ENTERED IN ERROR.....MINUTE ORDER. The parties shall appear for a telephonic status conference on September 30, 2020, at 11:00 a.m. to discuss a schedule for further proceedings in this matter. The courtroom deputy will circulate dial−in information. Members of the public may access the hearing by dialing the court's toll−free public access line: (877) 848−7030, access code 321−8747. The public access line will be muted and should only be used by non−participating parties. Signed by Judge Amit P. Mehta on 9/24/2020. (lcapm2) Modified on 9/24/2020 (zjd). (Entered: 09/24/2020) |
| 09/24/2020 | | NOTICE OF CORRECTED DOCKET ENTRY: The Minute Order filed 9/24/2020 was entered in error. (zjd) (Entered: 09/24/2020) |
| 09/28/2020 | 1097 | TRANSCRIPT OF ORAL ARGUMENT VIA VIDEOCONFERENCE PROCEEDINGS before Judge Amit P. Mehta held on September 23, 2020; Page Numbers: 1−79. Date of Issuance: September 28, 2020. Court Reporter/Transcriber: William Zaremba; Telephone number: (202) 354−3249. Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, PDF or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be |

| | | |
|---|---|---|
| | | made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 10/19/2020. Redacted Transcript Deadline set for 10/29/2020. Release of Transcript Restriction set for 12/27/2020.(wz) (Entered: 09/28/2020) |
| 11/03/2020 | 1098 | MEMORANDUM OPINION AND ORDER denying without prejudice 1080 Plaintiffs' Motion for a Final Determination of Attorneys' Fees. See the attached Memorandum Opinion and Order for additional details. Signed by Judge Amit P. Mehta on 11/3/2020. (lcapm2) (Entered: 11/03/2020) |
| 11/03/2020 | | MINUTE ORDER. The parties shall appear for a telephonic conference to discuss further proceedings in this matter on November 13, 2020, at 10:30 a.m. The courtroom deputy shall circulate dial−in information. Members of the public or media may access the hearing by dialing the court's toll−free public access line: (877) 848−7030, access code 321−8747. The public access line will be muted and should only be used by non−participating parties. Signed by Judge Amit P. Mehta on 11/3/2020. (lcapm2) (Entered: 11/03/2020) |
| 11/03/2020 | | Set/Reset Hearings: Telephonic Status Conference set for 11/13/2020 at 10:30 AM before Judge Amit P. Mehta. (zjd) (Entered: 11/04/2020) |
| 11/13/2020 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Status Conference held on 11/13/2020 via teleconference. Submission due by 12/14/2020. Status Conference set for 12/18/2020 at 10:00 AM via teleconference before Judge Amit P. Mehta. The courtroom deputy will circulate dial−in information. Members of the public or media may access the hearing by dialing the court's toll−free public access line: (877) 848−7030, access code 321−8747. The public access line will be muted and should only be used by non−participating parties. (Court Reporter: William Zaremba) (zjd) (Entered: 11/13/2020) |
| 11/13/2020 | | MINUTE ORDER. Pursuant to the teleconference held on November 13, 2020, Plaintiffs shall submit a brief outlining their revised lodestar calculation on or before December 14, 2020. Defendant is authorized to serve a limited discovery request on Plaintiffs for the purpose of obtaining information on historic hourly rates. The parties are further ordered to appear for a telephonic status conference on December 18, 2020 at 10:00 a.m. Signed by Judge Amit P. Mehta on 11/13/2020. (lcapm2) Modified on 11/13/2020. (Entered: 11/13/2020) |
| 12/14/2020 | 1099 | SUPPLEMENTAL MEMORANDUM to re 1098 Memorandum & Opinion, *in Support of a Final Attorneys' Fee* filed by ALL OTHER PLAINTIFFS, CAROLEE BRADY HARTMAN. (Attachments: # 1 Exhibit 01 Spreadsheets with Calculations, # 2 Exhibit 02 Plaintiffs' Opposition to Defendants' Discovery, # 3 Exhibit 03−1 Second Supp. Fredrickson Declaration, # 4 Exhibit 03−2 Second Supp. Fredrickson Declaration)(Warin, Roger) (Entered: 12/14/2020) |
| 12/18/2020 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Status Conference held on 12/18/2020 via teleconference. Joint Status Report due by 1/15/2021. Status Conference set for 1/19/2021 at 10:15 AM via teleconference before Judge Amit P. Mehta. The courtroom deputy will circulate dial−in information to counsel. Members of the public or media may access the hearing by dialing the court's toll−free public access line: (877) 848−7030, access code 321−8747. The public |

