# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 23-5126**            **September Term, 2023**

**1:77-cv-02019-APM**

**Filed On:** November 21, 2023

Carolee Brady Hartman and All Other
Plaintiffs, Approx. 50 additional plaintiffs,

       Appellants

Zuzanna J. Dillon, Dr., et al.,

       Appellees

     v.

Antony J. Blinken, Secretary of State and All
Other Defendants, One additional defendant,

       Appellees

       **BEFORE:**     Millett, Pillard, and Garcia, Circuit Judges

## O R D E R

Upon consideration of the corrected motion for summary affirmance, the opposition thereto, and the reply, it is

**ORDERED** that the motion for summary affirmance be denied. The merits of the parties' positions are not so clear as to warrant summary action. See Taxpayers Watchdog, Inc. v. Stanley, 819 F.2d 294, 297 (D.C. Cir. 1987) (per curiam).

Because the court has determined that summary disposition is not in order, the Clerk is instructed to calendar this case for presentation to a merits panel.

**Per Curiam**