| | | access line will be muted and should only be used by non−participating parties. (Court Reporter: William Zaremba) (zjd) (Entered: 12/18/2020) |
| --- | --- | --- |
| 12/18/2020 | 1100 | ERRATA *Correcting Exhibit 1 to Plaintiffs' Supplemental Memorandum in Support of a Final Attorneys' Fee (ECF No. 1099)* by ALL OTHER PLAINTIFFS, CAROLEE BRADY HARTMAN. (Attachments: # 1 Exhibit 01 Spreadsheets with Calculations CORRECTED)(Warin, Roger) (Entered: 12/18/2020) |
| 01/14/2021 | 1101 | NOTICE OF SUBSTITUTION OF COUNSEL by Peter C. Pfaffenroth on behalf of MADELEINE K. ALBRIGHT, ALL OTHER DEFENDANTS Substituting for attorney Daniel F. Van Horn (Pfaffenroth, Peter) (Entered: 01/14/2021) |
| 01/14/2021 | 1102 | Joint STATUS REPORT by MADELEINE K. ALBRIGHT, ALL OTHER DEFENDANTS. (Pfaffenroth, Peter) (Entered: 01/14/2021) |
| 01/15/2021 | | MINUTE ORDER. In view of the parties' ongoing efforts at resolving this matter, the status hearing scheduled for January 19, 2021, is hereby vacated. The parties shall submit a Joint Status Report addressing their settlement efforts by March 19, 2021. Signed by Judge Amit P. Mehta on 1/15/2021. (lcapm2) (Entered: 01/15/2021) |
| 03/19/2021 | 1103 | Joint STATUS REPORT by MADELEINE K. ALBRIGHT. (Pfaffenroth, Peter) (Entered: 03/19/2021) |
| 03/19/2021 | | MINUTE ORDER. The parties shall submit an additional Joint Status Report addressing their settlement efforts by April 30, 2021. Signed by Judge Amit P. Mehta on 3/19/2021. (lcapm2) (Entered: 03/19/2021) |
| 04/30/2021 | 1104 | Joint STATUS REPORT by MADELEINE K. ALBRIGHT. (Pfaffenroth, Peter) (Entered: 04/30/2021) |
| 05/03/2021 | | MINUTE ORDER. The parties shall submit an additional Joint Status Report addressing their settlement efforts by June 30, 2021. Signed by Judge Amit P. Mehta on 5/3/2021. (lcapm2) (Entered: 05/03/2021) |
| 06/30/2021 | 1105 | Joint STATUS REPORT by MADELEINE K. ALBRIGHT, ALL OTHER DEFENDANTS, MARC B. NATHANSON. (Pfaffenroth, Peter) (Entered: 06/30/2021) |
| 07/06/2021 | | MINUTE ORDER. The parties shall submit an additional Joint Status Report addressing their settlement efforts by August 31, 2021. Signed by Judge Amit P. Mehta on 7/6/2021. (lcapm2) (Entered: 07/06/2021) |
| 08/31/2021 | 1106 | Joint STATUS REPORT by MADELEINE K. ALBRIGHT. (Pfaffenroth, Peter) (Entered: 08/31/2021) |
| 08/31/2021 | | MINUTE ORDER. The parties shall submit an additional Joint Status Report addressing their settlement efforts by October 29, 2021. Signed by Judge Amit P. Mehta on 8/31/2021. (lcapm2) (Entered: 08/31/2021) |
| 09/30/2021 | 1107 | STIPULATION by MADELEINE K. ALBRIGHT. (Pfaffenroth, Peter) (Entered: 09/30/2021) |
| 10/01/2021 | 1108 | ORDER entering the parties' 1107 Joint Stipulation. See the attached Order for details. Signed by Judge Amit P. Mehta on 10/1/2021. (lcapm2) (Entered: 10/01/2021) |

| 10/29/2021 | 1109 | Joint STATUS REPORT by MADELEINE K. ALBRIGHT. (Pfaffenroth, Peter) (Entered: 10/29/2021) |
| 10/29/2021 | | MINUTE ORDER. The parties shall submit an additional Joint Status Report addressing their settlement efforts by December 13, 2021. Signed by Judge Amit P. Mehta on 10/29/2021. (lcapm2) (Entered: 10/29/2021) |
| 12/13/2021 | 1110 | Joint STATUS REPORT by MADELEINE K. ALBRIGHT. (Pfaffenroth, Peter) (Entered: 12/13/2021) |
| 12/14/2021 | | MINUTE ORDER. The parties shall submit an additional Joint Status Report addressing their settlement efforts by January 28, 2022. Signed by Judge Amit P. Mehta on 12/14/2021. (lcapm2) (Entered: 12/14/2021) |
| 01/28/2022 | 1111 | Joint STATUS REPORT by MADELEINE K. ALBRIGHT. (Pfaffenroth, Peter) (Entered: 01/28/2022) |
| 01/28/2022 | | MINUTE ORDER. The parties shall submit an additional Joint Status Report addressing their settlement efforts by March 18, 2022. Signed by Judge Amit P. Mehta on 1/28/2022. (lcapm2) (Entered: 01/28/2022) |
| 03/16/2022 | 1112 | STIPULATION *as to base lodestar fees for prosecution of the merits of this litigation* by MADELEINE K. ALBRIGHT. (Pfaffenroth, Peter) (Entered: 03/16/2022) |
| 03/16/2022 | 1113 | STIPULATION *as to Plaintiffs' attorney's fees and costs due for work between 11/1/17 and 10/7/21* by MADELEINE K. ALBRIGHT. (Pfaffenroth, Peter) (Entered: 03/16/2022) |
| 03/18/2022 | 1114 | Joint STATUS REPORT by MADELEINE K. ALBRIGHT. (Pfaffenroth, Peter) (Entered: 03/18/2022) |
| 03/18/2022 | | NOTICE of Hearing: Status Conference set for 3/25/2022 at 4:30 PM via videoconference before Judge Amit P. Mehta. Members of the public may access the hearing by dialing the court's toll−free public access line: (877) 848−7030, access code 321−8747. (zjd) (Entered: 03/18/2022) |
| 04/08/2022 | 1115 | Joint STATUS REPORT by MADELEINE K. ALBRIGHT. (Pfaffenroth, Peter) (Entered: 04/08/2022) |
| 04/08/2022 | 1116 | ORDER entering the parties' 1112 Joint Stipulation. See attached Order for details. Signed by Judge Amit P. Mehta on 4/8/2022. (lcapm2) (Entered: 04/08/2022) |
| 04/08/2022 | 1117 | ORDER entering the parties' 1113 Joint Stipulation. See attached Order for details. Signed by Judge Amit P. Mehta on 4/8/2022. (lcapm2) (Entered: 04/08/2022) |
| 04/08/2022 | | MINUTE ORDER entering the briefing schedule proposed in the 1115 Joint Status Report. Plaintiffs shall file their motion and memorandum in support on or before May 5, 2022; Defendants shall file their response on or before July 8, 2022; and Plaintiffs shall file their reply on before August 5, 2022. Signed by Judge Amit P. Mehta on 4/8/2022. (lcapm2) (Entered: 04/08/2022) |
| 05/05/2022 | 1118 | MOTION for Attorney Fees by ALL OTHER PLAINTIFFS. (Attachments: # 1 Memorandum in Support Memorandum, # 2 Text of Proposed Order Proposed Order, # 3 Exhibit Fredrickson Declaration, # 4 Exhibit Brackshaw Declaration, # 5 Exhibit Puth Declaration, # 6 Exhibit Chertkof Declaration, # 7 Exhibit Gies Declaration, # 8 Exhibit Fredrickson 2nd Pet Aff, # 9 Exhibit NYT article)(Lang, |

| | | |
|---|---|---|
| | | Lindsey) Modified event on 5/16/2022 (znmw). (Entered: 05/05/2022) |
| 05/08/2022 | 1119 | ERRATA re 1118 MOTION for Attorney Fees by ALL OTHER PLAINTIFFS. (Attachments: # 1 Memorandum in Support, # 2 Exhibit Corrected Brackshaw Decl., # 3 Exhibit Corrected Chertkof Decl., # 4 Exhibit Burkie Hearing Report, # 5 Exhibit Hasan Rearing Report, # 6 Exhibit Witt Hearing Report, # 7 Exhibit Schaefer Hearing Report, # 8 Exhibit Woolf Hearing Report, # 9 Exhibit De Sanctis Hearing Report, # 10 Exhibit Kaminska−Polanski Report)(Lang, Lindsey) Modified event title and link on 5/16/2022 (znmw). (Entered: 05/08/2022) |
| 07/08/2022 | 1120 | Memorandum in opposition to re 1118 MOTION for Attorney Fees filed by MADELEINE K. ALBRIGHT, ALL OTHER DEFENDANTS. (Attachments: # 1 DEX 10−17 (Special Masters Order Regarding Discovery dated April 25, 1996), # 2 DEX 10−18 (Special Masters March 11, 1997 Report Recommending Approval of the Damages Model Prepared by Court−Appointed Experts), # 3 DEX 11 (2022 Declaration of Daniel F. Van Horn))(Pfaffenroth, Peter) (Entered: 07/08/2022) |
| 08/05/2022 | 1121 | REPLY to opposition to motion *for a Lodestar Enhancement* re 1118 MOTION for Attorney Fees filed by ALL OTHER PLAINTIFFS. (Attachments: # 1 Exhibit SM 4th R&R, # 2 Exhibit Letter from S, Brackshaw, # 3 Exhibit SM 3rd R&R, # 4 Exhibit Defendants' Memorandum re remedial process, # 5 Exhibit Chart of Comparable Cases)(Lang, Lindsey) Modified docket relationship on 8/9/2022 (zed). (Entered: 08/05/2022) |
| 03/31/2023 | 1122 | MEMORANDUM OPINION AND ORDER denying 1118 Motion for a Lodestar Enhancement. Please see attached Memorandum Opinion and Order for additional details. Signed by Judge Amit P. Mehta on 03/31/2023. (lcapm3) (Entered: 03/31/2023) |
| 05/25/2023 | 1123 | NOTICE OF APPEAL TO DC CIRCUIT COURT as to 1122 Order on Motion for Attorney Fees by ALL OTHER PLAINTIFFS. Filing fee $ 505, receipt number ADCDC−10093995. Fee Status: Fee Paid. Parties have been notified. (Warin, Roger) (Entered: 05/25/2023) |
| 05/26/2023 | | RESOLVED...NOTICE of Provisional/Government Not Certified Status re 1123 NOTICE OF APPEAL TO DC CIRCUIT COURT as to 1122 Order on Motion for Attorney Fees by ALL OTHER PLAINTIFFS. Filing fee $ 505, receipt number ADCDC−10093995. Fee Status: Fee Paid. Parties have been notified. (Warin, Roger).<br><br>Your attorney renewal/government certification has not been received. As a result, your membership with the U.S. District & Bankruptcy Courts for the District of Columbia is not in good standing, and you are not permitted to file. Pursuant to Local Civil Rule 83.9, you must immediately correct your membership status by following the appropriate instructions on this page of our website: https://www.dcd.uscourts.gov/attorney−renewal.<br><br>Please be advised that the presiding judge in this case has been notified that you are currently not in good standing to file in this court. Renewal Due by 6/2/2023. (zbaj) Modified on 5/26/2023 (zmrl). (Entered: 05/26/2023) |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| _____ ) | | |
| CAROLEE BRADY HARTMAN, et al., ) | | |
| ) | | |
| Plaintiffs, ) | C.A. No. 77-cv-2019 (APM) | |
| ) | | |
| v. ) | | |
| ) | | |
| ANTONY BLINKEN, et al., ) | | |
| ) | | |
| Defendant. ) | | |
| _____ ) | | |

## **NOTICE OF APPEAL**

Pursuant to 28 U.S.C. § 1291 and Rules 3 and 4(a)(1)(B) of the Federal Rules of

Appellate Procedure, notice is hereby given this 25 day of May, 2023 that all plaintiffs hereby

appeal to the United States Court of Appeals for the District of Columbia Circuit from the

Memorandum Opinion and Order of this Court entered on March 31, 2023 (ECF No. 1122),

which denied Plaintiffs' Motion for a Lodestar Enhancement with respect to attorneys' fees.

Respectfully submitted,

/s/ Roger E. Warin
Roger E. Warin
rwarin@steptoe.com
/s/ Lindsey Bishop Lang
Lindsey Bishop Lang
llang@steptoe.com
STEPTOE & JOHNSON, LLP
1330 Connecticut Ave, NW
Washington, DC 20036
Tel.:  (202) 429-3000
Fax:  (202) 429-3902

Dated:  May 25, 2023

1

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| _____ ) | |
| **CAROLEE BRADY HARTMAN**, *et al.*, ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| **v.** ) | **Case No. 77-cv-2019 (APM)** |
| ) | |
| **ANTONY BLINKEN**, *et al.*,[1] ) | |
| ) | |
| **Defendants.** ) | |
| _____ ) | |

### <u>MEMORANDUM OPINION AND ORDER</u>

### I.

This case has a long and remarkable history, the many chapters of which the court need not recount here. The court's task at this juncture is limited. In this latest, and hopefully final, installment of the *Hartman* litigation, which began in 1977, the court is asked to determine whether a multiplier should be applied to the attorneys' fees agreed upon by the parties, known as the base "lodestar."

A little over two years ago, when this case was last before the court, Plaintiffs sought an expanded fee award—roughly $34 million in additional fees beyond those awarded in nearly 30 interim fee payments over the lifespan of this 40-plus-year litigation. This court determined that, based on a consent decree reached by the parties, the fees in this case would be determined by the lodestar method employed in fee-shifting cases. While the court agreed with Plaintiffs that, as of 2020, the existing lodestar was inadequate to fairly compensate Plaintiffs' counsel, the court could not award an enhancement because the lodestar as calculated was flawed and the court

---

[1] Antony Blinken, in his official capacity as Secretary of the United States Department of State, is substituted as Defendant Madeleine K. Albright under Federal Rule of Civil Procedure 25(d).

lacked necessary information.  The court mapped out the deficiencies in the lodestar calculation and provided a roadmap for the parties' negotiations going forward, in the hopes that they could "reach an agreement on what the proper lodestar should be, as well as any compensation for delay."

It appears the parties were able to do just that.  In the intervening two years, the parties reached a series of agreements, memorialized in stipulations entered by the court, to (1) increase the lodestar fee by $9 million, (2) "completely and finally resolve" outstanding issues related to interest, true market value, and delay that this court had identified, and (3) agree to a base lodestar value of $19 million to be used for purposes of any potential motion for enhancement.

Plaintiffs acknowledge the various compensation issues that have been resolved by stipulation but nonetheless assert that "this is the rare and exceptional case" in which an enhancement to the lodestar is appropriate.  Plaintiffs thus seek a multiplier of the court's choosing, within a specified range, to enhance the lodestar based on superior lawyering and exceptional results.  Pls.' Mot. for a Lodestar Enhancement, ECF No. 1118.  For the reasons that follow, the court denies their request.

## II.

The lengthy factual history in this case has been summarized in many prior opinions by this court and others.[2]  Accordingly, the court will limit its discussion to the facts and procedural history relevant to this enhancement motion.

In 2000, the parties entered into a consent decree that provided for a $508 million settlement fund for the class and for "reasonable attorneys' fees, expenses, and costs."  Consent

---

[2] As the court summarized in its earlier opinion in this matter, "United States District Judge Charles R. Richey presided over the case until his death in 1997, after which the case was assigned to United States District Judge James Robertson, who presided over the case until his retirement from the bench in 2010.  There was no permanently-assigned presiding judge from 2010 until October 16, 2019, when [this court] was assigned [] the case shortly after Plaintiffs filed their pending motion for an additional fee award."  *Hartman v. Pompeo*, 2020 WL 6445873, at *1 & n.3 (D.D.C. Nov. 3, 2020) (quoting Defs.' Corrected Opp'n to Pls.' Mot. for Final Determination of Attys.' Fees, ECF No. 1085-1, at 2, and citing to and summarizing prior opinions).

Decree, ECF No. 866, at ¶ 8.  The parties also settled more than 20 interim attorneys' fee requests.

*Hartman v. Pompeo*, 2020 WL 6445873, *4 (D.D.C. Nov. 3, 2020).  After the last payment from

the $508 million settlement fund issued in June of 2018, Plaintiffs filed a motion before this court

for a final determination of attorneys' fees.  *See* Pls.' Mem. in Supp. of Pls.' Mot. for a Final

Determination of Attys.' Fees, ECF No. 1081 [hereinafter Pls.' Mot.], at 3.  Pursuant to that

motion, Plaintiffs sought an additional fee award of more than $34 million as an enhancement to

the existing lodestar.  *Id.* at 1, 43.

The court denied Plaintiffs' request.  In its November 2020 opinion, the court engaged in

an extensive analysis of the fees already paid, the fee matrices from which they were and could be

derived, and the payment shortfalls due to attendant delay- and inflation-related issues.

*See generally Hartman*, 2020 WL 6445873.  Based on this review, the court found that the interim

lodestar fee that had been awarded up to that point was "likely not an adequate measure of class

counsel's true market value."  *Id.* at *1.  The court could not, however, grant Plaintiffs' counsel's

requested enhancement because Plaintiffs had not identified the information necessary for the

court to modify the appropriate hourly fees to reflect the prevailing market rate, adjusted for delay

and inflation.  *Id.* at *19.  Instead, as summarized by the parties, "the Court sent plaintiffs back to

the drawing board to present a revised fee petition that (1) adjusted the USAO *Laffey* Matrix[3]

rates used to calculate interim fee awards for over 20 years, and that included an amount to

compensate for the delay in receiving the shortfall caused by use of those rates; and (2) to arrive

at the difference between the interest thus far received on interim fee awards computed at the 1-

---

3 The USAO *Laffey* Matrix is a fee matrix, developed in the wake of a major employment discrimination class action, which "recommends a presumptive maximum hourly rate for Washington, D.C.-area attorneys engaged in 'complex federal litigation.'"  *Hartman*, 2020 WL 6445873 at *11.  The USAO updates the matrix for inflation based on the Consumer Price Index for All Urban Consumers.  *Id.*

year Treasury bill rate and the prime rate." *See* Joint Stip., ECF No. 1108 [hereinafter First Joint Stip.].

Following the court's November 2020 decision, the parties reached three stipulations. First, the parties stipulated that Defendants would pay Plaintiffs $9,033,600 to resolve any issues concerning the use of the below-market *Laffey* Matrix rates and the Treasury bill interest rate. First Joint Stip at 1.  Second, the parties agreed that the "value of the base lodestar" for purposes of this enhancement motion is $19 million.  Joint Stip., ECF No. 1116 [hereinafter Second Joint Stip.], at 1.  This "stipulated lodestar represents the parties' agreement that if an enhancement is appropriate . . . it would be for the services required to secure the settlement, excluding the time required to resolve the individual relief of claimants with judgments.  The fees that were previously enhanced (the 1980-1990 time for [Plaintiffs' lead counsel] Mr. Frederickson and Ms. Brackshaw) were also excluded."  Errata, ECF No. 1119, Pls.' Mem. of Law in Supp. of a Lodestar Enhancement, ECF No. 1119-1 [hereinafter Pls.' Mem.], at 4 n.4.[4]  Finally, and most critically, the parties stipulated that "they have completely and finally resolved any claim for fees or costs based on a contention (1) that Plaintiffs' receipt of fees was unreasonably delayed, (2) that the lodestar fees Plaintiffs have been paid did not reflect counsel's true market value, and (3) that the interest paid on interim fee awards in this litigation was insufficient."  Joint Stip., ECF No. 1117 [hereinafter Third Joint Stip.], at 1.[5]  The parties identified as the only remaining issue in dispute a potential "enhancement of the lodestar for superior attorney performance and exceptional results."  *Id.*; First Joint Stip. at 1.

---

[4] A judge previously assigned to this case awarded Plaintiffs' counsel a 25% enhancement of the lodestar for work done between 1980 and 1990.  *See Hartman*, 2020 WL 6445873, at *10 n.9 (citing *Hartman v. Duffey*, 973 F. Supp. 199, 202 (D.D.C. 1997)).

[5] In their Third Joint Stipulation, the parties also stipulated to a settlement payment for attorneys' fees and costs for fees counsel, Steptoe & Johnson LLP, from November 2017 to October 2021.  Third Joint Stip. at 1.

After this latest negotiated settlement, the total amount of fees, expenses, and interest that the government has paid Plaintiffs' counsel over the lifetime of this litigation now exceeds $35.9 million.  Plaintiffs have acknowledged in their motion that "[t]he basic lodestar fees from the inception of the case through October 2021 have been paid."  Pls.' Mem. at 3.

### III.

The court's inquiry here is guided by the D.C. Circuit's "three-part analysis to assess appropriate fee awards under fee-shifting statutes in cases involving complex federal litigation." *Salazar v. District of Columbia*, 809 F.3d 58, 61 (D.C. Cir. 2015).[6]  "A court must: (1) determine the 'number of hours reasonably expended in litigation'; (2) set the 'reasonable hourly rate'; and (3) use multipliers as 'warranted.'"  *Id.* (quoting *Eley v. D.C.*, 793 F.3d 97, 100 (D.C. Cir. 2015)). Prongs one and two describe what is referred to as the "base lodestar."  The lodestar calculation "is the number of hours reasonably expended on the litigation multiplied by a reasonable hourly rate."  *Hensley v. Eckerhart*, 461 U.S. 424, 433 (1983).  As discussed, the parties have stipulated to the applicable lodestar, so *Salazar* prongs one and two are not at issue.

This case concerns the third *Salazar* prong: whether a multiplier is warranted.  "[I]n some cases of exceptional success an enhanced award may be justified."  *Id.* at 435.  Any such enhancement, however, "must be calculated using a method that is reasonable, objective, and capable of being reviewed on appeal."  *Perdue v. Kenny A.*, 559 U.S. 542, 555 (2010).  The burden of proving entitlement to a lodestar enhancement rests with the fee applicant, *id.* at 553, and there is a "strong presumption" that lodestar fees are sufficient, *Pennsylvania v. Del. Valley Citizens' Council for Clear Air*, 478 U.S. 546, 565 (1986).  To overcome this presumption, "a fee applicant

---

[6] Although as a technical matter the fee here is governed by a negotiated settlement, not Title VII's fee-shifting provision, *see Hartman*, 2020 WL 6445873, at *5–6, the parties have agreed that caselaw regarding awards under fee-shifting statutes is applicable here, Defs.' Opp'n to Pls.' Mot., ECF No. 1120, at 4.

5

seeking an enhancement must produce 'specific evidence' that supports the award." *Perdue*, 559 U.S. at 553 (quoting *Blum v. Stenson*, 465 U.S. 886, 899–900 (1984)).

Critically, the lodestar may not be enhanced due to a factor that is already subsumed in the lodestar calculation, and "the lodestar figure includes most, if not all, of the relevant factors." *Id.* (quoting *Del. Valley*, 478 U.S. at 566). For example, "the novelty and complexity of a case generally may not be used as a ground for an enhancement because these factors presumably [are] fully reflected in the number of billable hours recorded by counsel." *Id.* Put differently, an enhancement is improper unless the fee applicant succeeds in "identifying a factor that the lodestar does not adequately take into account and proving with specificity that an enhanced fee is justified." *Id.* at 546; *see also Blum*, 465 U.S. at 899 (stating that an enhancement is appropriate "only in the rare case where the fee applicant offers specific evidence to show that the quality of service rendered was superior to [what] one reasonably should expect in light of the hourly rates charged and that the success was 'exceptional'"). Enhancements should not be awarded in the absence of "specific evidence that the lodestar fee would not have been 'adequate to attract competent counsel.'" *Perdue*, 559 U.S. at 554 (quoting *Blum*, 465 U.S. at 897).

## IV.

Plaintiffs assert that exceptional results and superior lawyering justify enhancement of the lodestar. *See* Pls.' Mem. at 10–12. They contend that the following factors are not subsumed in the lodestar: (1) the results obtained; (2) "the preclusion of other employment by committing both human and capital resources to the case"; (3) "the duration of the case"; (4) "the 'undesirability' of the case"; and (5) "awards in similar cases." *Id.* at 10. Plaintiffs then posit various factual features of the decades' long litigation that they assert constitute proof of these enhancement factors. Defendants contest the characterization and import of these case features, *see* Defs.'

6

Opp'n to Pls.' Mot., ECF No. 1120 [hereinafter Defs.' Opp'n], at 28–45, but the court need not resolve these fact disputes. Ultimately, none of the case features identified by Plaintiffs is a factor not already subsumed within the lodestar that could support an objectively based enhancement of it.

The Court in *Perdue* explained that, in the rare and exceptional case, superior lawyering and outstanding results (considered as a single category) "may properly provide a basis for an enhancement." 559 U.S. at 554. "[T]he quality of an attorney's performance" and the "results obtained" should be treated "as one" because "superior results are relevant only to the extent it can be shown that they are the result of superior attorney performance." *Id.* Because the inquiry is still governed by whether any proposed enhancement is based on a consideration already covered by the lodestar, "specific evidence" is required to demonstrate "that the lodestar fee would not have been 'adequate to attract competent counsel.'" *Id.* (quoting *Blum*, 465 U.S. at 897).

The *Perdue* Court identified three circumstances in which the "strong presumption" of reasonableness of a lodestar fee could be overcome. First, enhancement is permitted where "the method used in determining the hourly rate employed in the lodestar calculation does not adequately measure the attorney's true market value, as demonstrated in part during the litigation." *Id.* at 554–55. Second, "if the attorney's performance includes an extraordinary outlay of expenses and the litigation is exceptionally protracted," enhancement may be reasonable. *Id.* at 555. And third, in "extraordinary circumstances in which an attorney's performance involves exceptional delay in the payment of fees," enhancement may be needed. *Id.* at 556.

These three circumstances are plainly foreclosed to Plaintiffs in this case, and they do not seriously contend otherwise. The parties' three stipulations "*completely and finally resolved*" any claim based on (1) unreasonable delay in payment, (2) the hourly rate used to calculate the lodestar

"not reflect[ing] counsel's true market value," and (3) the sufficiency of interest paid on interim fee awards.  Third Joint Stip. at 1 (emphasis added).  The stipulations track almost exactly the language in *Perdue* describing the first and third circumstances enabling enhancement.

Unable to rely on the *Perdue* exemplars, Plaintiffs have identified various other reasons to justify an enhancement of the lodestar, including the significant hardships that their counsel faced during the litigation, certain key strategic decisions their counsel made, and various policy reasons. Pl.'s Mot. at 12–36.  Specifically, the proffered reasons include: (1) mastery of voluminous and complex documentary evidence, *id.* at 13; (2) "monumental resistance" by the federal government defendant, *id.* at 17; (3) exceptional success under "severe time constraints," *id.* at 22; (4) the "undesirable" quality of the case, *id.* at 30; (5) the social impact of the case, *id.* at 31; (6) enhancements awarded in comparator cases, *id.* at 32; and (7) the need to induce competent counsel to represent victims of discrimination, *id.* at 34.  As to each of these factors, Plaintiffs cite mostly out-of-circuit cases as authority to enhance the award.  *See* Pls.' Reply Brief in Supp. of Lodestar Enhancement, ECF No. 1121 [hereinafter Pls.' Reply], Ex. 5, ECF No. 1121-5 (chart summarizing primarily out-of-Circuit, pre-*Perdue* cases).  But nearly all of the cases are pre-*Perdue*, therefore their persuasive value is minimal.  In fact, Plaintiffs have not cited a single post-*Perdue* case in which a court enhanced a lodestar for exceptional attorney performance.[7]  As the discussion below shows, *Perdue* largely rebuts each factor on which Plaintiffs rely.

---

[7] The sole post-*Perdue* case cited in Plaintiffs' chart is *Berry v. Schulman*, 807 F.3d 600 (4th Cir. 2015), but that case is wholly inapposite.  There, the parties *agreed* to an enhancement of the lodestar, and the Fourth Circuit rejected a class member's objection to the negotiated fee.  *See id.* at 617–18.  The court also applied an extremely deferential standard of review—in which a stipulated fee award "must not be overturned unless it is clearly wrong"—and only cited to *Perdue* once, in passing in a footnote.  *Id.* at 617 (quotation omitted), *id.* at 618 n.10.  This court has conducted its own review and has found only one post-*Perdue* case in which a court granted an enhancement of the lodestar.  *See Kelly v. Wengler*, 822 F.3d 1085, 1104–05 (9th Cir. 2016).  But in that case, the trial court determined that the Prison Litigation Reform Act's hourly rate cap was inadequate to attract component counsel and the plaintiffs' counsel demonstrated through "specific evidence" that he was the only lawyer in the state willing to take on prisoner litigation seeking only injunctive and declaratory relief.  *See id.  Kelly* bears no resemblance to this case.

*Mastering Voluminous and Complex Proof.*    Plaintiffs assert that counsel achieved extraordinary success by mastering voluminous materials and devising creative strategies that led to the success they achieved in this litigation. Pls.' Mem. at 13–17. The Supreme Court has made clear, however, that hard work and superior or creative lawyering is not a basis for enhancement. While "brilliant insights and critical maneuvers sometimes matter far more than hours worked or years of experience," "the special skill and experience of counsel should be reflected in the reasonableness of the hourly rates." *Perdue*, 559 U.S. at 555 n.5 (quoting *Blum*, 465 U.S. at 898); *see also id.* at 563–64 (Breyer, J., concurring in part and dissenting in part) (describing the voluminous record that a minority of justices believed justified an enhancement, but the majority did not deem appropriate). Moreover, the complexity and voluminous nature of the record materials will be reflected in the overall number of hours billed. *Id.* at 553.

Plaintiffs repeatedly cite to numerous laudatory statements of the Special Master regarding their mastery of the record as proof of the superiority of counsel's representation. Pls.' Mem. at 14–16. The court does not quarrel with those descriptions; they are undoubtedly true. But the Court in *Perdue* rejected such "an impressionistic basis" for an enhancement. *Id.* at 558 (holding that "insofar as the District Court relied on a comparison of the performance of counsel in this case with the performance of counsel in unnamed prior cases, the District Court did not employ a methodology that permitted meaningful appellate review"). The court therefore cannot base an enhancement on the Special Master's observations about counsel's superior performance.

*Monumental Resistance.*    The *Perdue* majority also rejected an opponent's dogged resistance as a basis for an enhancement. A minority of justices in *Perdue* voted to affirm the enhancement in part because the eight-year-long litigation was "arduous," the state had "met the plaintiffs' efforts with a host of complex procedural, as well as substantive, objections," and it had

9

121

committed tremendous resources to opposing the suit.  *Id.* at 567–68.  The majority, however, did not deem overcoming the state's aggressive defense and staunch resistance to warrant an enhancement.  This court cannot either.

*Severe Time Limitations.*  Plaintiffs explain that, after an unexpected change of the law and the D.C. Circuit's rejection of class certification, counsel acted "swiftly," and successfully, to add female plaintiffs in other job categories to recertify the class.  Pls.' Mem. at 23–26.  They also point out that counsel were "constantly juggling competing demands" and routinely faced "severe time crunches" throughout the *Teamsters* process.  *See id.* at 26, 28.  The court does not doubt that counsel operated under severe time pressures at various points of the litigation.  But what Plaintiffs fail to show is how such work is not already reflected in the lodestar—particularly through additional hours billed—and, importantly, Plaintiffs cannot rely on this factor as "providing an objective and reviewable basis for fees."  *Perdue*, 559 U.S. at 558.

*Controversial or Undesirable Cases.*  Plaintiffs also posit that, because this case was considered "unwinnable" after an initial loss on the merits early on in the case, the case qualifies as controversial or undesirable.  Pls.' Mem. at 28–31.  This argument is flawed for a few reasons.  First, Plaintiffs fail to identify a *post*-Perdue case in which the unpopular nature of the controversy or client has warranted an enhancement.  *See id.*  Indeed, there is scant pre-*Perdue* case law awarding enhancements in controversial or undesirable cases.  *See, e.g.*, *Guam Soc'y of Obstetrics & Gynecologists v. Ada*, 100 F.3d 691 (9th Cir. 1996) (abortion case in small, predominantly Catholic community).  As Plaintiffs admit, this case does not present comparable facts.

Second, and as importantly, Plaintiffs fail to identify specific evidence demonstrating that the case was undesirable, even on their proffered basis.  This type of evidence is required.  *See, e.g.*, *H.D.V. – Greektown, LLC v. City of Detroit*, 660 F. App'x 375, 386–87 (6th Cir. 2016) (holding

that enhancement for an unpopular cause—adult entertainment—was not merited because there was no "specific evidence" presented to show attorneys taking on these types of cases could not obtain adequate compensation).  The only arguably specific evidence presented by Plaintiffs is that the case appeared "unwinnable" due to an initial loss on the merits at the beginning of the case.  Pls.' Mem. at 28.  But a quality enhancement *was* previously awarded in this case for the very period when the case faced this setback.  *See supra* n.4.  And after overcoming it, the addition of "big firm" lawyers to the team in 1992 (Crowell & Moring LLP) shows that, at least by then, the case was no longer deemed so unwinnable as to prevent attracting competent counsel.

*Societally Significant Case*.  Plaintiffs point out that their victory brought about major changes to the federal agency where the discriminatory conduct occurred, the Voice of America (now the U.S. Agency for Global Media).  Pls.' Mem. at 31–32.  That is no doubt true.  *Perdue*, however, rejected the social significance of the case as a basis for enhancement.  The justices in the *Perdue* minority would have affirmed the enhancement, in part, for that reason, *see Perdue*, 559 U.S. at 568 (minority observing that the case had brought about "comprehensive reform of [the state's] foster-care system, to the benefit of children in many different communities" and "significant positive results"), but the majority concluded otherwise.  The positive societal impact of Plaintiffs' victory cannot be measured objectively to warrant an enhancement.

*Similar Awards*.  Plaintiffs also urge the court to compare this case to others in which counsel achieved "exceptional results."  Pls.' Mem. at 32–34.  Among the cases they cite are *Wing v. Asarco Inc.*, 114 F.3d 986 (9th Cir. 1997), and *Deloach v. Phillip Morris Cos.*, 2003 WL 23094907 (M.D.N.C. 2003), which they argue "are instructive" comparators.  *Id.* at 37–40.  In *Wing*, the trial court applied a 2.0 multiplier and "spoke in awe of class counsel's performance." 114 F.2d at 989; *see* Pls.' Mem. at 37–38.  In *Deloach*, an antitrust case between tobacco farmers

and tobacco product manufacturers, the court praised "the superior professionalism and art of advocacy exhibited by the lawyers" and awarded a multiplier of 4.45.  *See* 2003 WL 23094907 at *1, *11*; see also* Pls.' Mem. at 31–34 (citing *Shakman v. Democratic Org. of Cook Cnty.*, 677 F. Supp. 933, 948 (N.D. Ill. 1987) (applying multiplier of 1.33 based on the "enormous political and social impact" and "significant economic impact on the operations of the defendant government employees"), and *Liberales v. Daniel*, 619 F. Supp. 1016, 1022 (N.D. Ill. 1985) (awarding multiplier of 1.5 in a Title VII case that produced "one of the largest race discrimination money judgments ever paid in this country")).

The court is skeptical that Plaintiffs' proposed case-comparison approach is compatible with *Perdue*.  Such an approach would produce the kind of "essentially arbitrary" results that the Court said must be abandoned in favor of "an objective and reviewable" basis to justify a lodestar enhancement.  *Perdue*, 559 U.S at 557–58 ("Why, for example, did the [district] court grant a 75% enhancement instead of the 100% increase that respondents sought?  And why 75% rather than 50% or 25% or 10%?").  Plaintiffs' multiplier request in this case illustrates the point.  They ask the "Court to exercise its discretion and award additional fees in the range from [2.0] to 4.5 times the stipulated $19 million lodestar."  Pls.' Mem. 44.  Selecting a multiplier in that range, even using comparable out-of-Circuit, *pre*-Perdue cases as a guide, would be a largely subjective exercise.

In any event, the primary cases on which Plaintiffs rely, *Wing* and *Deloach*, are inapposite.  The *Wing* court approved a multiplier based on "class counsel's continuing obligations to the class," regardless of whether the defendant's objections to enhancement were meritorious. 114 F.3d at 989.  But here, all post-consent decree work done by Plaintiffs has been expressly excluded from the base lodestar on which an enhancement may be based.  In *Deloach*, the court

relied upon "the results obtained" as a standalone, and the "single most important," factor in its award.  2003 WL 23094907 at *10.  This approach would not have been appropriate in the D.C. Circuit even before *Perdue*.  *See Thompson v. Kennickell*, 836 F.2d 616, 622 & n.5 (D.C. Cir. 1988), *overruled on other grounds by King v. Palmer*, 950 F.2d 771 (D.C. Cir. 1991).  Moreover, the *Deloach* court specifically relied upon the fact that the plaintiffs' counsel in that case represented their clients without the "assistance [of] numerous other law firms."  2003 WL 23094907 at *10.  That was not the case here.

*Inducement of Competent Attorneys.*  Finally, Plaintiffs argue, in general terms, that "[t]he potential for enhancement encourages counsel to take on difficult cases."  Pls.' Mem. at 36.  That is surely true.  But the Supreme Court has said that "the lodestar method yields a fee that is presumptively sufficient to achieve this objective."  *Perdue*, 559 U.S. at 552.  That is the fee that Plaintiffs' counsel received.

In any event, the facts of this case do not bear out the need for a multiplier to induce competent counsel.  *Cf. Kelly v. Wengler*, *supra* n.7.  As discussed, Plaintiffs were able to engage a large law firm and a firm that specializes in damages models without promise that they would receive an enhancement.  *See* Pls.' Mem. at 19; Defs.' Opp'n at 29–30.  Simply put, Plaintiffs have not come forward with specific evidence to support the contention that the lodestar and the delayed payment adjustment negotiated by the parties is not sufficient to attract competent counsel in similar cases.

\*       \*       \*

Before concluding, the court wishes to make clear that its decision not to multiply the lodestar should not be taken to diminish the resounding success Plaintiffs' counsel achieved.

13

The lawyering and the result were "exceptional" by any metric, as that term is ordinarily construed. That praise may be cold comfort. But this court can do no more.

In his dissenting opinion in *Perdue*, Justice Breyer asked, "If this is not an exceptional case, what is?" *Perdue*, 559 U.S. at 571. Plaintiffs have asked this court a similar question here. *See* Pls.' Mem. at 43 ("If not this case, what circumstances could ever present facts warranting a multiplier?"). This court's answer is the same as the majority's in *Perdue*: this is not the "rare" or "exceptional" case in which "specific evidence" supports an "objective and reviewable basis" for enhancement of the lodestar.

## VI.

For the foregoing reasons, the court denies Plaintiffs' Motion for a Lodestar Enhancement, ECF No. 1118.

Dated:  March 31, 2023

Amit P. Mehta
United States District Court Judge

14